# Exhibit 1

# Mandatory Stand-Up Talk: All Employees
## July 10, 2020
## Pivoting For Our Future

- The Postal Service has a long history of service to the nation, and we take pride in our ability to deliver mail and packages efficiently, timely, and safely.

- Right now, we are at a critical juncture in our organization and must make immediate, lasting, and impactful changes in our operations and in our culture.

- This operational pivot is long overdue and today, we are talking about the first step in a journey we must take together, for the health and stability of the Postal Service.

- Every single employee will receive this information, no matter what job they perform, so remember that YOU are an integral part of the success we will have – again, by working together.

- The initial step in our pivot is targeted on transportation and the soaring costs we incur, due to late trips and extra trips, which costs the organization somewhere around $200 million in added expenses.

- The shifts are simple, but they will be challenging, as we seek to change our culture and move away from past practices previously used.

- Specific examples of transportation changes being implemented immediately (today):

    - ✓ All operations must meet our 24-hour clock commitment
    - ✓ All trips will depart on time (Network, Plant and Delivery); late trips are no longer authorized or accepted
    - ✓ Extra trips are no longer authorized or accepted
    - ✓ There must be proper annotation in the scanner, if a Contractor Failure occurs
    - ✓ All PVS/HCR drivers must be notified that trips depart on time.
    - ✓ Function 4 must start on time and end on time and we must make scheduled DUT
    - ✓ Carriers must begin on time, leave for the street on time, and return on time
    - ✓ Carriers must make the final dispatch of value; no additional transportation will be authorized to dispatch mail to the Plant after the intended dispatch
    - ✓ The right mail must go on the right truck – every time
    - ✓ ALL EMPLOYEES have an essential role with trips departing on time.

- One aspect of these changes that may be difficult for employees is that – temporarily – we may see mail left behind or mail on the workroom floor or docks (in P&DCs), which is not typical.

- We will address root causes of these delays and adjust the very next day.

- Any mail left behind must be properly reported, and employees should ensure this action is taken with integrity and accuracy.

- As we adjust to the ongoing pivot, which will have a number of phases, we know that operations will begin to run more efficiently and that delayed mail volumes will soon shrink significantly.

- More information will be shared as we fully and swiftly implement these strategies.

- You play a direct role in the success of the Postal Service, and your cooperation and teamwork are appreciated.

- This is a critical time for us, when decisive, quick, and meaningful action is needed.

- This operational pivot will ensure we can secure our future as a world-class service provider, improving our performance to fulfill our core mission of service to our customers.

- Thank you for your support and your teamwork.