# Exhibit 2

Exhibit 2

Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays

| State | State Deadline By Which Election Officials Must Receive An Absentee Ballot Application | USPS Warnings Regarding Late Delivery of Mail | USPS Recommendation for Deadline to Mail Out Completed Ballots | State Deadline to Receive Completed Ballots | Does the State Accept Postmarked Ballots that Arrive After Election Day? |
|---|---|---|---|---|---|
| Alabama | Oct. 29 | "Specifically, it appears that a voter may generally request a ballot as late as 5 days before the election, and that a completed ballot must be postmarked no later than the day before the election and received by Election Day to be counted. If a voter submits such a request at or near that deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline. . . . Also, please note that. given the delivery standards for First-Class Mail, there is a very high likelihood that completed ballots postmarked on or close to the state's postmark deadline of November 2 will not be delivered in time to meet the state's receipt deadline of November 3." | Oct. 27 | Election Day (by noon) and postmarked by the day before the election. | No |
| Arizona | Oct. 23 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27. However, it further appears that state law generally permits voters to request a ballot as late as 11 days before the election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27. | Election Day (by 7 p.m.) | No |
| Arkansas | The deadline to apply by mail or online is Oct. 27; the deadline to apply in person is Nov. 2. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27. However, it further appears that state law generally permits voters to request a ballot as late as 7 days before the election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to the election official in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 7:30 p.m.) for mailed ballots or close of business the day before the election for hand-delivered ballots. | No |
| Colorado | n/a. The state is automatically mailing ballots to all registered voters. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to register or change their registration information as late as 8 days before the election, and that election officials thereafter have 2 business days to transmit a ballot to such voters. If a voter registers or changes his or her registration information at or near that deadline, and if the election official then transmits a ballot to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 7 p.m.) | No |
| Connecticut | Nov. 2. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that there is no deadline for a voter to request a ballot before the election, except that ballots will not be issued on Election Day itself. If a voter submits a request near Election Day, including those requests made the day before the election, and the ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote." | Oct. 27 | Election Day (before polls close) | No |

Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays

| Delaware | Nov. 2. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to apply by mail for a ballot until the day before Election Day and provides that ballots be mailed to voters until 4 days before the election. If a requested ballot is transmitted to the voter by mail at or near that 4-day deadline, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the vote will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (before polls close at 8 pm) | No |
|---|---|---|---|---|---|
| Florida | The deadline to apply for a ballot to be mailed to you is Oct. 24; the deadline to apply in person is Nov. 3. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as 10 days before the election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 7 p.m.) | No |
| Georgia | Oct. 30 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that, while your office advises voters to request their ballots by the Friday before the election, there is no statutory deadline for a voter to request a ballot. If a voter submits a request on or near the Friday before the election (or later), and the ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (before polls close) | No |
| Hawaii | n/a. The state is automatically mailing ballots to all registered voters. | "Under our reading of your state's election laws, as in effect on July 27, 2020, ballots are generally mailed to eligible voters so that they are received 18 days before the election, and typically additional mailings occur no later than 14 days before Election Day. This schedule should allow sufficient time for voters to receive, complete, and return such ballots by the state's Election Day return deadline. Please keep in mind that your state's deadline appears to be compatible with the Postal Service's delivery standards only if election officials adhere to the statutory ballot mailing timeline and voters who choose to mail their ballots do so no later than Tuesday, October 27."

"However, it appears that voters who are unable to receive a ballot at their registration address may request an absentee ballot as late as 7 days before the election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to the election official in time for it to arrive by the state's return deadline of November 3." | Oct. 27 | Election Day (before polls close, 7 p.m.) | No |
| Idaho | The deadline to apply for a ballot to be mailed to you is Oct. 23; the deadline to apply in person is Oct. 30. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as 11 days before the election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 8 p.m.) | No |

