UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOTE FORWARD, et al.,

              Plaintiffs,

v.

LOUIS DEJOY, *in his official capacity as Postmaster General*, et al.,

              Defendants.

Civil Case No. 1:20-cv-02405

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs Vote Forward, et al., respectfully submit this response to the Court's September 1, 2020 Order "to show cause why this action should not be consolidated as related with *National Association for the Advancement of Colored People v. U.S. Postal Service*, 20-2295; *Richardson v. Trump*, 20-2262; and *State of New York v. Trump*, 20-2340." Minute Order, 9/1/2020.

*Consolidation.* Plaintiffs agree that all four cases share some common questions of law and fact, warranting at least partial consolidation under Federal Rule of Civil Procedure 42(a) and Local Civil Rule 40.5(a)(3). In particular, Plaintiffs recognize that principles of judicial economy and convenience favor consolidating these cases for discovery purposes, to the extent discovery is warranted. *See Chang v. United States*, 217 F.R.D. 262, 265 (D.D.C. 2003) (indicating that courts balance "considerations of convenience and economy against considerations of confusion and prejudice").

1

*Approach to preliminary injunction motions.* Plaintiffs note that they intend to file on Tuesday, September 8, a motion for a preliminary injunction. Recognizing the need for judicial efficiency, particularly on a time-sensitive matter of national importance, Plaintiffs' motion will seek relief only with respect to Count II of their complaint, which asserts that Defendants' actions impose an unconstitutional burden on voting rights. That claim is not asserted in *National Association for the Advancement of Colored People v. U.S. Postal Service* and *State of New York v. Trump*. Accordingly, the claim that will be the subject of Plaintiffs' motion is not addressed in the preliminary injunction motions that have been filed in those cases. Given the lack of substantive overlap, Plaintiffs submit that their forthcoming motion for preliminary injunction should *not* be consolidated with, or otherwise delay the prompt adjudication of, the pending motions in the *NAACP* and *State of New York* actions.

*Trial on the merits pursuant to FRCP 65(a)(2).* Plaintiffs respectfully request that any consolidation plan this Court orders prioritize resolution of the pending and future motions for preliminary relief to avoid potentially prejudicial delay to any of the plaintiffs. Accordingly, Plaintiffs do not favor converting the motion for preliminary injunction into a trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2).

Respectfully submitted,

 /s Shankar Duraiswamy

Shankar Duraiswamy
Megan C. Keenan
Sarah Suwanda
Virginia Williamson
James Smith
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

sduraiswamy@cov.com
mkeenan@cov.com
ssuwanda@cov.com
vwilliamson@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

John Fraser
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
jfraser@cov.com

*Counsel for Plaintiffs*

Date:  September 4, 2020