UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　　　　*Defendants*. | Civil Case No. 1:20-cv-02405 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs hereby move the Court for an order enjoining Defendants Louis DeJoy, Postmaster General of the United States, and the United States Postal Service, together with any officers, agents, and employees thereof, until further order of this Court from implementing the Late/Extra Trip Policy announced in the July 10, 2020 document entitled "Mandatory Stand-Up Talk: All Employees." *See* Ex. 2, USPS, *Mandatory Stand-Up Talk: All Employees* (July 10, 2020). Plaintiffs submit a memorandum in support of their motion and the exhibits attached thereto and a proposed order.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel discussed this motion in good faith with Defendants' counsel to determine whether there is any opposition to the relief sought and to narrow any areas of disagreement. Defendants' counsel stated that Defendants oppose this motion.

|  | Respectfully submitted, |
|---|---|
|  | */s Shankar Duraiswamy* |
| Robert D. Fram | Shankar Duraiswamy |
| Diane Ramirez | Megan C. Keenan |
| COVINGTON & BURLING LLP | Sarah Suwanda |
| Salesforce Tower | Virginia Williamson |
| 415 Mission Street, Suite 5400 | James Smith |
| San Francisco, CA 94105-2533 | COVINGTON & BURLING LLP |
| (415) 591-6000 | One CityCenter |
| rfram@cov.com | 850 Tenth Street, NW |
| dramirez@cov.com | Washington, DC 20001-4956 |
|  | (202) 662-6000 |
| John Fraser | sduraiswamy@cov.com |
| COVINGTON & BURLING LLP | mkeenan@cov.com |
| The New York Times Building | ssuwanda@cov.com |
| 620 Eighth Avenue | vwilliamson@cov.com |
| New York, NY 10018-1405 | jmsmith@cov.com |
| (212) 841-1000 |  |
| jfraser@cov.com |  |

Date:  September 8, 2020