*Vote Forward et al. v. Louis Dejoy et al.*

Civil Action No. 20-2405 (EGS)

# INDEX OF EXHIBITS

| Exhibit | Document Title |
|---|---|
| 1 | USPS OIG, *Processing Readiness of Election and Political Mail During the 2020 General Elections* (Aug. 31, 2020), https://rb.gy/uwdgdo |
| 2 | USPS, Postal Operations Manual (Excerpts) |
| 3 | USPS, Office of the Inspector Gen., *Late and Extra Trips at the Philadelphia, PA, Processing and Distribution Center*, USPS (May 13, 2020), https://rb.gy/xpzqad |
| 4 | USPS, *Mandatory Stand-Up Talk: All Employees* (July 10, 2020), https://rb.gy/nw4wux |
| 5 | *Leaked USPS PowerPoint Indicates PMG DeJoy Focus on Getting Operating Costs Under Control*, Alliance of Nonprofit Mailers (July 14, 2020), https://rb.gy/e6edvf |
| 6 | *Postmaster General Louis DeJoy Testimony Transcript August 24: House Oversight Hearing* at 3:49:09, Rev (Aug. 24, 2020), https://rb.gy/vszepr |
| 7 | *Senate Hearing with Postmaster General Louis DeJoy August 21 Transcript,* Rev (Aug. 21, 2020), https://rb.gy/7vwoyl |
| 8 | USPS, *Statement of Postmaster General and Chief Executive Officer Louis DeJoy before the House Committee on Oversight and Reform* (Aug. 24, 2020) |
| 9 | Declaration of Professor Justin Grimmer |
| 10 | *USPS, Congressional Briefing: Transportation & Service Performance Updates* at 4–6 (Aug. 31, 2020), https://rb.gy/zpiomk |
| 11 | Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays |
| 12 | USPS Letter to Pennsylvania (July 29, 2020) |
| 13 | Declaration of Eitran D. Hersh |
| 14 | *House Oversight and Reform Committee Holds Hearing on Postal Service Operational Changes*, CQ Transcripts (Aug. 24, 2020), https://rb.gy/t8xbxx |

2

| 15 | *Senate Homeland Security and Governmental Affairs Committee Hearing on USPS Operations During COVID-19 and the Elections*, CQ Transcripts (Aug. 21, 2020), https://rb.gy/qnt654 |
|----|---|
| 16 | Declaration of Aaron Carrel |
| 17 | Declaration of Martha Thompson |
| 18 | Declaration of Kathryn Montgomery |
| 19 | Declaration of Sebastian Immonen |
| 20 | Declaration of Amy Bolan |
| 21 | Declaration of Inderbir Singh Datta |
| 22 | Declaration of Scott J. Forman on Behalf of Vote Forward |
| 23 | Declaration of Alex Sanchez on Behalf of Voces Unidas De Las Montanas |