UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>*Defendants*. | Civil Case No. 1:20-cv-02405 |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction and accompanying Memorandum in Support thereof, any opposition thereto, and any reply in support thereof, and the entire record herein, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendants Louis DeJoy, Postmaster General of the United States, and the United States Postal Service, together with any officers, agents, and employees thereof are **HEREBY ENJOINED** until further order of this Court from implementing the Late/Extra Trip Policy announced in the July 10, 2020 document entitled "Mandatory Stand-Up Talk: All Employees." *See* Ex. 2, USPS, *Mandatory Stand-Up Talk: All Employees* (July 10, 2020).

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

1