UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, *in his official capacity as the Postmaster General*, et al.,<br><br>        Defendants. | No. 20-cv-2405(EGS) |

**ORDER**

    For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** the Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; and it is further

    **ORDERED** that a Preliminary Injunction is hereby entered against Defendants; and it is further

    **ORDERED** that pursuant to the Order, Defendants are **HEREBY ENJOINED** from enforcing the Late/Extra Trips Policy; and it is further

    **ORDERED** that any request to stay this Order pending appeal will be denied for the reasons stated in the accompanying Memorandum Opinion.

**SO ORDERED.**

**Signed:     Emmet G. Sullivan**
**            United States District Judge**
**            September 28, 2020**