UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>                     *Plaintiffs*,<br><br>    v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>                     *Defendants*. | Civil Case No. 1:20-cv-02405 |

**PLAINTIFFS' EMERGENCY MOTION TO ENFORCE AND MONITOR COMPLIANCE WITH PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING AND HEARING**

The above-captioned Plaintiffs hereby move the Court to order relief necessary to ensure Defendants' immediate compliance with the Court's preliminary injunction order ("Order"), ECF No. 31. Plaintiffs submit a memorandum in support of their motion and the exhibits attached thereto, and a proposed order.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel discussed this motion in good faith with Defendants' counsel to determine whether there is any opposition to the relief sought and to narrow any areas of disagreement. Defendants' counsel do not consent to the relief requested in this motion, and have indicated that they intend to submit a full opposition to this motion.

Defendant's noncompliance with the Court's Order only two weeks before the November 3, 2020 election threatens irreparable harm to Plaintiffs and necessitates immediate relief. Plaintiffs therefore request that the Court (1) schedule and hold a hearing via teleconference or video conference on or before **Tuesday, October 27, 2020**, to address additional equitable relief necessary to ensure compliance, (2) order Defendants to produce certain updated, current data

1

regarding mail delivery timelines no later than 12 hours before that hearing, and (3) order Defendants to produce that data, going forward, on a daily basis.

Given the urgency of this matter, Plaintiffs respectfully request that the Court direct Defendants to file a response, if any, to Plaintiffs' Emergency Motion to Enforce Preliminary Injunction by 5:00 PM Eastern on **Friday, October 23, 2020**.

Respectfully submitted,

*/s Shankar Duraiswamy*

| | |
|---|---|
| Robert D. Fram | Shankar Duraiswamy |
| Diane Ramirez | Habin Chung |
| COVINGTON & BURLING LLP | Megan C. Keenan |
| Salesforce Tower | Sarah Suwanda |
| 415 Mission Street, Suite 5400 | Virginia Williamson |
| San Francisco, CA 94105-2533 | James Smith |
| (415) 591-6000 | COVINGTON & BURLING LLP |
| rfram@cov.com | One CityCenter |
| dramirez@cov.com | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| John Fraser | (202) 662-6000 |
| COVINGTON & BURLING LLP | sduraiswamy@cov.com |
| The New York Times Building | hchung@cov.com |
| 620 Eighth Avenue | mkeenan@cov.com |
| New York, NY 10018-1405 | ssuwanda@cov.com |
| (212) 841-1000 | vwilliamson@cov.com |
| jfraser@cov.com | jmsmith@cov.com |

Date:  October 22, 2020