AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Vote Forward | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-2405 |
| DeJoy | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 10/28/2020

/s/ Robert D. Fram
*Attorney's signature*

Robert D. Fram (CA SBN 126750)
*Printed name and bar number*

Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
*Address*

rfram@cov.com
*E-mail address*

(415) 591-6000
*Telephone number*

(415) 591-6091
*FAX number*