UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOTE FORWARD, et al.,

        Plaintiffs,

    v.

LOUIS DEJOY, *in his official capacity as Postmaster General*; and the UNITED STATES POSTAL SERVICE,

        Defendants.

Civil Case No. 1:20-cv-02405 (EGS)

## NOTICE OF HEARING EXHIBITS

Pursuant to this Court's instruction during the hearing on October 30, 2020, Plaintiffs submit the following marked exhibits: (1) Hearing Exhibit 1, which includes USPS processing scores for Election Mail from October 24 through until October 29, 2020; and (2) Hearing Exhibit 2, which includes the survey results USPS conducted in certain identified districts.

        Respectfully submitted,

        _/s Shankar Duraiswamy_____

        Shankar Duraiswamy
        Habin Chung
        Megan C. Keenan
        Virginia Williamson
        Sarah Suwanda
        James Smith
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001-4956

(202) 662-6000
sduraiswamy@cov.com
hchung@cov.com
mkeenan@cov.com
vwilliamson@cov.com
ssuwanda@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

John Fraser
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
jfraser@cov.com

*Counsel for Plaintiffs*

Date:  October 30, 2020