# Exhibit 2

| Area | District | Total Offices | Q 1 | Q 2 | Q 3 | Q 4 | Q 5 | Q 6 | Q 7 | Q 8 | Q 9 | Q 10 | Q 11 | Q 12 | Q 13 | Q 14 | Q 15 | Q 16 | Q 17 | Q 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATLANTIC AREA | 250 APPALACHIAN PFC | 873 | 660 | 212 | 279 | 150 | 198 | 545 | 709 | 665 | 275 | 181 | 50 | 247 | 537 | 464 | 529 | 623 | 34 | 27 |
| ATLANTIC AREA | 170 CENTRAL PENNSYLVANIA PFC | 723 | 181 | 102 | 80 | 70 | 73 | 171 | 264 | 181 | 95 | 79 | 46 | 139 | 157 | 160 | 165 | 235 | 17 | 13 |
| ATLANTIC AREA | 040 NORTHERN NEW ENGLAND PFC | 931 | 800 | 307 | 360 | 198 | 260 | 751 | 761 | 823 | 494 | 426 | 63 | 349 | 681 | 633 | 585 | 716 | 34 | 20 |
| ATLANTIC AREA | 110 TRIBORO PFC | 139 | 107 | 96 | 104 | 67 | 96 | 98 | 113 | 98 | 46 | 64 | 62 | 60 | 50 | 70 | 88 | 98 | 46 | 45 |
| CENTRAL AREA | 481 DETROIT PFC | 292 | 189 | 80 | 82 | 45 | 65 | 229 | 232 | 179 | 89 | 62 | 85 | 103 | 194 | 187 | 177 | 227 | 17 | 9 |
| CENTRAL AREA | 460 GREATER INDIANA PFC | 625 | 469 | 180 | 180 | 89 | 109 | 363 | 473 | 489 | 399 | 366 | 106 | 276 | 396 | 322 | 340 | 433 | 33 | 31 |
| CENTRAL AREA | 493 GREATER MICHIGAN PFC | 610 | 224 | 93 | 66 | 50 | 59 | 256 | 299 | 217 | 114 | 90 | 43 | 147 | 191 | 193 | 174 | 283 | 20 | 13 |
| CENTRAL AREA | 400 KENTUCKIANA PFC | 697 | 395 | 94 | 190 | 49 | 68 | 327 | 390 | 372 | 102 | 69 | 66 | 206 | 352 | 329 | 341 | 417 | 14 | 9 |
| CENTRAL AREA | 530 LAKELAND PFC | 707 | 334 | 133 | 92 | 80 | 101 | 420 | 482 | 352 | 158 | 97 | 87 | 232 | 313 | 330 | 311 | 426 | 30 | 21 |
| SOUTHERN AREA | 350 ALABAMA PFC | 569 | 189 | 108 | 102 | 66 | 72 | 145 | 215 | 164 | 84 | 46 | 37 | 129 | 150 | 117 | 147 | 205 | 16 | 5 |
| SOUTHERN AREA | 300 ATLANTA PFC | 328 | 178 | 103 | 103 | 75 | 94 | 143 | 159 | 162 | 78 | 60 | 64 | 101 | 170 | 135 | 151 | 169 | 16 | 13 |
| SOUTHERN AREA | 760 FORT WORTH PFC | 460 | 332 | 184 | 170 | 118 | 136 | 324 | 379 | 323 | 189 | 136 | 69 | 193 | 259 | 282 | 297 | 353 | 8 | 8 |
| SOUTHERN AREA | 290 GREATER SOUTH CAROLINA PFC | 344 | 216 | 143 | 188 | 91 | 117 | 190 | 246 | 204 | 106 | 76 | 71 | 131 | 228 | 150 | 190 | 245 | 23 | 20 |
| SOUTHERN AREA | 270 GREENSBORO PFC | 436 | 303 | 204 | 213 | 143 | 170 | 307 | 302 | 304 | 172 | 127 | 74 | 146 | 296 | 257 | 261 | 308 | 14 | 13 |
| SOUTHERN AREA | 320 GULF ATLANTIC PFC | 630 | 414 | 218 | 226 | 138 | 179 | 354 | 490 | 379 | 171 | 112 | 114 | 216 | 320 | 315 | 323 | 442 | 27 | 21 |
| SOUTHERN AREA | 700 LOUISIANA PFC | 497 | 320 | 212 | 215 | 143 | 180 | 287 | 326 | 302 | 194 | 146 | 83 | 228 | 284 | 225 | 282 | 327 | 69 | 68 |
| SOUTHERN AREA | 280 MID-CAROLINAS PFC | 416 | 161 | 95 | 133 | 67 | 80 | 128 | 251 | 150 | 61 | 43 | 60 | 126 | 194 | 111 | 118 | 166 | 9 | 8 |
| SOUTHERN AREA | 390 MISSISSIPPI PFC | 434 | 350 | 54 | 48 | 28 | 37 | 337 | 350 | 338 | 65 | 41 | 120 | 212 | 71 | 272 | 74 | 138 | 11 | 6 |
| SOUTHERN AREA | 730 OKLAHOMA PFC | 566 | 8 | 3 | 3 | 3 | 3 | 215 | 220 | 5 | 3 | 3 | 19 | 133 | 69 | 5 | 5 | 73 | 1 | 1 |
| SOUTHERN AREA | 780 RIO GRANDE PFC | 555 | 335 | 230 | 210 | 144 | 171 | 280 | 384 | 295 | 146 | 116 | 132 | 206 | 264 | 219 | 241 | 286 | 51 | 45 |
| WESTPAC AREA | 995 ALASKA PFC | 205 | 11 | 10 | 13 | 8 | 9 | 9 | 20 | 13 | 8 | 5 | 7 | 19 | 11 | 3 | 7 | 10 | 1 | 1 |
| WESTPAC AREA | 800 COLORADO/WYOMING PFC | 583 | 292 | 143 | 167 | 85 | 115 | 299 | 356 | 282 | 163 | 121 | 69 | 184 | 207 | 201 | 219 | 317 | 26 | 17 |

