IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2405 (EGS) |

## NOTICE

Pursuant to paragraph 3 of the Court's October 27, 2020 Order, Defendants provide the Court with reports produced today to the U.S. District Courts for the Eastern District of Pennsylvania (Exhibit 1) and the Southern District of New York (Exhibit 2).

Dated:  October 30, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ John Robinson
JOSEPH E. BORSON
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*