**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>     *Plaintiffs*,<br><br> v.<br><br>LOUIS DEJOY, in his official<br>capacity as the Postmaster General; and the<br>UNITED STATES POSTAL SERVICE,<br><br>     *Defendants*. | Civil Case No. 1:20-cv-02405 |

**JOINT STATUS REPORT**

The parties are continuing to negotiate in good faith regarding a joint proposed order that reflects the direction provided by the Court at the October 30 hearing.  The parties shall provide an update on the status of those discussions, including any agreed terms, at the hearing scheduled for 10:00 a.m. on Saturday, October 31, 2020.

The parties anticipate that a more substantive hearing, including attendance by relevant USPS personnel and discussion of today's data reports, will need to be scheduled later in the day, subject to the availability of the Court.  The parties are continuing to work on identifying a proposed time for such a hearing, including determining the availability of relevant USPS personnel, and will provide an update to the Court at the hearing scheduled for 10:00 a.m. today.

Respectfully submitted,

 */s Shankar Duraiswamy*

Shankar Duraiswamy
Habin Chung
Megan C. Keenan

1

Virginia Williamson
Sarah Suwanda
James Smith
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sduraiswamy@cov.com
hchung@cov.com
mkeenan@cov.com
vwilliamson@cov.com
ssuwanda@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com
dramirez@cov.com

John Fraser
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
jfraser@cov.com

*Counsel for Plaintiffs*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON

2

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*

Date:  October 31, 2020