# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

VOTE FORWARD, *et al.*,

                                            *Plaintiffs*,

        v.                                                          Civil Case No. 1:20-cv-02405

LOUIS DEJOY, in his official
capacity as the Postmaster General; and the
UNITED STATES POSTAL SERVICE,

                                            *Defendants*.

## JOINT STATUS REPORT

Based on witness availability, the parties respectfully request that the Court schedule a

status conference for 3:00 p.m. today, October 31, 2020.  USPS will make available personnel

who can address processing operations in Districts with relatively low Election Mail processing

scores.

Respectfully submitted,

 */s Shankar Duraiswamy*

Shankar Duraiswamy
Megan C. Keenan
Virginia Williamson
Sarah Suwanda
James Smith
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sduraiswamy@cov.com
hchung@cov.com
mkeenan@cov.com

1

vwilliamson@cov.com
ssuwanda@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

John Fraser
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
jfraser@cov.com

*Counsel for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*

Date:  October 31, 2020