UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE, <br><br> *Defendants*. | Civil Case No. 1:20-cv-02405 |

### PLAINTIFFS' NOTICE OF PROPOSED ORDER

Pursuant to the Court's guidance at the hearing held earlier today, Plaintiffs hereby submit the attached Proposed Order. Plaintiffs provided an initial draft of the Proposed Order to Defendants at 7:18 p.m. After 8:00 p.m., Defendants advised that they could not provide substantive feedback until tomorrow, except to note that it is possible that certain language in the draft would be confusing in light of earlier instructions issued to USPS personnel. Plaintiffs subsequently revised the draft to eliminate that language and hereby submit the revised version.

As Plaintiffs indicated during the hearing before the Court, this matter and the relief Plaintiffs seek—including clear directions to be provided to U.S. Postal Service processing facilities tonight—are extremely urgent. Plaintiffs are therefore compelled to submit the attached revised Proposed Order, which tracks the testimony provided to the Court earlier today, without waiting until tomorrow for further comments from Defendants.

Respectfully submitted,

 /s Shankar Duraiswamy

Shankar Duraiswamy
Habin Chung
Megan C. Keenan
Virginia Williamson
Sarah Suwanda
James Smith
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sduraiswamy@cov.com
hchung@cov.com
mkeenan@cov.com
vwilliamson@cov.com
ssuwanda@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com
dramirez@cov.com

John Fraser
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
jfraser@cov.com

*Counsel for Plaintiffs*

Date:  October 31, 2020