UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Vote Forward,** *et al*,

Plaintiffs,

v.

**DeJoy,** *et al.*,

Defendants

Case No. 20-cv-2405

**[PROPOSED] ORDER**

1. As soon as practicable following the issuance of this order, the Postal Service will redistribute to all Division Directors and Plant Managers the "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, which provided specific guidance in administering and managing Mail Processing for the last week of the 2020 Election.  Per the instructions outlined in this document, USPS has articulated processing and clearance expectations, including postmarking, designed to expedite the delivery of ballots to ensure that completed ballots are delivered to the appropriate Board of Election (BOE) by the applicable state deadline.

    a. When recirculating the policy, the Postal Service will indicate it is doing so to reiterate that all processing facilities must abide by the requirements of that policy to expedite the treatment of ballots, and that it is recirculating this policy at the instruction of a federal district court.
    b. The Postal Service will also reinforce its instruction that "[special procedures must be put in place to ensure we deliver every ballot possible by the cutoff time on Election Day (November 2 in Louisiana), even in "postmarking" states that allow for later delivery."
    c. The Postal Service will also note that the chart attached to the policy has been replaced by the "State Deadlines for Return Delivery of Mail Ballots" chart agreed-to with plaintiffs, which was distributed organization-wide on October 29, 2020.

2. In addition to the daily "all clear" certification, Plant Managers are required to certify by 10:00 AM local time on Monday, November 2, 2020, that the ballot mail is clear to the delivery office and/or local pickup per the special Sunday processing instructions.

3. Postal Service management shall make all reasonable efforts to convey orally the requirements in paragraphs 1 and 2 of this Order to the relevant managerial and supervisory personnel in the following Districts as soon as practicable following the issuance of this order: Greater S. Carolina, Greensboro, Mid-Carolinas, Central Pennsylvania, Kentuckiana, Detroit, Greater Indiana, Northern New England, Colorado/Wyoming, Greater Michigan, Oklahoma, and Philadelphia Metropolitan.

4. USPS shall continue to make all reasonable efforts to ensure retail facilities are complying with the October 20, 2020 Retail and Delivery Extraordinary Measures memorandum (ECF No. 51-1), including the provisions related to postmarking, and the October 30, 2020 Order of the Court.

It is **SO ORDERED** this \_\_\_\_day of _____, 2020.

_____
The Honorable Emmet G. Sullivan
United States District Judge