| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Nation | | 86.14% | 89.22% |
| 10/26/2020 | Nation | | 88.53% | 88.01% |
| 10/27/2020 | Nation | | 60.53% | 89.98% |
| 10/28/2020 | Nation | | 78.71% | 87.44% |
| 10/29/2020 | Nation | | 88.65% | 87.12% |
| 10/30/2020 | Nation | | 85.46% | 84.73% |
| 10/31/2020 | Nation | | 86.00% | 83.16% |
| | | | | |
| 10/24/2020 | Capital Metro | | 79.67% | 80.34% |
| 10/24/2020 | Eastern | | 80.03% | 84.38% |
| 10/24/2020 | Great Lakes | | 86.12% | 90.17% |
| 10/24/2020 | Northeast | | 89.11% | 92.94% |
| 10/24/2020 | Pacific | | 92.51% | 96.19% |
| 10/24/2020 | Southern | | 87.54% | 88.38% |
| 10/24/2020 | Western | | 87.38% | 92.45% |
| | | | | |
| 10/26/2020 | Capital Metro | | 82.24% | 74.54% |
| 10/26/2020 | Eastern | | 82.30% | 79.85% |
| 10/26/2020 | Great Lakes | | 88.54% | 90.54% |
| 10/26/2020 | Northeast | | 92.06% | 92.83% |
| 10/26/2020 | Pacific | | 94.36% | 96.36% |
| 10/26/2020 | Southern | | 89.64% | 91.34% |
| 10/26/2020 | Western | | 90.57% | 92.06% |
| | | | | |
| 10/27/2020 | Capital Metro | | 51.10% | 79.45% |
| 10/27/2020 | Eastern | | 51.78% | 85.52% |
| 10/27/2020 | Great Lakes | | 57.74% | 89.59% |
| 10/27/2020 | Northeast | | 70.58% | 93.15% |
| 10/27/2020 | Pacific | | 70.29% | 96.61% |
| 10/27/2020 | Southern | | 65.79% | 92.37% |
| 10/27/2020 | Western | | 61.25% | 91.92% |
| | | | | |
| 10/28/2020 | Capital Metro | | 66.42% | 74.18% |
| 10/28/2020 | Eastern | | 74.71% | 80.93% |
| 10/28/2020 | Great Lakes | | 75.52% | 86.38% |
| 10/28/2020 | Northeast | | 85.34% | 92.12% |
| 10/28/2020 | Pacific | | 86.97% | 96.87% |
| 10/28/2020 | Southern | | 81.21% | 90.93% |
| 10/28/2020 | Western | | 81.07% | 90.39% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Capital Metro | | 85.51% | 72.84% |
| 10/29/2020 | Eastern | | 80.35% | 80.41% |
| 10/29/2020 | Great Lakes | | 87.88% | 85.23% |
| 10/29/2020 | Northeast | | 92.87% | 92.42% |
| 10/29/2020 | Pacific | | 93.94% | 96.84% |
| 10/29/2020 | Southern | | 90.56% | 90.00% |
| 10/29/2020 | Western | | 90.89% | 91.28% |
| 10/30/2020 | Capital Metro | | 79.41% | 70.77% |
| 10/30/2020 | Eastern | | 79.43% | 79.75% |
| 10/30/2020 | Great Lakes | | 85.59% | 81.64% |
| 10/30/2020 | Northeast | | 90.93% | 89.81% |
| 10/30/2020 | Pacific | | 91.11% | 96.31% |
| 10/30/2020 | Southern | | 85.24% | 86.29% |
| 10/30/2020 | Western | | 88.17% | 88.04% |
| 10/31/2020 | Capital Metro | | 77.53% | 65.33% |
| 10/31/2020 | Eastern | | 80.09% | 77.45% |
| 10/31/2020 | Great Lakes | | 84.25% | 78.98% |
| 10/31/2020 | Northeast | | 91.43% | 89.14% |
| 10/31/2020 | Pacific | | 93.23% | 95.65% |
| 10/31/2020 | Southern | | 87.52% | 86.52% |
| 10/31/2020 | Western | | 88.55% | 87.19% |
| 10/24/2020 | Capital Metro | Atlanta | 83.90% | 72.82% |
| 10/24/2020 | Capital Metro | Baltimore | 61.46% | 75.53% |
| 10/24/2020 | Capital Metro | Capital | 76.05% | 94.37% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 77.34% | 87.07% |
| 10/24/2020 | Capital Metro | Greensboro | 76.71% | 67.43% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 85.01% | 88.25% |
| 10/24/2020 | Capital Metro | Norther Virginia | 83.70% | 94.96% |
| 10/24/2020 | Capital Metro | Richmond | 82.13% | 87.36% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Eastern | Appalachian | 90.00% | 95.35% |
| 10/24/2020 | Eastern | Central Pennsylvania | 62.44% | 59.19% |
| 10/24/2020 | Eastern | Kentuckiana | 90.44% | 96.86% |
| 10/24/2020 | Eastern | Norther Ohio | 80.86% | 75.12% |
| 10/24/2020 | Eastern | Ohio Valley | 83.25% | 84.06% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 56.17% | 75.01% |
| 10/24/2020 | Eastern | South Jersey | 80.11% | 89.89% |
| 10/24/2020 | Eastern | Tennessee | 85.93% | 89.98% |
| 10/24/2020 | Eastern | Western New York | 90.08% | 94.15% |
| 10/24/2020 | Eastern | Western Pennsylvania | 86.86% | 97.87% |
