| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound | Processing Score: Outbound Non-Ballot Election |
|---|---|---|---|---|---|
| 10/24/2020 | Nation | | 94.73% | 94.12% | 95.99% |
| 10/26/2020 | Nation | | 93.40% | 95.31% | 57.15% |
| 10/27/2020 | Nation | | 94.82% | 91.51% | 34.73% |
| 10/28/2020 | Nation | | 97.05% | 97.01% | 76.66% |
| 10/29/2020 | Nation | | 95.01% | 94.66% | 75.53% |
| 10/30/2020 | Nation | | 93.08% | 90.83% | 72.59% |
| 10/31/2020 | Nation | | 90.91% | 85.76% | 72.23% |
| | | | | | |
| 10/24/2020 | | Capital Metro | 88.75% | 51.81% | 75.28% |
| 10/24/2020 | | Eastern | 91.40% | 98.33% | 75.34% |
| 10/24/2020 | | Great Lakes | 88.55% | 71.38% | 94.70% |
| 10/24/2020 | | Northeast | 95.16% | 99.10% | 95.90% |
| 10/24/2020 | | Pacific | 98.28% | 96.09% | 99.88% |
| 10/24/2020 | | Southern | 93.72% | 57.60% | 95.47% |
| 10/24/2020 | | Western | 95.01% | 78.31% | 98.85% |
| | | | | | |
| 10/26/2020 | | Capital Metro | 89.52% | 85.09% | 54.12% |
| 10/26/2020 | | Eastern | 90.72% | 98.45% | 12.26% |
| 10/26/2020 | | Great Lakes | 88.39% | 77.53% | 97.72% |
| 10/26/2020 | | Northeast | 95.83% | 97.46% | 49.83% |
| 10/26/2020 | | Pacific | 97.24% | 93.94% | 95.93% |
| 10/26/2020 | | Southern | 90.71% | 68.15% | 84.79% |
| 10/26/2020 | | Western | 93.37% | 80.38% | 97.64% |
| | | | | | |
| 10/27/2020 | | Capital Metro | 74.42% | 65.38% | 46.88% |
| 10/27/2020 | | Eastern | 92.25% | 92.09% | 2.59% |
| 10/27/2020 | | Great Lakes | 78.84% | 11.80% | 32.80% |
| 10/27/2020 | | Northeast | 95.04% | 99.92% | 60.95% |
| 10/27/2020 | | Pacific | 98.84% | 64.27% | 88.67% |
| 10/27/2020 | | Southern | 92.96% | 85.80% | 78.75% |
| 10/27/2020 | | Western | 95.78% | 28.37% | 55.47% |
| | | | | | |
| 10/28/2020 | | Capital Metro | 93.92% | 52.29% | 82.27% |
| 10/28/2020 | | Eastern | 95.31% | 96.76% | 11.14% |
| 10/28/2020 | | Great Lakes | 94.19% | 15.51% | 96.87% |
| 10/28/2020 | | Northeast | 97.26% | 99.32% | 19.16% |
| 10/28/2020 | | Pacific | 99.18% | 96.19% | 89.86% |
| 10/28/2020 | | Southern | 95.05% | 85.18% | 94.09% |
| 10/28/2020 | | Western | 97.23% | 81.78% | 48.16% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Capital Metro | | 90.60% | 34.89% | 74.07% |
| 10/29/2020 | Eastern | | 88.23% | 99.57% | 5.97% |
| 10/29/2020 | Great Lakes | | 92.82% | 95.48% | 95.63% |
| 10/29/2020 | Northeast | | 95.78% | 86.14% | 72.96% |
| 10/29/2020 | Pacific | | 98.40% | 96.14% | 75.78% |
| 10/29/2020 | Southern | | 96.59% | 53.79% | 92.86% |
| 10/29/2020 | Western | | 96.04% | 88.78% | 77.40% |
| 10/30/2020 | Capital Metro | | 86.52% | 4.23% | 72.37% |
| 10/30/2020 | Eastern | | 88.40% | 76.99% | 54.09% |
| 10/30/2020 | Great Lakes | | 87.05% | 83.74% | 58.22% |
| 10/30/2020 | Northeast | | 94.47% | 95.59% | 96.70% |
| 10/30/2020 | Pacific | | 97.98% | 97.66% | 81.10% |
| 10/30/2020 | Southern | | 89.19% | 87.03% | 87.44% |
| 10/30/2020 | Western | | 93.42% | 88.64% | 83.49% |
| 10/31/2020 | Capital Metro | | 80.70% | 5.81% | 67.40% |
| 10/31/2020 | Eastern | | 85.10% | 95.83% | 40.13% |
| 10/31/2020 | Great Lakes | | 86.36% | 74.98% | 79.68% |
| 10/31/2020 | Northeast | | 93.68% | 94.69% | 87.90% |
| 10/31/2020 | Pacific | | 97.50% | 98.39% | 67.55% |
| 10/31/2020 | Southern | | 87.13% | 21.66% | 78.06% |
| 10/31/2020 | Western | | 89.80% | 50.15% | 78.27% |
| 10/24/2020 | Capital Metro | Atlanta | 84.88% | 1.75% | 25.00% |
| 10/24/2020 | Capital Metro | Baltimore | 84.21% | 96.86% | 70.64% |
| 10/24/2020 | Capital Metro | Capital | 92.99% | 49.43% | 90.98% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 92.25% | 36.84% | 12.54% |
| 10/24/2020 | Capital Metro | Greensboro | 83.60% | 97.34% | 89.49% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 90.56% | 91.14% | 62.11% |
| 10/24/2020 | Capital Metro | Norther Virginia | 91.55% | 44.44% | 95.03% |
| 10/24/2020 | Capital Metro | Richmond | 92.46% | 84.75% | 92.25% |
| 10/24/2020 | Eastern | Appalachian | 58.85% | 68.57% | 68.22% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/24/2020 | Eastern | Central Pennsylvania | 78.47% | 1.33% | 0.77% |
| 10/24/2020 | Eastern | Kentuckiana | 37.55% | 61.11% | 99.89% |
| 10/24/2020 | Eastern | Norther Ohio | 91.84% | 4.84% | 71.23% |
| 10/24/2020 | Eastern | Ohio Valley | 95.08% | 95.08% | 89.43% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 91.55% | 39.70% | 4.75% |
| 10/24/2020 | Eastern | South Jersey | 95.54% | 99.97% | 47.20% |
| 10/24/2020 | Eastern | Tennessee | 88.72% | 39.52% | 12.64% |
