# Election Mail – Use of Priority Mail Express Network

## Friday, 10/30/20

- Identify your facility's ▮▮▮▮ Night-turn dispatch time to ensure any ballots intending to move on the outbound PME network have been captured and distributed into PME collector sacks prior to the clearance/dispatch time

- Identify your facility's Surface Network dispatch time to ensure any ballots intending to move on the outbound PME network have been captured and distributed into the PME collector sacks prior to the clearance/dispatch time



# Election Mail – Use of Priority Mail Express Network

## Saturday, 10/31/20

- **No ███████████ Operations**
    - Identify your facility's ███ Day-turn DOV dispatch time to ensure any ballots intending to move on the outbound PME network have been captured and distributed into PME collector sacks prior to the clearance/dispatch time

- Identify your facility's Surface Network* dispatch time to ensure any ballots intending to move on the outbound PME network have been captured and distributed into the PME collector sacks prior to the clearance/dispatch time



# Election Mail – Use of Priority Mail Express Network

## Sunday, 11/1/20

- **No Outbound Network Operations (Air or Surface) supporting PME**
    - Air Network volumes – Hold for Monday's ███████
    - Surface Network volumes – Hold for Monday's Surface Network tender

- Local Transportation – Each site may have access to local transportation which could support Monday delivery of PME to neighboring mail processing facilities – Work with your local Logistics Team to identify transportation which would support dispatch of ballots as PME to achieve Monday delivery



3

# Election Mail – Use of Priority Mail Express Network

## Monday, 11/2/20

- Identify your facility's ▮▮▮▮▮▮▮▮▮▮ dispatch time to ensure any ballots intending to move on the outbound PME network have been captured and distributed into PME collector sacks prior to the clearance/dispatch time

- Identify your facility's Surface Network dispatch time to ensure any ballots intending to move on the outbound PME network have been captured and distributed into the PME collector sacks prior to the clearance/dispatch time



4