UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vote Forward,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **DeJoy,** *et al.* <br><br> Defendants | Case No. 20-cv-2405 |

**[PROPOSED] ORDER**

1. Forthwith and no later than 7:00 p.m. today, the Postal Service shall redistribute to all Division Directors and Plant Managers the "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, which provided specific guidance in administering and managing Mail Processing for the last week of the 2020 Election.

    a. When recirculating the policy, the Postal Service will indicate that it is doing so to reiterate that all processing facilities must abide by the requirements of that policy to expedite the treatment of ballots, and that it is recirculating this policy at the instruction of a federal district court.
    b. The Postal Service will also reinforce its instruction that "special procedures must be put in place to ensure we deliver every ballot possible by the cutoff time on Election Day (except in Louisiana, where ballots should be delivered by Monday, November 2 in Louisiana).  This instruction applies even in "postmarking" states that may allow for later delivery."
    c. The Postal Service will also reinforce that origin sites must use the Express Mail Network to expedite ballots outside the local service area from now through November 24.
    d. The Postal Service will also reinforce that all ballots with a local destination must be cleared and processed on the same day or no later than the next morning for delivery to local offices from now through November 24.
    e. The Postal Service will also reinforce that origin sites must apply a legible postmark to every ballot reflecting the date the ballot was collected if it does not already have one.
    f. The Postal Service will also note that the chart attached to the policy has been corrected and replaced by the "State Deadlines for Return Delivery of Mail Ballots" chart attached to this Order as Exhibit 1.

2. In addition to the daily "all clear" certification, Plant Managers are required to certify by 10:00 a.m. local time on Monday, November 2, 2020 and Tuesday, November 3, that they have complied with the steps identified in paragraphs 1.c and 1.d above.

3.     Defendants shall issue a targeted written and oral communication to all facilities processing mail for Minnesota, New Jersey, North Carolina, and Pennsylvania stating that the chart of state deadlines distributed on October 28 has been corrected and replaced with the document attached as Exhibit 1; reiterating the importance of processing all election ballots in these states by the deadline on Election Day; and reiterating that they should rely on the extended deadline only for ballots that come into their possession after Election Day.

4.     Postal Service management shall make all reasonable efforts to convey orally the requirements in paragraphs 1 and 2 of this Order to the relevant managerial and supervisory personnel in the following Districts as soon as practicable following the issuance of this order: Greater S. Carolina, Greensboro, Houston, Mid-Carolinas, Central Pennsylvania, Kentuckiana, Detroit, Greater Indiana, Northern New England, Colorado/Wyoming, Greater Michigan, Oklahoma, and Philadelphia Metropolitan.

5.     No later than 10:00 p.m. tonight, the Postal Service shall distribute to all local offices a written communication reiterating the following Postal Service policy: **Every** election ballot that is not sent to a processing facility must be postmarked or cancelled at the Post Office or local delivery unit, **regardless** of the postage payment method or indicia on the mailpieces. This includes any ballots that are stamped, metered, permitted, Business Reply Mail, Qualified Business Reply Mail, Courtesy Reply Mail, Postage Validation Imprinter (PVI) labeled postage, Self-Service Kiosk (SSK) labeled postage, and any other method of paying postage. Even short paid ballots and ballots without postage must be postmarked (postage collection will happen later).

6.     USPS shall continue to make all reasonable efforts to ensure retail facilities are complying with the October 20, 2020 Retail and Delivery Extraordinary Measures memorandum (ECF No. 51-1), including the provisions related to postmarking, and the October 30, 2020 Order of the Court, and that processing facilities and local offices are complying with this Order.

It is **SO ORDERED** this       day of  , 2020.

 

_____
The Honorable Emmet G. Sullivan
United States District Judge