# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**Vote Forward,** *et al***,**

Plaintiffs,

**v.**

**DeJoy,** *et al.***,**

Defendants

Case No. 20-cv-2405

### NOTICE OF PROPOSED ORDER
### AND INTENT TO CONFER

Please find attached USPS's updated Proposed Order. USPS continues to confer with Plaintiffs in an effort to reach an agreement.

Dated: November 1, 2020

                                                 Respectfully submitted,

                                                 JEFFREY BOSSERT CLARK
                                                 Acting Assistant Attorney General

                                                 ERIC WOMACK
                                                 Assistant Branch Director
                                                 Federal Programs Branch

                                                 */s/ Kuntal Cholera*
                                                 JOSEPH BORSON
                                                 KUNTAL V. CHOLERA
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street, NW
                                                 Washington, D.C. 20005

Telephone: (202) 305-8645
E-mail: kuntal.cholera@usdoj.gov

*Attorneys for Defendants*