UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vote Forward,** *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**DeJoy,** *et al.*<br><br>Defendants | Case No. 20-cv-2405 |

**[JOINT PROPOSED] ORDER**

The parties have agreed on all terms of this Joint Proposed Order except for the use of one word in paragraphs 1(f) and 1(g) below. As to that issue, the parties have stated their respective positions in a footnote.

1. Forthwith and no later than 8:30 p.m. today, the Postal Service shall redistribute to all Division Directors and Plant Managers the "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, which provided specific guidance in administering and managing Mail Processing for the last week of the 2020 Election.

    a. When recirculating the policy, the Postal Service will indicate that it is doing so to reiterate that all processing facilities must abide by the requirements of that policy to expedite the treatment of ballots, and that it is recirculating this policy at the instruction of a federal district court.
    b. The Postal Service will also reinforce its instruction that the identified "special procedures must be put in place to ensure we deliver every ballot possible by the cutoff time on Election Day (except in Louisiana, where ballots should be delivered by Monday, November 2). This instruction applies even in "postmarking" states that may allow for later delivery."
    c. USPS shall use the Express Mail Network on Monday, Tuesday, and after Election Day to expedite ballots out of local service area to ensure timely delivery of ballots, unless there is a faster surface option through existing transportation.
    d. The Postal Service will also reinforce that all ballots with a local destination must be cleared and processed on the same day or no later than the next morning for delivery to local offices, from now through at least November 7, 2020 and, if operationally necessary for timely mail delivery by the relevant state deadline, up through the final deadline for mail ballot receipt in each state.
    e. The Postal Service will also reinforce that upon entry, all origin processing plants must apply a legible postmark to every ballot reflecting the date the ballot was collected if it does not already have one.

      f.      The Postal Service will also note that the chart attached to the policy has been [corrected][1] and replaced by the "State Deadlines for Return Delivery of Mail Ballots" chart attached to this Order as Exhibit 1.

      g.     USPS shall issue a targeted written communication, and make all reasonable efforts to orally convey, to Division Directors and Plant Managers that serve Minnesota, New Jersey, North Carolina, and Pennsylvania that the chart of state deadlines distributed on October 28 has been [corrected][2] and replaced with the document attached as Exhibit 1; reiterating the importance of processing all election ballots in these states by the "Election Day Deadline;" and reiterating that they should rely on the extended deadline only for ballots that come into their possession after Election Day.

2. In addition to the daily "all clear" certification, Plant Managers are required to certify by 10:00 AM local time on Monday, November 2, 2020, that the ballot mail is clear to the delivery office and/or local pickup per the special Sunday processing instructions.

3. In addition, Plant Managers are required to certify by 10:00 AM local time on Monday, November 2, 2020 and Tuesday, November 3, 2020 that they have complied with the measures identified in paragraphs 1.c and 1.d above.

4. Postal Service management shall make all reasonable efforts to convey orally the requirements in paragraphs 1 and 2 of this Order to the relevant managerial and supervisory personnel in the following Districts as soon as practicable following the issuance of this order: Greater S. Carolina, Greensboro, Houston, Mid-Carolinas, Central Pennsylvania, Kentuckiana, Detroit, Greater Indiana, Northern New England, Colorado/Wyoming, Greater Michigan, Oklahoma, and Philadelphia Metropolitan.

5. No later than 9:00 a.m. tomorrow, the Postal Service shall distribute to all local offices a written communication reiterating the following Postal Service policy: **Every** election ballot that is not sent to a processing facility must be postmarked or cancelled at the Post Office or local delivery unit, **regardless** of the postage payment method or indicia on the mailpieces. This includes any ballots that are stamped, metered, permitted, Business Reply Mail, Qualified Business Reply Mail, Courtesy Reply Mail, Postage Validation Imprinter (PVI) labeled postage, Self-Service Kiosk (SSK) labeled postage, and any other method of paying postage. Even short paid ballots and ballots without postage must be postmarked (postage collection will happen later).

---

[1] **Plaintiffs' Statement**: Defendants' have proposed using the word "updated" instead of "corrected." However, the chart previously circulated was not agreed to by the parties and provides *incorrect* information regarding the status of deadline extensions in Minnesota, New Jersey, North Carolina, and Pennsylvania. Noting that the chart has been corrected is therefore necessary to ensure that the new chart is reviewed and understood by USPS personnel.

**Defendants' Statement:** Defendants believe that because the original chart was not incorrect, the phrase "negotiated per Court order" more accurately reflects the need for a change.

[2] *See supra*, note 1.

6. USPS shall continue to make all reasonable efforts to ensure retail facilities are complying with the October 20, 2020 Retail and Delivery Extraordinary Measures memorandum (ECF No. 51-1), including the provisions related to postmarking, and the October 30, 2020 Order of the Court, and that processing facilities and local offices are complying with this Order.

It is **SO ORDERED** this       day of  , 2020.

_____
The Honorable Emmet G. Sullivan
United States District Judge