# Exhibit 1

## State Deadlines for Return Delivery of Mail Ballots
(as of October 23, 2020)

Following up on previous Election Mail Guidance, **the Postal Service must make every reasonable effort, including the extraordinary measures that we previously communicated, to ensure that completed ballots are delivered to the appropriate board of election (BOE) by the applicable state deadline set forth in column 2** below, "Election Day Deadline."

If you have ballots that were not delivered by Election Day, November 3, some states allow the ballots to be counted if the BOE receives them by the deadlines set forth in column 3, "Extended Deadline." In these states, the Postal Service must make every reasonable effort, including the extraordinary measures that were previously communicated, to ensure that the remaining ballots that were not delivered by the "Election Day Deadline" are delivered to the appropriate BOE as quickly as possible and no later than the applicable "Extended Deadline" set forth in column 3.

| State | Election Day Deadline (all efforts should be made to return ballots by this deadline) | Extended Deadline (if you have ballots that were not delivered by the Election Day Deadline, all efforts should be made to return them by this extended deadline) |
|---|---|---|
| Alabama | **12:00 noon on Election Day (postmarked by November 2)** | n/a |
| Alaska | **Election Day (presumably close of polls)** | November 13 (if postmarked by Election Day) |
| Arizona | **7:00 pm on Election Day** | n/a |
| Arkansas | **7:30 pm on Election Day** | n/a |
| California | **Close of polls on Election Day** | November 20 (if postmarked by Election Day) |
| Colorado | **7:00 pm on Election Day** | n/a |
| Connecticut | **Close of polls on Election Day** | n/a |
| Delaware | **Close of polls on Election Day** | n/a |
| District of Columbia | **Election Day (presumably close of polls)** | November 13 (if postmarked by Election Day) |
| Florida | **7:00 pm on Election Day** | n/a |
| Georgia | **Close of polls on Election Day** | n/a |
| Hawaii | **Close of polls on Election Day** | n/a |
| Idaho | **8:00 pm on Election Day** | n/a |
| Illinois | **Close of polls on Election Day** | November 17 (if postmarked by Election Day) |

| | | |
|---|---|---|
| Indiana | **12:00 noon on Election Day** | n/a |
| Iowa | **Close of polls on Election Day** | November 9 by 12:00 noon or the time for canvass, whichever is earlier (if postmarked by November 2) |
| Kansas | **Close of polls on Election Day** | November 6 (if postmarked by Election Day) |
| Kentucky | **6:00 pm on Election Day** | November 6 (if postmarked by Election Day) |
| Louisiana | **4:30 pm on November 2** | n/a |
| Maine | **Close of polls on Election Day** | n/a |
| Maryland | **8:00 pm on Election Day** | November 13 by 10:00 am (if postmarked by Election Day) |
| Massachusetts | **Close of polls on Election Day** | November 6 (if postmarked by Election Day) |
| Michigan | **8:00 pm on Election Day** | n/a |
| Minnesota | **Election Day (presumably close of polls)** | To reiterate, all efforts should *first* be made to ensure the return of completed ballots by the Election Day deadline in column 2. It is possible, but not certain, that ballots returned by November 10 will be counted, if postmarked by Election Day. |
| Mississippi | **Election Day (presumably close of polls)** | November 10 (if postmarked by Election Day) |
| Missouri | **Close of polls on Election Day** | n/a |
| Montana | **8:00 pm on Election Day** | n/a |
| Nebraska | **Close of polls on Election Day** | n/a |
| Nevada | **Close of polls on Election Day** | November 10 by 5:00 pm (if postmarked by Election Day) or November 6 (if unpostmarked) |
| New Hampshire | **5:00 pm on Election Day** | n/a |
| New Jersey | **Close of polls on Election Day** | November 5, if postmarked by Election Day. It is also possible, but not certain, that unpostmarked ballots returned by November 5 will be counted and postmarked ballots returned by November 10 will be counted. |
| New Mexico | **7:00 pm on Election Day** | n/a |
| New York | **Close of polls on Election Day** | November 10 (if postmarked by Election Day) or November 4 (if unpostmarked) |

| | | |
|---|---|---|
| North Carolina | **5:00 pm on Election Day** | November 6 by 5:00 pm, if postmarked by Election Day.  It is also possible, but not certain, that postmarked ballots will be counted if they are returned by November 12 at 5:00 pm. |
| North Dakota | **Election Day (presumably close of polls; may need to be postmarked before Election Day)** | November 9, in time for the county canvass (if postmarked by November 2) |
| Ohio | **Close of polls on Election Day** | November 13 (if postmarked by November 2) |
| Oklahoma | **7:00 pm on Election Day** | n/a |
| Oregon | **8:00 pm on Election Day** | n/a |
| Pennsylvania | **8:00 pm on Election Day** | To reiterate, all efforts should *first* be made to ensure the return of completed ballots by the Election Day deadline in column 2. It is possible, but not certain, that ballots returned by November 6 will be counted (if postmarked by Election Day or lacking a postmark). |
| Rhode Island | **Close of polls on Election Day** | n/a |
| South Carolina | **Close of polls on Election Day** | n/a |
| South Dakota | **Close of polls on Election Day** | n/a |
| Tennessee | **Close of polls on Election Day** | n/a |
| Texas | **Close of polls on Election Day** | November 4 by 5:00 pm (if postmarked by Election Day) |
| Utah | **Election Day (presumably close of polls; may need to be postmarked before Election Day)** | November 10-17, depending on date of country canvass (if postmarked by November 2) |
| Vermont | **Close of polls on Election Day** | n/a |
| Virginia | **Close of polls on Election Day** | November 6 by 12:00 noon (if postmarked by Election Day) |
| Washington | **8:00 pm on Election Day** | November 23 (if postmarked by Election Day) |
| West Virginia | **November 4** | November 9 (if postmarked by Election Day) |
| Wisconsin | **8:00 pm on Election Day** | n/a |
| Wyoming | **7:00 pm on Election Day** | n/a |