| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Nation | | 86.16% | 89.24% |
| 10/26/2020 | Nation | | 88.75% | 88.03% |
| 10/27/2020 | Nation | | 61.01% | 90.01% |
| 10/28/2020 | Nation | | 78.57% | 87.49% |
| 10/29/2020 | Nation | | 88.58% | 87.24% |
| 10/30/2020 | Nation | | 85.48% | 85.37% |
| 10/31/2020 | Nation | | 85.88% | 82.76% |
| | | | | |
| 10/24/2020 | Capital Metro | | 79.69% | 80.36% |
| 10/24/2020 | Eastern | | 80.05% | 84.43% |
| 10/24/2020 | Great Lakes | | 86.15% | 90.20% |
| 10/24/2020 | Northeast | | 89.12% | 92.94% |
| 10/24/2020 | Pacific | | 92.57% | 96.20% |
| 10/24/2020 | Southern | | 87.56% | 88.38% |
| 10/24/2020 | Western | | 87.41% | 92.46% |
| 10/26/2020 | Capital Metro | | 82.44% | 74.56% |
| 10/26/2020 | Eastern | | 82.42% | 79.87% |
| 10/26/2020 | Great Lakes | | 88.63% | 90.56% |
| 10/26/2020 | Northeast | | 92.13% | 92.85% |
| 10/26/2020 | Pacific | | 94.60% | 96.36% |
| 10/26/2020 | Southern | | 89.82% | 91.36% |
| 10/26/2020 | Western | | 90.93% | 92.06% |
| 10/27/2020 | Capital Metro | | 51.41% | 79.53% |
| 10/27/2020 | Eastern | | 51.96% | 85.57% |
| 10/27/2020 | Great Lakes | | 58.00% | 89.63% |
| 10/27/2020 | Northeast | | 70.62% | 93.16% |
| 10/27/2020 | Pacific | | 70.66% | 96.63% |
| 10/27/2020 | Southern | | 65.92% | 92.37% |
| 10/27/2020 | Western | | 62.71% | 91.94% |
| 10/28/2020 | Capital Metro | | 65.97% | 74.25% |
| 10/28/2020 | Eastern | | 74.49% | 81.01% |
| 10/28/2020 | Great Lakes | | 75.41% | 86.45% |
| 10/28/2020 | Northeast | | 85.32% | 92.17% |
| 10/28/2020 | Pacific | | 86.70% | 96.88% |
| 10/28/2020 | Southern | | 81.11% | 90.97% |
| 10/28/2020 | Western | | 81.09% | 90.45% |
| 10/29/2020 | Capital Metro | | 85.20% | 73.23% |
| 10/29/2020 | Eastern | | 80.12% | 80.60% |
| 10/29/2020 | Great Lakes | | 87.85% | 85.28% |
| 10/29/2020 | Northeast | | 92.86% | 92.39% |
| 10/29/2020 | Pacific | | 93.91% | 96.83% |
| 10/29/2020 | Southern | | 90.53% | 90.05% |
| 10/29/2020 | Western | | 90.94% | 91.42% |
| 10/30/2020 | Capital Metro | | 79.03% | 72.54% |
| 10/30/2020 | Eastern | | 79.05% | 80.54% |
| 10/30/2020 | Great Lakes | | 85.83% | 82.43% |

| Date | Area | District | | |
|---|---|---|---|---|
| 10/30/2020 | Northeast | | 90.74% | 90.18% |
| 10/30/2020 | Pacific | | 91.36% | 96.55% |
| 10/30/2020 | Southern | | 85.03% | 86.63% |
| 10/30/2020 | Western | | 88.72% | 88.95% |
| 10/31/2020 | Capital Metro | | 78.54% | 64.06% |
| 10/31/2020 | Eastern | | 79.44% | 76.39% |
| 10/31/2020 | Great Lakes | | 85.52% | 78.99% |
| 10/31/2020 | Northeast | | 91.07% | 88.96% |
| 10/31/2020 | Pacific | | 93.57% | 95.53% |
| 10/31/2020 | Southern | | 86.97% | 86.24% |
| 10/31/2020 | Western | | 87.68% | 87.26% |
| | | | | |
| 10/24/2020 | Capital Metro | Atlanta | 83.91% | 72.86% |
| 10/24/2020 | Capital Metro | Baltimore | 61.50% | 75.49% |
| 10/24/2020 | Capital Metro | Capital | 76.05% | 94.38% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 77.37% | 87.09% |
| 10/24/2020 | Capital Metro | Greensboro | 76.71% | 67.43% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 85.03% | 88.25% |
| 10/24/2020 | Capital Metro | Norther Virginia | 83.71% | 94.96% |
| 10/24/2020 | Capital Metro | Richmond | 82.14% | 87.34% |
| 10/24/2020 | Eastern | Appalachian | 90.01% | 95.35% |
| 10/24/2020 | Eastern | Central Pennsylvania | 62.45% | 59.20% |
| 10/24/2020 | Eastern | Kentuckiana | 90.46% | 96.86% |
| 10/24/2020 | Eastern | Norther Ohio | 80.88% | 75.12% |
| 10/24/2020 | Eastern | Ohio Valley | 83.27% | 84.12% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 56.07% | 75.16% |
| 10/24/2020 | Eastern | South Jersey | 80.11% | 89.90% |
| 10/24/2020 | Eastern | Tennessee | 85.97% | 90.00% |
| 10/24/2020 | Eastern | Western New York | 90.09% | 94.15% |
| 10/24/2020 | Eastern | Western Pennsylvania | 86.87% | 97.87% |
| 10/24/2020 | Great Lakes | Central Illinois | 84.95% | 85.90% |

