UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>       *Plaintiffs*,<br><br> v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>       *Defendants*. | Civil Case No. 1:20-cv-02405 |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that:

 1. No later than 12:00 PM today, in light of a reported backlog of Election Mail at the processing facility in Detroit, Defendants shall file an update regarding the delivery status of all inbound ballots processed in Detroit.

 2. Beginning no later than 12:00 PM EST today, Defendants shall send Postal Service inspectors or their designees, to processing facilities in the following Districts and direct them to sweep the facilities to ensure that no ballots have been held up and that any identified ballots are immediately sent out for delivery:  Central Pennsylvania, Philadelphia, Detroit, Colorado/Wyoming, Atlanta, Houston, Alabama, Northern New England, Greater South Carolina, South Florida, Lakeland, and Arizona.  Alternatively, Defendants may satisfy this paragraph if inspectors from the USPS Inspector General Office are available to oversee the sweep of processing facilities described in the previous sentence.  No later than 3:00 PM EST today, Defendants shall file a status update certifying compliance with this paragraph, confirming that sweeps were conducted and that no ballots were left behind.

2

      3.   No later than 3:00 PM EST today, Defendants shall produce to Plaintiffs the political/election mail logs for the last week for facilities in the districts identified in the prior paragraph.

      4.   No later than 3:00 PM EST today, Defendants shall identify the 27 processing centers at which the Office of Inspector General was onsite and the list of facilities that the Postal Inspectors have observed since October 19, 2020, and shall produce to Plaintiffs any documents reflecting their findings.

**SO ORDERED.**

                                                                                           _____

                                                                                           UNITED STATES DISTRICT JUDGE

Dated: _____