UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOTE FORWARD, *et al.*,

                  *Plaintiffs*,

v.

LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,

                  *Defendants*.

Civil Case No. 1:20-cv-02405

**[PROPOSED] ORDER**

It is hereby **ORDERED** that:

1. Beginning no later than 12:30 PM EST today, Defendants shall send Postal Service inspectors or their designees, to processing facilities in the following Districts and direct them to sweep the facilities between 12:30 PM EST and 3:00 PM EST to ensure that no ballots have been held up and that any identified ballots are immediately sent out for delivery: Central Pennsylvania, Philadelphia, Detroit, Colorado/Wyoming, Atlanta, Houston, Alabama, Northern New England, Greater South Carolina, South Florida, Lakeland, and Arizona. Alternatively, Defendants may satisfy this paragraph if inspectors from the USPS Office of Inspector General ("OIG") are available to oversee the sweep of processing facilities described in the previous sentence. No later than 4:30 PM EST today, Defendants shall file a status update certifying compliance with this paragraph upon confirming, in the most efficient manner available, that sweeps were conducted and that no ballots were left behind. To be clear, the inspectors themselves need not provide any certifications to the Court.

1

2. No later than 4:30 PM EST today, Defendants shall identify the 27 processing centers at which the OIG was onsite and the list of facilities that the Postal Inspectors have observed since October 19, 2020, unless OIG raises an objection to the identification of these sites.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____