UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>      *Plaintiffs*,<br><br> v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>      *Defendants*. | Civil Case No. 1:20-cv-02405 |

## MOTION FOR IMMEDIATE STATUS CONFERENCE

Plaintiffs respectfully submit that the certification provided by Defendants does not comply with the Court's order and respectfully request an immediate status conference to address next steps.

November 3, 2020

Respectfully submitted,

 */s Shankar Duraiswamy*
Shankar Duraiswamy
Megan C. Keenan
Virginia Williamson
Sarah Suwanda
James Smith
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sduraiswamy@cov.com
mkeenan@cov.com
vwilliamson@cov.com
ssuwanda@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez

        COVINGTON & BURLING LLP
        Salesforce Tower
        415 Mission Street, Suite 5400
        San Francisco, CA 94105-2533
        (415) 591-6000
        rfram@cov.com
        dramirez@cov.com

        John Fraser
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018-1405
        (212) 841-1000
        jfraser@cov.com
        *Counsel for Plaintiffs*