| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non- |
|------|------|----------|------------------|------------------|------------------|
| 10/24/2020 | Nation | | 94.73% | 94.12% | 95.99% |
| 10/26/2020 | Nation | | 93.40% | 95.32% | 57.13% |
| 10/27/2020 | Nation | | 94.82% | 91.51% | 34.70% |
| 10/28/2020 | Nation | | 97.06% | 97.03% | 76.67% |
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/30/2020 | Nation | | 93.04% | 90.84% | 69.16% |
| 10/31/2020 | Nation | | 90.58% | 80.25% | 63.64% |
| 11/2/2020 | Nation | | 89.59% | 77.15% | 81.65% |
| 11/3/2020 | Nation | | 93.25% | 5.57% | 33.86% |
| | | | | | |
| 10/24/2020 | Capital Metro | | 88.75% | 51.88% | 75.26% |
| 10/24/2020 | Eastern | | 91.39% | 98.33% | 75.30% |
| 10/24/2020 | Great Lakes | | 88.55% | 71.40% | 94.70% |
| 10/24/2020 | Northeast | | 95.16% | 99.10% | 95.91% |
| 10/24/2020 | Pacific | | 98.28% | 96.09% | 99.88% |
| 10/24/2020 | Southern | | 93.72% | 57.57% | 95.46% |
| 10/24/2020 | Western | | 95.01% | 78.34% | 98.85% |
| 10/26/2020 | Capital Metro | | 89.52% | 85.10% | 54.26% |
| 10/26/2020 | Eastern | | 90.72% | 98.45% | 12.25% |
| 10/26/2020 | Great Lakes | | 88.39% | 77.52% | 97.71% |
| 10/26/2020 | Northeast | | 95.83% | 97.47% | 49.85% |
| 10/26/2020 | Pacific | | 97.24% | 93.97% | 95.93% |
| 10/26/2020 | Southern | | 90.71% | 68.15% | 84.79% |
| 10/26/2020 | Western | | 93.37% | 80.42% | 97.65% |
| 10/27/2020 | Capital Metro | | 74.40% | 65.37% | 46.74% |
| 10/27/2020 | Eastern | | 92.25% | 92.07% | 2.58% |
| 10/27/2020 | Great Lakes | | 78.80% | 11.47% | 32.86% |
| 10/27/2020 | Northeast | | 95.04% | 99.92% | 60.89% |
| 10/27/2020 | Pacific | | 98.84% | 64.13% | 88.67% |
| 10/27/2020 | Southern | | 92.96% | 85.77% | 78.74% |
| 10/27/2020 | Western | | 95.78% | 28.35% | 55.48% |
| 10/28/2020 | Capital Metro | | 93.93% | 52.28% | 82.33% |
| 10/28/2020 | Eastern | | 95.30% | 96.77% | 11.08% |
| 10/28/2020 | Great Lakes | | 94.19% | 15.21% | 96.88% |
| 10/28/2020 | Northeast | | 97.26% | 99.34% | 18.21% |
| 10/28/2020 | Pacific | | 99.18% | 96.18% | 89.82% |
| 10/28/2020 | Southern | | 95.04% | 85.20% | 94.11% |
| 10/28/2020 | Western | | 97.22% | 81.68% | 48.00% |
| 10/29/2020 | Capital Metro | | 90.65% | 34.31% | 74.30% |
| 10/29/2020 | Eastern | | 88.17% | 99.58% | 5.82% |
| 10/29/2020 | Great Lakes | | 92.80% | 95.44% | 95.68% |
| 10/29/2020 | Northeast | | 95.78% | 86.14% | 72.62% |
| 10/29/2020 | Pacific | | 98.40% | 96.08% | 76.71% |
| 10/29/2020 | Southern | | 96.57% | 53.07% | 92.92% |
| 10/29/2020 | Western | | 96.04% | 88.66% | 77.45% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/30/2020 | Capital Metro | | 86.28% | 3.15% | 68.59% |
| 10/30/2020 | Eastern | | 88.09% | 75.26% | 50.12% |
| 10/30/2020 | Great Lakes | | 86.88% | 83.20% | 50.04% |
| 10/30/2020 | Northeast | | 94.47% | 95.63% | 96.60% |
| 10/30/2020 | Pacific | | 97.98% | 97.72% | 78.56% |
| 10/30/2020 | Southern | | 89.03% | 88.34% | 86.47% |
| 10/30/2020 | Western | | 93.40% | 88.70% | 83.10% |
| 10/31/2020 | Capital Metro | | 78.98% | 2.56% | 65.62% |
| 10/31/2020 | Eastern | | 84.31% | 96.24% | 35.18% |
| 10/31/2020 | Great Lakes | | 85.57% | 70.48% | 66.10% |
| 10/31/2020 | Northeast | | 93.52% | 15.41% | 88.73% |
| 10/31/2020 | Pacific | | 97.52% | 98.54% | 56.46% |
| 10/31/2020 | Southern | | 85.80% | 16.44% | 76.97% |
| 10/31/2020 | Western | | 89.29% | 51.79% | 73.87% |
| 11/2/2020 | Capital Metro | | 81.75% | 9.95% | 83.17% |
| 11/2/2020 | Eastern | | 83.92% | 84.39% | 57.53% |
| 11/2/2020 | Great Lakes | | 81.47% | 3.12% | 75.14% |
| 11/2/2020 | Northeast | | 93.90% | 96.45% | 87.74% |
| 11/2/2020 | Pacific | | 95.99% | 30.47% | 95.92% |
| 11/2/2020 | Southern | | 83.68% | 17.59% | 82.38% |
| 11/2/2020 | Western | | 89.86% | 7.85% | 74.92% |
| 11/3/2020 | Capital Metro | | 84.62% | 2.99% | 56.93% |
| 11/3/2020 | Eastern | | 84.33% | 2.78% | 9.17% |
| 11/3/2020 | Great Lakes | | 78.81% | 14.29% | 15.64% |
| 11/3/2020 | Northeast | | 94.43% | 16.00% | 29.81% |
| 11/3/2020 | Pacific | | 98.28% | 4.17% | 50.36% |
| 11/3/2020 | Southern | | 84.22% | 9.88% | 6.06% |
| 11/3/2020 | Western | | 91.75% | 2.79% | 70.15% |
| | | | | | |
| 10/24/2020 | Capital Metro | Atlanta | 84.89% | 1.75% | 24.40% |
| 10/24/2020 | Capital Metro | Baltimore | 84.21% | 96.86% | 70.58% |
| 10/24/2020 | Capital Metro | Capital | 92.98% | 49.43% | 91.03% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 92.25% | 37.23% | 12.54% |
| 10/24/2020 | Capital Metro | Greensboro | 83.60% | 97.34% | 89.51% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 90.56% | 91.14% | 61.96% |
| 10/24/2020 | Capital Metro | Norther Virginia | 91.55% | 44.44% | 95.03% |
| 10/24/2020 | Capital Metro | Richmond | 92.46% | 84.75% | 92.25% |
| 10/24/2020 | Eastern | Appalachian | 58.85% | 68.57% | 68.22% |
| 10/24/2020 | Eastern | Central Pennsylvania | 78.46% | 1.33% | 0.77% |

| Date | Region | Area | % | % | % |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/24/2020 | Eastern | Kentuckiana | 37.60% | 61.11% | 99.89% |
| 10/24/2020 | Eastern | Norther Ohio | 91.84% | 4.84% | 71.23% |
| 10/24/2020 | Eastern | Ohio Valley | 95.08% | 95.08% | 89.40% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 91.55% | 39.90% | 4.64% |
| 10/24/2020 | Eastern | South Jersey | 95.54% | 99.97% | 47.19% |
| 10/24/2020 | Eastern | Tennessee | 88.74% | 39.52% | 12.64% |
| 10/24/2020 | Eastern | Western New York | 96.20% | 57.14% | 23.81% |
| 10/24/2020 | Eastern | Western Pennsylvani a | 98.08% | 98.13% | 36.03% |
| 10/24/2020 | Great Lakes | Central Illinois | 89.89% | 2.76% | 99.08% |
| 10/24/2020 | Great Lakes | Chicago | 90.71% | 81.36% | 10.30% |
| 10/24/2020 | Great Lakes | Detroit | 74.05% | 80.12% | 0.09% |
