UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, *in his official capacity as Postmaster General*; and the UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | Civil Case No. 1:20-cv-02405 (EGS) |

## NOTICE OF HEARING EXHIBITS

Plaintiffs submit the following marked exhibits referred to in yesterday's hearing:

(1) Hearing Exhibit 1, which shows the volume of ballots that received an origin processing scan but not a destination scan as of 6:00 AM, November 1, 2020; and (2) Hearing Exhibit 2, which shows the volume of ballots that received an origin processing scan but not a destination scan as of the morning of November 2, 2020.

Respectfully submitted,

 /s Shankar Duraiswamy

Shankar Duraiswamy
Megan C. Keenan
Virginia Williamson
Sarah Suwanda
James Smith
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW

1

Washington, DC 20001-4956
(202) 662-6000
sduraiswamy@cov.com
mkeenan@cov.com
vwilliamson@cov.com
ssuwanda@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

John Fraser
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
jfraser@cov.com

*Counsel for Plaintiffs*

Date:  November 4, 2020