# Exhibit 1

Election Inbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Inbound Ballots |
|---|---|---|
| **CAPITAL METRO** | ATLANTA | 4,230 |
| **CAPITAL METRO** | BALTIMORE | 2,850 |
| **CAPITAL METRO** | CAPITAL | 8,203 |
| **CAPITAL METRO** | GREATER S CAROLINA | 1,223 |
| **CAPITAL METRO** | GREENSBORO | 5,480 |
| **CAPITAL METRO** | MID-CAROLINAS | 4,710 |
| **CAPITAL METRO** | NORTHERN VIRGINIA | 3,149 |
| **CAPITAL METRO** | RICHMOND | 2,451 |
| **CAPITAL METRO Total** | | **32,296** |
| EASTERN | APPALACHIAN | 1,543 |
| EASTERN | CENTRAL PENNSYLVANIA | 3,482 |
| EASTERN | KENTUCKIANA | 236 |
| EASTERN | NORTHERN OHIO | 4,769 |
| EASTERN | OHIO VALLEY | 3,894 |
| EASTERN | PHILADELPHIA METROPO | 4,055 |
| EASTERN | SOUTH JERSEY | 2,241 |
| EASTERN | TENNESSEE | 1,015 |
| EASTERN | WESTERN NEW YORK | 1,812 |
| EASTERN | WESTERN PENNSYLVANIA | 4,862 |
| **EASTERN Total** | | **27,909** |
| GREAT LAKES | CENTRAL ILLINOIS | 1,118 |
| GREAT LAKES | CHICAGO | 8,679 |
| GREAT LAKES | DETROIT | 5,102 |
| GREAT LAKES | GATEWAY | 1,630 |
| GREAT LAKES | GREATER INDIANA | 778 |
| GREAT LAKES | GREATER MICHIGAN | 1,357 |
| GREAT LAKES | LAKELAND | 589 |
| **GREAT LAKES Total** | | **19,253** |
| NORTHEAST | ALBANY | 881 |
| NORTHEAST | CARIBBEAN | 25 |
| NORTHEAST | CONNECTICUT VALLEY | 3,155 |
| NORTHEAST | GREATER BOSTON | 6,059 |
| NORTHEAST | LONG ISLAND | 1,662 |
| NORTHEAST | NEW YORK | 2,444 |
| NORTHEAST | NORTHERN NEW ENGLAND | 10 |
| NORTHEAST | NORTHERN NEW JERSEY | 3,561 |
| NORTHEAST | TRIBORO | 14,160 |
| NORTHEAST | WESTCHESTER | 2,566 |
| **NORTHEAST Total** | | **34,523** |
| PACIFIC | BAY-VALLEY | 6,246 |
| PACIFIC | HONOLULU | 342 |
| PACIFIC | LOS ANGELES | 49,387 |
| PACIFIC | SACRAMENTO | 4,550 |
| PACIFIC | SAN DIEGO | 32,311 |
| PACIFIC | SAN FRANCISCO | 7,585 |
| PACIFIC | SANTA ANA | 2,734 |

Election Inbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Inbound Ballots |
|---|---|---:|
| PACIFIC | SIERRA COASTAL | 6,759 |
| **PACIFIC Total** | | **109,914** |
| SOUTHERN | ALABAMA | 11 |
| SOUTHERN | ARKANSAS | 72 |
| SOUTHERN | DALLAS | 1,501 |
| SOUTHERN | FT WORTH | 1,536 |
| SOUTHERN | GULF ATLANTIC | 2,218 |
| SOUTHERN | HOUSTON | 1,404 |
| SOUTHERN | LOUISIANA | 4 |
| SOUTHERN | MISSISSIPPI | 205 |
| SOUTHERN | OKLAHOMA | 6 |
| SOUTHERN | RIO GRANDE | 868 |
| SOUTHERN | SOUTH FLORIDA | 3,742 |
| SOUTHERN | SUNCOAST | 13,463 |
| **SOUTHERN Total** | | **25,030** |
| WESTERN | ALASKA | 751 |
| WESTERN | ARIZONA | 22,245 |
| WESTERN | CENTRAL PLAINS | 495 |
| WESTERN | COLORADO/WYOMING | 4,831 |
| WESTERN | DAKOTAS | 385 |
| WESTERN | HAWKEYE | 2,310 |
| WESTERN | MID-AMERICA | 761 |
| WESTERN | NEVADA SIERRA | 1,056 |
| WESTERN | NORTHLAND | 448 |
| WESTERN | PORTLAND | 2,808 |
| WESTERN | SALT LAKE CITY | 31,106 |
| WESTERN | SEATTLE | 7,469 |
| **WESTERN Total** | | **74,665** |
| **NATION Total** | | **323,590** |

