# Exhibit 2

Election Inbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Inbound Ballots |
|---|---|---|
| **CAPITAL METRO** | ATLANTA | 3,592 |
| **CAPITAL METRO** | BALTIMORE | 2,595 |
| **CAPITAL METRO** | CAPITAL | 7,866 |
| **CAPITAL METRO** | GREATER S CAROLINA | 1,159 |
| **CAPITAL METRO** | GREENSBORO | 5,186 |
| **CAPITAL METRO** | MID-CAROLINAS | 3,969 |
| **CAPITAL METRO** | NORTHERN VIRGINIA | 2,302 |
| **CAPITAL METRO** | RICHMOND | 1,729 |
| **CAPITAL METRO Total** | | **28,398** |
| **EASTERN** | APPALACHIAN | 1,343 |
| **EASTERN** | CENTRAL PENNSYLVANIA | 2,711 |
| **EASTERN** | KENTUCKIANA | 240 |
| **EASTERN** | NORTHERN OHIO | 4,226 |
| **EASTERN** | OHIO VALLEY | 3,535 |
| **EASTERN** | PHILADELPHIA METROPO | 2,924 |
| **EASTERN** | SOUTH JERSEY | 2,127 |
| **EASTERN** | TENNESSEE | 947 |
| **EASTERN** | WESTERN NEW YORK | 968 |
| **EASTERN** | WESTERN PENNSYLVANIA | 4,650 |
| **EASTERN Total** | | **23,671** |
| **GREAT LAKES** | CENTRAL ILLINOIS | 1,053 |
| **GREAT LAKES** | CHICAGO | 7,054 |
| **GREAT LAKES** | DETROIT | 5,016 |
| **GREAT LAKES** | GATEWAY | 1,342 |
| **GREAT LAKES** | GREATER INDIANA | 777 |
| **GREAT LAKES** | GREATER MICHIGAN | 1,306 |
| **GREAT LAKES** | LAKELAND | 554 |
| **GREAT LAKES Total** | | **17,102** |
| **NORTHEAST** | ALBANY | 798 |
| **NORTHEAST** | CARIBBEAN | 24 |
| **NORTHEAST** | CONNECTICUT VALLEY | 2,666 |
| **NORTHEAST** | GREATER BOSTON | 5,622 |
| **NORTHEAST** | LONG ISLAND | 1,053 |
| **NORTHEAST** | NEW YORK | 2,095 |
| **NORTHEAST** | NORTHERN NEW ENGLAND | 10 |
| **NORTHEAST** | NORTHERN NEW JERSEY | 3,007 |
| **NORTHEAST** | TRIBORO | 9,471 |
| **NORTHEAST** | WESTCHESTER | 1,400 |
| **NORTHEAST Total** | | **26,146** |
| **PACIFIC** | BAY-VALLEY | 5,559 |
| **PACIFIC** | HONOLULU | 325 |
| **PACIFIC** | LOS ANGELES | 48,120 |
| **PACIFIC** | SACRAMENTO | 5,141 |
| **PACIFIC** | SAN DIEGO | 32,543 |
| **PACIFIC** | SAN FRANCISCO | 7,284 |
| **PACIFIC** | SANTA ANA | 2,798 |

Election Inbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Inbound Ballots |
|---|---|---:|
| PACIFIC | SIERRA COASTAL | 6,233 |
| **PACIFIC Total** | | **108,003** |
| SOUTHERN | ALABAMA | 13 |
| SOUTHERN | ARKANSAS | 63 |
| SOUTHERN | DALLAS | 1,501 |
| SOUTHERN | FT WORTH | 1,535 |
| SOUTHERN | GULF ATLANTIC | 2,085 |
| SOUTHERN | HOUSTON | 1,311 |
| SOUTHERN | LOUISIANA | 4 |
| SOUTHERN | MISSISSIPPI | 202 |
| SOUTHERN | OKLAHOMA | 6 |
| SOUTHERN | RIO GRANDE | 859 |
| SOUTHERN | SOUTH FLORIDA | 3,770 |
| SOUTHERN | SUNCOAST | 13,003 |
| **SOUTHERN Total** | | **24,352** |
| WESTERN | ALASKA | 742 |
| WESTERN | ARIZONA | 22,021 |
| WESTERN | CENTRAL PLAINS | 464 |
| WESTERN | COLORADO/WYOMING | 3,468 |
| WESTERN | DAKOTAS | 384 |
| WESTERN | HAWKEYE | 2,244 |
| WESTERN | MID-AMERICA | 644 |
| WESTERN | NEVADA SIERRA | 1,090 |
| WESTERN | NORTHLAND | 428 |
| WESTERN | PORTLAND | 2,730 |
| WESTERN | SALT LAKE CITY | 31,616 |
| WESTERN | SEATTLE | 7,020 |
| **WESTERN Total** | | **72,851** |
| **NATION Total** | | **300,523** |

