UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Vote Forward,** *et al*,

Plaintiffs,

v.

**DeJoy,** *et al.*,

Defendants

Case No. 20-cv-2405

**MOTION TO AMEND ORDER AND
EXTEND TIME FOR PRODUCTION**

During the November 4, 2020 hearing scheduled for 12:00 p.m., the Court orally ordered the United States Postal Service ("USPS") to produce to Plaintiffs, by 1:00 p.m., copies of election and political mail logs from six postal districts—Kentuckiana, Houston, Central Pennsylvania, Philadelphia, Greensboro, and the Mid-Carolinas. USPS is conferring with these districts to have these logs—which are in hard copy form—scanned and transmitted to USPS so they may in turn be produced to Plaintiffs.

USPS is in the process of informing these districts that they must *immediately* scan and send these logs to USPS pursuant to the Court's Order. Unfortunately, USPS must await receipt of these logs before they may be produced, and could not meet the Court's 1:00 p.m. deadline. USPS however can make this production promptly upon receipt. USPS thus respectfully requests that the Court extend USPS's deadline for a reasonable period of time to allow for the mechanical scanning and transmission process to complete (which, as noted above, is underway).

1

2

| | |
|---|---|
| Dated: November 4, 2020 | Respectfully submitted,<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>ERIC WOMACK<br>Assistant Branch Director<br>Federal Programs Branch<br><br>*/s/ Kuntal Cholera*<br>JOSEPH BORSON (VA Bar No. 85519)<br>KUNTAL V. CHOLERA<br>ALEXIS ECHOLS<br>DENA ROTH<br>JOHN J. ROBINSON<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 514-1944<br>E-mail: Joseph.Borson@usdoj.gov<br><br>*Attorneys for Defendants* |