UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Vote Forward**, *et al.*,

Plaintiffs,

v.

**Louis DeJoy**, *et al.*,

Defendants

Case No. 20-cv-2405

**DEFENDANTS' RESPONSE TO
THIS COURT'S NOVEMBER 4, 2020 ORDER**

Pursuant to the Court's November 4, 2020, Order, Defendants certify that:

1. At 1:16 PM, Larry Wagener, Southwest Division Director of Processing Operations for the Western Region, contacted every plant manager overseeing a processing facility in Texas and directed them to (a) instruct plant employees to undertake an immediate sweep of the facility to identify any inbound ballots postmarked yesterday or earlier, and have such ballots sent out for delivery to local election offices for receipt by 5:00 PM local time; and (b) instruct plant employees to undertake an additional sweep of the facility at 4:00 PM EST/3:00 CST today to identify any inbound ballots postmarked yesterday or earlier, and have such ballots sent for delivery to local election offices for receipt by 5:00 pm local time. *See* Ex. 1. These instructions were also communicated orally.

2. At 3:14 PM, Angela Curtis, Vice President Retail and Post Office Operations, directed Lisse Garrett to forward to all Postmasters, Stations Managers, and all operations managers as soon as possible a reminder that any local ballots delivered to the post office yesterday

or earlier should bypass the ordinary processing system and be sent for delivery to local election offices for receipt by no later than 5:00 PM local time.  *See* Exs. 2, 3.

3. At this time, Defendants have not yet received information from plant managers identifying the number of ballots they identify during the sweeps and describing the steps taken to ensure their delivery at local election offices for receipt by 5:00 PM local time. Defendants will produce this information as soon as it becomes available.

Dated:  November 4, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

/s/ John Robinson
JOSEPH BORSON
KUNTAL V. CHOLERA
ALEXIS ECHOLS
DENA ROTH
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*