UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LOUIS DEJOY, *in his official capacity as Postmaster General*; and the UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendants. | Civil Case No. 1:20-cv-02405 (EGS) |

## NOTICE OF HEARING EXHIBITS

　　Plaintiffs respectfully submit Hearing Exhibit 1 referred to in today's hearing that shows the volume of ballots that received an origin processing scan but not a destination scan as of the morning of November 4, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s Shankar Duraiswamy

　　　　　　　　　　　　　　　　　　　Shankar Duraiswamy
　　　　　　　　　　　　　　　　　　　Megan C. Keenan
　　　　　　　　　　　　　　　　　　　Virginia Williamson
　　　　　　　　　　　　　　　　　　　Sarah Suwanda
　　　　　　　　　　　　　　　　　　　James Smith
　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　　850 Tenth Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4956
　　　　　　　　　　　　　　　　　　　(202) 662-6000
　　　　　　　　　　　　　　　　　　　sduraiswamy@cov.com
　　　　　　　　　　　　　　　　　　　mkeenan@cov.com

vwilliamson@cov.com
ssuwanda@cov.com
jmsmith@cov.com

Robert D. Fram
Diane Ramirez
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

John Fraser
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
jfraser@cov.com

*Counsel for Plaintiffs*

Date:  November 4, 2020