IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DEJOY, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2405 (EGS) |

**NOTICE OF DATA AND OTHER INFORMATION PRODUCED TO PLAINTIFFS**

Pursuant to the Court's November 4, 2020 Order, Defendants provide the Court with the following data and other information produced to Plaintiffs:

1. Completed ballot sweep checklists for the following districts: Greensboro, Mid-Carolinas, Central Pennsylvania, and Philadelphia Metro. *See* Exhibits 1–20.

2. A map showing each USPS district. *See* Exhibit 21.

3. A list of USPS facilities that handle letters and flats. *See* Exhibit 22.

4. Data concerning the number of ballots received between November 1, 2020 and November 3, 2020 that were put into express mail. *See* Exhibit 23.

Defendants further confirm that on November 4, 2020, the Greensboro Plant manager walked the facility and did not locate any boxes of ballots.

Dated:  November 5, 2020	Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ John Robinson
JOSEPH E. BORSON
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*