11-3-20

# Processing Operations Management Order



PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

**Operational Clean Sweep Seach Checklist - Political and Election Mail**

District: GREENSBORO    Name: ML

Phone #: _____    Title: MDO/A  OT-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for Dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Taken to Downflow opn. |
| ☑ | OPENING UNITS | Taken to Downflow opn. |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
## Processing Operations Management Order



**Operational Clean Sweep Seach Checklist - Political and Election Mail**

District: GREENSBORO

Name: MY [signature]

Phone #: _____

Title: MDO/A    T-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for Dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Taken to Downflow Opn. |
| ☑ | OPENING UNITS | Taken to Downflow Opn. |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

11-1-20

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
## Processing Operations Management Order



**Operational Clean Sweep Seach Checklist - Political and Election Mail**

District: GREENSBORO     Name: M J [signature]

Phone #: _____     Title: MDO,A   T-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Clear |
| ☑ | OPENING UNITS | Staged in Downflow opn. |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

10-31-20

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Phone #: _____

Name: MJ_____

Title: MDO/A    T-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Down flowed to other opn |
| ☑ | OPENING UNITS | Taken to Downflow opn |
| ☑ | AO / STATION DISPATCH AREA | Staged for dispatch |
| ☑ | OUTBOUND DOCK | Staged for dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

10-30-20

# PROCESSING OPERATIONS
# HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO      Name: M_____

Phone #: _____           Title: MDO/A  T-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Taken to Downflow opn. |
| ☑ | OPENING UNITS | Cut and flowed Downstream |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

10-29-20

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



**Operational Clean Sweep Seach Checklist - Political and Election Mail**

District: GREENSBORO   Name: ML

Phone #: _____   Title: MDO/A   T-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Flowed to down stream opn. |
| ☑ | OPENING UNITS | Cut and flowed downstream |
| ☑ | AO / STATION DISPATCH AREA | Staged ready for dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear of political |
| ☑ | MTE PLANT STAGING AREA | Clear of political |
| ☑ | MTE TRAILERS | Clear of political |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Prep |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

10-28-2020

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



**Operational Clean Sweep Seach Checklist - Political and Election Mail**

District: **GREENSBORO**　　　　Name: Anna Caldwell

Phone #: _____　　　　Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ✓ | INCOMING DOCK | Staged for dispatch |
| ✓ | BMEU & BMEU PLANT STAGING | Flowed downstream |
| ✓ | OPENING UNITS | Flowed downstream |
| ✓ | AO / STATION DISPATCH AREA | Staged for dispatch |
| ✓ | OUTBOUND DOCK | Staged for dispatch |
| ✓ | OUTGOING DISPATCH AREA | Staged for dispatch |
| ✓ | TRAILERS IN YARD (YARD CHECK) | none |
| ✓ | MTE PLANT STAGING AREA | none |
| ✓ | MTE TRAILERS | none |
| ✓ | SITE MTESC | none |
| ✓ | PARS STAGING AND OPERATIONS | delayed in trays for processing |
| ✓ | REWRAP OPERATIONS | none |
| ✓ | CFS (IF APPLICALE) | N/A |
| ✓ | BRM / POSTAGE DUE | none |

Delays in automation, flats @ APBS/AFPS.