PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | see attached political listings |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: ALIOUNE DIOP

Phone #: 9194205120

Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | see attached political listings |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: ALIOUNE DIOP

Phone #: 9194205120

Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mailings received |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: ALIOUNE DIOP

Phone #: 9194205120

Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallets of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO    Name: COURMAN, RITA

Phone #: 919-420-5119    Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mail received 10-31-20 (T2) |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

UNITED STATES POSTAL SERVICE™

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO Name: KOUNTE, A

Phone #: 9194205120 Title: MDO (A)

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | CLEAR |
| ☒ | OPENING UNITS | CLEAR |
| ☒ | AO / STATION DISPATCH AREA | CLEAR |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mail received |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO　　　　　　　　　　Name: ALIOUNE DIOP

Phone #:　　　　　　9194205120　　　　　Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: COURMAN, RITA

Phone #: 919-420-5119

Title: MANAGER, DISTRIBUTION OPERATIONS

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | no political mail received |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☒ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☒ | MTE TRAILERS | |
| ☐ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: ALIOUNE DIOP

Phone #: 9194205120

Title: MDO

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | CLEAR |
| ☒ | BMEU & BMEU PLANT STAGING | pallot of absentee ballots |
| ☒ | OPENING UNITS | PALLETS OF STD LETTERS/absentee ballots |
| ☒ | AO / STATION DISPATCH AREA | pallets of std flats |
| ☒ | OUTBOUND DOCK | CLEAR |
| ☒ | OUTGOING DISPATCH AREA | CLEAR |
| ☐ | TRAILERS IN YARD (YARD CHECK) | N/A |
| ☒ | MTE PLANT STAGING AREA | CLEAR OF POLITICAL MAIL |
| ☐ | MTE TRAILERS | NA |
| ☐ | SITE MTESC | NA |
| ☒ | PARS STAGING AND OPERATIONS | CLEAR |
| ☒ | REWRAP OPERATIONS | CLEAR |
| ☐ | CFS (IF APPLICALE) | NA |
| ☒ | BRM / POSTAGE DUE | NA |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Name: Markethia Harris

Phone #: 919 420 5121

Title: Supervisor Distribution Operations

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☒ | INCOMING DOCK | |
| ☒ | BMEU & BMEU PLANT STAGING | |
| ☒ | OPENING UNITS | |
| ☐ | AO / STATION DISPATCH AREA | |
| ☒ | OUTBOUND DOCK | |
| ☒ | OUTGOING DISPATCH AREA | |
| ☐ | TRAILERS IN YARD (YARD CHECK) | |
| ☒ | MTE PLANT STAGING AREA | |
| ☐ | MTE TRAILERS | |
| ☒ | SITE MTESC | |
| ☒ | PARS STAGING AND OPERATIONS | |
| ☒ | REWRAP OPERATIONS | |
| ☐ | CFS (IF APPLICALE) | |
| ☒ | BRM / POSTAGE DUE | |