PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

10/29/20

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.*

**District:** Mid Atlantic    **Name:** Eric Dolhif

**Title:** Plant Manager    **Phone #:** 6036617067

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ✓ | **Incoming dock** | |
| ✓ | **BMEU & BMEU Plant Staging** | NA |
| ☐ | **Opening units** | NH |
| ✓ | **AO / Station dispatch area** | |
| ✓ | **Outbound dock** | |
| ✓ | **Outgoing Dispatch Area** | |
| ✓ | **Trailers in yard (Yard Check)** | |
| ✓ | **MTE Plant Staging Area** | |
| ✓ | **MTE trailers** | |
| ☐ | **Site MTESC** | NA |
| ✓ | **PARS Staging and Operations** | |
| ✓ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** | NA |
| ✓ | **BRM/Postage Due** | |

21

**PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

*Purpose:* To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.

District: _Mid Atlantic_    Name: _C.C Dolloff_    10/28/20

Title: _Plant Manager_    Phone #: _603 661 7008_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | |
| ✓ | BMEU & BMEU Plant Staging | NA |
| ✓ | Opening units | NA |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | |
| ☐ | Site MTESC | NA |
| ✓ | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| ☐ | CFS (if applicable) | NA |
| ✓ | BRM/Postage Due | |

21

# PROCESSING OPERATIONS
# HEADQUARTERS
# UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** ___Mid Atlantic___ **Name:** ___Eric Dollert___

**Title:** ___PM___ **Phone #:** ___603-681-2069___

10/30/20

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted* |
|---|---|---|
| ✓ | **Incoming dock** | |
| ✓ | **BMEU & BMEU Plant Staging** | NA |
| ☐ | **Opening units** | NA |
| ✓ | **AO / Station dispatch area** | |
| ✓ | **Outbound dock** | |
| ✓ | **Outgoing Dispatch Area** | |
| ✓ | **Trailers in yard (Yard Check)** | |
| ✓ | **MTE Plant Staging Area** | |
| ✓ | **MTE trailers** | |
| ☐ | **Site MTESC** | NA |
| ✓ | **PARS Staging and Operations** | |
| ✓ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** | NA |
| ✓ | **BRM/Postage Due** | |

21

# Processing Operations Management Order

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

UNITED STATES POSTAL SERVICE™

10/31/20

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.

District: _Mid Atlantic_    Name: _Eric Dellat?_

Title: _Plant Manager_    Phone #: _603-601-5669_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ☑ | Incoming dock | |
| ☐ | BMEU & BMEU Plant Staging | N/A |
| ☐ | Opening units | N/A |
| ☑ | AO / Station dispatch area | |
| ☑ | Outbound dock | |
| ☑ | Outgoing Dispatch Area | |
| ☑ | Trailers in yard (Yard Check) | |
| ☑ | MTE Plant Staging Area | |
| ☑ | MTE trailers | |
| ☐ | Site MTESC | N/A |
| ☑ | PARS Staging and Operations | |
| ☑ | Rewrap Operations | |
| ☐ | CFS (if applicable) | N/A |
| ☑ | BRM/Postage Due | |

21

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

**UNITED STATES POSTAL SERVICE**

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _Mid Atlantic_  **Name:** _Eric Dillott_

**Title:** _Plant Manager_  **Phone #:** _6035817069_  _11/1/20_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ☑ | Incoming dock | |
| ☐ | BMEU & BMEU Plant Staging | NA |
| ☐ | Opening units | NA |
| ☑ | AO / Station dispatch area | |
| ☑ | Outbound dock | |
| ☑ | Outgoing Dispatch Area | |
| ☑ | Trailers in yard (Yard Check) | |
| ☑ | MTE Plant Staging Area | |
| ☑ | MTE trailers | |
| ☐ | Site MTESC | NA |
| ☑ | PARS Staging and Operations | |
| ☑ | Rewrap Operations | |
| ☐ | CFS (if applicable) | NA |
| ☑ | BRM/Postage Due | |

21

## PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

**UNITED STATES POSTAL SERVICE**

## Operational Clean Sweep Search Checklist- Political and Election Mail

11/2/20

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** Mid Atlantic   **Name:** Eric Idholf

**Title:** Plant Manager   **Phone #:** 605 661 7867

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | |
| ☐ | BMEU & BMEU Plant Staging | NA |
| ☐ | Opening units | NA |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | |
| ☐ | Site MTESC | NA |
| ✓ | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| ☐ | CFS (if applicable) | NA |
| ✓ | BRM/Postage Due | |

21

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

11/5/20

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. District: __Mid Atlantic__  Name: __Ciciollo R__

Title: __Plant Manager__  Phone #: __6036612069__

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | **Incoming dock** | |
| ☐ | **BMEU & BMEU Plant Staging** | NA |
| ☐ | **Opening units** | NA |
| ✓ | **AO / Station dispatch area** | |
| ✓ | **Outbound dock** | |
| ✓ | **Outgoing Dispatch Area** | Chesterfield Still awaiting Dispatch Rifled trays No Ballots found |
| ✓ | **Trailers in yard (Yard Check)** | |
| ✓ | **MTE Plant Staging Area** | |
| ✓ | **MTE trailers** | |
| ☐ | **Site MTESC** | NA |
| ✓ | **PARS Staging and Operations** | |
| ✓ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** | NA |
| ✓ | **BRM/Postage Due** | |

21

**PROCESSING OPERATIONS HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

*Purpose: To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator Information for Investigating possible missing or delayed Political and/or Election Mail.*  District: __Mid Carolina__   Name: __Charlotte PDC__

Title: __DCT-IPS__   Phone #: __704-393-4703__

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics, include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| X | Incoming dock | |
| X | BMEU & BMEU Plant Staging | |
| ☐ | Opening units | |
| X | AO / Station dispatch area | |
| X | Outbound dock | |
| X | Outgoing Dispatch Area | |
| X | Trailers in yard (Yard Check) | |
| X | MTE Plant Staging Area | |
| ☐ | MTE trailers | |
| ☐ | Site MTESC | |
| X | PARS Staging and Operations | |
| X | Rewrap Operations | |
| ☐ | CFS (if applicable) | |
| X | BRM/Postage Due | |

23