Exhibit 2

Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays

| Indiana | Oct. 22 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as 12 days before the election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by noon) | No |
|---|---|---|---|---|---|
| Kansas | Oct. 27 | "Specifically, it appears that a voter may generally request a ballot as late as 7 days before the November general election, and that a completed ballot must be postmarked by Election Day and received by election officials within 3 days after the election. If a voter submits a request at or near the deadline, and the ballot is transmitted by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's postmarking deadline."<br><br>"Also, given the delivery standards for First-Class Mail, there is a risk that completed ballots postmarked on Election Day itself will not be delivered in time to meet the state's receipt deadline. As noted above, voters who choose to mail their ballots should do so no later than Friday, October 30." | Oct. 30 | Three days after the election if postmarked before the close of polls on Election Day. | Yes,  must be received no later than Nov. 6. |
| Kentucky | Oct. 27 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as 7 days before the November general election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (before polls close); but updated by emergency regulation on Aug. 14 to receipt deadline of Nov. 6 if postmarked by Election Day. | Yes, must be received no later than Nov. 6. |
| Louisiana | Oct. 30. | "Specifically, it appears that a completed ballot must be received by the day before Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Monday, October 26. However, it further appears that state law generally permits voters to request a ballot as late as 4 days before the election. If a voter submits such a request at or near that deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 26 | The day before the election (4:30 p.m.) | No |
| Maine | Oct. 29. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as the 3rd business day before the election. If a voter submits a request at or near that deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (before polls close, 8 pm) | No |

Exhibit 2

Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays

| Massachusetts | Oct. 28 | "Specifically, it appears that a voter may generally request a ballot as late as 4 business days before the November general election, and that a completed ballot must be postmarked by Election Day and received by election officials within 3 days after the election. If a voter submits a request at or near the ballot-request deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote." "Even if the requested ballot reaches the voter by Election Day, there is a risk that, given the delivery standards for First-Class Mail, a completed ballot postmarked on or close to Election Day will not be delivered in time to meet the state's receipt deadline of November 6. As noted above, voters who choose to mail their ballots should do so no later than Friday, October 30." | Oct. 30 | | Election Day (before polls close) but given pandemic now postmarked by Election Day and received no later than Nov. 6 | Yes, must be received no later than Nov. 6. |
| Michigan | The deadline to apply for a ballot to be mailed to you is Oct. 30; the deadline to apply in person is Nov. 2. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to apply by mail for a ballot until Election Day and provides that ballots will be mailed to voters until 4 days before the election. If a requested ballot is transmitted to the voter by mail at or near that 4-day deadline, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | | Election Day (before polls close) | No |
| Missouri | The deadline to apply by mail or fax is Oct. 21; the deadline to apply in person is Nov. 2. | "Specifically, it appears that a completed ballot must be received by Election Day. If that understanding is correct, we recommend that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as Wednesday, October 21 , and that election officials thereafter have 3 business days to transmit a ballot to the voter. If a voter submits a request at or near that ballot-request deadline, and the ballot is transmitted to the voter by mail 3 business days later, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to the election official in time for it to arrive by the state's return deadline." | Oct. 27 | | Election Day (before polls close) | No |
| Montana | Nov. 2 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as the day before the election. If a voter submits such a request at or near that deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote." | Oct. 27 | | Election Day (before polls close) | No |
| Nebraska | Oct. 23 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as 11 days before the November general election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | | Election Day (before polls close) | No |
| New Hampshire | Nov. 2. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that there is no deadline under state law for a voter to request a ballot before the election. If a voter submits a request near Election Day, including those requests made the day before the election, and the ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote." | Oct. 27 | | Election Day (by 5 p.m.) | No |

Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays

| State | | | | | |
|---|---|---|---|---|---|
| New Jersey | n/a. The state is automatically mailing ballots to all registered voters. | "Specifically, it appears that a voter may generally request a ballot as late as 7 days before the election, and that a completed ballot must be postmarked by Election Day and received by election officials within 48 hours after the closing of polls. If a voter submits a request at or near the ballot-request deadline, and if the requested ballot is transmitted to the voter by mail, there is a risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote."  "Even if the requested ballot reaches the voter by Election Day, there is a risk that, given the delivery standards for First-Class Mail, a completed ballot postmarked on or close to Election Day will not be delivered in time to meet the state's receipt deadline of November 5. As noted above, voters who choose to mail their ballots should do so no later than Thursday, October 29." | Oct. 29 | Forty-eight hours after polls close if postmarked on or before Election Day. | Yes, must be received 48 hours after polls close. |
| New Mexico | Oct. 20 | "Under our reading of your state's election laws, as in effect on July 27, 2020, it appears that voters must generally request an absentee ballot for the November general election by Tuesday, October 20, and that completed ballots must be received by Election Day. The state's ballot-request deadline should allow sufficient time for voters to receive, complete, and return such ballots by the state's return deadline. Please keep in mind that your state's deadline appears to be compatible with the Postal Service's delivery standards only if election officials transmit blank ballots to voters in a timely manner and if voters who choose to mail their ballots do no later than Tuesday, October 27. To the extent that there are exceptions to your general timelines that allow voters to request a ballot after the ballot-request deadline, there may be a risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 7 p.m.) | No |
| North Carolina | Oct. 27 | "Specifically, it appears that a voter may generally request a ballot as late as 7 days before the November general election, and that a completed ballot must be postmarked by Election Day and received by election officials no later than 3 days after the election. If a voter submits a request at or near the ballot-request deadline, and if the requested ballot is transmitted to the voter by mail, there is a risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote."  "Even if the requested ballot reaches the voter by Election Day, there is a risk that, given the delivery standards for First-Class Mail, a completed ballot postmarked on or close to Election Day will not be delivered in time to meet the state's receipt deadline of November 6. As noted above, voters who choose to mail their ballots should do so no later than Friday, October 30." | Oct. 30 | Three days after the election if postmarked on or before Election Day. | Yes, must be received no later than Nov. 6. |
| Oklahoma | Oct. 27 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as 7 days before the November general election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 7 p.m.) | No |
| Oregon | n/a. The state is automatically mailing ballots to all registered voters. | "Under our reading of your state's election laws, as in effect on July 27, 2020, ballots are generally mailed to eligible voters no later than 14 days before Election Day, which should allow sufficient time for voters to receive, complete, and return such ballots by the state's Election Day return deadline. Please keep in mind that your state's deadline appears to be compatible with the Postal Service's delivery standards only if election officials adhere to the statutory ballot mailing timeline and voters who choose to mail their ballots do so no later than Tuesday, October 27. To the extent that these timelines or recommendations are not followed, or that state law allows ballots to be mailed to voters later than 14 days before the election, there may be a risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 8 p.m.) | No |

Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays

| | | | | | |
|---|---|---|---|---|---|
| Pennsylvania | Oct. 27 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27. However, it further appears that state law generally permits voters to request a ballot as late as 7 days before the November general election. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 8 p.m.) | No |
| Rhode Island | Oct. 13. However, after that date, any voter can request an emergency ballot if they have any reason to believe they won't be able to vote on Election Day. Application for an emergency ballot must be received by Nov. 2. | "Under our reading of your state's election laws, as in effect on July 27, 2020, it appears that voters must generally request an absentee ballot no later than 21 days before the election and that completed ballots must be received by Election Day. The state's ballot-request deadline should allow sufficient time for voters to receive, complete, and return such ballots by the state's Election Day postmarking deadline. Please keep in mind that your state's deadline appears to be compatible with the Postal Service's delivery standards only if election officials transmit blank ballots to voters in a timely manner and if voters who choose to mail their ballots do so no later than Tuesday, October 27. To the extent that there are exceptions to your general timelines that allow voters to request a ballot after the ballot-request deadline, there may be a risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 9 p.m.) | No |
| South Carolina | The deadline to apply by mail is Oct. 30; the deadline to apply in person is Nov. 2. | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27. However, it further appears that state law generally permits voters to request a ballot as late as 4 days before the election. If a voter submits such a request at or near that deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (before polls close) | No |
| South Dakota | Nov. 2 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27. However, it further appears that state law generally permits voters to request a ballot as late as the day before the election. If a voter submits such a request at or near that deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote." | Oct. 27 | Election Day (before polls close) | No |
| Tennessee | Oct. 27 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27. However, it further appears that state law generally permits voters to request a ballot as late as 7 days before the_ff1ection. If a voter submits a request at or near that deadline, and the ballot is transmitted to the voter by mail, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to the election official in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (before polls close) | No |
| Texas | Oct. 23 | "Specifically, it appears that a voter may generally request a ballot as late as 11 days before the election, and that a completed ballot must be postmarked by Election Day and received by the day after the election to be counted. It also appears that law does not appear to require election officials to transmit a ballot by mail until seven days after receiving a ballot application. If a voter submits a request at or near the ballot-request deadline, and if the requested ballot is mailed to the voter 7 days after the request is received, there is a risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if the requested ballot reaches the voter by Election Day, there is a significant risk that, given the delivery standards for First-Class Mail, a completed ballot postmarked on or near Election Day will not be delivered in time to meet the state's receipt deadline of November 4. As noted above, voters who choose to mail their ballots should do so no later than Wednesday, October 28." | Oct. 28 | If not postmarked, must be received by Election day (before polls close). If postmarked on or before Election Day, must be received by the day after the election by 5 p.m. | Yes, must be received no later than Nov. 4. |

Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays

| Vermont | n/a. The state is automatically mailing ballots to all registered voters. | "Under our reading of your state's election laws, as in effect on July 27, 2020, ballots will generally be mailed to eligible registered voters beginning September 18. If ballots are mailed to voters near that date voters would have sufficient time to receive, complete, and return such ballots by the state's deadline. However, we were unable to find additional details about the timing for subsequent ballot mailings. We were also unable to determine whether the last day for voters to register and still receive a ballot by mail be set using new or existing registration deadlines. Without that additional information, we are unable to assess the potential risks with respect to the Postal Service's delivery standards at this time. If you choose to transmit blank ballots to voters by mail, please consider the recommended timeframes above as you continue to plan for the November general election. Adhering to those timeframes will help ensure voters will have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Absentee votes must be returned to the town clerk's office before the close of business on the day before the election, or to the polling place by 7pm on Election Day. | No |
| Virginia | The deadline to apply by mail, email or fax is Oct. 23; the deadline to apply in person is Oct. 31. | "Specifically, it appears that a voter may generally request a ballot as late as 11 days before the election, and that a completed ballot must be postmarked by Election Day and received by election officials no later than 3 days after the election. It also appears that election officials have 3 business days to transmit a ballot to the voter in response to a request. If a voter submits a request at or near the ballot-request deadline, and if the election official transmits the ballot to the voter by mail 3 business days later, there is a risk that the voter will not receive the ballot before the postmarking deadline or have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's receipt deadline. Also, please note that, given the delivery standards for First-Class Mail, there is a risk that completed ballots postmarked on Election Day itself will not be delivered in time to meet the state's receipt deadline of November 6. As noted above, voters who choose to mail their ballots should do so no later than Friday, October 30." | Oct. 30 | Three days after the election (by noon) if postmarked on or before Election Day. | Yes, must be received no later than Nov. 6. |
| Wisconsin | Oct. 29 | "Specifically, it appears that a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27.  However, it further appears that state law generally permits voters to request a ballot as late as 5 days before the election. If a voter submits such a request at or near that deadline, and if the requested ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote. Even if a voter receives a ballot before Election Day, there is a significant risk that the voter will not have sufficient time to complete and mail the completed ballot back to election officials in time for it to arrive by the state's return deadline." | Oct. 27 | Election Day (by 8 p.m.) | No |
| Wyoming | Nov. 2 | "Specifically, it appears a completed ballot must be received by Election Day to be counted. If that understanding is correct, we accordingly recommend, as noted above, that voters who choose to mail their ballots do so no later than Tuesday, October 27. However, it further appears that there is no deadline under state law for a voter to request before the election, except that requests cannot be made on Election Day itself. If a voter submits a request near Election Day, including those requests made the day before the election, and the ballot is transmitted to the voter by mail, there is a significant risk that the ballot will not reach the voter before Election Day, and accordingly that the voter will not be able to use the ballot to cast his or her vote." | Oct. 27 | Election Day (before polls close) | No |