1. Has the Delivery Unit coordinated with its Mail Processing for utilization of the Express Mail Network to connect blank ballots entered by Election Officials to voters close to or on Election Day?
2. Did the retail office establish a "Ballot Postmark Only" line at the Retail counters that is staffed at all times?
3. Did the retail office have "soft opening and closing," concept extending retail hours 30 minutes on both ends at designated sites across each city/town/locally?
4. To manage high volume if necessary was at least one drive-through ballot postmark/drop option, which is staffed daily, established at the retail office?
5. Has the retail operations used practices similar to "Tax Day" " with a clerk outside the facility to both cancel (postmark) and accept drive up ballots from customers; ballots will be trayed up, riffled to verify BOE and direct trays collected will be delivered to the appropriate BOE?
6. Have local offices which serve or are in close proximity to a BOE been authorized to postmark (round date reflecting the date of acceptance) and deliver ballots, rather than the ballots being placed into the automation flow?
7. Have carriers on Thursday, October 29 and Friday, October 30 physically gone to every delivery point, regardless of if they have mail to check for outgoing mail?
8. Beginning on October 26, has the unit coordinated with Mail Processing to use the Express Mail Network to connect ballots entered by election officials to voters close to or on Election Day?
9. Beginning October 30, has the unit used the Express Mail network to connect completed ballots returned by voters entered close to or on Election Day to their intended destination, All ballots must be postmarked (round date) at the origin facility prior to entry in the Express Mail network?
10. If you answered yes to Question 9, have you postmarked ballots at the origin facility prior to entry in the Express Mail Network?
11. Level 21 and above offices: have you set up a regular collection (Mon-Fri) schedule for November 1 and coordinate cancellations with your local plants?
12. Level 18-20 offices: have you retrieved front and lobby collections and hub mail to meet local transportation for November 1?
13. Is the unit running early collections on November 2 and 3 with local postmarks reflecting the date of entry and turnaround for local ballots to the BOEs?

14. For offices that serve or in close proximity to a local BOE, has the unit established a "Hub and Spoke" process for November 2 and November 3 and the LAST day the BOE accepts ballots in the state for running ballots to the BOE?

15. For non-local BOE deliveries where it is reasonably possible to effectuate delivery by the cutoff time for accepting ballots in the state, has the unit established an Election Mail "Hub and Spoke" process, with drivers and vehicles pre-identified, specifically for transporting ballots on Election Day?
16. On Election Day are carriers pulling ballots from their collection mail and handing to the designated supervisor, who will exchange ballots with other supervisors around the city and will deliver to the Board of Elections?
17. Are you implementing any extraordinary measures other than those listed above?
18. If you answered yes to Question 17, have you contacted the Command Center for approval?