| 10/24/2020 | Great Lakes | Central Illinois | 84.90% | 85.88% |
| 10/24/2020 | Great Lakes | Chicago | 91.21% | 89.75% |
| 10/24/2020 | Great Lakes | Detroit | 71.38% | 85.49% |
| 10/24/2020 | Great Lakes | Gateway | 88.27% | 92.88% |
| 10/24/2020 | Great Lakes | Greater Indiana | 93.08% | 94.22% |
| 10/24/2020 | Great Lakes | Greater Michigan | 87.34% | 93.12% |
| 10/24/2020 | Great Lakes | Lakeland | 87.04% | 93.38% |
| 10/24/2020 | Northeast | Albany | 88.15% | 94.92% |
| 10/24/2020 | Northeast | Caribbean | 97.00% | 96.15% |
| 10/24/2020 | Northeast | Connecticut Valley | 87.02% | 94.85% |
| 10/24/2020 | Northeast | Greater Boston | 89.65% | 86.03% |
| 10/24/2020 | Northeast | Long Island | 89.31% | 94.15% |
| 10/24/2020 | Northeast | New York | 86.84% | 97.90% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Northeast | Northern New England | 90.73% | 95.64% |
| 10/24/2020 | Northeast | Northern New Jersey | 88.14% | 92.35% |
| 10/24/2020 | Northeast | Triboro | 92.46% | 95.30% |
| 10/24/2020 | Northeast | Westchester | 88.56% | 84.14% |
| 10/24/2020 | Pacific | Bay-Valley | 93.52% | 96.78% |
| 10/24/2020 | Pacific | Honolulu | 90.95% | 88.59% |
| 10/24/2020 | Pacific | Los Angeles | 90.07% | 95.75% |
| 10/24/2020 | Pacific | Sacramento | 94.05% | 92.23% |
| 10/24/2020 | Pacific | San Diego | 92.57% | 96.33% |
| 10/24/2020 | Pacific | San Francisco | 94.47% | 98.64% |
| 10/24/2020 | Pacific | Santa Ana | 92.33% | 97.42% |
| 10/24/2020 | Pacific | Sierra Coastal | 91.61% | 97.13% |
| 10/24/2020 | Southern | Alabama | 80.50% | 81.16% |
| 10/24/2020 | Southern | Arkansas | 89.31% | 93.73% |
| 10/24/2020 | Southern | Dallas | 91.21% | 94.64% |
| 10/24/2020 | Southern | Ft. Worth | 87.54% | 87.72% |
| 10/24/2020 | Southern | Gulf Atlantic | 78.78% | 86.38% |
| 10/24/2020 | Southern | Houston | 88.76% | 90.15% |
| 10/24/2020 | Southern | Louisiana | 91.41% | 81.41% |
| 10/24/2020 | Southern | Mississippi | 79.73% | 89.48% |
| 10/24/2020 | Southern | Oklahoma | 93.12% | 94.48% |
| 10/24/2020 | Southern | Rio Grande | 92.40% | 92.22% |
| 10/24/2020 | Southern | South Florida | 84.89% | 92.76% |
| 10/24/2020 | Southern | Suncoast | 89.02% | 80.09% |
| 10/24/2020 | Western | Alaska | 84.24% | 92.40% |
| 10/24/2020 | Western | Arizona | 90.11% | 88.12% |
| 10/24/2020 | Western | Central Plains | 88.79% | 96.08% |
| 10/24/2020 | Western | Colorado/Wyoming | 74.33% | 92.15% |
| 10/24/2020 | Western | Dakotas | 90.24% | 96.47% |
| 10/24/2020 | Western | Hawkeye | 88.94% | 93.61% |
| 10/24/2020 | Western | Mid-Americas | 89.07% | 90.00% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Western | Nevada Sierra | 91.64% | 97.04% |
| 10/24/2020 | Western | Northland | 81.92% | 93.64% |
| 10/24/2020 | Western | Portland | 88.56% | 92.75% |
| 10/24/2020 | Western | Salt Lake City | 93.05% | 92.04% |
| 10/24/2020 | Western | Seattle | 86.05% | 91.30% |
| 10/26/2020 | Capital Metro | Atlanta | 87.20% | 62.46% |
| 10/26/2020 | Capital Metro | Baltimore | 68.67% | 66.91% |
| 10/26/2020 | Capital Metro | Capital | 82.31% | 95.93% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 72.04% | 86.66% |
| 10/26/2020 | Capital Metro | Greensboro | 79.11% | 59.41% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 88.17% | 76.74% |
| 10/26/2020 | Capital Metro | Norther Virginia | 86.76% | 96.05% |
| 10/26/2020 | Capital Metro | Richmond | 88.61% | 89.99% |
| 10/26/2020 | Eastern | Appalachian | 86.57% | 90.71% |
| 10/26/2020 | Eastern | Central Pennsylvania | 70.45% | 65.66% |
| 10/26/2020 | Eastern | Kentuckiana | 88.73% | 95.81% |
| 10/26/2020 | Eastern | Norther Ohio | 83.26% | 73.56% |
| 10/26/2020 | Eastern | Ohio Valley | 87.79% | 81.08% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 60.19% | 55.96% |
| 10/26/2020 | Eastern | South Jersey | 80.73% | 87.30% |
| 10/26/2020 | Eastern | Tennessee | 89.90% | 89.29% |