| 10/24/2020 | Eastern | Western New York | 96.20% | 57.14% | 23.81% |
| 10/24/2020 | Eastern | Western Pennsylvania | 98.08% | 98.13% | 36.03% |
| 10/24/2020 | Great Lakes | Central Illinois | 89.88% | 2.76% | 99.08% |
| 10/24/2020 | Great Lakes | Chicago | 90.71% | 81.36% | 10.27% |
| 10/24/2020 | Great Lakes | Detroit | 74.05% | 80.12% | 0.09% |
| 10/24/2020 | Great Lakes | Gateway | 93.45% | 83.95% | 99.99% |
| 10/24/2020 | Great Lakes | Greater Indiana | 72.41% | 78.40% | 96.32% |
| 10/24/2020 | Great Lakes | Greater Michigan | 91.66% | 83.57% | 97.25% |
| 10/24/2020 | Great Lakes | Lakeland | 81.73% | 26.85% | 99.09% |
| 10/24/2020 | Northeast | Albany | 95.19% | 66.67% | 79.15% |
| 10/24/2020 | Northeast | Caribbean | 99.63% | 100.00% | 80.00% |
| 10/24/2020 | Northeast | Connecticut Valley | 95.55% | 98.84% | 79.42% |
| 10/24/2020 | Northeast | Greater Boston | 96.03% | 87.07% | 99.45% |
| 10/24/2020 | Northeast | Long Island | 96.61% | 83.33% | 92.47% |
| 10/24/2020 | Northeast | New York | 91.15% | 90.57% | 34.88% |
| 10/24/2020 | Northeast | Northern New England | 76.56% | 81.82% | 98.93% |

| Date | Region | District | | | |
|---|---|---|---|---|---|
| 10/24/2020 | Northeast | Northern New Jersey | 96.50% | 99.58% | 99.85% |
| 10/24/2020 | Northeast | Triboro | 83.10% | 73.61% | 11.38% |
| 10/24/2020 | Northeast | Westchester | 92.76% | 81.25% | 94.01% |
| 10/24/2020 | Pacific | Bay-Valley | 98.43% | 21.60% | 91.10% |
| 10/24/2020 | Pacific | Honolulu | 97.22% | 32.31% | 62.24% |
| 10/24/2020 | Pacific | Los Angeles | 98.59% | 79.89% | 99.89% |
| 10/24/2020 | Pacific | Sacramento | 96.75% | 81.41% | 97.78% |
| 10/24/2020 | Pacific | San Diego | 98.84% | 99.70% | 98.31% |
| 10/24/2020 | Pacific | San Francisco | 98.32% | 40.48% | 98.31% |
| 10/24/2020 | Pacific | Santa Ana | 99.02% | 96.62% | 99.97% |
| 10/24/2020 | Pacific | Sierra Coastal | 98.49% | 99.29% | 99.99% |
| 10/24/2020 | Southern | Alabama | 65.65% | 34.55% | 52.54% |
| 10/24/2020 | Southern | Arkansas | 91.46% | 45.16% | 69.23% |
| 10/24/2020 | Southern | Dallas | 94.59% | 69.57% | 35.97% |
| 10/24/2020 | Southern | Ft. Worth | 90.04% | 97.38% | 31.22% |
| 10/24/2020 | Southern | Gulf Atlantic | 90.81% | 3.60% | 99.10% |
| 10/24/2020 | Southern | Houston | 84.64% | 19.51% | 5.60% |
| 10/24/2020 | Southern | Louisiana | 77.18% | 32.00% | 8.03% |
| 10/24/2020 | Southern | Mississippi | 85.50% | 36.84% | 9.85% |
| 10/24/2020 | Southern | Oklahoma | 75.32% | 70.00% | 99.94% |
| 10/24/2020 | Southern | Rio Grande | 91.09% | 55.56% | 99.55% |
| 10/24/2020 | Southern | South Florida | 92.91% | 22.63% | 52.03% |
| 10/24/2020 | Southern | Suncoast | 96.63% | 60.59% | 85.75% |
| 10/24/2020 | Western | Alaska | 79.59% | 36.00% | 64.41% |
| 10/24/2020 | Western | Arizona | 97.56% | 79.07% | 99.86% |
| 10/24/2020 | Western | Central Plains | 96.72% | 68.57% | 99.99% |
| 10/24/2020 | Western | Colorado/Wyoming | 69.96% | 66.32% | 91.90% |
| 10/24/2020 | Western | Dakotas | 96.23% | 29.63% | 99.75% |
| 10/24/2020 | Western | Hawkeye | 95.25% | 47.73% | 99.46% |
| 10/24/2020 | Western | Mid-Americas | 93.80% | 69.09% | 99.99% |
| 10/24/2020 | Western | Nevada Sierra | 97.86% | 68.03% | 99.78% |
| 10/24/2020 | Western | Northland | 97.30% | 15.76% | 96.62% |
| 10/24/2020 | Western | Portland | 92.49% | 14.55% | 61.85% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/24/2020 | Western | Salt Lake City | 98.78% | 96.66% | 94.79% |
| 10/24/2020 | Western | Seattle | 97.76% | 6.05% | 32.72% |
| 10/26/2020 | Capital Metro | Atlanta | 89.45% | 1.66% | 42.37% |
| 10/26/2020 | Capital Metro | Baltimore | 91.27% | 90.56% | 37.66% |
| 10/26/2020 | Capital Metro | Capital | 93.21% | 99.74% | 89.46% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 87.10% | 56.44% | 83.66% |
| 10/26/2020 | Capital Metro | Greensboro | 82.71% | 97.49% | 74.88% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 86.11% | 97.46% | 34.87% |
| 10/26/2020 | Capital Metro | Norther Virginia | 93.50% | 85.71% | 77.30% |
| 10/26/2020 | Capital Metro | Richmond | 91.18% | 34.64% | 96.83% |
| 10/26/2020 | Eastern | Appalachian | 74.91% | 66.67% | 96.71% |
| 10/26/2020 | Eastern | Central Pennsylvania | 78.76% | 7.65% | 1.61% |
| 10/26/2020 | Eastern | Kentuckiana | 64.55% | 78.38% | 99.77% |
| 10/26/2020 | Eastern | Norther Ohio | 92.64% | 35.76% | 40.16% |
| 10/26/2020 | Eastern | Ohio Valley | 94.80% | 22.15% | 52.94% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 93.03% | 95.06% | 0.07% |