| Date | Area | District | Value 1 | Value 2 |
|---|---|---|---|---|
| 10/24/2020 | Great Lakes | Chicago | 91.20% | 89.77% |
| 10/24/2020 | Great Lakes | Detroit | 71.41% | 85.54% |
| 10/24/2020 | Great Lakes | Gateway | 88.28% | 92.90% |
| 10/24/2020 | Great Lakes | Greater Indiana | 93.08% | 94.24% |
| 10/24/2020 | Great Lakes | Greater Michigan | 87.36% | 93.24% |
| 10/24/2020 | Great Lakes | Lakeland | 87.07% | 93.39% |
| 10/24/2020 | Northeast | Albany | 88.17% | 94.93% |
| 10/24/2020 | Northeast | Caribbean | 97.00% | 96.30% |
| 10/24/2020 | Northeast | Connecticut Valley | 87.02% | 94.85% |
| 10/24/2020 | Northeast | Greater Boston | 89.65% | 86.03% |
| 10/24/2020 | Northeast | Long Island | 89.33% | 94.15% |
| 10/24/2020 | Northeast | New York | 86.85% | 97.90% |
| 10/24/2020 | Northeast | Northern New England | 90.74% | 95.65% |
| 10/24/2020 | Northeast | Northern New Jersey | 88.15% | 92.35% |
| 10/24/2020 | Northeast | Triboro | 92.47% | 95.31% |
| 10/24/2020 | Northeast | Westchester | 88.57% | 84.13% |
| 10/24/2020 | Pacific | Bay-Valley | 93.58% | 96.78% |
| 10/24/2020 | Pacific | Honolulu | 90.98% | 88.59% |
| 10/24/2020 | Pacific | Los Angeles | 90.08% | 95.76% |
| 10/24/2020 | Pacific | Sacramento | 94.18% | 92.24% |
| 10/24/2020 | Pacific | San Diego | 92.59% | 96.33% |
| 10/24/2020 | Pacific | San Francisco | 94.48% | 98.64% |
| 10/24/2020 | Pacific | Santa Ana | 92.34% | 97.43% |
| 10/24/2020 | Pacific | Sierra Coastal | 91.66% | 97.14% |
| 10/24/2020 | Southern | Alabama | 80.50% | 81.18% |
| 10/24/2020 | Southern | Arkansas | 89.31% | 93.75% |
| 10/24/2020 | Southern | Dallas | 91.24% | 94.65% |
| 10/24/2020 | Southern | Ft. Worth | 87.55% | 87.71% |
| 10/24/2020 | Southern | Gulf Atlantic | 78.82% | 86.38% |
| 10/24/2020 | Southern | Houston | 88.77% | 90.15% |
| 10/24/2020 | Southern | Louisiana | 91.43% | 81.43% |
| 10/24/2020 | Southern | Mississippi | 79.76% | 89.49% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/24/2020 | Southern | Oklahoma | 93.13% | 94.48% |
| 10/24/2020 | Southern | Rio Grande | 92.40% | 92.22% |
| 10/24/2020 | Southern | South Florida | 84.90% | 92.77% |
| 10/24/2020 | Southern | Suncoast | 89.03% | 80.07% |
| 10/24/2020 | Western | Alaska | 84.26% | 92.41% |
| 10/24/2020 | Western | Arizona | 90.10% | 88.12% |
| 10/24/2020 | Western | Central Plains | 88.89% | 96.12% |
| 10/24/2020 | Western | Colorado/Wyoming | 74.36% | 92.17% |
| 10/24/2020 | Western | Dakotas | 90.25% | 96.47% |
| 10/24/2020 | Western | Hawkeye | 88.95% | 93.61% |
| 10/24/2020 | Western | Mid-Americas | 89.09% | 90.03% |
| 10/24/2020 | Western | Nevada Sierra | 91.66% | 97.04% |
| 10/24/2020 | Western | Northland | 81.95% | 93.64% |
| 10/24/2020 | Western | Portland | 88.58% | 92.75% |
| 10/24/2020 | Western | Salt Lake City | 93.06% | 92.06% |
| 10/24/2020 | Western | Seattle | 86.06% | 91.30% |
| 10/26/2020 | Capital Metro | Atlanta | 87.31% | 62.50% |
| 10/26/2020 | Capital Metro | Baltimore | 69.33% | 66.93% |
| 10/26/2020 | Capital Metro | Capital | 82.43% | 95.96% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 72.92% | 86.70% |
| 10/26/2020 | Capital Metro | Greensboro | 79.30% | 59.27% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 88.21% | 76.76% |
| 10/26/2020 | Capital Metro | Norther Virginia | 86.90% | 96.08% |
| 10/26/2020 | Capital Metro | Richmond | 88.70% | 90.00% |
| 10/26/2020 | Eastern | Appalachian | 86.65% | 90.72% |
| 10/26/2020 | Eastern | Central Pennsylvania | 70.56% | 65.66% |
| 10/26/2020 | Eastern | Kentuckiana | 88.78% | 95.82% |
| 10/26/2020 | Eastern | Norther Ohio | 83.32% | 73.56% |
| 10/26/2020 | Eastern | Ohio Valley | 87.86% | 81.09% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 60.31% | 55.94% |

| Date | Region | District | % | % |
|---|---|---|---|---|
| 10/26/2020 | Eastern | South Jersey | 80.97% | 87.30% |