| 10/24/2020 | Great Lakes | Gateway | 93.46% | 83.94% | 99.99% |
| 10/24/2020 | Great Lakes | Greater Indiana | 72.41% | 78.40% | 96.32% |
| 10/24/2020 | Great Lakes | Greater Michigan | 91.66% | 83.59% | 97.25% |
| 10/24/2020 | Great Lakes | Lakeland | 81.73% | 27.10% | 99.08% |
| 10/24/2020 | Northeast | Albany | 95.19% | 66.67% | 79.41% |
| 10/24/2020 | Northeast | Caribbean | 99.63% | 100.00% | 80.00% |
| 10/24/2020 | Northeast | Connecticut Valley | 95.55% | 98.84% | 79.54% |
| 10/24/2020 | Northeast | Greater Boston | 96.03% | 87.07% | 99.45% |
| 10/24/2020 | Northeast | Long Island | 96.61% | 83.33% | 92.47% |
| 10/24/2020 | Northeast | New York | 91.15% | 90.57% | 34.88% |
| 10/24/2020 | Northeast | Northern New England | 76.56% | 81.82% | 98.93% |
| 10/24/2020 | Northeast | Northern New Jersey | 96.50% | 99.58% | 99.85% |
| 10/24/2020 | Northeast | Triboro | 83.09% | 73.61% | 11.38% |
| 10/24/2020 | Northeast | Westchester | 92.76% | 81.25% | 93.98% |
| 10/24/2020 | Pacific | Bay-Valley | 98.43% | 21.60% | 91.10% |
| 10/24/2020 | Pacific | Honolulu | 97.22% | 32.31% | 62.24% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/24/2020 | Pacific | Los Angeles | 98.59% | 79.89% | 99.89% |
| 10/24/2020 | Pacific | Sacramento | 96.75% | 81.39% | 97.92% |
| 10/24/2020 | Pacific | San Diego | 98.85% | 99.70% | 98.30% |
| 10/24/2020 | Pacific | San Francisco | 98.32% | 40.48% | 98.31% |
| 10/24/2020 | Pacific | Santa Ana | 99.02% | 96.62% | 99.97% |
| 10/24/2020 | Pacific | Sierra Coastal | 98.49% | 99.29% | 99.99% |
| 10/24/2020 | Southern | Alabama | 65.65% | 34.55% | 51.72% |
| 10/24/2020 | Southern | Arkansas | 91.46% | 45.16% | 68.00% |
| 10/24/2020 | Southern | Dallas | 94.59% | 69.57% | 36.10% |
| 10/24/2020 | Southern | Ft. Worth | 90.04% | 97.38% | 31.22% |
| 10/24/2020 | Southern | Gulf Atlantic | 90.81% | 3.61% | 99.10% |
| 10/24/2020 | Southern | Houston | 84.64% | 19.51% | 5.63% |
| 10/24/2020 | Southern | Louisiana | 77.18% | 32.00% | 8.05% |
| 10/24/2020 | Southern | Mississippi | 85.50% | 36.84% | 9.85% |
| 10/24/2020 | Southern | Oklahoma | 75.32% | 70.00% | 99.94% |
| 10/24/2020 | Southern | Rio Grande | 91.09% | 55.56% | 99.55% |
| 10/24/2020 | Southern | South Florida | 92.91% | 22.63% | 51.99% |
| 10/24/2020 | Southern | Suncoast | 96.63% | 60.56% | 85.74% |
| 10/24/2020 | Western | Alaska | 79.59% | 36.00% | 64.41% |
| 10/24/2020 | Western | Arizona | 97.56% | 79.09% | 99.86% |
| 10/24/2020 | Western | Central Plains | 96.72% | 68.57% | 99.99% |
| 10/24/2020 | Western | Colorado/Wyoming | 69.94% | 66.44% | 91.90% |
| 10/24/2020 | Western | Dakotas | 96.23% | 29.63% | 99.75% |
| 10/24/2020 | Western | Hawkeye | 95.25% | 47.73% | 99.46% |
| 10/24/2020 | Western | Mid-Americas | 93.81% | 69.09% | 99.99% |
| 10/24/2020 | Western | Nevada Sierra | 97.86% | 67.93% | 99.78% |
| 10/24/2020 | Western | Northland | 97.30% | 15.76% | 96.61% |
| 10/24/2020 | Western | Portland | 92.49% | 15.38% | 62.20% |
| 10/24/2020 | Western | Salt Lake City | 98.78% | 96.65% | 94.79% |
| 10/24/2020 | Western | Seattle | 97.75% | 6.10% | 32.89% |
| 10/26/2020 | Capital Metro | Atlanta | 89.44% | 1.66% | 42.25% |
| 10/26/2020 | Capital Metro | Baltimore | 91.27% | 90.56% | 38.16% |
| 10/26/2020 | Capital Metro | Capital | 93.21% | 99.74% | 89.46% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 87.10% | 56.44% | 83.47% |

| Date | Area | District | Pct 1 | Pct 2 | Pct 3 |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/26/2020 | Capital Metro | Greensboro | 82.71% | 97.49% | 74.90% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 86.12% | 97.46% | 35.10% |
| 10/26/2020 | Capital Metro | Norther Virginia | 93.50% | 85.62% | 77.21% |
| 10/26/2020 | Capital Metro | Richmond | 91.18% | 34.64% | 96.83% |
| 10/26/2020 | Eastern | Appalachian | 74.89% | 66.67% | 96.71% |
| 10/26/2020 | Eastern | Central Pennsylvania | 78.76% | 7.65% | 1.61% |
| 10/26/2020 | Eastern | Kentuckiana | 64.55% | 78.38% | 99.77% |
| 10/26/2020 | Eastern | Norther Ohio | 92.64% | 35.79% | 40.15% |
| 10/26/2020 | Eastern | Ohio Valley | 94.80% | 22.15% | 52.91% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 93.03% | 95.05% | 0.07% |
| 10/26/2020 | Eastern | South Jersey | 90.88% | 99.96% | 3.25% |
| 10/26/2020 | Eastern | Tennessee | 92.82% | 79.06% | 96.77% |
| 10/26/2020 | Eastern | Western New York | 96.60% | 95.74% | 84.23% |
| 10/26/2020 | Eastern | Western Pennsylvania | 97.26% | 25.27% | 83.43% |
| 10/26/2020 | Great Lakes | Central Illinois | 94.36% | 78.17% | 99.80% |
| 10/26/2020 | Great Lakes | Chicago | 87.63% | 76.47% | 79.30% |
| 10/26/2020 | Great Lakes | Detroit | 73.60% | 47.37% | 24.35% |
| 10/26/2020 | Great Lakes | Gateway | 93.18% | 98.79% | 99.90% |
| 10/26/2020 | Great Lakes | Greater Indiana | 79.72% | 92.38% | 94.74% |
| 10/26/2020 | Great Lakes | Greater Michigan | 87.29% | 7.26% | 99.88% |
| 10/26/2020 | Great Lakes | Lakeland | 87.44% | 12.82% | 90.89% |
| 10/26/2020 | Northeast | Albany | 96.32% | 93.33% | 64.83% |
| 10/26/2020 | Northeast | Caribbean | 98.67% | 32.26% | 98.67% |
| 10/26/2020 | Northeast | Connecticut Valley | 94.79% | 98.08% | 76.79% |
| 10/26/2020 | Northeast | Greater Boston | 96.96% | 88.06% | 78.30% |
| 10/26/2020 | Northeast | Long Island | 96.02% | 90.48% | 77.86% |

| Date | Region | Area | % | % | % |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/26/2020 | Northeast | New York | 96.49% | 94.10% | 27.30% |
| 10/26/2020 | Northeast | Northern New England | 84.41% | 91.49% | 94.40% |
| 10/26/2020 | Northeast | Northern New Jersey | 96.76% | 97.49% | 11.17% |
| 10/26/2020 | Northeast | Triboro | 89.13% | 94.01% | 14.31% |
| 10/26/2020 | Northeast | Westchester | 94.53% | 97.14% | 80.16% |