Election Outbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Outbound Ballots |
|---|---|---:|
| **CAPITAL METRO** | ATLANTA | 9,979 |
| **CAPITAL METRO** | BALTIMORE | 912 |
| **CAPITAL METRO** | CAPITAL | 681 |
| **CAPITAL METRO** | GREATER S CAROLINA | 1,351 |
| **CAPITAL METRO** | GREENSBORO | 465 |
| **CAPITAL METRO** | MID-CAROLINAS | 786 |
| **CAPITAL METRO** | NORTHERN VIRGINIA | 1,754 |
| **CAPITAL METRO** | RICHMOND | 4,332 |
| **CAPITAL METRO Total** | | **20,260** |
| **EASTERN** | APPALACHIAN | 1,120 |
| **EASTERN** | CENTRAL PENNSYLVANIA | 2,581 |
| **EASTERN** | KENTUCKIANA | 253 |
| **EASTERN** | NORTHERN OHIO | 968 |
| **EASTERN** | OHIO VALLEY | 781 |
| **EASTERN** | PHILADELPHIA METROPO | 602 |
| **EASTERN** | SOUTH JERSEY | 720 |
| **EASTERN** | TENNESSEE | 439 |
| **EASTERN** | WESTERN NEW YORK | 732 |
| **EASTERN** | WESTERN PENNSYLVANIA | 1,040 |
| **EASTERN Total** | | **9,236** |
| **GREAT LAKES** | CENTRAL ILLINOIS | 926 |
| **GREAT LAKES** | CHICAGO | 258 |
| **GREAT LAKES** | DETROIT | 2,387 |
| **GREAT LAKES** | GATEWAY | 744 |
| **GREAT LAKES** | GREATER INDIANA | 712 |
| **GREAT LAKES** | GREATER MICHIGAN | 6,446 |
| **GREAT LAKES** | LAKELAND | 8,893 |
| **GREAT LAKES Total** | | **20,366** |
| **NORTHEAST** | ALBANY | 636 |
| **NORTHEAST** | CARIBBEAN | 30 |
| **NORTHEAST** | CONNECTICUT VALLEY | 2,191 |
| **NORTHEAST** | GREATER BOSTON | 2,582 |
| **NORTHEAST** | LONG ISLAND | 371 |
| **NORTHEAST** | NEW YORK | 600 |
| **NORTHEAST** | NORTHERN NEW ENGLAND | 3,994 |
| **NORTHEAST** | NORTHERN NEW JERSEY | 1,123 |
| **NORTHEAST** | TRIBORO | 550 |
| **NORTHEAST** | WESTCHESTER | 451 |
| **NORTHEAST Total** | | **12,528** |
| **PACIFIC** | BAY-VALLEY | 121 |
| **PACIFIC** | HONOLULU | 213 |
| **PACIFIC** | LOS ANGELES | 413 |
| **PACIFIC** | SACRAMENTO | 4,848 |
| **PACIFIC** | SAN DIEGO | 451 |
| **PACIFIC** | SAN FRANCISCO | 123 |
| **PACIFIC** | SANTA ANA | 610 |

Election Outbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Outbound Ballots |
|---|---|---:|
| PACIFIC | SIERRA COASTAL | 999 |
| **PACIFIC Total** | | **7,778** |
| SOUTHERN | ALABAMA | 460 |
| SOUTHERN | ARKANSAS | 398 |
| SOUTHERN | DALLAS | 289 |
| SOUTHERN | FT WORTH | 554 |
| SOUTHERN | GULF ATLANTIC | 685 |
| SOUTHERN | HOUSTON | 121 |
| SOUTHERN | LOUISIANA | 264 |
| SOUTHERN | MISSISSIPPI | 232 |
| SOUTHERN | OKLAHOMA | 132 |
| SOUTHERN | RIO GRANDE | 822 |
| SOUTHERN | SOUTH FLORIDA | 369 |
| SOUTHERN | SUNCOAST | 1,848 |
| **SOUTHERN Total** | | **6,174** |
| WESTERN | ALASKA | 154 |
| WESTERN | ARIZONA | 977 |
| WESTERN | CENTRAL PLAINS | 592 |
| WESTERN | COLORADO/WYOMING | 1,646 |
| WESTERN | DAKOTAS | 1,633 |
| WESTERN | HAWKEYE | 531 |
| WESTERN | MID-AMERICA | 406 |
| WESTERN | NEVADA SIERRA | 231 |
| WESTERN | NORTHLAND | 6,491 |
| WESTERN | PORTLAND | 355 |
| WESTERN | SALT LAKE CITY | 2,654 |
| WESTERN | SEATTLE | 1,015 |
| **WESTERN Total** | | **16,685** |
| **NATION Total** | | **93,027** |