Election Outbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Outbound Ballots |
|---|---|---:|
| **CAPITAL METRO** | ATLANTA | 9,911 |
| **CAPITAL METRO** | BALTIMORE | 611 |
| **CAPITAL METRO** | CAPITAL | 658 |
| **CAPITAL METRO** | GREATER S CAROLINA | 1,273 |
| **CAPITAL METRO** | GREENSBORO | 476 |
| **CAPITAL METRO** | MID-CAROLINAS | 741 |
| **CAPITAL METRO** | NORTHERN VIRGINIA | 1,724 |
| **CAPITAL METRO** | RICHMOND | 4,266 |
| **CAPITAL METRO Total** | | **19,660** |
| **EASTERN** | APPALACHIAN | 1,037 |
| **EASTERN** | CENTRAL PENNSYLVANIA | 2,254 |
| **EASTERN** | KENTUCKIANA | 210 |
| **EASTERN** | NORTHERN OHIO | 1,574 |
| **EASTERN** | OHIO VALLEY | 516 |
| **EASTERN** | PHILADELPHIA METROPO | 476 |
| **EASTERN** | SOUTH JERSEY | 636 |
| **EASTERN** | TENNESSEE | 398 |
| **EASTERN** | WESTERN NEW YORK | 711 |
| **EASTERN** | WESTERN PENNSYLVANIA | 1,002 |
| **EASTERN Total** | | **8,814** |
| **GREAT LAKES** | CENTRAL ILLINOIS | 645 |
| **GREAT LAKES** | CHICAGO | 247 |
| **GREAT LAKES** | DETROIT | 2,159 |
| **GREAT LAKES** | GATEWAY | 662 |
| **GREAT LAKES** | GREATER INDIANA | 621 |
| **GREAT LAKES** | GREATER MICHIGAN | 5,931 |
| **GREAT LAKES** | LAKELAND | 8,866 |
| **GREAT LAKES Total** | | **19,131** |
| **NORTHEAST** | ALBANY | 604 |
| **NORTHEAST** | CARIBBEAN | 30 |
| **NORTHEAST** | CONNECTICUT VALLEY | 1,925 |
| **NORTHEAST** | GREATER BOSTON | 2,361 |
| **NORTHEAST** | LONG ISLAND | 362 |
| **NORTHEAST** | NEW YORK | 549 |
| **NORTHEAST** | NORTHERN NEW ENGLAND | 3,848 |
| **NORTHEAST** | NORTHERN NEW JERSEY | 1,057 |
| **NORTHEAST** | TRIBORO | 501 |
| **NORTHEAST** | WESTCHESTER | 438 |
| **NORTHEAST Total** | | **11,675** |
| **PACIFIC** | BAY-VALLEY | 103 |
| **PACIFIC** | HONOLULU | 195 |
| **PACIFIC** | LOS ANGELES | 406 |
| **PACIFIC** | SACRAMENTO | 4,839 |
| **PACIFIC** | SAN DIEGO | 435 |
| **PACIFIC** | SAN FRANCISCO | 117 |
| **PACIFIC** | SANTA ANA | 542 |

Election Outbound Ballot - On or after 10/24/2020 - No Destination Processing

| Area | District | Outbound Ballots |
|---|---|---|
| PACIFIC | SIERRA COASTAL | 874 |
| **PACIFIC Total** | | **7,511** |
| SOUTHERN | ALABAMA | 382 |
| SOUTHERN | ARKANSAS | 327 |
| SOUTHERN | DALLAS | 247 |
| SOUTHERN | FT WORTH | 466 |
| SOUTHERN | GULF ATLANTIC | 649 |
| SOUTHERN | HOUSTON | 104 |
| SOUTHERN | LOUISIANA | 251 |
| SOUTHERN | MISSISSIPPI | 237 |
| SOUTHERN | OKLAHOMA | 118 |
| SOUTHERN | RIO GRANDE | 644 |
| SOUTHERN | SOUTH FLORIDA | 336 |
| SOUTHERN | SUNCOAST | 1,716 |
| **SOUTHERN Total** | | **5,477** |
| WESTERN | ALASKA | 147 |
| WESTERN | ARIZONA | 835 |
| WESTERN | CENTRAL PLAINS | 705 |
| WESTERN | COLORADO/WYOMING | 1,411 |
| WESTERN | DAKOTAS | 1,486 |
| WESTERN | HAWKEYE | 460 |
| WESTERN | MID-AMERICA | 383 |
| WESTERN | NEVADA SIERRA | 239 |
| WESTERN | NORTHLAND | 6,456 |
| WESTERN | PORTLAND | 326 |
| WESTERN | SALT LAKE CITY | 2,748 |
| WESTERN | SEATTLE | 963 |
| **WESTERN Total** | | **16,159** |
| **NATION Total** | | **88,427** |