| 10/26/2020 | Eastern | Western New York | 89.30% | 94.05% |
| 10/26/2020 | Eastern | Western Pennsylvania | 91.21% | 98.21% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/26/2020 | Great Lakes | Central Illinois | 86.59% | 84.58% |
| 10/26/2020 | Great Lakes | Chicago | 92.42% | 91.80% |
| 10/26/2020 | Great Lakes | Detroit | 77.06% | 82.88% |
| 10/26/2020 | Great Lakes | Gateway | 88.66% | 93.89% |
| 10/26/2020 | Great Lakes | Greater Indiana | 94.49% | 94.61% |
| 10/26/2020 | Great Lakes | Greater Michigan | 88.81% | 94.17% |
| 10/26/2020 | Great Lakes | Lakeland | 90.43% | 95.37% |
| 10/26/2020 | Northeast | Albany | 92.38% | 93.45% |
| 10/26/2020 | Northeast | Caribbean | 95.07% | 97.25% |
| 10/26/2020 | Northeast | Connecticut Valley | 91.75% | 96.10% |
| 10/26/2020 | Northeast | Greater Boston | 93.20% | 92.23% |
| 10/26/2020 | Northeast | Long Island | 88.65% | 93.55% |
| 10/26/2020 | Northeast | New York | 91.50% | 97.25% |
| 10/26/2020 | Northeast | Northern New England | 92.06% | 95.46% |
| 10/26/2020 | Northeast | Northern New Jersey | 92.94% | 89.92% |
| 10/26/2020 | Northeast | Triboro | 91.85% | 90.06% |
| 10/26/2020 | Northeast | Westchester | 89.07% | 86.03% |
| 10/26/2020 | Pacific | Bay-Valley | 94.49% | 97.66% |
| 10/26/2020 | Pacific | Honolulu | 92.95% | 45.21% |
| 10/26/2020 | Pacific | Los Angeles | 93.56% | 95.41% |
| 10/26/2020 | Pacific | Sacramento | 94.57% | 94.03% |
| 10/26/2020 | Pacific | San Diego | 94.67% | 96.93% |
| 10/26/2020 | Pacific | San Francisco | 95.21% | 97.62% |
| 10/26/2020 | Pacific | Santa Ana | 95.19% | 97.30% |
| 10/26/2020 | Pacific | Sierra Coastal | 92.74% | 97.48% |
| 10/26/2020 | Southern | Alabama | 86.35% | 82.21% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/26/2020 | Southern | Arkansas | 94.55% | 91.48% |
| 10/26/2020 | Southern | Dallas | 91.86% | 96.32% |
| 10/26/2020 | Southern | Ft. Worth | 90.03% | 88.42% |
| 10/26/2020 | Southern | Gulf Atlantic | 81.17% | 85.41% |
| 10/26/2020 | Southern | Houston | 90.02% | 95.98% |
| 10/26/2020 | Southern | Louisiana | 92.19% | 89.30% |
| 10/26/2020 | Southern | Mississippi | 81.72% | 85.84% |
| 10/26/2020 | Southern | Oklahoma | 94.24% | 96.58% |
| 10/26/2020 | Southern | Rio Grande | 92.61% | 90.71% |
| 10/26/2020 | Southern | South Florida | 87.96% | 92.28% |
| 10/26/2020 | Southern | Suncoast | 91.61% | 92.16% |
| 10/26/2020 | Western | Alaska | 86.51% | 86.29% |
| 10/26/2020 | Western | Arizona | 92.07% | 87.86% |
| 10/26/2020 | Western | Central Plains | 92.71% | 93.40% |
| 10/26/2020 | Western | Colorado/Wyoming | 74.98% | 90.57% |
| 10/26/2020 | Western | Dakotas | 92.08% | 95.67% |
| 10/26/2020 | Western | Hawkeye | 92.36% | 92.65% |
| 10/26/2020 | Western | Mid-Americas | 90.84% | 92.38% |
| 10/26/2020 | Western | Nevada Sierra | 92.55% | 94.09% |
| 10/26/2020 | Western | Northland | 88.64% | 91.65% |
| 10/26/2020 | Western | Portland | 92.61% | 94.09% |
| 10/26/2020 | Western | Salt Lake City | 94.00% | 93.13% |
| 10/26/2020 | Western | Seattle | 91.76% | 95.88% |
| 10/27/2020 | Capital Metro | Atlanta | 52.00% | 77.13% |
| 10/27/2020 | Capital Metro | Baltimore | 28.97% | 70.46% |
| 10/27/2020 | Capital Metro | Capital | 57.38% | 95.73% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 39.51% | 91.08% |
| 10/27/2020 | Capital Metro | Greensboro | 46.11% | 60.97% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 64.21% | 71.63% |
| 10/27/2020 | Capital Metro | Norther Virginia | 52.04% | 96.54% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Capital Metro | Richmond | 61.21% | 92.19% |
| 10/27/2020 | Eastern | Appalachian | 59.05% | 93.33% |
| 10/27/2020 | Eastern | Central Pennsylvania | 58.46% | 62.19% |
| 10/27/2020 | Eastern | Kentuckiana | 70.54% | 97.61% |
| 10/27/2020 | Eastern | Norther Ohio | 44.38% | 77.91% |