| 10/26/2020 | Eastern | South Jersey | 90.89% | 99.96% | 3.25% |
| 10/26/2020 | Eastern | Tennessee | 92.82% | 79.06% | 96.78% |
| 10/26/2020 | Eastern | Western New York | 96.60% | 95.74% | 84.23% |
| 10/26/2020 | Eastern | Western Pennsylvania | 97.26% | 25.27% | 83.43% |
| 10/26/2020 | Great Lakes | Central Illinois | 94.36% | 78.15% | 99.80% |
| 10/26/2020 | Great Lakes | Chicago | 87.64% | 76.81% | 79.13% |
| 10/26/2020 | Great Lakes | Detroit | 73.65% | 48.45% | 24.64% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/26/2020 | Great Lakes | Gateway | 93.18% | 98.79% | 99.90% |
| 10/26/2020 | Great Lakes | Greater Indiana | 79.73% | 92.38% | 94.75% |
| 10/26/2020 | Great Lakes | Greater Michigan | 87.29% | 7.26% | 99.88% |
| 10/26/2020 | Great Lakes | Lakeland | 87.44% | 12.96% | 90.91% |
| 10/26/2020 | Northeast | Albany | 96.32% | 93.38% | 64.83% |
| 10/26/2020 | Northeast | Caribbean | 98.67% | 32.26% | 98.67% |
| 10/26/2020 | Northeast | Connecticut Valley | 94.79% | 98.08% | 76.79% |
| 10/26/2020 | Northeast | Greater Boston | 96.96% | 88.15% | 78.30% |
| 10/26/2020 | Northeast | Long Island | 96.02% | 90.48% | 77.86% |
| 10/26/2020 | Northeast | New York | 96.48% | 93.89% | 27.24% |
| 10/26/2020 | Northeast | Northern New England | 84.41% | 91.49% | 94.41% |
| 10/26/2020 | Northeast | Northern New Jersey | 96.76% | 97.47% | 11.17% |
| 10/26/2020 | Northeast | Triboro | 89.12% | 94.01% | 14.30% |
| 10/26/2020 | Northeast | Westchester | 94.53% | 97.14% | 80.16% |
| 10/26/2020 | Pacific | Bay-Valley | 96.85% | 43.23% | 98.03% |
| 10/26/2020 | Pacific | Honolulu | 94.72% | 63.16% | 99.49% |
| 10/26/2020 | Pacific | Los Angeles | 96.38% | 73.38% | 92.39% |
| 10/26/2020 | Pacific | Sacramento | 97.07% | 95.65% | 82.16% |
| 10/26/2020 | Pacific | San Diego | 98.07% | 81.85% | 99.34% |
| 10/26/2020 | Pacific | San Francisco | 97.82% | 78.33% | 99.54% |
| 10/26/2020 | Pacific | Santa Ana | 97.65% | 98.77% | 99.34% |
| 10/26/2020 | Pacific | Sierra Coastal | 97.96% | 87.02% | 94.81% |
| 10/26/2020 | Southern | Alabama | 74.19% | 58.06% | 85.35% |
| 10/26/2020 | Southern | Arkansas | 91.95% | 87.50% | 98.28% |
| 10/26/2020 | Southern | Dallas | 91.98% | 84.76% | 86.00% |
| 10/26/2020 | Southern | Ft. Worth | 88.68% | 15.02% | 47.62% |
| 10/26/2020 | Southern | Gulf Atlantic | 85.82% | 10.22% | 27.47% |
| 10/26/2020 | Southern | Houston | 90.23% | 84.27% | 97.45% |
| 10/26/2020 | Southern | Louisiana | 74.03% | 55.34% | 98.34% |
| 10/26/2020 | Southern | Mississippi | 73.93% | 67.44% | 82.13% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/26/2020 | Southern | Oklahoma | 77.95% | 89.74% | 99.74% |
| 10/26/2020 | Southern | Rio Grande | 87.71% | 85.09% | 92.82% |
| 10/26/2020 | Southern | South Florida | 90.40% | 80.00% | 87.20% |
| 10/26/2020 | Southern | Suncoast | 94.38% | 72.17% | 92.89% |
| 10/26/2020 | Western | Alaska | 82.52% | 62.50% | 66.67% |
| 10/26/2020 | Western | Arizona | 97.90% | 83.68% | 92.15% |
| 10/26/2020 | Western | Central Plains | 90.81% | 28.89% | 99.70% |
| 10/26/2020 | Western | Colorado/Wyoming | 61.45% | 48.03% | 68.01% |
| 10/26/2020 | Western | Dakotas | 94.98% | 55.74% | 93.52% |
| 10/26/2020 | Western | Hawkeye | 97.57% | 81.36% | 99.83% |
| 10/26/2020 | Western | Mid-Americas | 86.66% | 80.91% | 99.88% |
| 10/26/2020 | Western | Nevada Sierra | 87.15% | 60.98% | 98.59% |
| 10/26/2020 | Western | Northland | 92.23% | 85.36% | 97.58% |
| 10/26/2020 | Western | Portland | 97.24% | 61.14% | 62.16% |
| 10/26/2020 | Western | Salt Lake City | 97.83% | 88.99% | 94.56% |
| 10/26/2020 | Western | Seattle | 96.26% | 12.65% | 97.24% |
| 10/27/2020 | Capital Metro | Atlanta | 39.71% | 0.37% | 10.69% |
| 10/27/2020 | Capital Metro | Baltimore | 85.08% | 66.12% | 2.65% |
| 10/27/2020 | Capital Metro | Capital | 88.95% | 99.95% | 11.05% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 80.07% | 64.29% | 12.45% |
| 10/27/2020 | Capital Metro | Greensboro | 75.45% | 98.44% | 43.79% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 70.52% | 88.69% | 76.98% |
| 10/27/2020 | Capital Metro | Norther Virginia | 60.74% | 60.71% | 83.06% |
| 10/27/2020 | Capital Metro | Richmond | 82.58% | 86.17% | 88.67% |
| 10/27/2020 | Eastern | Appalachian | 49.55% | 36.23% | 44.44% |
| 10/27/2020 | Eastern | Central Pennsylvania | 56.34% | 22.07% | 1.88% |
| 10/27/2020 | Eastern | Kentuckiana | 55.59% | 8.51% | 86.99% |