| 10/26/2020 | Eastern | Tennessee | 90.01% | 89.34% |
| 10/26/2020 | Eastern | Western New York | 89.42% | 94.06% |
| 10/26/2020 | Eastern | Western Pennsylvania | 91.28% | 98.22% |
| 10/26/2020 | Great Lakes | Central Illinois | 86.77% | 84.58% |
| 10/26/2020 | Great Lakes | Chicago | 92.46% | 91.81% |
| 10/26/2020 | Great Lakes | Detroit | 77.16% | 82.90% |
| 10/26/2020 | Great Lakes | Gateway | 88.76% | 93.89% |
| 10/26/2020 | Great Lakes | Greater Indiana | 94.52% | 94.63% |
| 10/26/2020 | Great Lakes | Greater Michigan | 88.86% | 94.20% |
| 10/26/2020 | Great Lakes | Lakeland | 90.53% | 95.38% |
| 10/26/2020 | Northeast | Albany | 92.44% | 93.48% |
| 10/26/2020 | Northeast | Caribbean | 95.16% | 97.28% |
| 10/26/2020 | Northeast | Connecticut Valley | 91.83% | 96.12% |
| 10/26/2020 | Northeast | Greater Boston | 93.26% | 92.24% |
| 10/26/2020 | Northeast | Long Island | 88.68% | 93.56% |
| 10/26/2020 | Northeast | New York | 91.56% | 97.25% |
| 10/26/2020 | Northeast | Northern New England | 92.14% | 95.48% |
| 10/26/2020 | Northeast | Northern New Jersey | 92.99% | 89.92% |
| 10/26/2020 | Northeast | Triboro | 92.02% | 90.10% |
| 10/26/2020 | Northeast | Westchester | 89.24% | 86.04% |
| 10/26/2020 | Pacific | Bay-Valley | 94.68% | 97.67% |
| 10/26/2020 | Pacific | Honolulu | 92.97% | 45.16% |
| 10/26/2020 | Pacific | Los Angeles | 93.70% | 95.43% |
| 10/26/2020 | Pacific | Sacramento | 95.21% | 94.04% |
| 10/26/2020 | Pacific | San Diego | 94.81% | 96.94% |
| 10/26/2020 | Pacific | San Francisco | 95.25% | 97.63% |
| 10/26/2020 | Pacific | Santa Ana | 95.27% | 97.31% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/26/2020 | Pacific | Sierra Coastal | 92.92% | 97.49% |
| 10/26/2020 | Southern | Alabama | 86.48% | 82.26% |
| 10/26/2020 | Southern | Arkansas | 94.65% | 91.53% |
| 10/26/2020 | Southern | Dallas | 91.95% | 96.35% |
| 10/26/2020 | Southern | Ft. Worth | 90.22% | 88.43% |
| 10/26/2020 | Southern | Gulf Atlantic | 82.13% | 85.42% |
| 10/26/2020 | Southern | Houston | 90.13% | 95.99% |
| 10/26/2020 | Southern | Louisiana | 92.26% | 89.36% |
| 10/26/2020 | Southern | Mississippi | 81.97% | 85.85% |
| 10/26/2020 | Southern | Oklahoma | 94.27% | 96.62% |
| 10/26/2020 | Southern | Rio Grande | 92.79% | 90.72% |
| 10/26/2020 | Southern | South Florida | 88.12% | 92.26% |
| 10/26/2020 | Southern | Suncoast | 91.73% | 92.18% |
| 10/26/2020 | Western | Alaska | 86.61% | 86.30% |
| 10/26/2020 | Western | Arizona | 92.12% | 87.89% |
| 10/26/2020 | Western | Central Plains | 94.04% | 93.40% |
| 10/26/2020 | Western | Colorado/Wyoming | 75.33% | 90.54% |
| 10/26/2020 | Western | Dakotas | 92.18% | 95.70% |
| 10/26/2020 | Western | Hawkeye | 92.45% | 92.65% |
| 10/26/2020 | Western | Mid-Americas | 91.07% | 92.39% |
| 10/26/2020 | Western | Nevada Sierra | 92.73% | 94.07% |
| 10/26/2020 | Western | Northland | 88.78% | 91.64% |
| 10/26/2020 | Western | Portland | 92.72% | 94.09% |
| 10/26/2020 | Western | Salt Lake City | 94.03% | 93.15% |
| 10/26/2020 | Western | Seattle | 91.90% | 95.90% |
| 10/27/2020 | Capital Metro | Atlanta | 52.40% | 77.15% |
| 10/27/2020 | Capital Metro | Baltimore | 30.50% | 70.52% |
| 10/27/2020 | Capital Metro | Capital | 58.23% | 95.77% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 39.80% | 91.16% |
| 10/27/2020 | Capital Metro | Greensboro | 46.24% | 61.08% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 64.21% | 71.62% |
| 10/27/2020 | Capital Metro | Norther Virginia | 51.82% | 96.56% |
| 10/27/2020 | Capital Metro | Richmond | 61.75% | 92.25% |
| 10/27/2020 | Eastern | Appalachian | 59.43% | 93.54% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/27/2020 | Eastern | Central Pennsylvania | 58.18% | 62.14% |
| 10/27/2020 | Eastern | Kentuckiana | 71.40% | 97.64% |
| 10/27/2020 | Eastern | Norther Ohio | 44.75% | 77.95% |