| 10/26/2020 | Pacific | Bay-Valley | 96.85% | 43.23% | 98.01% |
| 10/26/2020 | Pacific | Honolulu | 94.72% | 63.16% | 99.49% |
| 10/26/2020 | Pacific | Los Angeles | 96.39% | 73.38% | 92.45% |
| 10/26/2020 | Pacific | Sacramento | 97.07% | 95.69% | 82.15% |
| 10/26/2020 | Pacific | San Diego | 98.07% | 81.85% | 99.34% |
| 10/26/2020 | Pacific | San Francisco | 97.83% | 77.97% | 99.54% |
| 10/26/2020 | Pacific | Santa Ana | 97.65% | 98.78% | 99.34% |
| 10/26/2020 | Pacific | Sierra Coastal | 97.96% | 87.07% | 94.81% |
| 10/26/2020 | Southern | Alabama | 74.19% | 58.06% | 85.35% |
| 10/26/2020 | Southern | Arkansas | 91.95% | 87.50% | 98.28% |
| 10/26/2020 | Southern | Dallas | 91.98% | 84.76% | 85.98% |
| 10/26/2020 | Southern | Ft. Worth | 88.68% | 15.02% | 47.56% |
| 10/26/2020 | Southern | Gulf Atlantic | 85.83% | 10.24% | 27.37% |
| 10/26/2020 | Southern | Houston | 90.23% | 84.27% | 97.45% |
| 10/26/2020 | Southern | Louisiana | 74.03% | 55.88% | 98.33% |
| 10/26/2020 | Southern | Mississippi | 73.93% | 67.44% | 82.13% |
| 10/26/2020 | Southern | Oklahoma | 77.92% | 89.61% | 99.74% |
| 10/26/2020 | Southern | Rio Grande | 87.74% | 85.09% | 92.88% |
| 10/26/2020 | Southern | South Florida | 90.40% | 80.00% | 87.23% |
| 10/26/2020 | Southern | Suncoast | 94.38% | 72.16% | 92.89% |
| 10/26/2020 | Western | Alaska | 82.54% | 62.50% | 66.67% |
| 10/26/2020 | Western | Arizona | 97.90% | 83.69% | 92.14% |
| 10/26/2020 | Western | Central Plains | 90.81% | 28.49% | 99.69% |
| 10/26/2020 | Western | Colorado/Wyoming | 61.45% | 48.01% | 67.95% |
| 10/26/2020 | Western | Dakotas | 94.98% | 55.00% | 93.61% |
| 10/26/2020 | Western | Hawkeye | 97.57% | 81.36% | 99.83% |
| 10/26/2020 | Western | Mid-Americas | 86.68% | 81.65% | 99.88% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/26/2020 | Western | Nevada Sierra | 87.15% | 60.98% | 98.58% |
| 10/26/2020 | Western | Northland | 92.23% | 85.44% | 97.58% |
| 10/26/2020 | Western | Portland | 97.24% | 63.41% | 61.84% |
| 10/26/2020 | Western | Salt Lake City | 97.83% | 89.11% | 94.56% |
| 10/26/2020 | Western | Seattle | 96.26% | 12.79% | 97.17% |
| 10/27/2020 | Capital Metro | Atlanta | 39.68% | 0.36% | 9.26% |
| 10/27/2020 | Capital Metro | Baltimore | 85.04% | 66.10% | 2.62% |
| 10/27/2020 | Capital Metro | Capital | 88.95% | 99.95% | 11.05% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 79.98% | 64.15% | 10.91% |
| 10/27/2020 | Capital Metro | Greensboro | 75.50% | 98.44% | 42.92% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 70.49% | 88.68% | 77.13% |
| 10/27/2020 | Capital Metro | Norther Virginia | 60.74% | 60.71% | 83.14% |
| 10/27/2020 | Capital Metro | Richmond | 82.57% | 86.02% | 88.61% |
| 10/27/2020 | Eastern | Appalachian | 49.45% | 36.23% | 44.44% |
| 10/27/2020 | Eastern | Central Pennsylvania | 56.16% | 21.86% | 1.79% |
| 10/27/2020 | Eastern | Kentuckiana | 55.59% | 8.51% | 86.97% |
| 10/27/2020 | Eastern | Norther Ohio | 91.43% | 3.80% | 0.34% |
| 10/27/2020 | Eastern | Ohio Valley | 94.81% | 34.43% | 26.86% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 96.06% | 85.74% | 0.00% |
| 10/27/2020 | Eastern | South Jersey | 96.71% | 99.76% | 0.12% |
| 10/27/2020 | Eastern | Tennessee | 91.97% | 55.56% | 72.33% |
| 10/27/2020 | Eastern | Western New York | 98.19% | 94.23% | 77.42% |
| 10/27/2020 | Eastern | Western Pennsylvania | 97.25% | 97.41% | 95.14% |
| 10/27/2020 | Great Lakes | Central Illinois | 85.02% | 7.26% | 98.67% |
| 10/27/2020 | Great Lakes | Chicago | 90.04% | 64.44% | 16.53% |
| 10/27/2020 | Great Lakes | Detroit | 48.63% | 32.14% | 0.80% |
| 10/27/2020 | Great Lakes | Gateway | 80.00% | 38.03% | 22.88% |

| Date | Region | District | % | % | % |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/27/2020 | Great Lakes | Greater Indiana | 40.64% | 62.50% | 14.42% |
| 10/27/2020 | Great Lakes | Greater Michigan | 55.01% | 0.86% | 0.10% |
| 10/27/2020 | Great Lakes | Lakeland | 52.54% | 82.50% | 3.04% |
| 10/27/2020 | Northeast | Albany | 82.33% | 50.00% | 47.37% |
| 10/27/2020 | Northeast | Caribbean | 99.57% | 26.56% | 66.67% |
| 10/27/2020 | Northeast | Connecticut Valley | 75.25% | 56.00% | 8.00% |
| 10/27/2020 | Northeast | Greater Boston | 93.70% | 91.19% | 92.18% |
| 10/27/2020 | Northeast | Long Island | 97.16% | 80.56% | 5.75% |
| 10/27/2020 | Northeast | New York | 94.94% | 19.35% | 98.24% |
| 10/27/2020 | Northeast | Northern New England | 54.29% | 66.67% | 1.99% |
| 10/27/2020 | Northeast | Northern New Jersey | 97.51% | 99.96% | 0.62% |
| 10/27/2020 | Northeast | Triboro | 95.52% | 32.00% | 86.55% |
| 10/27/2020 | Northeast | Westchester | 70.43% | 83.33% | 81.25% |
| 10/27/2020 | Pacific | Bay-Valley | 99.08% | 51.72% | 94.31% |
| 10/27/2020 | Pacific | Honolulu | 96.43% | 91.30% | 97.00% |
| 10/27/2020 | Pacific | Los Angeles | 99.22% | 16.40% | 73.42% |
| 10/27/2020 | Pacific | Sacramento | 97.93% | 42.86% | 34.68% |
| 10/27/2020 | Pacific | San Diego | 99.13% | 10.86% | 98.05% |
| 10/27/2020 | Pacific | San Francisco | 99.33% | 84.62% | 96.37% |
| 10/27/2020 | Pacific | Santa Ana | 99.14% | 24.44% | 96.49% |
| 10/27/2020 | Pacific | Sierra Coastal | 98.72% | 98.55% | 93.36% |
| 10/27/2020 | Southern | Alabama | 50.85% | 42.86% | 3.86% |
| 10/27/2020 | Southern | Arkansas | 66.02% | 80.00% | 1.52% |
| 10/27/2020 | Southern | Dallas | 85.19% | 61.54% | 0.87% |
| 10/27/2020 | Southern | Ft. Worth | 73.74% | 27.45% | 2.52% |
| 10/27/2020 | Southern | Gulf Atlantic | 84.80% | 14.93% | 87.22% |
| 10/27/2020 | Southern | Houston | 74.95% | 70.00% | 9.33% |
| 10/27/2020 | Southern | Louisiana | 63.42% | 79.17% | 11.02% |
| 10/27/2020 | Southern | Mississippi | 83.95% | 100.00% | 3.60% |
| 10/27/2020 | Southern | Oklahoma | 60.34% | 27.27% | 4.62% |