| 10/27/2020 | Eastern | Ohio Valley | 49.17% | 87.25% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 25.63% | 73.53% |
| 10/27/2020 | Eastern | South Jersey | 39.75% | 89.02% |
| 10/27/2020 | Eastern | Tennessee | 59.90% | 92.55% |
| 10/27/2020 | Eastern | Western New York | 65.29% | 97.23% |
| 10/27/2020 | Eastern | Western Pennsylvania | 68.35% | 97.35% |
| 10/27/2020 | Great Lakes | Central Illinois | 62.57% | 89.81% |
| 10/27/2020 | Great Lakes | Chicago | 63.16% | 94.49% |
| 10/27/2020 | Great Lakes | Detroit | 42.25% | 76.60% |
| 10/27/2020 | Great Lakes | Gateway | 68.75% | 92.57% |
| 10/27/2020 | Great Lakes | Greater Indiana | 63.99% | 95.83% |
| 10/27/2020 | Great Lakes | Greater Michigan | 58.17% | 86.57% |
| 10/27/2020 | Great Lakes | Lakeland | 53.09% | 95.30% |
| 10/27/2020 | Northeast | Albany | 70.32% | 93.24% |
| 10/27/2020 | Northeast | Caribbean | 92.91% | 80.63% |
| 10/27/2020 | Northeast | Connecticut Valley | 71.55% | 93.96% |
| 10/27/2020 | Northeast | Greater Boston | 62.84% | 93.10% |
| 10/27/2020 | Northeast | Long Island | 72.81% | 96.07% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Northeast | New York | 70.21% | 97.28% |
| 10/27/2020 | Northeast | Northern New England | 70.60% | 86.58% |
| 10/27/2020 | Northeast | Northern New Jersey | 65.13% | 93.76% |
| 10/27/2020 | Northeast | Triboro | 83.37% | 93.27% |
| 10/27/2020 | Northeast | Westchester | 67.81% | 93.37% |
| 10/27/2020 | Pacific | Bay-Valley | 73.10% | 97.21% |
| 10/27/2020 | Pacific | Honolulu | 81.84% | 88.83% |
| 10/27/2020 | Pacific | Los Angeles | 77.38% | 96.97% |
| 10/27/2020 | Pacific | Sacramento | 68.97% | 93.17% |
| 10/27/2020 | Pacific | San Diego | 74.11% | 96.39% |
| 10/27/2020 | Pacific | San Francisco | 72.25% | 98.35% |
| 10/27/2020 | Pacific | Santa Ana | 59.85% | 98.01% |
| 10/27/2020 | Pacific | Sierra Coastal | 71.76% | 97.56% |
| 10/27/2020 | Southern | Alabama | 54.32% | 89.46% |
| 10/27/2020 | Southern | Arkansas | 70.57% | 92.89% |
| 10/27/2020 | Southern | Dallas | 72.90% | 93.76% |
| 10/27/2020 | Southern | Ft. Worth | 70.33% | 93.12% |
| 10/27/2020 | Southern | Gulf Atlantic | 51.74% | 86.13% |
| 10/27/2020 | Southern | Houston | 78.41% | 95.45% |
| 10/27/2020 | Southern | Louisiana | 65.39% | 89.96% |
| 10/27/2020 | Southern | Mississippi | 51.82% | 87.33% |
| 10/27/2020 | Southern | Oklahoma | 77.86% | 96.64% |
| 10/27/2020 | Southern | Rio Grande | 75.64% | 95.31% |
| 10/27/2020 | Southern | South Florida | 52.74% | 89.74% |
| 10/27/2020 | Southern | Suncoast | 56.94% | 95.55% |
| 10/27/2020 | Western | Alaska | 66.32% | 90.85% |
| 10/27/2020 | Western | Arizona | 68.28% | 90.01% |
| 10/27/2020 | Western | Central Plains | 76.82% | 96.27% |
| 10/27/2020 | Western | Colorado/Wyoming | 34.73% | 86.33% |
| 10/27/2020 | Western | Dakotas | 65.88% | 94.62% |
| 10/27/2020 | Western | Hawkeye | 68.59% | 93.77% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Western | Mid-Americas | 53.74% | 85.82% |
| 10/27/2020 | Western | Nevada Sierra | 75.70% | 96.49% |
| 10/27/2020 | Western | Northland | 55.01% | 90.94% |
| 10/27/2020 | Western | Portland | 72.74% | 87.84% |
| 10/27/2020 | Western | Salt Lake City | 61.58% | 96.44% |
| 10/27/2020 | Western | Seattle | 58.73% | 97.30% |
| 10/28/2020 | Capital Metro | Atlanta | 79.00% | 69.63% |
| 10/28/2020 | Capital Metro | Baltimore | 44.67% | 82.73% |
| 10/28/2020 | Capital Metro | Capital | 74.97% | 93.89% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 71.00% | 86.77% |
| 10/28/2020 | Capital Metro | Greensboro | 57.93% | 48.77% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 51.77% | 66.34% |
| 10/28/2020 | Capital Metro | Norther Virginia | 74.33% | 94.93% |
| 10/28/2020 | Capital Metro | Richmond | 83.23% | 89.43% |
| 10/28/2020 | Eastern | Appalachian | 83.55% | 93.47% |
| 10/28/2020 | Eastern | Central Pennsylvania | 56.13% | 52.85% |