| 10/27/2020 | Eastern | Norther Ohio | 91.43% | 4.58% | 0.34% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/27/2020 | Eastern | Ohio Valley | 94.82% | 34.43% | 26.74% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 96.07% | 85.95% | 0.01% |
| 10/27/2020 | Eastern | South Jersey | 96.71% | 99.76% | 0.12% |
| 10/27/2020 | Eastern | Tennessee | 91.96% | 61.29% | 72.47% |
| 10/27/2020 | Eastern | Western New York | 98.20% | 94.34% | 78.13% |
| 10/27/2020 | Eastern | Western Pennsylvania | 97.25% | 97.41% | 95.14% |
| 10/27/2020 | Great Lakes | Central Illinois | 85.02% | 7.26% | 98.48% |
| 10/27/2020 | Great Lakes | Chicago | 90.02% | 63.04% | 16.94% |
| 10/27/2020 | Great Lakes | Detroit | 48.72% | 35.48% | 1.14% |
| 10/27/2020 | Great Lakes | Gateway | 80.17% | 39.86% | 22.94% |
| 10/27/2020 | Great Lakes | Greater Indiana | 40.77% | 62.50% | 14.74% |
| 10/27/2020 | Great Lakes | Greater Michigan | 55.03% | 0.86% | 0.11% |
| 10/27/2020 | Great Lakes | Lakeland | 53.87% | 82.50% | 3.46% |
| 10/27/2020 | Northeast | Albany | 82.37% | 50.00% | 47.37% |
| 10/27/2020 | Northeast | Caribbean | 99.57% | 26.56% | 66.67% |
| 10/27/2020 | Northeast | Connecticut Valley | 75.22% | 56.00% | 7.96% |
| 10/27/2020 | Northeast | Greater Boston | 93.69% | 91.24% | 92.20% |
| 10/27/2020 | Northeast | Long Island | 97.15% | 80.56% | 5.75% |
| 10/27/2020 | Northeast | New York | 94.95% | 19.35% | 98.24% |
| 10/27/2020 | Northeast | Northern New England | 54.72% | 66.67% | 2.10% |
| 10/27/2020 | Northeast | Northern New Jersey | 97.50% | 99.96% | 0.62% |
| 10/27/2020 | Northeast | Triboro | 95.51% | 32.00% | 86.56% |
| 10/27/2020 | Northeast | Westchester | 70.44% | 76.92% | 81.42% |
| 10/27/2020 | Pacific | Bay-Valley | 99.08% | 54.55% | 94.24% |
| 10/27/2020 | Pacific | Honolulu | 96.42% | 91.30% | 97.00% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/27/2020 | Pacific | Los Angeles | 99.22% | 17.06% | 73.45% |
| 10/27/2020 | Pacific | Sacramento | 97.93% | 42.86% | 34.68% |
| 10/27/2020 | Pacific | San Diego | 99.12% | 10.86% | 98.04% |
| 10/27/2020 | Pacific | San Francisco | 99.33% | 84.62% | 96.51% |
| 10/27/2020 | Pacific | Santa Ana | 99.14% | 25.00% | 96.47% |
| 10/27/2020 | Pacific | Sierra Coastal | 98.72% | 98.56% | 93.36% |
| 10/27/2020 | Southern | Alabama | 51.04% | 55.56% | 4.56% |
| 10/27/2020 | Southern | Arkansas | 66.15% | 80.00% | 1.52% |
| 10/27/2020 | Southern | Dallas | 85.11% | 61.54% | 0.87% |
| 10/27/2020 | Southern | Ft. Worth | 73.74% | 27.45% | 2.52% |
| 10/27/2020 | Southern | Gulf Atlantic | 84.80% | 15.17% | 87.23% |
| 10/27/2020 | Southern | Houston | 74.95% | 70.00% | 12.82% |
| 10/27/2020 | Southern | Louisiana | 63.81% | 82.76% | 12.50% |
| 10/27/2020 | Southern | Mississippi | 84.10% | 100.00% | 3.57% |
| 10/27/2020 | Southern | Oklahoma | 60.45% | 27.27% | 4.62% |
| 10/27/2020 | Southern | Rio Grande | 84.53% | 46.88% | 5.75% |
| 10/27/2020 | Southern | South Florida | 94.51% | 83.78% | 95.12% |
| 10/27/2020 | Southern | Suncoast | 97.13% | 90.94% | 8.82% |
| 10/27/2020 | Western | Alaska | 81.30% | 20.00% | 48.86% |
| 10/27/2020 | Western | Arizona | 98.35% | 18.81% | 46.15% |
| 10/27/2020 | Western | Central Plains | 95.62% | 52.94% | 96.93% |
| 10/27/2020 | Western | Colorado/Wyoming | 77.26% | 1.53% | 2.11% |
| 10/27/2020 | Western | Dakotas | 92.67% | 19.61% | 2.90% |
| 10/27/2020 | Western | Hawkeye | 97.69% | 72.73% | 0.09% |
| 10/27/2020 | Western | Mid-Americas | 95.02% | 44.44% | 0.08% |
| 10/27/2020 | Western | Nevada Sierra | 97.69% | 24.73% | 32.99% |
| 10/27/2020 | Western | Northland | 95.48% | 86.87% | 82.87% |
| 10/27/2020 | Western | Portland | 97.79% | 6.41% | 44.24% |
| 10/27/2020 | Western | Salt Lake City | 88.99% | 8.16% | 47.13% |
| 10/27/2020 | Western | Seattle | 98.09% | 6.51% | 28.47% |
| 10/28/2020 | Capital Metro | Atlanta | 94.97% | 4.38% | 24.39% |
| 10/28/2020 | Capital Metro | Baltimore | 94.22% | 54.74% | 7.31% |
| 10/28/2020 | Capital Metro | Capital | 96.46% | 9.31% | 41.85% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/28/2020 | Capital Metro | Greater S Carolina | 91.01% | 9.21% | 6.55% |
| 10/28/2020 | Capital Metro | Greensboro | 90.90% | 66.18% | 97.47% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 90.08% | 57.01% | 12.95% |
| 10/28/2020 | Capital Metro | Norther Virginia | 96.99% | 23.46% | 32.79% |
| 10/28/2020 | Capital Metro | Richmond | 96.90% | 14.71% | 6.65% |
| 10/28/2020 | Eastern | Appalachian | 88.79% | 35.29% | 22.22% |