| 10/27/2020 | Eastern | Ohio Valley | 49.57% | 87.29% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 23.69% | 73.56% |
| 10/27/2020 | Eastern | South Jersey | 40.26% | 89.03% |
| 10/27/2020 | Eastern | Tennessee | 60.42% | 92.59% |
| 10/27/2020 | Eastern | Western New York | 66.08% | 97.25% |
| 10/27/2020 | Eastern | Western Pennsylvania | 68.56% | 97.35% |
| 10/27/2020 | Great Lakes | Central Illinois | 62.55% | 89.87% |
| 10/27/2020 | Great Lakes | Chicago | 63.04% | 94.50% |
| 10/27/2020 | Great Lakes | Detroit | 42.47% | 76.60% |
| 10/27/2020 | Great Lakes | Gateway | 68.82% | 92.59% |
| 10/27/2020 | Great Lakes | Greater Indiana | 64.22% | 95.88% |
| 10/27/2020 | Great Lakes | Greater Michigan | 58.71% | 86.59% |
| 10/27/2020 | Great Lakes | Lakeland | 53.94% | 95.31% |
| 10/27/2020 | Northeast | Albany | 70.00% | 93.26% |
| 10/27/2020 | Northeast | Caribbean | 92.87% | 80.62% |
| 10/27/2020 | Northeast | Connecticut Valley | 71.67% | 93.98% |
| 10/27/2020 | Northeast | Greater Boston | 63.10% | 93.09% |
| 10/27/2020 | Northeast | Long Island | 72.67% | 96.08% |
| 10/27/2020 | Northeast | New York | 70.18% | 97.30% |
| 10/27/2020 | Northeast | Northern New England | 70.51% | 86.59% |
| 10/27/2020 | Northeast | Northern New Jersey | 65.19% | 93.76% |
| 10/27/2020 | Northeast | Triboro | 83.96% | 93.29% |
| 10/27/2020 | Northeast | Westchester | 67.18% | 93.38% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/27/2020 | Pacific | Bay-Valley | 73.30% | 97.22% |
| 10/27/2020 | Pacific | Honolulu | 82.14% | 88.85% |
| 10/27/2020 | Pacific | Los Angeles | 77.40% | 96.99% |
| 10/27/2020 | Pacific | Sacramento | 70.47% | 93.17% |
| 10/27/2020 | Pacific | San Diego | 73.67% | 96.40% |
| 10/27/2020 | Pacific | San Francisco | 72.37% | 98.36% |
| 10/27/2020 | Pacific | Santa Ana | 59.87% | 98.02% |
| 10/27/2020 | Pacific | Sierra Coastal | 72.14% | 97.58% |
| 10/27/2020 | Southern | Alabama | 54.55% | 89.42% |
| 10/27/2020 | Southern | Arkansas | 70.54% | 92.93% |
| 10/27/2020 | Southern | Dallas | 72.97% | 93.76% |
| 10/27/2020 | Southern | Ft. Worth | 70.57% | 93.14% |
| 10/27/2020 | Southern | Gulf Atlantic | 52.56% | 86.10% |
| 10/27/2020 | Southern | Houston | 78.22% | 95.47% |
| 10/27/2020 | Southern | Louisiana | 65.41% | 89.99% |
| 10/27/2020 | Southern | Mississippi | 51.76% | 87.41% |
| 10/27/2020 | Southern | Oklahoma | 78.04% | 96.68% |
| 10/27/2020 | Southern | Rio Grande | 75.71% | 95.33% |
| 10/27/2020 | Southern | South Florida | 53.52% | 89.74% |
| 10/27/2020 | Southern | Suncoast | 56.99% | 95.55% |
| 10/27/2020 | Western | Alaska | 66.31% | 90.85% |
| 10/27/2020 | Western | Arizona | 68.70% | 90.05% |
| 10/27/2020 | Western | Central Plains | 78.75% | 96.29% |
| 10/27/2020 | Western | Colorado/Wyoming | 36.54% | 86.34% |
| 10/27/2020 | Western | Dakotas | 65.90% | 94.64% |
| 10/27/2020 | Western | Hawkeye | 68.75% | 93.78% |
| 10/27/2020 | Western | Mid-Americas | 53.99% | 85.82% |
| 10/27/2020 | Western | Nevada Sierra | 75.80% | 96.48% |
| 10/27/2020 | Western | Northland | 55.86% | 90.95% |
| 10/27/2020 | Western | Portland | 72.93% | 87.83% |
| 10/27/2020 | Western | Salt Lake City | 62.52% | 96.45% |
| 10/27/2020 | Western | Seattle | 59.33% | 97.31% |
| 10/28/2020 | Capital Metro | Atlanta | 78.92% | 69.60% |
| 10/28/2020 | Capital Metro | Baltimore | 43.24% | 82.73% |
| 10/28/2020 | Capital Metro | Capital | 74.77% | 93.92% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/28/2020 | Capital Metro | Greater S Carolina | 70.72% | 86.98% |
| 10/28/2020 | Capital Metro | Greensboro | 57.56% | 48.54% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 51.54% | 66.50% |
| 10/28/2020 | Capital Metro | Norther Virginia | 74.46% | 95.00% |
| 10/28/2020 | Capital Metro | Richmond | 83.22% | 89.53% |
| 10/28/2020 | Eastern | Appalachian | 83.44% | 93.48% |
| 10/28/2020 | Eastern | Central Pennsylvania | 55.74% | 52.74% |
| 10/28/2020 | Eastern | Kentuckiana | 89.10% | 96.10% |