| 10/27/2020 | Southern | Rio Grande | 84.46% | 45.90% | 5.75% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/27/2020 | Southern | South Florida | 94.50% | 83.56% | 95.13% |
| 10/27/2020 | Southern | Suncoast | 97.13% | 90.93% | 8.59% |
| 10/27/2020 | Western | Alaska | 81.23% | 20.00% | 49.43% |
| 10/27/2020 | Western | Arizona | 98.35% | 18.66% | 46.18% |
| 10/27/2020 | Western | Central Plains | 95.62% | 52.94% | 96.92% |
| 10/27/2020 | Western | Colorado/Wyoming | 77.12% | 1.32% | 1.67% |
| 10/27/2020 | Western | Dakotas | 92.66% | 20.00% | 2.77% |
| 10/27/2020 | Western | Hawkeye | 97.70% | 72.73% | 0.09% |
| 10/27/2020 | Western | Mid-Americas | 95.01% | 41.18% | 0.08% |
| 10/27/2020 | Western | Nevada Sierra | 97.69% | 25.00% | 33.07% |
| 10/27/2020 | Western | Northland | 95.48% | 86.87% | 82.91% |
| 10/27/2020 | Western | Portland | 97.79% | 6.44% | 44.36% |
| 10/27/2020 | Western | Salt Lake City | 88.99% | 8.16% | 47.13% |
| 10/27/2020 | Western | Seattle | 98.09% | 6.57% | 28.47% |
| 10/28/2020 | Capital Metro | Atlanta | 94.97% | 3.76% | 21.43% |
| 10/28/2020 | Capital Metro | Baltimore | 94.19% | 54.75% | 2.42% |
| 10/28/2020 | Capital Metro | Capital | 96.44% | 8.42% | 41.89% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 91.10% | 8.00% | 6.77% |
| 10/28/2020 | Capital Metro | Greensboro | 90.91% | 66.22% | 97.46% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 90.07% | 56.97% | 12.39% |
| 10/28/2020 | Capital Metro | Norther Virginia | 97.03% | 23.75% | 27.27% |
| 10/28/2020 | Capital Metro | Richmond | 96.90% | 3.33% | 6.40% |
| 10/28/2020 | Eastern | Appalachian | 88.78% | 31.25% | 22.64% |
| 10/28/2020 | Eastern | Central Pennsylvania | 83.25% | 16.10% | 82.01% |
| 10/28/2020 | Eastern | Kentuckiana | 59.96% | 46.15% | 28.41% |
| 10/28/2020 | Eastern | Norther Ohio | 97.63% | 20.00% | 1.41% |
| 10/28/2020 | Eastern | Ohio Valley | 97.97% | 22.76% | 87.62% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 96.70% | 42.64% | 0.29% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 Nation | | 95.01% | 94.67% | 75.61% |
| 10/28/2020 Eastern | South Jersey | 97.45% | 98.26% | 0.18% |
| 10/28/2020 Eastern | Tennessee | 94.08% | 58.33% | 7.41% |
| 10/28/2020 Eastern | Western New York | 98.53% | 6.67% | 1.15% |
| 10/28/2020 Eastern | Western Pennsylvania | 98.52% | 97.67% | 23.53% |
| 10/28/2020 Great Lakes | Central Illinois | 96.12% | 3.06% | 76.10% |
| 10/28/2020 Great Lakes | Chicago | 95.89% | 66.67% | 42.84% |
| 10/28/2020 Great Lakes | Detroit | 78.91% | 63.83% | 99.89% |
| 10/28/2020 Great Lakes | Gateway | 95.67% | 56.04% | 39.59% |
| 10/28/2020 Great Lakes | Greater Indiana | 86.16% | 74.67% | 92.00% |
| 10/28/2020 Great Lakes | Greater Michigan | 95.50% | 1.82% | 43.75% |
| 10/28/2020 Great Lakes | Lakeland | 92.83% | 14.58% | 69.47% |
| 10/28/2020 Northeast | Albany | 98.31% | 66.67% | 1.66% |
| 10/28/2020 Northeast | Caribbean | 99.50% | | 0.00% |
| 10/28/2020 Northeast | Connecticut Valley | 98.12% | 41.18% | 71.99% |
| 10/28/2020 Northeast | Greater Boston | 97.73% | 27.42% | 28.92% |
| 10/28/2020 Northeast | Long Island | 99.00% | 100.00% | 12.50% |
| 10/28/2020 Northeast | New York | 97.35% | 83.33% | 7.32% |
| 10/28/2020 Northeast | Northern New England | 82.41% | 3.92% | 5.37% |
| 10/28/2020 Northeast | Northern New Jersey | 97.28% | 99.37% | 0.06% |
| 10/28/2020 Northeast | Triboro | 88.14% | 90.91% | 2.65% |
| 10/28/2020 Northeast | Westchester | 97.89% | 25.00% | 16.48% |
| 10/28/2020 Pacific | Bay-Valley | 99.19% | 12.50% | 93.59% |
| 10/28/2020 Pacific | Honolulu | 98.96% | 50.00% | 92.73% |
| 10/28/2020 Pacific | Los Angeles | 98.87% | 16.43% | 81.18% |
| 10/28/2020 Pacific | Sacramento | 99.33% | 85.85% | 46.83% |
| 10/28/2020 Pacific | San Diego | 99.32% | 99.88% | 98.44% |
| 10/28/2020 Pacific | San Francisco | 98.90% | 0.00% | 98.58% |
| 10/28/2020 Pacific | Santa Ana | 99.66% | 99.15% | 93.30% |

| Date | Area | Region | | | |
|------|------|--------|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/28/2020 | Pacific | Sierra Coastal | 98.83% | 99.11% | 98.93% |
| 10/28/2020 | Southern | Alabama | 71.09% | 18.75% | 7.69% |
| 10/28/2020 | Southern | Arkansas | 94.68% | 0.00% | 72.73% |
| 10/28/2020 | Southern | Dallas | 93.87% | 6.90% | 27.59% |
| 10/28/2020 | Southern | Ft. Worth | 95.11% | 0.00% | 8.14% |
| 10/28/2020 | Southern | Gulf Atlantic | 93.99% | 15.89% | 97.16% |
| 10/28/2020 | Southern | Houston | 95.04% | 14.29% | 45.95% |
| 10/28/2020 | Southern | Louisiana | 65.43% | 100.00% | 38.24% |
| 10/28/2020 | Southern | Mississippi | 91.48% | 50.00% | 0.00% |
| 10/28/2020 | Southern | Oklahoma | 62.99% | 50.00% | 19.44% |
| 10/28/2020 | Southern | Rio Grande | 91.65% | 4.23% | 8.60% |
| 10/28/2020 | Southern | South Florida | 94.97% | 24.49% | 97.47% |
| 10/28/2020 | Southern | Suncoast | 96.43% | 89.55% | 90.26% |
| 10/28/2020 | Western | Alaska | 93.76% | 50.00% | 99.89% |
| 10/28/2020 | Western | Arizona | 98.07% | 88.64% | 1.15% |
| 10/28/2020 | Western | Central Plains | 96.49% | 17.65% | 51.51% |
| 10/28/2020 | Western | Colorado/Wyoming | 78.74% | 0.40% | 43.82% |
| 10/28/2020 | Western | Dakotas | 96.60% | 4.55% | 74.29% |
| 10/28/2020 | Western | Hawkeye | 98.47% | 40.00% | 0.28% |
| 10/28/2020 | Western | Mid-Americas | 95.63% | 69.23% | 3.58% |
| 10/28/2020 | Western | Nevada Sierra | 98.03% | 18.27% | 64.10% |
| 10/28/2020 | Western | Northland | 97.08% | 0.36% | 62.46% |
| 10/28/2020 | Western | Portland | 98.12% | 15.09% | 69.64% |
| 10/28/2020 | Western | Salt Lake City | 98.09% | 97.61% | 48.39% |
| 10/28/2020 | Western | Seattle | 98.25% | 0.62% | 31.65% |
| 10/29/2020 | Capital Metro | Atlanta | 93.10% | 2.24% | 10.35% |
| 10/29/2020 | Capital Metro | Baltimore | 95.63% | 46.09% | 8.53% |