| 10/28/2020 | Eastern | Kentuckiana | 89.15% | 96.02% |
| 10/28/2020 | Eastern | Norther Ohio | 72.99% | 63.76% |
| 10/28/2020 | Eastern | Ohio Valley | 80.38% | 88.19% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 49.09% | 62.45% |
| 10/28/2020 | Eastern | South Jersey | 75.44% | 92.90% |
| 10/28/2020 | Eastern | Tennessee | 86.66% | 88.59% |
| 10/28/2020 | Eastern | Western New York | 91.77% | 93.95% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Eastern | Western Pennsylvania | 85.37% | 94.53% |
| 10/28/2020 | Great Lakes | Central Illinois | 71.91% | 88.43% |
| 10/28/2020 | Great Lakes | Chicago | 80.31% | 81.39% |
| 10/28/2020 | Great Lakes | Detroit | 55.54% | 73.75% |
| 10/28/2020 | Great Lakes | Gateway | 82.52% | 92.46% |
| 10/28/2020 | Great Lakes | Greater Indiana | 86.77% | 91.26% |
| 10/28/2020 | Great Lakes | Greater Michigan | 75.97% | 88.50% |
| 10/28/2020 | Great Lakes | Lakeland | 78.17% | 91.65% |
| 10/28/2020 | Northeast | Albany | 88.70% | 95.48% |
| 10/28/2020 | Northeast | Caribbean | 96.19% | 92.11% |
| 10/28/2020 | Northeast | Connecticut Valley | 85.66% | 93.71% |
| 10/28/2020 | Northeast | Greater Boston | 88.27% | 84.41% |
| 10/28/2020 | Northeast | Long Island | 81.88% | 92.74% |
| 10/28/2020 | Northeast | New York | 86.04% | 95.88% |
| 10/28/2020 | Northeast | Northern New England | 82.27% | 92.58% |
| 10/28/2020 | Northeast | Northern New Jersey | 80.82% | 91.40% |
| 10/28/2020 | Northeast | Triboro | 81.70% | 94.47% |
| 10/28/2020 | Northeast | Westchester | 84.16% | 94.01% |
| 10/28/2020 | Pacific | Bay-Valley | 91.72% | 96.20% |
| 10/28/2020 | Pacific | Honolulu | 89.13% | 91.12% |
| 10/28/2020 | Pacific | Los Angeles | 88.32% | 96.84% |
| 10/28/2020 | Pacific | Sacramento | 85.00% | 94.96% |
| 10/28/2020 | Pacific | San Diego | 89.14% | 98.11% |
| 10/28/2020 | Pacific | San Francisco | 86.19% | 98.35% |
| 10/28/2020 | Pacific | Santa Ana | 83.05% | 97.11% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Pacific | Sierra Coastal | 87.92% | 96.96% |
| 10/28/2020 | Southern | Alabama | 88.51% | 84.01% |
| 10/28/2020 | Southern | Arkansas | 88.36% | 94.89% |
| 10/28/2020 | Southern | Dallas | 77.44% | 92.41% |
| 10/28/2020 | Southern | Ft. Worth | 83.39% | 92.80% |
| 10/28/2020 | Southern | Gulf Atlantic | 77.24% | 84.65% |
| 10/28/2020 | Southern | Houston | 76.94% | 95.03% |
| 10/28/2020 | Southern | Louisiana | 90.49% | 90.52% |
| 10/28/2020 | Southern | Mississippi | 79.16% | 85.44% |
| 10/28/2020 | Southern | Oklahoma | 92.17% | 96.92% |
| 10/28/2020 | Southern | Rio Grande | 85.81% | 94.94% |
| 10/28/2020 | Southern | South Florida | 66.94% | 91.97% |
| 10/28/2020 | Southern | Suncoast | 82.61% | 89.24% |
| 10/28/2020 | Western | Alaska | 79.48% | 90.51% |
| 10/28/2020 | Western | Arizona | 80.63% | 91.12% |
| 10/28/2020 | Western | Central Plains | 81.10% | 93.65% |
| 10/28/2020 | Western | Colorado/Wyoming | 56.08% | 78.02% |
| 10/28/2020 | Western | Dakotas | 86.29% | 95.05% |
| 10/28/2020 | Western | Hawkeye | 87.29% | 90.86% |
| 10/28/2020 | Western | Mid-Americas | 83.74% | 76.87% |
| 10/28/2020 | Western | Nevada Sierra | 85.76% | 97.02% |
| 10/28/2020 | Western | Northland | 80.99% | 87.60% |
| 10/28/2020 | Western | Portland | 85.40% | 91.19% |
| 10/28/2020 | Western | Salt Lake City | 80.31% | 97.18% |
| 10/28/2020 | Western | Seattle | 81.73% | 97.03% |
| 10/29/2020 | Capital Metro | Atlanta | 90.71% | 69.76% |
| 10/29/2020 | Capital Metro | Baltimore | 70.37% | 75.61% |
| 10/29/2020 | Capital Metro | Capital | 86.91% | 85.80% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 82.70% | 88.16% |
| 10/29/2020 | Capital Metro | Greensboro | 80.51% | 48.97% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 87.13% | 70.01% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Capital Metro | Norther Virginia | 88.10% | 92.88% |
| 10/29/2020 | Capital Metro | Richmond | 91.66% | 85.47% |