| 10/28/2020 | Eastern | Central Pennsylvania | 83.33% | 16.39% | 82.00% |
| 10/28/2020 | Eastern | Kentuckiana | 59.80% | 46.15% | 27.55% |
| 10/28/2020 | Eastern | Norther Ohio | 97.62% | 29.41% | 1.50% |
| 10/28/2020 | Eastern | Ohio Valley | 97.96% | 30.66% | 87.45% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 96.71% | 43.84% | 1.68% |
| 10/28/2020 | Eastern | South Jersey | 97.46% | 98.25% | 0.24% |
| 10/28/2020 | Eastern | Tennessee | 94.07% | 57.69% | 7.12% |
| 10/28/2020 | Eastern | Western New York | 98.53% | 6.67% | 1.50% |
| 10/28/2020 | Eastern | Western Pennsylvania | 98.52% | 97.66% | 23.53% |
| 10/28/2020 | Great Lakes | Central Illinois | 96.11% | 3.06% | 75.99% |
| 10/28/2020 | Great Lakes | Chicago | 95.89% | 57.14% | 42.80% |
| 10/28/2020 | Great Lakes | Detroit | 78.95% | 64.58% | 99.89% |
| 10/28/2020 | Great Lakes | Gateway | 95.68% | 56.99% | 39.58% |
| 10/28/2020 | Great Lakes | Greater Indiana | 86.23% | 74.67% | 91.97% |
| 10/28/2020 | Great Lakes | Greater Michigan | 95.49% | 1.96% | 44.22% |
| 10/28/2020 | Great Lakes | Lakeland | 92.79% | 14.58% | 69.50% |
| 10/28/2020 | Northeast | Albany | 98.31% | 66.67% | 2.20% |
| 10/28/2020 | Northeast | Caribbean | 99.50% | Null% | 0.00% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/28/2020 | Northeast | Connecticut Valley | 98.12% | 41.18% | 72.08% |
| 10/28/2020 | Northeast | Greater Boston | 97.72% | 28.57% | 32.18% |
| 10/28/2020 | Northeast | Long Island | 99.00% | 100.00% | 22.22% |
| 10/28/2020 | Northeast | New York | 97.35% | 83.33% | 19.15% |
| 10/28/2020 | Northeast | Northern New England | 82.26% | 3.92% | 8.06% |
| 10/28/2020 | Northeast | Northern New Jersey | 97.28% | 99.35% | 0.71% |
| 10/28/2020 | Northeast | Triboro | 88.13% | 90.91% | 3.93% |
| 10/28/2020 | Northeast | Westchester | 97.89% | 25.00% | 17.62% |
| 10/28/2020 | Pacific | Bay-Valley | 99.19% | 12.50% | 93.67% |
| 10/28/2020 | Pacific | Honolulu | 98.94% | 50.00% | 92.73% |
| 10/28/2020 | Pacific | Los Angeles | 98.87% | 16.38% | 81.35% |
| 10/28/2020 | Pacific | Sacramento | 99.33% | 85.19% | 47.01% |
| 10/28/2020 | Pacific | San Diego | 99.32% | 99.86% | 98.44% |
| 10/28/2020 | Pacific | San Francisco | 98.90% | 16.67% | 98.54% |
| 10/28/2020 | Pacific | Santa Ana | 99.66% | 99.16% | 93.42% |
| 10/28/2020 | Pacific | Sierra Coastal | 98.83% | 98.97% | 98.93% |
| 10/28/2020 | Southern | Alabama | 71.32% | 21.21% | 12.61% |
| 10/28/2020 | Southern | Arkansas | 94.68% | 0.00% | 76.92% |
| 10/28/2020 | Southern | Dallas | 93.87% | 6.78% | 43.59% |
| 10/28/2020 | Southern | Ft. Worth | 95.06% | 0.00% | 11.24% |
| 10/28/2020 | Southern | Gulf Atlantic | 94.00% | 15.94% | 97.15% |
| 10/28/2020 | Southern | Houston | 95.05% | 33.33% | 45.95% |
| 10/28/2020 | Southern | Louisiana | 67.54% | 83.33% | 72.15% |
| 10/28/2020 | Southern | Mississippi | 91.38% | 71.43% | 1.79% |
| 10/28/2020 | Southern | Oklahoma | 64.15% | 50.00% | 25.00% |
| 10/28/2020 | Southern | Rio Grande | 91.65% | 4.90% | 12.37% |
| 10/28/2020 | Southern | South Florida | 95.04% | 24.49% | 97.46% |
| 10/28/2020 | Southern | Suncoast | 96.43% | 89.54% | 90.23% |
| 10/28/2020 | Western | Alaska | 93.78% | 60.00% | 99.90% |
| 10/28/2020 | Western | Arizona | 98.07% | 88.70% | 1.60% |
| 10/28/2020 | Western | Central Plains | 96.49% | 22.22% | 51.14% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/28/2020 | Western | Colorado/Wyoming | 78.87% | 0.39% | 44.71% |
| 10/28/2020 | Western | Dakotas | 96.60% | 4.55% | 75.19% |
| 10/28/2020 | Western | Hawkeye | 98.46% | 40.00% | 0.30% |
| 10/28/2020 | Western | Mid-Americas | 95.61% | 71.43% | 3.57% |
| 10/28/2020 | Western | Nevada Sierra | 98.03% | 18.27% | 64.45% |
| 10/28/2020 | Western | Northland | 97.08% | 0.36% | 62.62% |
| 10/28/2020 | Western | Portland | 98.12% | 15.09% | 69.55% |
| 10/28/2020 | Western | Salt Lake City | 98.09% | 97.43% | 48.39% |
| 10/28/2020 | Western | Seattle | 98.24% | 0.62% | 36.67% |
| 10/29/2020 | Capital Metro | Atlanta | 93.15% | 2.31% | 10.26% |
| 10/29/2020 | Capital Metro | Baltimore | 95.66% | 46.16% | 11.75% |
| 10/29/2020 | Capital Metro | Capital | 94.94% | 40.82% | 85.99% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 77.58% | 66.67% | 22.76% |
| 10/29/2020 | Capital Metro | Greensboro | 88.65% | 89.20% | 79.04% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 84.37% | 17.11% | 86.21% |
| 10/29/2020 | Capital Metro | Norther Virginia | 95.14% | 21.31% | 82.73% |