| 10/28/2020 | Eastern | Norther Ohio | 72.87% | 63.72% |
| 10/28/2020 | Eastern | Ohio Valley | 80.27% | 88.24% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 48.18% | 62.51% |
| 10/28/2020 | Eastern | South Jersey | 75.00% | 92.93% |
| 10/28/2020 | Eastern | Tennessee | 86.50% | 88.67% |
| 10/28/2020 | Eastern | Western New York | 91.75% | 94.07% |
| 10/28/2020 | Eastern | Western Pennsylvania | 85.28% | 94.54% |
| 10/28/2020 | Great Lakes | Central Illinois | 71.81% | 88.62% |
| 10/28/2020 | Great Lakes | Chicago | 80.05% | 81.41% |
| 10/28/2020 | Great Lakes | Detroit | 55.17% | 73.74% |
| 10/28/2020 | Great Lakes | Gateway | 82.48% | 92.47% |
| 10/28/2020 | Great Lakes | Greater Indiana | 86.82% | 91.29% |
| 10/28/2020 | Great Lakes | Greater Michigan | 75.89% | 88.67% |
| 10/28/2020 | Great Lakes | Lakeland | 78.11% | 91.69% |
| 10/28/2020 | Northeast | Albany | 88.69% | 95.50% |
| 10/28/2020 | Northeast | Caribbean | 96.10% | 92.15% |
| 10/28/2020 | Northeast | Connecticut Valley | 85.66% | 93.76% |
| 10/28/2020 | Northeast | Greater Boston | 88.24% | 84.48% |

| Date | Region | Area | % | % |
|---|---|---|---|---|
| 10/28/2020 | Northeast | Long Island | 81.82% | 92.74% |
| 10/28/2020 | Northeast | New York | 86.04% | 96.01% |
| 10/28/2020 | Northeast | Northern New England | 82.16% | 92.60% |
| 10/28/2020 | Northeast | Northern New Jersey | 80.78% | 91.45% |
| 10/28/2020 | Northeast | Triboro | 82.10% | 94.56% |
| 10/28/2020 | Northeast | Westchester | 84.15% | 94.04% |
| 10/28/2020 | Pacific | Bay-Valley | 91.68% | 96.23% |
| 10/28/2020 | Pacific | Honolulu | 88.88% | 91.11% |
| 10/28/2020 | Pacific | Los Angeles | 88.32% | 96.84% |
| 10/28/2020 | Pacific | Sacramento | 83.69% | 95.01% |
| 10/28/2020 | Pacific | San Diego | 89.18% | 98.13% |
| 10/28/2020 | Pacific | San Francisco | 86.23% | 98.40% |
| 10/28/2020 | Pacific | Santa Ana | 83.09% | 97.11% |
| 10/28/2020 | Pacific | Sierra Coastal | 87.93% | 96.97% |
| 10/28/2020 | Southern | Alabama | 88.57% | 84.19% |
| 10/28/2020 | Southern | Arkansas | 88.37% | 94.93% |
| 10/28/2020 | Southern | Dallas | 77.22% | 92.45% |
| 10/28/2020 | Southern | Ft. Worth | 83.40% | 92.81% |
| 10/28/2020 | Southern | Gulf Atlantic | 76.49% | 84.74% |
| 10/28/2020 | Southern | Houston | 77.22% | 95.06% |
| 10/28/2020 | Southern | Louisiana | 90.42% | 90.61% |
| 10/28/2020 | Southern | Mississippi | 78.92% | 85.51% |
| 10/28/2020 | Southern | Oklahoma | 92.20% | 96.97% |
| 10/28/2020 | Southern | Rio Grande | 85.87% | 94.96% |
| 10/28/2020 | Southern | South Florida | 66.68% | 91.95% |
| 10/28/2020 | Southern | Suncoast | 82.55% | 89.23% |
| 10/28/2020 | Western | Alaska | 79.46% | 90.49% |
| 10/28/2020 | Western | Arizona | 80.63% | 91.16% |
| 10/28/2020 | Western | Central Plains | 81.48% | 93.73% |
| 10/28/2020 | Western | Colorado/Wyoming | 56.48% | 78.14% |
| 10/28/2020 | Western | Dakotas | 86.23% | 95.14% |
| 10/28/2020 | Western | Hawkeye | 87.32% | 90.97% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/28/2020 | Western | Mid-Americas | 83.39% | 77.12% |
| 10/28/2020 | Western | Nevada Sierra | 85.55% | 97.01% |
| 10/28/2020 | Western | Northland | 80.96% | 87.57% |
| 10/28/2020 | Western | Portland | 85.50% | 91.19% |
| 10/28/2020 | Western | Salt Lake City | 80.49% | 97.23% |
| 10/28/2020 | Western | Seattle | 81.72% | 97.08% |
| 10/29/2020 | Capital Metro | Atlanta | 90.70% | 70.20% |
| 10/29/2020 | Capital Metro | Baltimore | 68.57% | 74.88% |
| 10/29/2020 | Capital Metro | Capital | 86.70% | 85.85% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 82.48% | 89.36% |
| 10/29/2020 | Capital Metro | Greensboro | 80.26% | 48.03% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 87.00% | 70.25% |
| 10/29/2020 | Capital Metro | Norther Virginia | 88.04% | 92.90% |
| 10/29/2020 | Capital Metro | Richmond | 91.52% | 86.00% |