| 10/29/2020 | Capital Metro | Capital | 94.93% | 36.26% | 87.25% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 77.48% | 62.22% | 24.12% |
| 10/29/2020 | Capital Metro | Greensboro | 89.14% | 88.93% | 78.99% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 84.35% | 14.83% | 86.12% |
| 10/29/2020 | Capital Metro | Norther Virginia | 95.12% | 19.33% | 82.52% |
| 10/29/2020 | Capital Metro | Richmond | 93.69% | 83.33% | 18.45% |

| Date | Region | Area | % | % | % |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/29/2020 | Eastern | Appalachian | 89.50% | 79.17% | 69.77% |
| 10/29/2020 | Eastern | Central Pennsylvania | 69.17% | 46.15% | 22.03% |
| 10/29/2020 | Eastern | Kentuckiana | 83.51% | 22.06% | 77.55% |
| 10/29/2020 | Eastern | Norther Ohio | 86.10% | 86.57% | 0.71% |
| 10/29/2020 | Eastern | Ohio Valley | 95.49% | 95.44% | 86.71% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 90.92% | 99.19% | 0.03% |
| 10/29/2020 | Eastern | South Jersey | 95.44% | 99.71% | 0.12% |
| 10/29/2020 | Eastern | Tennessee | 96.43% | 23.70% | 62.38% |
| 10/29/2020 | Eastern | Western New York | 96.68% | 66.67% | 99.11% |
| 10/29/2020 | Eastern | Western Pennsylvania | 97.25% | 99.41% | 96.77% |
| 10/29/2020 | Great Lakes | Central Illinois | 96.83% | 98.92% | 79.02% |
| 10/29/2020 | Great Lakes | Chicago | 95.26% | 80.00% | 85.81% |
| 10/29/2020 | Great Lakes | Detroit | 76.23% | 95.79% | 99.83% |
| 10/29/2020 | Great Lakes | Gateway | 93.20% | 60.45% | 61.90% |
| 10/29/2020 | Great Lakes | Greater Indiana | 83.22% | 75.41% | 83.92% |
| 10/29/2020 | Great Lakes | Greater Michigan | 89.15% | 97.64% | 27.43% |
| 10/29/2020 | Great Lakes | Lakeland | 93.71% | 90.16% | 94.13% |
| 10/29/2020 | Northeast | Albany | 96.89% | 78.57% | 84.02% |
| 10/29/2020 | Northeast | Caribbean | 99.78% | | 80.00% |
| 10/29/2020 | Northeast | Connecticut Valley | 95.49% | 42.55% | 64.03% |
| 10/29/2020 | Northeast | Greater Boston | 92.46% | 22.61% | 52.06% |
| 10/29/2020 | Northeast | Long Island | 96.99% | 95.65% | 60.18% |
| 10/29/2020 | Northeast | New York | 97.08% | 79.41% | 87.59% |
| 10/29/2020 | Northeast | Northern New England | 80.70% | 64.71% | 26.33% |
| 10/29/2020 | Northeast | Northern New Jersey | 97.54% | 86.30% | 49.37% |

| Date | Region | Area | % | % | % |
|------|--------|------|------|------|------|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/29/2020 | Northeast | Triboro | 92.35% | 92.00% | 96.05% |
| 10/29/2020 | Northeast | Westchester | 95.92% | 82.61% | 96.66% |
| 10/29/2020 | Pacific | Bay-Valley | 98.46% | 59.46% | 99.39% |
| 10/29/2020 | Pacific | Honolulu | 91.47% | 64.52% | 95.74% |
| 10/29/2020 | Pacific | Los Angeles | 98.35% | 54.35% | 61.72% |
| 10/29/2020 | Pacific | Sacramento | 98.56% | 97.00% | 93.14% |
| 10/29/2020 | Pacific | San Diego | 99.32% | 98.50% | 25.14% |
| 10/29/2020 | Pacific | San Francisco | 98.87% | 65.79% | 98.89% |
| 10/29/2020 | Pacific | Santa Ana | 98.58% | 99.22% | 53.52% |
| 10/29/2020 | Pacific | Sierra Coastal | 98.56% | 35.00% | 90.66% |
| 10/29/2020 | Southern | Alabama | 88.99% | 66.67% | 6.55% |
| 10/29/2020 | Southern | Arkansas | 97.68% | 85.71% | 83.33% |
| 10/29/2020 | Southern | Dallas | 95.32% | 55.17% | 35.25% |
| 10/29/2020 | Southern | Ft. Worth | 94.37% | 99.34% | 95.87% |
| 10/29/2020 | Southern | Gulf Atlantic | 95.80% | 33.33% | 93.69% |
| 10/29/2020 | Southern | Houston | 96.32% | 84.62% | 31.78% |
| 10/29/2020 | Southern | Louisiana | 92.65% | 90.00% | 93.87% |
| 10/29/2020 | Southern | Mississippi | 93.22% | 80.00% | 23.88% |
| 10/29/2020 | Southern | Oklahoma | 80.27% | 75.00% | 86.19% |
| 10/29/2020 | Southern | Rio Grande | 94.17% | 90.48% | 63.22% |
| 10/29/2020 | Southern | South Florida | 96.09% | 56.67% | 97.00% |
| 10/29/2020 | Southern | Suncoast | 97.94% | 25.90% | 76.36% |
| 10/29/2020 | Western | Alaska | 83.11% | 80.00% | 99.80% |
| 10/29/2020 | Western | Arizona | 98.43% | 88.14% | 38.46% |
| 10/29/2020 | Western | Central Plains | 93.88% | 29.82% | 56.00% |
| 10/29/2020 | Western | Colorado/Wyoming | 69.90% | 53.73% | 69.18% |
| 10/29/2020 | Western | Dakotas | 97.53% | 35.48% | 96.27% |
| 10/29/2020 | Western | Hawkeye | 97.65% | 60.00% | 31.53% |
| 10/29/2020 | Western | Mid-Americas | 95.05% | 68.42% | 16.37% |
| 10/29/2020 | Western | Nevada Sierra | 98.15% | 25.64% | 99.08% |
| 10/29/2020 | Western | Northland | 84.11% | 45.45% | 52.51% |
| 10/29/2020 | Western | Portland | 97.46% | 28.38% | 84.28% |
| 10/29/2020 | Western | Salt Lake City | 97.61% | 98.54% | 94.83% |
| 10/29/2020 | Western | Seattle | 98.12% | 11.82% | 86.89% |

| Date | Region | Area | % | % | % |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/30/2020 | Capital Metro | Atlanta | 78.22% | 3.42% | 60.33% |
| 10/30/2020 | Capital Metro | Baltimore | 90.83% | 2.43% | 10.24% |
| 10/30/2020 | Capital Metro | Capital | 92.51% | 23.26% | 91.36% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 81.95% | 17.72% | 51.86% |
| 10/30/2020 | Capital Metro | Greensboro | 80.82% | 0.83% | 88.16% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 77.29% | 15.38% | 34.31% |
| 10/30/2020 | Capital Metro | Norther Virginia | 91.76% | 88.24% | 94.48% |
| 10/30/2020 | Capital Metro | Richmond | 90.87% | 88.89% | 78.81% |
| 10/30/2020 | Eastern | Appalachian | 89.77% | 21.05% | 96.49% |
| 10/30/2020 | Eastern | Central Pennsylvania | 64.05% | 0.85% | 26.36% |
| 10/30/2020 | Eastern | Kentuckiana | 72.45% | 66.67% | 68.92% |
| 10/30/2020 | Eastern | Norther Ohio | 94.97% | 16.48% | 19.67% |
| 10/30/2020 | Eastern | Ohio Valley | 93.75% | 27.81% | 77.35% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 86.91% | 98.88% | 13.18% |
| 10/30/2020 | Eastern | South Jersey | 92.51% | 35.27% | 39.18% |