| 10/29/2020 | Eastern | Appalachian | 89.36% | 86.34% |
| 10/29/2020 | Eastern | Central Pennsylvania | 60.53% | 52.44% |
| 10/29/2020 | Eastern | Kentuckiana | 92.18% | 95.14% |
| 10/29/2020 | Eastern | Norther Ohio | 76.90% | 77.30% |
| 10/29/2020 | Eastern | Ohio Valley | 86.13% | 88.51% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 49.63% | 51.61% |
| 10/29/2020 | Eastern | South Jersey | 86.02% | 92.96% |
| 10/29/2020 | Eastern | Tennessee | 94.34% | 88.44% |
| 10/29/2020 | Eastern | Western New York | 91.84% | 93.36% |
| 10/29/2020 | Eastern | Western Pennsylvania | 91.92% | 96.49% |
| 10/29/2020 | Great Lakes | Central Illinois | 84.85% | 86.80% |
| 10/29/2020 | Great Lakes | Chicago | 88.24% | 87.34% |
| 10/29/2020 | Great Lakes | Detroit | 76.05% | 71.18% |
| 10/29/2020 | Great Lakes | Gateway | 91.94% | 87.71% |
| 10/29/2020 | Great Lakes | Greater Indiana | 93.12% | 92.32% |
| 10/29/2020 | Great Lakes | Greater Michigan | 87.53% | 93.11% |
| 10/29/2020 | Great Lakes | Lakeland | 89.91% | 93.43% |
| 10/29/2020 | Northeast | Albany | 94.24% | 95.57% |
| 10/29/2020 | Northeast | Caribbean | 97.23% | 82.16% |
| 10/29/2020 | Northeast | Connecticut Valley | 92.92% | 93.05% |
| 10/29/2020 | Northeast | Greater Boston | 93.25% | 87.28% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Northeast | Long Island | 87.94% | 94.64% |
| 10/29/2020 | Northeast | New York | 91.45% | 97.06% |
| 10/29/2020 | Northeast | Northern New England | 93.83% | 88.21% |
| 10/29/2020 | Northeast | Northern New Jersey | 93.60% | 93.89% |
| 10/29/2020 | Northeast | Triboro | 90.21% | 93.93% |
| 10/29/2020 | Northeast | Westchester | 93.27% | 92.96% |
| 10/29/2020 | Pacific | Bay-Valley | 93.55% | 96.40% |
| 10/29/2020 | Pacific | Honolulu | 93.33% | 96.37% |
| 10/29/2020 | Pacific | Los Angeles | 94.65% | 96.60% |
| 10/29/2020 | Pacific | Sacramento | 94.13% | 94.97% |
| 10/29/2020 | Pacific | San Diego | 94.06% | 96.49% |
| 10/29/2020 | Pacific | San Francisco | 93.11% | 98.34% |
| 10/29/2020 | Pacific | Santa Ana | 93.53% | 98.20% |
| 10/29/2020 | Pacific | Sierra Coastal | 94.27% | 97.46% |
| 10/29/2020 | Southern | Alabama | 91.64% | 74.61% |
| 10/29/2020 | Southern | Arkansas | 93.77% | 89.59% |
| 10/29/2020 | Southern | Dallas | 91.21% | 94.04% |
| 10/29/2020 | Southern | Ft. Worth | 91.58% | 90.34% |
| 10/29/2020 | Southern | Gulf Atlantic | 86.49% | 77.88% |
| 10/29/2020 | Southern | Houston | 85.52% | 95.44% |
| 10/29/2020 | Southern | Louisiana | 92.58% | 85.90% |
| 10/29/2020 | Southern | Mississippi | 92.16% | 83.36% |
| 10/29/2020 | Southern | Oklahoma | 91.07% | 95.89% |
| 10/29/2020 | Southern | Rio Grande | 93.30% | 95.34% |
| 10/29/2020 | Southern | South Florida | 87.45% | 91.89% |
| 10/29/2020 | Southern | Suncoast | 93.74% | 92.80% |
| 10/29/2020 | Western | Alaska | 77.89% | 96.96% |
| 10/29/2020 | Western | Arizona | 94.44% | 89.22% |
| 10/29/2020 | Western | Central Plains | 92.99% | 94.62% |
| 10/29/2020 | Western | Colorado/Wyoming | 72.26% | 79.22% |
| 10/29/2020 | Western | Dakotas | 92.37% | 94.79% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Western | Hawkeye | 94.07% | 94.74% |
| 10/29/2020 | Western | Mid-Americas | 91.91% | 82.67% |
| 10/29/2020 | Western | Nevada Sierra | 93.99% | 97.03% |
| 10/29/2020 | Western | Northland | 90.56% | 90.38% |
| 10/29/2020 | Western | Portland | 93.60% | 95.97% |
| 10/29/2020 | Western | Salt Lake City | 93.27% | 96.30% |
| 10/29/2020 | Western | Seattle | 90.92% | 96.99% |
| 10/30/2020 | Capital Metro | Atlanta | 84.99% | 55.44% |
| 10/30/2020 | Capital Metro | Baltimore | 69.17% | 85.16% |
| 10/30/2020 | Capital Metro | Capital | 85.05% | 85.99% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 69.12% | 84.55% |
| 10/30/2020 | Capital Metro | Greensboro | 70.40% | 57.86% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 83.02% | 63.42% |