| 10/29/2020 | Capital Metro | Richmond | 93.70% | 84.85% | 19.52% |
| 10/29/2020 | Eastern | Appalachian | 89.53% | 79.17% | 69.87% |
| 10/29/2020 | Eastern | Central Pennsylvania | 69.42% | 57.14% | 30.31% |
| 10/29/2020 | Eastern | Kentuckiana | 83.48% | 24.29% | 76.84% |
| 10/29/2020 | Eastern | Norther Ohio | 86.11% | 87.14% | 0.72% |
| 10/29/2020 | Eastern | Ohio Valley | 95.50% | 95.45% | 86.67% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 91.10% | 99.20% | 0.22% |
| 10/29/2020 | Eastern | South Jersey | 95.45% | 99.70% | 0.13% |
| 10/29/2020 | Eastern | Tennessee | 96.42% | 27.47% | 61.97% |
| 10/29/2020 | Eastern | Western New York | 96.69% | 66.67% | 98.97% |

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Eastern | Western Pennsylvania | 97.26% | 99.40% | 96.77% |
| 10/29/2020 | Great Lakes | Central Illinois | 96.84% | 98.95% | 76.90% |
| 10/29/2020 | Great Lakes | Chicago | 95.27% | 80.65% | 85.51% |
| 10/29/2020 | Great Lakes | Detroit | 76.47% | 95.96% | 99.82% |
| 10/29/2020 | Great Lakes | Gateway | 93.18% | 60.89% | 61.70% |
| 10/29/2020 | Great Lakes | Greater Indiana | 83.21% | 76.56% | 83.87% |
| 10/29/2020 | Great Lakes | Greater Michigan | 89.19% | 97.60% | 27.58% |
| 10/29/2020 | Great Lakes | Lakeland | 93.71% | 90.48% | 94.12% |
| 10/29/2020 | Northeast | Albany | 96.89% | 80.00% | 84.04% |
| 10/29/2020 | Northeast | Caribbean | 99.78% | | 80.00% |
| 10/29/2020 | Northeast | Connecticut Valley | 95.46% | 42.55% | 63.61% |
| 10/29/2020 | Northeast | Greater Boston | 92.48% | 22.61% | 52.42% |
| 10/29/2020 | Northeast | Long Island | 96.98% | 95.65% | 60.83% |
| 10/29/2020 | Northeast | New York | 97.07% | 81.08% | 89.52% |
| 10/29/2020 | Northeast | Northern New England | 80.92% | 64.71% | 26.50% |
| 10/29/2020 | Northeast | Northern New Jersey | 97.54% | 86.30% | 52.02% |
| 10/29/2020 | Northeast | Triboro | 92.34% | 92.00% | 96.06% |
| 10/29/2020 | Northeast | Westchester | 95.90% | 82.61% | 96.54% |
| 10/29/2020 | Pacific | Bay-Valley | 98.47% | 60.53% | 99.36% |
| 10/29/2020 | Pacific | Honolulu | 91.50% | 65.63% | 95.80% |
| 10/29/2020 | Pacific | Los Angeles | 98.35% | 54.35% | 60.65% |
| 10/29/2020 | Pacific | Sacramento | 98.55% | 97.05% | 89.77% |
| 10/29/2020 | Pacific | San Diego | 99.32% | 98.54% | 25.22% |
| 10/29/2020 | Pacific | San Francisco | 98.86% | 65.79% | 98.89% |
| 10/29/2020 | Pacific | Santa Ana | 98.58% | 99.23% | 54.48% |
| 10/29/2020 | Pacific | Sierra Coastal | 98.56% | 35.00% | 90.57% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Southern | Alabama | 88.78% | 70.45% | 9.12% |
| 10/29/2020 | Southern | Arkansas | 97.70% | 86.49% | 82.28% |
| 10/29/2020 | Southern | Dallas | 95.37% | 63.89% | 34.96% |
| 10/29/2020 | Southern | Ft. Worth | 94.41% | 99.34% | 95.87% |
| 10/29/2020 | Southern | Gulf Atlantic | 95.83% | 34.58% | 93.63% |
| 10/29/2020 | Southern | Houston | 96.33% | 85.45% | 32.31% |
| 10/29/2020 | Southern | Louisiana | 92.67% | 92.86% | 93.98% |
| 10/29/2020 | Southern | Mississippi | 93.55% | 83.33% | 29.17% |
| 10/29/2020 | Southern | Oklahoma | 80.53% | 80.00% | 85.95% |
| 10/29/2020 | Southern | Rio Grande | 94.22% | 90.63% | 63.85% |
| 10/29/2020 | Southern | South Florida | 96.13% | 64.86% | 96.94% |
| 10/29/2020 | Southern | Suncoast | 97.95% | 26.35% | 76.41% |
| 10/29/2020 | Western | Alaska | 83.30% | 85.71% | 99.81% |
| 10/29/2020 | Western | Arizona | 98.43% | 88.29% | 40.49% |
| 10/29/2020 | Western | Central Plains | 93.90% | 31.03% | 55.67% |
| 10/29/2020 | Western | Colorado/Wyoming | 70.47% | 54.69% | 69.35% |
| 10/29/2020 | Western | Dakotas | 97.54% | 42.86% | 96.15% |
| 10/29/2020 | Western | Hawkeye | 97.64% | 64.71% | 31.65% |
| 10/29/2020 | Western | Mid-Americas | 95.02% | 71.43% | 16.57% |
| 10/29/2020 | Western | Nevada Sierra | 98.15% | 25.41% | 99.10% |
| 10/29/2020 | Western | Northland | 84.19% | 47.46% | 53.56% |
| 10/29/2020 | Western | Portland | 97.46% | 28.75% | 76.22% |
| 10/29/2020 | Western | Salt Lake City | 97.61% | 98.53% | 94.84% |
| 10/29/2020 | Western | Seattle | 98.11% | 14.49% | 87.14% |
| 10/30/2020 | Capital Metro | Atlanta | 79.41% | 4.78% | 65.28% |
| 10/30/2020 | Capital Metro | Baltimore | 91.01% | 3.97% | 18.89% |
| 10/30/2020 | Capital Metro | Capital | 92.61% | 27.66% | 96.87% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 82.29% | 23.16% | 67.88% |
| 10/30/2020 | Capital Metro | Greensboro | 81.19% | 0.88% | 89.05% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 77.72% | 31.25% | 36.30% |