| 10/29/2020 | Eastern | Appalachian | 89.43% | 89.47% |
| 10/29/2020 | Eastern | Central Pennsylvania | 59.92% | 51.63% |
| 10/29/2020 | Eastern | Kentuckiana | 92.13% | 95.23% |
| 10/29/2020 | Eastern | Norther Ohio | 76.56% | 77.56% |
| 10/29/2020 | Eastern | Ohio Valley | 86.02% | 88.54% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 48.26% | 51.65% |
| 10/29/2020 | Eastern | South Jersey | 85.89% | 92.96% |
| 10/29/2020 | Eastern | Tennessee | 94.35% | 88.60% |
| 10/29/2020 | Eastern | Western New York | 90.97% | 93.41% |
| 10/29/2020 | Eastern | Western Pennsylvania | 91.86% | 96.53% |
| 10/29/2020 | Great Lakes | Central Illinois | 84.76% | 86.48% |
| 10/29/2020 | Great Lakes | Chicago | 88.20% | 87.06% |
| 10/29/2020 | Great Lakes | Detroit | 75.77% | 70.86% |
| 10/29/2020 | Great Lakes | Gateway | 91.94% | 87.73% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/29/2020 | Great Lakes | Greater Indiana | 93.12% | 92.58% |
| 10/29/2020 | Great Lakes | Greater Michigan | 87.55% | 93.24% |
| 10/29/2020 | Great Lakes | Lakeland | 89.91% | 93.40% |
| 10/29/2020 | Northeast | Albany | 94.22% | 95.49% |
| 10/29/2020 | Northeast | Caribbean | 97.26% | 82.29% |
| 10/29/2020 | Northeast | Connecticut Valley | 92.95% | 92.97% |
| 10/29/2020 | Northeast | Greater Boston | 93.28% | 87.41% |
| 10/29/2020 | Northeast | Long Island | 87.79% | 94.63% |
| 10/29/2020 | Northeast | New York | 91.46% | 97.09% |
| 10/29/2020 | Northeast | Northern New England | 93.83% | 88.14% |
| 10/29/2020 | Northeast | Northern New Jersey | 93.59% | 93.86% |
| 10/29/2020 | Northeast | Triboro | 90.25% | 93.86% |
| 10/29/2020 | Northeast | Westchester | 93.25% | 92.92% |
| 10/29/2020 | Pacific | Bay-Valley | 93.58% | 96.40% |
| 10/29/2020 | Pacific | Honolulu | 93.40% | 96.33% |
| 10/29/2020 | Pacific | Los Angeles | 94.67% | 96.59% |
| 10/29/2020 | Pacific | Sacramento | 93.93% | 94.87% |
| 10/29/2020 | Pacific | San Diego | 94.07% | 96.56% |
| 10/29/2020 | Pacific | San Francisco | 93.14% | 98.33% |
| 10/29/2020 | Pacific | Santa Ana | 93.54% | 98.22% |
| 10/29/2020 | Pacific | Sierra Coastal | 94.32% | 97.39% |
| 10/29/2020 | Southern | Alabama | 91.56% | 75.41% |
| 10/29/2020 | Southern | Arkansas | 93.71% | 89.76% |
| 10/29/2020 | Southern | Dallas | 91.23% | 94.01% |
| 10/29/2020 | Southern | Ft. Worth | 91.82% | 90.42% |
| 10/29/2020 | Southern | Gulf Atlantic | 86.18% | 77.78% |
| 10/29/2020 | Southern | Houston | 85.84% | 95.47% |
| 10/29/2020 | Southern | Louisiana | 92.57% | 86.03% |
| 10/29/2020 | Southern | Mississippi | 92.21% | 83.52% |
| 10/29/2020 | Southern | Oklahoma | 91.05% | 95.96% |
| 10/29/2020 | Southern | Rio Grande | 93.28% | 95.38% |

| Date | Area | District | Pct1 | Pct2 |
|---|---|---|---|---|
| 10/29/2020 | Southern | South Florida | 87.31% | 91.85% |
| 10/29/2020 | Southern | Suncoast | 93.65% | 92.84% |
| 10/29/2020 | Western | Alaska | 77.40% | 96.92% |
| 10/29/2020 | Western | Arizona | 94.47% | 89.42% |
| 10/29/2020 | Western | Central Plains | 93.21% | 94.78% |
| 10/29/2020 | Western | Colorado/Wyoming | 72.14% | 79.61% |
| 10/29/2020 | Western | Dakotas | 92.38% | 94.81% |
| 10/29/2020 | Western | Hawkeye | 94.07% | 94.78% |
| 10/29/2020 | Western | Mid-Americas | 91.73% | 82.48% |
| 10/29/2020 | Western | Nevada Sierra | 93.99% | 97.04% |
| 10/29/2020 | Western | Northland | 90.55% | 90.49% |
| 10/29/2020 | Western | Portland | 93.60% | 96.09% |
| 10/29/2020 | Western | Salt Lake City | 93.32% | 96.37% |
| 10/29/2020 | Western | Seattle | 90.90% | 97.02% |
| 10/30/2020 | Capital Metro | Atlanta | 85.50% | 63.01% |
| 10/30/2020 | Capital Metro | Baltimore | 67.73% | 84.69% |
| 10/30/2020 | Capital Metro | Capital | 84.49% | 86.01% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 66.85% | 84.89% |
| 10/30/2020 | Capital Metro | Greensboro | 68.87% | 58.10% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 83.14% | 65.55% |