| 10/30/2020 | Eastern | Tennessee | 91.45% | 79.03% | 74.07% |
| 10/30/2020 | Eastern | Western New York | 97.07% | 100.00% | 37.04% |
| 10/30/2020 | Eastern | Western Pennsylvania | 90.80% | 99.22% | 98.68% |
| 10/30/2020 | Great Lakes | Central Illinois | 88.44% | 73.70% | 39.11% |
| 10/30/2020 | Great Lakes | Chicago | 91.44% | 85.71% | 69.01% |
| 10/30/2020 | Great Lakes | Detroit | 77.04% | 77.97% | 9.27% |
| 10/30/2020 | Great Lakes | Gateway | 89.97% | 93.26% | 41.56% |
| 10/30/2020 | Great Lakes | Greater Indiana | 60.80% | 20.97% | 93.08% |
| 10/30/2020 | Great Lakes | Greater Michigan | 86.04% | 97.28% | 71.95% |
| 10/30/2020 | Great Lakes | Lakeland | 86.66% | 73.68% | 77.09% |
| 10/30/2020 | Northeast | Albany | 95.96% | 88.00% | 25.09% |
| 10/30/2020 | Northeast | Caribbean | 98.70% | 85.71% | 99.12% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 Nation | | 95.01% | 94.67% | 75.61% |
| 10/30/2020 Northeast | Connecticut Valley | 91.28% | 85.00% | 70.93% |
| 10/30/2020 Northeast | Greater Boston | 93.53% | 78.57% | 99.31% |
| 10/30/2020 Northeast | Long Island | 94.47% | 100.00% | 42.24% |
| 10/30/2020 Northeast | New York | 93.84% | 94.59% | 99.06% |
| 10/30/2020 Northeast | Northern New England | 72.98% | 44.00% | 96.90% |
| 10/30/2020 Northeast | Northern New Jersey | 97.37% | 95.65% | 99.46% |
| 10/30/2020 Northeast | Triboro | 89.62% | 70.37% | 96.75% |
| 10/30/2020 Northeast | Westchester | 95.45% | 78.57% | 93.24% |
| 10/30/2020 Pacific | Bay-Valley | 98.29% | 90.54% | 97.01% |
| 10/30/2020 Pacific | Honolulu | 92.32% | 94.74% | 96.55% |
| 10/30/2020 Pacific | Los Angeles | 98.69% | 93.00% | 47.16% |
| 10/30/2020 Pacific | Sacramento | 98.26% | 31.58% | 86.96% |
| 10/30/2020 Pacific | San Diego | 97.99% | 99.17% | 93.70% |
| 10/30/2020 Pacific | San Francisco | 96.32% | 97.14% | 98.01% |
| 10/30/2020 Pacific | Santa Ana | 98.73% | 98.32% | 65.41% |
| 10/30/2020 Pacific | Sierra Coastal | 97.97% | 42.62% | 86.91% |
| 10/30/2020 Southern | Alabama | 75.03% | 18.75% | 87.44% |
| 10/30/2020 Southern | Arkansas | 92.39% | 85.71% | 99.04% |
| 10/30/2020 Southern | Dallas | 89.14% | 87.50% | 81.75% |
| 10/30/2020 Southern | Ft. Worth | 80.00% | 77.27% | 99.83% |
| 10/30/2020 Southern | Gulf Atlantic | 85.21% | 34.62% | 55.61% |
| 10/30/2020 Southern | Houston | 86.61% | 35.56% | 84.21% |
| 10/30/2020 Southern | Louisiana | 83.98% | 70.00% | 33.48% |
| 10/30/2020 Southern | Mississippi | 72.94% | 66.67% | 82.42% |
| 10/30/2020 Southern | Oklahoma | 63.33% | 90.63% | 97.85% |
| 10/30/2020 Southern | Rio Grande | 81.57% | 84.38% | 90.56% |
| 10/30/2020 Southern | South Florida | 88.41% | 60.00% | 95.04% |
| 10/30/2020 Southern | Suncoast | 93.73% | 89.98% | 72.50% |
| 10/30/2020 Western | Alaska | 90.88% | 38.46% | 76.68% |
| 10/30/2020 Western | Arizona | 91.66% | 89.84% | 99.24% |
| 10/30/2020 Western | Central Plains | 93.70% | 70.27% | 86.18% |

| Date | Area | Region | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/30/2020 | Western | Colorado/Wyoming | 58.78% | 92.35% | 13.62% |
| 10/30/2020 | Western | Dakotas | 94.27% | 84.00% | 90.96% |
| 10/30/2020 | Western | Hawkeye | 95.09% | 96.15% | 86.19% |
| 10/30/2020 | Western | Mid-Americas | 90.59% | 94.92% | 63.13% |
| 10/30/2020 | Western | Nevada Sierra | 97.77% | 32.33% | 91.06% |
| 10/30/2020 | Western | Northland | 93.06% | 37.84% | 80.16% |
| 10/30/2020 | Western | Portland | 95.45% | 78.95% | 80.43% |
| 10/30/2020 | Western | Salt Lake City | 98.62% | 85.85% | 92.55% |
| 10/30/2020 | Western | Seattle | 94.61% | 34.39% | 98.76% |
| 10/31/2020 | Capital Metro | Atlanta | 57.17% | 0.79% | 45.24% |
| 10/31/2020 | Capital Metro | Baltimore | 89.05% | 5.88% | 71.10% |
| 10/31/2020 | Capital Metro | Capital | 91.69% | 40.74% | 87.47% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 76.72% | 25.00% | 46.86% |
| 10/31/2020 | Capital Metro | Greensboro | 77.90% | 0.55% | 84.67% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 75.81% | 56.25% | 45.02% |
| 10/31/2020 | Capital Metro | Norther Virginia | 76.55% | 57.14% | 82.89% |
| 10/31/2020 | Capital Metro | Richmond | 84.73% | 6.90% | 95.06% |
| 10/31/2020 | Eastern | Appalachian | 82.44% | 81.82% | 81.10% |
| 10/31/2020 | Eastern | Central Pennsylvania | 52.36% | 3.16% | 13.01% |
| 10/31/2020 | Eastern | Kentuckiana | 66.92% | 66.67% | 96.97% |
| 10/31/2020 | Eastern | Norther Ohio | 92.42% | 6.45% | 57.67% |
| 10/31/2020 | Eastern | Ohio Valley | 94.33% | 61.29% | 96.08% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 77.39% | 49.28% | 6.48% |
| 10/31/2020 | Eastern | South Jersey | 92.26% | 98.23% | 12.49% |
| 10/31/2020 | Eastern | Tennessee | 84.16% | 26.67% | 97.22% |
| 10/31/2020 | Eastern | Western New York | 92.97% | 100.00% | 27.06% |
| 10/31/2020 | Eastern | Western Pennsylvania | 90.98% | 97.16% | 95.24% |

| Date | Region | District | | | |
|------|--------|----------|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/31/2020 | Great Lakes | Central Illinois | 89.96% | 0.00% | 86.52% |
| 10/31/2020 | Great Lakes | Chicago | 88.32% | 95.00% | 89.34% |
| 10/31/2020 | Great Lakes | Detroit | 78.01% | 67.11% | 2.26% |
| 10/31/2020 | Great Lakes | Gateway | 87.17% | 11.11% | 98.08% |
| 10/31/2020 | Great Lakes | Greater Indiana | 53.90% | 76.32% | 89.70% |
| 10/31/2020 | Great Lakes | Greater Michigan | 68.61% | 77.75% | 81.90% |
| 10/31/2020 | Great Lakes | Lakeland | 73.43% | 71.43% | 73.00% |
| 10/31/2020 | Northeast | Albany | 94.96% | 6.10% | 91.07% |
| 10/31/2020 | Northeast | Caribbean | 97.95% | | 93.33% |
| 10/31/2020 | Northeast | Connecticut Valley | 92.04% | 63.64% | 53.18% |
| 10/31/2020 | Northeast | Greater Boston | 90.89% | 35.00% | 76.88% |