| 10/30/2020 | Capital Metro | Norther Virginia | 82.79% | 93.95% |
| 10/30/2020 | Capital Metro | Richmond | 89.35% | 84.43% |
| 10/30/2020 | Eastern | Appalachian | 90.98% | 89.70% |
| 10/30/2020 | Eastern | Central Pennsylvania | 64.97% | 48.86% |
| 10/30/2020 | Eastern | Kentuckiana | 89.46% | 93.63% |
| 10/30/2020 | Eastern | Norther Ohio | 74.16% | 61.98% |
| 10/30/2020 | Eastern | Ohio Valley | 82.36% | 89.17% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 59.58% | 65.34% |
| 10/30/2020 | Eastern | South Jersey | 85.13% | 91.38% |
| 10/30/2020 | Eastern | Tennessee | 87.87% | 84.50% |
| 10/30/2020 | Eastern | Western New York | 93.22% | 94.76% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/30/2020 | Eastern | Western Pennsylvania | 88.88% | 95.54% |
| 10/30/2020 | Great Lakes | Central Illinois | 80.04% | 87.66% |
| 10/30/2020 | Great Lakes | Chicago | 89.63% | 87.40% |
| 10/30/2020 | Great Lakes | Detroit | 73.67% | 58.35% |
| 10/30/2020 | Great Lakes | Gateway | 89.56% | 88.03% |
| 10/30/2020 | Great Lakes | Greater Indiana | 93.20% | 89.58% |
| 10/30/2020 | Great Lakes | Greater Michigan | 80.84% | 82.47% |
| 10/30/2020 | Great Lakes | Lakeland | 88.21% | 91.93% |
| 10/30/2020 | Northeast | Albany | 90.26% | 91.71% |
| 10/30/2020 | Northeast | Caribbean | 93.12% | 91.53% |
| 10/30/2020 | Northeast | Connecticut Valley | 91.82% | 87.65% |
| 10/30/2020 | Northeast | Greater Boston | 90.64% | 86.76% |
| 10/30/2020 | Northeast | Long Island | 91.23% | 86.54% |
| 10/30/2020 | Northeast | New York | 89.78% | 98.04% |
| 10/30/2020 | Northeast | Northern New England | 89.51% | 88.59% |
| 10/30/2020 | Northeast | Northern New Jersey | 91.46% | 92.42% |
| 10/30/2020 | Northeast | Triboro | 89.45% | 93.68% |
| 10/30/2020 | Northeast | Westchester | 91.73% | 87.02% |
| 10/30/2020 | Pacific | Bay-Valley | 92.75% | 96.24% |
| 10/30/2020 | Pacific | Honolulu | 93.49% | 95.70% |
| 10/30/2020 | Pacific | Los Angeles | 93.42% | 95.94% |
| 10/30/2020 | Pacific | Sacramento | 89.43% | 95.22% |
| 10/30/2020 | Pacific | San Diego | 92.23% | 97.31% |
| 10/30/2020 | Pacific | San Francisco | 92.94% | 96.04% |
| 10/30/2020 | Pacific | Santa Ana | 86.17% | 96.92% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/30/2020 | Pacific | Sierra Coastal | 92.70% | 95.89% |
| 10/30/2020 | Southern | Alabama | 87.86% | 69.60% |
| 10/30/2020 | Southern | Arkansas | 89.31% | 84.42% |
| 10/30/2020 | Southern | Dallas | 78.65% | 89.12% |
| 10/30/2020 | Southern | Ft. Worth | 85.77% | 90.89% |
| 10/30/2020 | Southern | Gulf Atlantic | 82.91% | 72.75% |
| 10/30/2020 | Southern | Houston | 88.71% | 93.13% |
| 10/30/2020 | Southern | Louisiana | 81.80% | 81.07% |
| 10/30/2020 | Southern | Mississippi | 84.90% | 76.75% |
| 10/30/2020 | Southern | Oklahoma | 91.35% | 93.17% |
| 10/30/2020 | Southern | Rio Grande | 90.48% | 93.56% |
| 10/30/2020 | Southern | South Florida | 81.59% | 85.66% |
| 10/30/2020 | Southern | Suncoast | 88.85% | 91.49% |
| 10/30/2020 | Western | Alaska | 90.05% | 84.94% |
| 10/30/2020 | Western | Arizona | 91.43% | 88.86% |
| 10/30/2020 | Western | Central Plains | 94.33% | 90.23% |
| 10/30/2020 | Western | Colorado/Wyoming | 65.31% | 58.70% |
| 10/30/2020 | Western | Dakotas | 92.41% | 93.23% |
| 10/30/2020 | Western | Hawkeye | 91.04% | 94.26% |
| 10/30/2020 | Western | Mid-Americas | 85.46% | 81.57% |
| 10/30/2020 | Western | Nevada Sierra | 92.49% | 96.48% |
| 10/30/2020 | Western | Northland | 89.03% | 89.24% |
| 10/30/2020 | Western | Portland | 94.06% | 94.53% |
| 10/30/2020 | Western | Salt Lake City | 91.86% | 94.75% |
| 10/30/2020 | Western | Seattle | 88.16% | 92.55% |
| 10/31/2020 | Capital Metro | Atlanta | 79.48% | 53.24% |
| 10/31/2020 | Capital Metro | Baltimore | 75.97% | 72.69% |
| 10/31/2020 | Capital Metro | Capital | 77.97% | 89.96% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 71.07% | 65.36% |