| 10/30/2020 | Capital Metro | Norther Virginia | 91.85% | 89.47% | 96.40% |
| 10/30/2020 | Capital Metro | Richmond | 90.98% | 90.48% | 79.37% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/30/2020 | Eastern | Appalachian | 89.86% | 21.05% | 96.42% |
| 10/30/2020 | Eastern | Central Pennsylvania | 67.91% | 26.90% | 68.40% |
| 10/30/2020 | Eastern | Kentuckiana | 73.61% | 70.00% | 68.80% |
| 10/30/2020 | Eastern | Norther Ohio | 94.96% | 35.33% | 24.83% |
| 10/30/2020 | Eastern | Ohio Valley | 93.80% | 30.57% | 77.10% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 87.25% | 98.62% | 14.12% |
| 10/30/2020 | Eastern | South Jersey | 92.52% | 33.45% | 35.92% |
| 10/30/2020 | Eastern | Tennessee | 91.48% | 80.30% | 78.32% |
| 10/30/2020 | Eastern | Western New York | 97.10% | 100.00% | 79.84% |
| 10/30/2020 | Eastern | Western Pennsylvania | 90.85% | 99.17% | 98.90% |
| 10/30/2020 | Great Lakes | Central Illinois | 88.57% | 75.07% | 47.27% |
| 10/30/2020 | Great Lakes | Chicago | 91.56% | 91.67% | 67.32% |
| 10/30/2020 | Great Lakes | Detroit | 77.37% | 77.78% | 9.81% |
| 10/30/2020 | Great Lakes | Gateway | 90.10% | 93.02% | 49.11% |
| 10/30/2020 | Great Lakes | Greater Indiana | 62.05% | 28.99% | 95.15% |
| 10/30/2020 | Great Lakes | Greater Michigan | 86.25% | 97.31% | 77.25% |
| 10/30/2020 | Great Lakes | Lakeland | 86.77% | 73.68% | 54.51% |
| 10/30/2020 | Northeast | Albany | 95.98% | 88.89% | 44.75% |
| 10/30/2020 | Northeast | Caribbean | 98.70% | 85.71% | 99.47% |
| 10/30/2020 | Northeast | Connecticut Valley | 91.21% | 86.96% | 89.29% |
| 10/30/2020 | Northeast | Greater Boston | 93.55% | 80.00% | 99.29% |
| 10/30/2020 | Northeast | Long Island | 94.49% | 100.00% | 47.46% |
| 10/30/2020 | Northeast | New York | 93.86% | 95.65% | 99.07% |
| 10/30/2020 | Northeast | Northern New England | 73.51% | 44.83% | 97.27% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/30/2020 | Northeast | Northern New Jersey | 97.36% | 95.61% | 99.30% |
| 10/30/2020 | Northeast | Triboro | 89.69% | 74.19% | 96.97% |
| 10/30/2020 | Northeast | Westchester | 95.44% | 78.57% | 96.84% |
| 10/30/2020 | Pacific | Bay-Valley | 98.27% | 91.36% | 97.59% |
| 10/30/2020 | Pacific | Honolulu | 92.49% | 95.24% | 99.56% |
| 10/30/2020 | Pacific | Los Angeles | 98.69% | 92.59% | 46.36% |
| 10/30/2020 | Pacific | Sacramento | 98.26% | 38.10% | 92.70% |
| 10/30/2020 | Pacific | San Diego | 97.98% | 99.17% | 95.49% |
| 10/30/2020 | Pacific | San Francisco | 96.32% | 97.44% | 98.13% |
| 10/30/2020 | Pacific | Santa Ana | 98.72% | 98.16% | 83.41% |
| 10/30/2020 | Pacific | Sierra Coastal | 97.97% | 43.08% | 88.99% |
| 10/30/2020 | Southern | Alabama | 77.39% | 13.70% | 92.03% |
| 10/30/2020 | Southern | Arkansas | 91.99% | 75.00% | 99.29% |
| 10/30/2020 | Southern | Dallas | 89.28% | 94.34% | 86.77% |
| 10/30/2020 | Southern | Ft. Worth | 79.82% | 78.26% | 99.84% |
| 10/30/2020 | Southern | Gulf Atlantic | 85.37% | 39.56% | 63.96% |
| 10/30/2020 | Southern | Houston | 86.67% | 34.69% | 84.31% |
| 10/30/2020 | Southern | Louisiana | 85.26% | 72.00% | 55.21% |
| 10/30/2020 | Southern | Mississippi | 74.63% | 18.18% | 85.62% |
| 10/30/2020 | Southern | Oklahoma | 66.03% | 91.67% | 97.87% |
| 10/30/2020 | Southern | Rio Grande | 82.17% | 86.05% | 96.07% |
| 10/30/2020 | Southern | South Florida | 88.91% | 70.00% | 94.68% |
| 10/30/2020 | Southern | Suncoast | 93.75% | 89.11% | 70.61% |
| 10/30/2020 | Western | Alaska | 91.27% | 40.00% | 77.29% |
| 10/30/2020 | Western | Arizona | 91.71% | 89.99% | 99.24% |
| 10/30/2020 | Western | Central Plains | 93.67% | 70.27% | 94.15% |
| 10/30/2020 | Western | Colorado/Wyoming | 60.52% | 92.14% | 19.94% |
| 10/30/2020 | Western | Dakotas | 94.26% | 84.62% | 95.80% |
| 10/30/2020 | Western | Hawkeye | 95.10% | 96.30% | 87.40% |
| 10/30/2020 | Western | Mid-Americas | 90.79% | 95.16% | 67.98% |
| 10/30/2020 | Western | Nevada Sierra | 97.76% | 33.80% | 91.82% |
| 10/30/2020 | Western | Northland | 93.06% | 42.22% | 80.72% |
| 10/30/2020 | Western | Portland | 95.50% | 79.41% | 76.82% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/30/2020 | Western | Salt Lake City | 98.62% | 85.58% | 98.20% |
| 10/30/2020 | Western | Seattle | 94.62% | 35.06% | 98.91% |
| 10/31/2020 | Capital Metro | Atlanta | 63.68% | 1.46% | 44.05% |
| 10/31/2020 | Capital Metro | Baltimore | 89.92% | 27.91% | 78.08% |