| 10/30/2020 | Capital Metro | Norther Virginia | 82.07% | 94.48% |
| 10/30/2020 | Capital Metro | Richmond | 88.99% | 83.98% |
| 10/30/2020 | Eastern | Appalachian | 91.19% | 87.16% |
| 10/30/2020 | Eastern | Central Pennsylvania | 63.90% | 50.51% |
| 10/30/2020 | Eastern | Kentuckiana | 89.24% | 94.54% |
| 10/30/2020 | Eastern | Norther Ohio | 73.60% | 64.57% |
| 10/30/2020 | Eastern | Ohio Valley | 82.64% | 89.85% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 58.17% | 65.64% |
| 10/30/2020 | Eastern | South Jersey | 84.72% | 92.07% |

| Date | Area | District | % 1 | % 2 |
|---|---|---|---|---|
| 10/30/2020 | Eastern | Tennessee | 87.42% | 85.78% |
| 10/30/2020 | Eastern | Western New York | 92.99% | 95.29% |
| 10/30/2020 | Eastern | Western Pennsylvania | 88.58% | 96.28% |
| 10/30/2020 | Great Lakes | Central Illinois | 79.48% | 88.16% |
| 10/30/2020 | Great Lakes | Chicago | 89.27% | 83.95% |
| 10/30/2020 | Great Lakes | Detroit | 72.99% | 62.03% |
| 10/30/2020 | Great Lakes | Gateway | 89.78% | 89.22% |
| 10/30/2020 | Great Lakes | Greater Indiana | 93.77% | 89.22% |
| 10/30/2020 | Great Lakes | Greater Michigan | 80.84% | 84.35% |
| 10/30/2020 | Great Lakes | Lakeland | 88.74% | 92.52% |
| 10/30/2020 | Northeast | Albany | 90.15% | 92.31% |
| 10/30/2020 | Northeast | Caribbean | 88.43% | 93.32% |
| 10/30/2020 | Northeast | Connecticut Valley | 91.96% | 87.81% |
| 10/30/2020 | Northeast | Greater Boston | 90.52% | 86.71% |
| 10/30/2020 | Northeast | Long Island | 91.12% | 87.05% |
| 10/30/2020 | Northeast | New York | 89.65% | 97.86% |
| 10/30/2020 | Northeast | Northern New England | 89.20% | 89.30% |
| 10/30/2020 | Northeast | Northern New Jersey | 91.49% | 92.92% |
| 10/30/2020 | Northeast | Triboro | 89.40% | 93.99% |
| 10/30/2020 | Northeast | Westchester | 91.73% | 87.71% |
| 10/30/2020 | Pacific | Bay-Valley | 92.67% | 96.15% |
| 10/30/2020 | Pacific | Honolulu | 93.43% | 96.32% |
| 10/30/2020 | Pacific | Los Angeles | 94.06% | 96.01% |
| 10/30/2020 | Pacific | Sacramento | 89.36% | 95.90% |
| 10/30/2020 | Pacific | San Diego | 92.44% | 97.48% |
| 10/30/2020 | Pacific | San Francisco | 93.27% | 96.45% |
| 10/30/2020 | Pacific | Santa Ana | 86.27% | 97.16% |
| 10/30/2020 | Pacific | Sierra Coastal | 92.91% | 96.09% |
| 10/30/2020 | Southern | Alabama | 87.72% | 65.62% |

| Date | Area | District | Value 1 | Value 2 |
|---|---|---|---|---|
| 10/30/2020 | Southern | Arkansas | 88.84% | 85.74% |
| 10/30/2020 | Southern | Dallas | 78.49% | 89.67% |
| 10/30/2020 | Southern | Ft. Worth | 85.57% | 91.74% |
| 10/30/2020 | Southern | Gulf Atlantic | 82.14% | 73.81% |
| 10/30/2020 | Southern | Houston | 89.34% | 93.74% |
| 10/30/2020 | Southern | Louisiana | 80.91% | 82.99% |
| 10/30/2020 | Southern | Mississippi | 84.41% | 81.54% |
| 10/30/2020 | Southern | Oklahoma | 91.15% | 94.35% |
| 10/30/2020 | Southern | Rio Grande | 90.39% | 94.12% |
| 10/30/2020 | Southern | South Florida | 81.06% | 87.05% |
| 10/30/2020 | Southern | Suncoast | 88.45% | 89.80% |
| 10/30/2020 | Western | Alaska | 89.38% | 85.61% |
| 10/30/2020 | Western | Arizona | 91.75% | 86.49% |
| 10/30/2020 | Western | Central Plains | 93.44% | 92.45% |
| 10/30/2020 | Western | Colorado/Wyoming | 68.44% | 64.55% |
| 10/30/2020 | Western | Dakotas | 92.37% | 94.25% |
| 10/30/2020 | Western | Hawkeye | 91.62% | 94.83% |
| 10/30/2020 | Western | Mid-Americas | 85.41% | 82.35% |
| 10/30/2020 | Western | Nevada Sierra | 92.42% | 95.93% |
| 10/30/2020 | Western | Northland | 89.31% | 89.90% |
| 10/30/2020 | Western | Portland | 93.91% | 95.23% |
| 10/30/2020 | Western | Salt Lake City | 91.45% | 95.18% |
| 10/30/2020 | Western | Seattle | 88.02% | 93.47% |
| 10/31/2020 | Capital Metro | Atlanta | 82.59% | 55.50% |
| 10/31/2020 | Capital Metro | Baltimore | 73.37% | 73.01% |