| 10/31/2020 | Northeast | Long Island | 97.13% | 1.92% | 31.97% |
| 10/31/2020 | Northeast | New York | 90.95% | 61.54% | 96.35% |
| 10/31/2020 | Northeast | Northern New England | 61.61% | 6.25% | 76.18% |
| 10/31/2020 | Northeast | Northern New Jersey | 94.23% | 13.77% | 98.82% |
| 10/31/2020 | Northeast | Triboro | 87.63% | 69.57% | 97.33% |
| 10/31/2020 | Northeast | Westchester | 94.62% | 21.43% | 91.80% |
| 10/31/2020 | Pacific | Bay-Valley | 97.85% | 68.75% | 96.42% |
| 10/31/2020 | Pacific | Honolulu | 85.00% | 95.65% | 70.32% |
| 10/31/2020 | Pacific | Los Angeles | 98.37% | 64.29% | 19.87% |
| 10/31/2020 | Pacific | Sacramento | 97.07% | 18.42% | 67.20% |
| 10/31/2020 | Pacific | San Diego | 98.10% | 98.41% | 79.94% |
| 10/31/2020 | Pacific | San Francisco | 96.02% | 85.71% | 98.51% |
| 10/31/2020 | Pacific | Santa Ana | 98.89% | 99.56% | 63.81% |
| 10/31/2020 | Pacific | Sierra Coastal | 97.52% | 37.50% | 11.09% |
| 10/31/2020 | Southern | Alabama | 62.56% | 5.43% | 86.06% |
| 10/31/2020 | Southern | Arkansas | 85.58% | 33.33% | 98.44% |
| 10/31/2020 | Southern | Dallas | 86.90% | 6.82% | 49.25% |
| 10/31/2020 | Southern | Ft. Worth | 85.35% | 62.07% | 50.53% |
| 10/31/2020 | Southern | Gulf Atlantic | 83.13% | 50.00% | 31.78% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 10/31/2020 | Southern | Houston | 79.96% | 3.45% | 61.89% |
| 10/31/2020 | Southern | Louisiana | 56.97% | 14.29% | 71.34% |
| 10/31/2020 | Southern | Mississippi | 60.00% | 0.00% | 98.02% |
| 10/31/2020 | Southern | Oklahoma | 70.73% | 13.64% | 98.94% |
| 10/31/2020 | Southern | Rio Grande | 82.74% | 60.00% | 65.28% |
| 10/31/2020 | Southern | South Florida | 84.32% | 66.67% | 92.43% |
| 10/31/2020 | Southern | Suncoast | 92.45% | 15.53% | 75.55% |
| 10/31/2020 | Western | Alaska | 91.72% | 0.00% | 90.95% |
| 10/31/2020 | Western | Arizona | 88.97% | 63.90% | 88.61% |
| 10/31/2020 | Western | Central Plains | 88.60% | 31.58% | 90.36% |
| 10/31/2020 | Western | Colorado/Wyoming | 37.73% | 11.07% | 8.34% |
| 10/31/2020 | Western | Dakotas | 87.88% | 57.14% | 77.61% |
| 10/31/2020 | Western | Hawkeye | 94.19% | 75.00% | 76.22% |
| 10/31/2020 | Western | Mid-Americas | 79.23% | 33.33% | 89.64% |
| 10/31/2020 | Western | Nevada Sierra | 94.58% | 27.59% | 95.53% |
| 10/31/2020 | Western | Northland | 74.56% | 12.50% | 79.25% |
| 10/31/2020 | Western | Portland | 92.20% | 20.69% | 84.80% |
| 10/31/2020 | Western | Salt Lake City | 94.60% | 19.42% | 76.57% |
| 10/31/2020 | Western | Seattle | 94.65% | 12.71% | 77.46% |
| 11/2/2020 | Capital Metro | Atlanta | 60.87% | 10.38% | 51.73% |
| 11/2/2020 | Capital Metro | Baltimore | 85.20% | 1.90% | 28.20% |
| 11/2/2020 | Capital Metro | Capital | 90.33% | 6.38% | 95.23% |
| 11/2/2020 | Capital Metro | Greater S Carolina | 79.99% | 41.30% | 58.41% |
| 11/2/2020 | Capital Metro | Greensboro | 70.90% | 6.30% | 88.06% |
| 11/2/2020 | Capital Metro | Mid-Carolinas | 74.16% | 33.33% | 91.04% |
| 11/2/2020 | Capital Metro | Norther Virginia | 93.15% | 24.00% | 94.32% |
| 11/2/2020 | Capital Metro | Richmond | 89.64% | 22.22% | 77.52% |
| 11/2/2020 | Eastern | Appalachian | 73.17% | 20.00% | 86.81% |
| 11/2/2020 | Eastern | Central Pennsylvania | 69.09% | 96.93% | 41.70% |
| 11/2/2020 | Eastern | Kentuckiana | 69.28% | 25.93% | 68.06% |
| 11/2/2020 | Eastern | Norther Ohio | 88.22% | 86.51% | 42.80% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 11/2/2020 | Eastern | Ohio Valley | 93.36% | 3.92% | 74.93% |
| 11/2/2020 | Eastern | Philadelphia Metropo | 79.23% | 5.54% | 47.70% |
| 11/2/2020 | Eastern | South Jersey | 89.18% | 97.44% | 56.70% |
| 11/2/2020 | Eastern | Tennessee | 87.96% | 18.70% | 83.32% |
| 11/2/2020 | Eastern | Western New York | 94.92% | 43.75% | 78.96% |
| 11/2/2020 | Eastern | Western Pennsylvani a | 91.66% | 33.94% | 97.66% |
| 11/2/2020 | Great Lakes | Central Illinois | 91.35% | 0.00% | 27.60% |
| 11/2/2020 | Great Lakes | Chicago | 70.39% | 19.05% | 99.41% |
| 11/2/2020 | Great Lakes | Detroit | 77.51% | 2.26% | 55.49% |
| 11/2/2020 | Great Lakes | Gateway | 82.85% | 14.81% | 72.89% |
| 11/2/2020 | Great Lakes | Greater Indiana | 66.34% | 40.48% | 72.22% |
| 11/2/2020 | Great Lakes | Greater Michigan | 86.80% | 2.17% | 55.18% |
| 11/2/2020 | Great Lakes | Lakeland | 80.66% | 0.91% | 24.01% |
| 11/2/2020 | Northeast | Albany | 95.07% | 18.60% | 92.97% |
| 11/2/2020 | Northeast | Caribbean | 96.34% | 0.71% | 96.84% |
| 11/2/2020 | Northeast | Connecticut Valley | 93.12% | 62.50% | 94.76% |
| 11/2/2020 | Northeast | Greater Boston | 90.55% | 62.07% | 81.92% |
| 11/2/2020 | Northeast | Long Island | 95.08% | 54.55% | 87.89% |
| 11/2/2020 | Northeast | New York | 96.22% | 13.02% | 88.25% |
| 11/2/2020 | Northeast | Northern New England | 72.44% | 9.26% | 64.76% |
| 11/2/2020 | Northeast | Northern New Jersey | 96.04% | 98.07% | 98.56% |
| 11/2/2020 | Northeast | Triboro | 86.10% | 21.21% | 90.24% |
| 11/2/2020 | Northeast | Westchester | 91.12% | 8.00% | 93.45% |
| 11/2/2020 | Pacific | Bay-Valley | 95.32% | 20.45% | 99.15% |
| 11/2/2020 | Pacific | Honolulu | 75.97% | 16.67% | 95.84% |
| 11/2/2020 | Pacific | Los Angeles | 96.94% | 42.86% | 29.99% |
| 11/2/2020 | Pacific | Sacramento | 92.85% | 12.00% | 99.07% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 Nation | | 95.01% | 94.67% | 75.61% |
| 11/2/2020 Pacific | San Diego | 97.75% | 9.89% | 99.75% |
| 11/2/2020 Pacific | San Francisco | 96.16% | 37.93% | 97.60% |
| 11/2/2020 Pacific | Santa Ana | 98.59% | 42.27% | 99.63% |
| 11/2/2020 Pacific | Sierra Coastal | 96.85% | 7.69% | 93.31% |
| 11/2/2020 Southern | Alabama | 68.66% | 0.21% | 48.50% |
| 11/2/2020 Southern | Arkansas | 87.15% | 16.67% | 95.15% |
| 11/2/2020 Southern | Dallas | 90.71% | 25.00% | 38.76% |