| 10/31/2020 | Capital Metro | Greensboro | 77.23% | 53.74% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 74.93% | 60.06% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/31/2020 | Capital Metro | Norther Virginia | 80.85% | 93.66% |
| 10/31/2020 | Capital Metro | Richmond | 88.11% | 64.84% |
| 10/31/2020 | Eastern | Appalachian | 89.21% | 92.35% |
| 10/31/2020 | Eastern | Central Pennsylvania | 67.17% | 39.33% |
| 10/31/2020 | Eastern | Kentuckiana | 90.67% | 93.98% |
| 10/31/2020 | Eastern | Norther Ohio | 75.68% | 56.77% |
| 10/31/2020 | Eastern | Ohio Valley | 82.20% | 87.94% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 62.74% | 62.40% |
| 10/31/2020 | Eastern | South Jersey | 85.56% | 91.03% |
| 10/31/2020 | Eastern | Tennessee | 89.49% | 85.61% |
| 10/31/2020 | Eastern | Western New York | 89.70% | 91.07% |
| 10/31/2020 | Eastern | Western Pennsylvania | 90.02% | 91.72% |
| 10/31/2020 | Great Lakes | Central Illinois | 82.98% | 85.68% |
| 10/31/2020 | Great Lakes | Chicago | 84.86% | 85.33% |
| 10/31/2020 | Great Lakes | Detroit | 74.85% | 56.20% |
| 10/31/2020 | Great Lakes | Gateway | 88.35% | 88.59% |
| 10/31/2020 | Great Lakes | Greater Indiana | 87.83% | 91.75% |
| 10/31/2020 | Great Lakes | Greater Michigan | 81.69% | 75.68% |
| 10/31/2020 | Great Lakes | Lakeland | 86.40% | 88.30% |
| 10/31/2020 | Northeast | Albany | 91.29% | 90.78% |
| 10/31/2020 | Northeast | Caribbean | 93.85% | 98.80% |
| 10/31/2020 | Northeast | Connecticut Valley | 92.11% | 92.58% |
| 10/31/2020 | Northeast | Greater Boston | 91.68% | 80.30% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/31/2020 | Northeast | Long Island | 88.88% | 90.00% |
| 10/31/2020 | Northeast | New York | 89.22% | 97.48% |
| 10/31/2020 | Northeast | Northern New England | 90.53% | 76.89% |
| 10/31/2020 | Northeast | Northern New Jersey | 92.50% | 94.56% |
| 10/31/2020 | Northeast | Triboro | 90.47% | 91.52% |
| 10/31/2020 | Northeast | Westchester | 92.88% | 91.70% |
| 10/31/2020 | Pacific | Bay-Valley | 94.34% | 97.53% |
| 10/31/2020 | Pacific | Honolulu | 93.97% | 89.76% |
| 10/31/2020 | Pacific | Los Angeles | 92.95% | 95.34% |
| 10/31/2020 | Pacific | Sacramento | 93.18% | 92.10% |
| 10/31/2020 | Pacific | San Diego | 93.85% | 95.72% |
| 10/31/2020 | Pacific | San Francisco | 92.10% | 96.19% |
| 10/31/2020 | Pacific | Santa Ana | 91.76% | 94.64% |
| 10/31/2020 | Pacific | Sierra Coastal | 94.12% | 97.35% |
| 10/31/2020 | Southern | Alabama | 87.40% | 80.78% |
| 10/31/2020 | Southern | Arkansas | 89.18% | 89.98% |
| 10/31/2020 | Southern | Dallas | 84.74% | 90.96% |
| 10/31/2020 | Southern | Ft. Worth | 90.48% | 92.33% |
| 10/31/2020 | Southern | Gulf Atlantic | 84.73% | 66.84% |
| 10/31/2020 | Southern | Houston | 87.48% | 93.17% |
| 10/31/2020 | Southern | Louisiana | 90.65% | 76.66% |
| 10/31/2020 | Southern | Mississippi | 80.64% | 77.78% |
| 10/31/2020 | Southern | Oklahoma | 93.20% | 93.12% |
| 10/31/2020 | Southern | Rio Grande | 92.04% | 93.84% |
| 10/31/2020 | Southern | South Florida | 81.24% | 85.79% |
| 10/31/2020 | Southern | Suncoast | 91.34% | 90.80% |
| 10/31/2020 | Western | Alaska | 90.38% | 62.25% |
| 10/31/2020 | Western | Arizona | 93.00% | 91.73% |
| 10/31/2020 | Western | Central Plains | 92.73% | 86.76% |
| 10/31/2020 | Western | Colorado/Wyoming | 64.03% | 53.55% |
| 10/31/2020 | Western | Dakotas | 92.66% | 86.86% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/31/2020 | Western | Hawkeye | 92.69% | 91.72% |
| 10/31/2020 | Western | Mid-Americas | 89.95% | 82.90% |
| 10/31/2020 | Western | Nevada Sierra | 93.05% | 96.11% |
| 10/31/2020 | Western | Northland | 87.24% | 91.87% |
| 10/31/2020 | Western | Portland | 91.20% | 96.69% |
| 10/31/2020 | Western | Salt Lake City | 91.32% | 94.12% |
| 10/31/2020 | Western | Seattle | 89.76% | 91.68% |