| 10/31/2020 | Capital Metro | Capital | 92.15% | 47.83% | 85.80% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 78.90% | 54.55% | 58.08% |
| 10/31/2020 | Capital Metro | Greensboro | 79.67% | 1.22% | 86.22% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 75.89% | 69.57% | 46.66% |
| 10/31/2020 | Capital Metro | Norther Virginia | 78.27% | 62.07% | 83.50% |
| 10/31/2020 | Capital Metro | Richmond | 86.30% | 20.44% | 95.25% |
| 10/31/2020 | Eastern | Appalachian | 83.50% | 85.71% | 86.35% |
| 10/31/2020 | Eastern | Central Pennsylvania | 62.24% | 11.85% | 52.35% |
| 10/31/2020 | Eastern | Kentuckiana | 72.66% | 66.67% | 96.99% |
| 10/31/2020 | Eastern | Norther Ohio | 92.44% | 18.23% | 68.11% |
| 10/31/2020 | Eastern | Ohio Valley | 94.18% | 77.59% | 96.35% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 78.36% | 75.70% | 7.59% |
| 10/31/2020 | Eastern | South Jersey | 91.81% | 98.12% | 15.62% |
| 10/31/2020 | Eastern | Tennessee | 87.39% | 35.09% | 97.34% |
| 10/31/2020 | Eastern | Western New York | 93.43% | 100.00% | 75.63% |
| 10/31/2020 | Eastern | Western Pennsylvania | 89.98% | 95.68% | 94.10% |
| 10/31/2020 | Great Lakes | Central Illinois | 90.27% | 5.56% | 68.52% |
| 10/31/2020 | Great Lakes | Chicago | 89.36% | 100.00% | 90.71% |
| 10/31/2020 | Great Lakes | Detroit | 78.67% | 65.96% | 8.71% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/31/2020 | Great Lakes | Gateway | 87.66% | 28.13% | 98.51% |
| 10/31/2020 | Great Lakes | Greater Indiana | 61.12% | 78.57% | 90.56% |
| 10/31/2020 | Great Lakes | Greater Michigan | 70.62% | 78.26% | 85.36% |
| 10/31/2020 | Great Lakes | Lakeland | 77.59% | 68.75% | 77.99% |
| 10/31/2020 | Northeast | Albany | 94.98% | 9.80% | 89.88% |
| 10/31/2020 | Northeast | Caribbean | 97.99% | 100.00% | 99.12% |
| 10/31/2020 | Northeast | Connecticut Valley | 92.68% | 77.78% | 55.32% |
| 10/31/2020 | Northeast | Greater Boston | 91.55% | 49.15% | 65.38% |
| 10/31/2020 | Northeast | Long Island | 97.15% | 10.53% | 33.29% |
| 10/31/2020 | Northeast | New York | 91.76% | 79.31% | 95.27% |
| 10/31/2020 | Northeast | Northern New England | 64.05% | 13.04% | 82.14% |
| 10/31/2020 | Northeast | Northern New Jersey | 94.15% | 95.75% | 98.86% |
| 10/31/2020 | Northeast | Triboro | 88.17% | 75.76% | 95.33% |
| 10/31/2020 | Northeast | Westchester | 94.75% | 20.00% | 90.25% |
| 10/31/2020 | Pacific | Bay-Valley | 97.85% | 72.22% | 97.40% |
| 10/31/2020 | Pacific | Honolulu | 84.86% | 96.30% | 87.25% |
| 10/31/2020 | Pacific | Los Angeles | 98.32% | 63.16% | 20.77% |
| 10/31/2020 | Pacific | Sacramento | 97.16% | 20.41% | 92.46% |
| 10/31/2020 | Pacific | San Diego | 98.05% | 98.04% | 87.63% |
| 10/31/2020 | Pacific | San Francisco | 96.10% | 88.24% | 98.18% |
| 10/31/2020 | Pacific | Santa Ana | 98.79% | 99.62% | 90.85% |
| 10/31/2020 | Pacific | Sierra Coastal | 97.57% | 33.33% | 65.18% |
| 10/31/2020 | Southern | Alabama | 73.59% | 16.41% | 87.49% |
| 10/31/2020 | Southern | Arkansas | 88.37% | 50.00% | 98.70% |
| 10/31/2020 | Southern | Dallas | 88.35% | 18.75% | 51.08% |
| 10/31/2020 | Southern | Ft. Worth | 85.43% | 66.67% | 63.59% |
| 10/31/2020 | Southern | Gulf Atlantic | 84.71% | 67.74% | 51.85% |
| 10/31/2020 | Southern | Houston | 82.01% | 15.38% | 61.62% |
| 10/31/2020 | Southern | Louisiana | 69.00% | 34.62% | 69.52% |
| 10/31/2020 | Southern | Mississippi | 67.35% | 0.00% | 98.22% |

| Date | Region | District | | | |
|---|---|---|---|---|---|
| 10/31/2020 | Southern | Oklahoma | 79.02% | 19.15% | 98.89% |
| 10/31/2020 | Southern | Rio Grande | 84.31% | 73.08% | 77.30% |
| 10/31/2020 | Southern | South Florida | 85.63% | 75.86% | 86.28% |
| 10/31/2020 | Southern | Suncoast | 93.02% | 16.51% | 81.24% |
| 10/31/2020 | Western | Alaska | 92.10% | 0.00% | 97.19% |
| 10/31/2020 | Western | Arizona | 89.47% | 63.36% | 89.97% |
| 10/31/2020 | Western | Central Plains | 87.85% | 31.58% | 96.24% |
| 10/31/2020 | Western | Colorado/Wyoming | 42.71% | 9.59% | 12.82% |
| 10/31/2020 | Western | Dakotas | 89.73% | 63.64% | 86.47% |
| 10/31/2020 | Western | Hawkeye | 94.46% | 50.00% | 77.14% |
| 10/31/2020 | Western | Mid-Americas | 81.22% | 64.29% | 90.76% |
| 10/31/2020 | Western | Nevada Sierra | 94.62% | 28.13% | 95.64% |
| 10/31/2020 | Western | Northland | 79.43% | 33.33% | 83.58% |
| 10/31/2020 | Western | Portland | 93.10% | 38.10% | 86.43% |
| 10/31/2020 | Western | Salt Lake City | 95.32% | 18.02% | 96.58% |
| 10/31/2020 | Western | Seattle | 94.73% | 12.75% | 84.08% |