| 10/31/2020 | Capital Metro | Capital | 75.52% | 89.36% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 71.22% | 66.49% |
| 10/31/2020 | Capital Metro | Greensboro | 76.43% | 50.59% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 78.48% | 58.90% |
| 10/31/2020 | Capital Metro | Norther Virginia | 80.29% | 93.98% |
| 10/31/2020 | Capital Metro | Richmond | 87.91% | 61.15% |
| 10/31/2020 | Eastern | Appalachian | 90.16% | 93.26% |
| 10/31/2020 | Eastern | Central Pennsylvania | 65.79% | 42.58% |

| Date | Area | District | % | % |
|---|---|---|---|---|
| 10/31/2020 | Eastern | Kentuckiana | 90.80% | 94.05% |
| 10/31/2020 | Eastern | Norther Ohio | 75.10% | 54.54% |
| 10/31/2020 | Eastern | Ohio Valley | 82.35% | 89.02% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 60.05% | 55.72% |
| 10/31/2020 | Eastern | South Jersey | 85.22% | 89.38% |
| 10/31/2020 | Eastern | Tennessee | 88.98% | 87.03% |
| 10/31/2020 | Eastern | Western New York | 89.57% | 92.08% |
| 10/31/2020 | Eastern | Western Pennsylvania | 89.69% | 92.80% |
| 10/31/2020 | Great Lakes | Central Illinois | 82.30% | 84.43% |
| 10/31/2020 | Great Lakes | Chicago | 85.01% | 86.52% |
| 10/31/2020 | Great Lakes | Detroit | 77.12% | 57.17% |
| 10/31/2020 | Great Lakes | Gateway | 88.65% | 86.76% |
| 10/31/2020 | Great Lakes | Greater Indiana | 90.76% | 91.10% |
| 10/31/2020 | Great Lakes | Greater Michigan | 82.62% | 78.20% |
| 10/31/2020 | Great Lakes | Lakeland | 87.41% | 88.94% |
| 10/31/2020 | Northeast | Albany | 91.03% | 90.98% |
| 10/31/2020 | Northeast | Caribbean | 95.03% | 98.51% |
| 10/31/2020 | Northeast | Connecticut Valley | 91.52% | 93.06% |
| 10/31/2020 | Northeast | Greater Boston | 91.61% | 80.65% |
| 10/31/2020 | Northeast | Long Island | 87.78% | 88.87% |
| 10/31/2020 | Northeast | New York | 88.43% | 97.46% |
| 10/31/2020 | Northeast | Northern New England | 90.01% | 80.12% |
| 10/31/2020 | Northeast | Northern New Jersey | 91.84% | 93.81% |
| 10/31/2020 | Northeast | Triboro | 90.81% | 90.41% |
| 10/31/2020 | Northeast | Westchester | 92.74% | 89.83% |
| 10/31/2020 | Pacific | Bay-Valley | 94.55% | 97.20% |
| 10/31/2020 | Pacific | Honolulu | 92.94% | 91.96% |

| Date | Area | District | Value 1 | Value 2 |
|---|---|---|---|---|
| 10/31/2020 | Pacific | Los Angeles | 94.79% | 95.41% |
| 10/31/2020 | Pacific | Sacramento | 93.41% | 93.09% |
| 10/31/2020 | Pacific | San Diego | 93.73% | 94.92% |
| 10/31/2020 | Pacific | San Francisco | 93.43% | 95.89% |
| 10/31/2020 | Pacific | Santa Ana | 91.61% | 94.46% |
| 10/31/2020 | Pacific | Sierra Coastal | 93.84% | 97.21% |
| 10/31/2020 | Southern | Alabama | 86.81% | 78.34% |
| 10/31/2020 | Southern | Arkansas | 88.24% | 90.13% |
| 10/31/2020 | Southern | Dallas | 84.98% | 89.39% |
| 10/31/2020 | Southern | Ft. Worth | 90.46% | 92.35% |
| 10/31/2020 | Southern | Gulf Atlantic | 83.37% | 69.24% |
| 10/31/2020 | Southern | Houston | 88.94% | 93.57% |
| 10/31/2020 | Southern | Louisiana | 89.51% | 79.00% |
| 10/31/2020 | Southern | Mississippi | 78.76% | 78.29% |
| 10/31/2020 | Southern | Oklahoma | 92.22% | 93.26% |
| 10/31/2020 | Southern | Rio Grande | 92.32% | 94.78% |
| 10/31/2020 | Southern | South Florida | 79.49% | 83.93% |
| 10/31/2020 | Southern | Suncoast | 90.37% | 88.48% |
| 10/31/2020 | Western | Alaska | 88.32% | 70.87% |
| 10/31/2020 | Western | Arizona | 91.87% | 89.23% |
| 10/31/2020 | Western | Central Plains | 91.71% | 88.13% |
| 10/31/2020 | Western | Colorado/Wyoming | 60.85% | 60.30% |
| 10/31/2020 | Western | Dakotas | 92.70% | 89.06% |
| 10/31/2020 | Western | Hawkeye | 92.22% | 92.71% |
| 10/31/2020 | Western | Mid-Americas | 88.39% | 84.25% |
| 10/31/2020 | Western | Nevada Sierra | 93.37% | 95.24% |
| 10/31/2020 | Western | Northland | 86.84% | 90.56% |
| 10/31/2020 | Western | Portland | 91.28% | 96.31% |
| 10/31/2020 | Western | Salt Lake City | 91.05% | 94.81% |
| 10/31/2020 | Western | Seattle | 89.20% | 92.09% |