| 11/2/2020 Southern | Ft. Worth | 82.31% | 75.00% | 71.94% |
| 11/2/2020 Southern | Gulf Atlantic | 78.61% | 31.58% | 54.43% |
| 11/2/2020 Southern | Houston | 80.67% | 0.00% | 40.97% |
| 11/2/2020 Southern | Louisiana | 70.40% | 20.69% | 66.27% |
| 11/2/2020 Southern | Mississippi | 80.67% | 3.85% | 90.02% |
| 11/2/2020 Southern | Oklahoma | 82.31% | 54.55% | 84.66% |
| 11/2/2020 Southern | Rio Grande | 82.18% | 47.83% | 92.98% |
| 11/2/2020 Southern | South Florida | 73.43% | 15.44% | 69.85% |
| 11/2/2020 Southern | Suncoast | 90.02% | 26.70% | 96.11% |
| 11/2/2020 Western | Alaska | 79.59% | 66.67% | 2.84% |
| 11/2/2020 Western | Arizona | 82.24% | 13.88% | 90.26% |
| 11/2/2020 Western | Central Plains | 86.14% | 0.00% | 97.76% |
| 11/2/2020 Western | Colorado/Wyoming | 53.15% | 2.43% | 43.02% |
| 11/2/2020 Western | Dakotas | 90.06% | 40.00% | 94.88% |
| 11/2/2020 Western | Hawkeye | 94.34% | 57.14% | 71.57% |
| 11/2/2020 Western | Mid-Americas | 81.52% | 0.62% | 91.24% |
| 11/2/2020 Western | Nevada Sierra | 96.99% | 5.56% | 80.91% |
| 11/2/2020 Western | Northland | 86.89% | 9.52% | 83.47% |
| 11/2/2020 Western | Portland | 93.67% | 9.41% | 69.24% |
| 11/2/2020 Western | Salt Lake City | 96.46% | 4.17% | 66.41% |
| 11/2/2020 Western | Seattle | 94.88% | 10.65% | 85.68% |
| 11/3/2020 Capital Metro | Atlanta | 82.17% | 0.00% | 16.13% |
| 11/3/2020 Capital Metro | Baltimore | 90.64% | 0.00% | 1.81% |
| 11/3/2020 Capital Metro | Capital | 91.10% | 0.00% | 1.89% |
| 11/3/2020 Capital Metro | Greater S Carolina | 71.96% | 8.33% | 13.20% |
| 11/3/2020 Capital Metro | Greensboro | 72.92% | 0.00% | 69.98% |
| 11/3/2020 Capital Metro | Mid-Carolinas | 80.01% | 0.00% | 90.01% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 11/3/2020 | Capital Metro | Norther Virginia | 93.14% | 0.00% | 70.45% |
| 11/3/2020 | Capital Metro | Richmond | 85.76% | 25.00% | 10.09% |
| 11/3/2020 | Eastern | Appalachian | 42.79% | 0.00% | 3.46% |
| 11/3/2020 | Eastern | Central Pennsylvani a | 61.26% | 0.00% | 2.67% |
| 11/3/2020 | Eastern | Kentuckiana | 62.98% | 0.00% | 43.22% |
| 11/3/2020 | Eastern | Norther Ohio | 92.53% | 0.00% | 3.13% |
| 11/3/2020 | Eastern | Ohio Valley | 94.89% | 0.00% | 24.75% |
| 11/3/2020 | Eastern | Philadelphia Metropo | 66.83% | 0.00% | 2.77% |
| 11/3/2020 | Eastern | South Jersey | 96.60% | 75.00% | 3.19% |
| 11/3/2020 | Eastern | Tennessee | 82.00% | 0.00% | 81.36% |
| 11/3/2020 | Eastern | Western New York | 92.59% | | 6.19% |
| 11/3/2020 | Eastern | Western Pennsylvani a | 90.92% | 0.00% | 39.19% |
| 11/3/2020 | Great Lakes | Central Illinois | 93.30% | 0.00% | 29.38% |
| 11/3/2020 | Great Lakes | Chicago | 63.63% | 0.00% | 99.17% |
| 11/3/2020 | Great Lakes | Detroit | 78.86% | 0.00% | 2.27% |
| 11/3/2020 | Great Lakes | Gateway | 68.03% | 0.00% | 80.79% |
| 11/3/2020 | Great Lakes | Greater Indiana | 70.79% | 80.00% | 11.31% |
| 11/3/2020 | Great Lakes | Greater Michigan | 84.01% | 0.00% | 5.94% |
| 11/3/2020 | Great Lakes | Lakeland | 76.18% | | 46.54% |
| 11/3/2020 | Northeast | Albany | 91.31% | | 13.25% |
| 11/3/2020 | Northeast | Caribbean | 98.63% | | 23.53% |
| 11/3/2020 | Northeast | Connecticut Valley | 93.15% | | 68.42% |
| 11/3/2020 | Northeast | Greater Boston | 94.39% | 0.00% | 21.01% |
| 11/3/2020 | Northeast | Long Island | 97.30% | | 27.78% |
| 11/3/2020 | Northeast | New York | 95.39% | | 100.00% |
| 11/3/2020 | Northeast | Northern New England | 74.47% | | 17.13% |

| | | | | |
|---|---|---|---|---|
| 10/29/2020 Nation | | 95.01% | 94.67% | 75.61% |
| 11/3/2020 Northeast | Northern New Jersey | 93.22% | 16.44% | 71.43% |
| 11/3/2020 Northeast | Triboro | 91.35% | | 74.00% |
| 11/3/2020 Northeast | Westchester | 91.89% | | 76.00% |
| 11/3/2020 Pacific | Bay-Valley | 96.45% | | 23.08% |
| 11/3/2020 Pacific | Honolulu | 94.38% | | 75.00% |
| 11/3/2020 Pacific | Los Angeles | 98.62% | | 12.53% |
| 11/3/2020 Pacific | Sacramento | 98.38% | 0.00% | 9.54% |
| 11/3/2020 Pacific | San Diego | 99.26% | 0.00% | 25.75% |
| 11/3/2020 Pacific | San Francisco | 99.00% | | 97.57% |
| 11/3/2020 Pacific | Santa Ana | 98.08% | 75.00% | 70.02% |
| 11/3/2020 Pacific | Sierra Coastal | 99.08% | | 2.78% |
| 11/3/2020 Southern | Alabama | 71.95% | 0.00% | 5.80% |
| 11/3/2020 Southern | Arkansas | 77.84% | | 77.42% |
| 11/3/2020 Southern | Dallas | 88.54% | 0.00% | 14.66% |
| 11/3/2020 Southern | Ft. Worth | 87.63% | 0.00% | 18.18% |
| 11/3/2020 Southern | Gulf Atlantic | 83.02% | 5.88% | 5.07% |
| 11/3/2020 Southern | Houston | 84.47% | 0.00% | 7.45% |
| 11/3/2020 Southern | Louisiana | 77.68% | 0.00% | 3.29% |
| 11/3/2020 Southern | Mississippi | 85.02% | 0.00% | 11.04% |
| 11/3/2020 Southern | Oklahoma | 75.85% | | 76.47% |
| 11/3/2020 Southern | Rio Grande | 85.62% | 0.00% | 22.36% |
| 11/3/2020 Southern | South Florida | 85.12% | 50.00% | 0.36% |
| 11/3/2020 Southern | Suncoast | 85.43% | 27.27% | 55.79% |
| 11/3/2020 Western | Alaska | 87.47% | | 39.06% |
| 11/3/2020 Western | Arizona | 91.77% | 0.00% | 44.82% |
| 11/3/2020 Western | Central Plains | 92.15% | | 69.64% |
| 11/3/2020 Western | Colorado/Wyoming | 55.59% | 11.54% | 83.56% |
| 11/3/2020 Western | Dakotas | 77.95% | | 17.56% |
| 11/3/2020 Western | Hawkeye | 92.29% | | 3.75% |
| 11/3/2020 Western | Mid-Americas | 87.38% | 11.11% | 17.74% |
| 11/3/2020 Western | Nevada Sierra | 99.12% | | 75.00% |
| 11/3/2020 Western | Northland | 53.93% | | 83.97% |
| 11/3/2020 Western | Portland | 96.52% | 0.00% | 58.14% |

| Date | Region | Location | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Nation | | 95.01% | 94.67% | 75.61% |
| 11/3/2020 | Western | Salt Lake City | 83.36% | 0.00% | 21.52% |
| 11/3/2020 | Western | Seattle | 98.63% | 50.00% | 27.48% |