

# Political and Election Mail Audit Checklist

le P&DC/Auditor's NAME: Edith Sumler | Fayetteville Plant/Sumler
Date / Tour: 11/04/2020 TOUR 2

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Item | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | x | | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | x | | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | x | | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | x | | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | x | | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | x | | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | x | | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | x | | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | x | | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | x | | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | x | | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | x | | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | x | | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | x | | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | x | | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | x | | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | x | | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | x | | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | | | X |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | X | | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | X | | |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | X | | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | X | | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district P | | | X |
| 25 | COORD - Does the site have a local Political and Election mail plan? | | | |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the custo | | | |
| 27 | COORD - Does the Local Political and Election team ail meet regularly? | | | |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | | | |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | | | |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | | | |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

***** 3-5 ALL POLITICIAL MAIL IS TREATED AS FCM, ALL POLITICAL MAIL IS WORKED FIRST ONCE IDENTIFIED. ****

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Mid-Carolina   **Name:** R. Ivette Velez

**Title:** MDO   **Phone #:** 910 486-2347

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| [X] | Incoming dock | All Areas checked and found in compliance |
| [X] | BMEU & BMEU Plant Staging | |
| [X] | Opening units | |
| [X] | AO / Station dispatch area | |
| [X] | Outbound dock | |
| [X] | Outgoing Dispatch Area | |
| [X] | Trailers in yard (Yard Check) | |
| [X] | MTE Plant Staging Area | |
| [X] | MTE trailers | |
| [X] | Site MTESC | |
| [X] | PARS Staging and Operations | |
| [X] | Rewrap Operations | |
| [X] | CFS (if applicable) | |
| [X] | BRM/Postage Due | |

# Political and Election Mail Audit Checklist

  

P&DC/Auditor's NAME: Edith Sumler | Fayetteville Plant/Sumler
Date / Tour: 11/03/2020 TOUR 2

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

General Information / Communication: (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Item | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | x | | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | x | | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | x | | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | x | | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | x | | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | x | | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | x | | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | x | | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | x | | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | x | | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | x | | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | x | | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | x | | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | x | | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | x | | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | x | | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | x | | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | x | | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | | | X |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | X | | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | X | | |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | X | | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | X | | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district | | | X |
| 25 | COORD - Does the site have a local Political and Election mail plan? | | | |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the customer | | | |
| 27 | COORD - Does the Local Political and Election team ail meet regularly? | | | |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | | | |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | | | |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | | | |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

***** 3-5 ALL POLITICIAL MAIL IS TREATED AS FCM, ALL POLITICAL MAIL IS WORKED FIRST ONCE IDENTIFIED. ****

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. District: __Mid-Atlantic__ Name: __Edith Slumur__

Title: __Supv. Dist. Ops.__   Phone #: __(910) 486-2437__

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | |
| ✓ | BMEU & BMEU Plant Staging | |
| ✓ | Opening units | |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ☐ | Outgoing Dispatch Area | N/A |
| ✓ | Trailers in yard (Yard Check) | YARD CHECK (ALL) CLEAN |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | No BALLOTS FOUND. |
| ✓ | Site MTESC | |
| ✓ | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| ✓ | CFS (if applicable) | |
| ✓ | BRM/Postage Due | |

23

# Political and Election Mail Audit Checklist

  

le P&DC/Auditor's NAME: Edith Sumler | Fayetteville Plant/Sumler
Date / Tour: 11/02/2020 TOUR 2

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | Yes x | No | N/A |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | Yes x | No | N/A |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | Yes x | No | N/A |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | Yes x | No | N/A |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | Yes x | No | N/A |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | Yes x | No | N/A |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | Yes x | No | N/A |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | Yes x | No | N/A |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | Yes x | No | N/A |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | Yes x | No | N/A |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | Yes x | No | N/A |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | Yes x | No | N/A |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | Yes x | No | N/A |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | Yes x | No | N/A |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | Yes x | No | N/A |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | Yes x | No | N/A |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | Yes x | No | N/A |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | Yes x | No | N/A |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | Yes | No X | N/A |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | Yes X | No | N/A |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | Yes X | No | N/A |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | Yes X | No | N/A |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | Yes X | No | N/A |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district | Yes | No | N/A X |
| 25 | COORD - Does the site have a local Political and Election mail plan? | Yes | No | N/A |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the custo | Yes | No | N/A |
| 27 | COORD - Does the Local Political and Election team ail meet regularly? | Yes | No | N/A |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | Yes | No | N/A |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | Yes | No | N/A |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | Yes | No | N/A |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

***** 3-5 ALL POLITICAL MAIL IS TREATED AS FCM, ALL POLITICAL MAIL IS WORKED FIRST ONCE IDENTIFIED. ****




PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** MID-Atlantic  **Name:** Edith Slimer

**Title:** Supv. Dist. Opns.    **Phone #:** (910) 486-2437

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | |
| ✓ | BMEU & BMEU Plant Staging | |
| ✓ | Opening units | |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ☐ | Outgoing Dispatch Area | N/A |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | |
| ✓ | Site MTESC | |
| ✓ | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| ✓ | CFS (if applicable) | |
| ✓ | BRM/Postage Due | |

23

# Political and Election Mail Audit Checklist

  

**LDC/Auditor's NAME:** Edith Sumler  
**Fayetteville Plant/Sumler**  
**Date / Tour:** 11/01/2020 TOUR 2

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Item | Yes | | No | | N/A | |
|---|---|---|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | Yes | x | No | | N/A | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | Yes | x | No | | N/A | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | Yes | x | No | | N/A | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | Yes | x | No | | N/A | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | Yes | x | No | | N/A | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | Yes | x | No | | N/A | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | Yes | X | No | | N/A | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | Yes | x | No | | N/A | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | Yes | x | No | | N/A | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | Yes | x | No | | N/A | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | Yes | x | No | | N/A | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | Yes | x | No | | N/A | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | Yes | x | No | | N/A | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | Yes | x | No | | N/A | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | Yes | x | No | | N/A | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | Yes | x | No | | N/A | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | Yes | x | No | | N/A | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | Yes | x | No | | N/A | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | Yes | x | No | | N/A | |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | Yes | | No | X | N/A | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | Yes | x | No | | N/A | |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | Yes | x | No | | N/A | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | Yes | x | No | | N/A | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district | Yes | x | No | | N/A | |
| 25 | COORD - Does the site have a local Political and Election mail plan? | Yes | | No | | N/A | X |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the custo | Yes | | No | | N/A | |
| 27 | COORD - Does the Local Political and Election team all meet regularly? | Yes | | No | | N/A | |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | Yes | | No | | N/A | |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | Yes | | No | | N/A | |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | Yes | | No | | N/A | |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

***** 3-5 ALL POLITICIAL MAIL IS TREATED AS FCM, ALL POLITICAL MAIL IS WORKED FIRST ONCE IDENTIFIED. ****

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



FAY PLDC   SUN, 11-1-20   T2

## Operational Clean Sweep Search Checklist- Political and Election Mail

Purpose: To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. District: __MID-Atlantic__   Name: __Edith Sumler__

Title: __Supervisor, Dist Ops__   Phone #: __(910) 486-2347__

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✔ | Incoming dock | |
| ✔ | BMEU & BMEU Plant Staging | |
| ✔ | Opening units | |
| ☐ | AO / Station dispatch area | |
| ✔ | Outbound dock | |
| ☐ | Outgoing Dispatch Area | N/A |
| ✔ | Trailers in yard (Yard Check) | |
| ✔ | MTE Plant Staging Area | |
| ✔ | MTE trailers | |
| ✔ | Site MTESC | |
| ✔ | PARS Staging and Operations | |
| ✔ | Rewrap Operations | |
| ☐ | CFS (if applicable) | N/A |
| ✔ | BRM/Postage Due | |

23

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Political and Election Mail Audit Checklist

  

**Facility NAME/Auditor's NAME:** Plant T2 - Jones/Cain
10/31/20

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 41 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | X | | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | X | | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | X | | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | X | | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | X | | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | X | | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | X | | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | X | | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | X | | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | X | | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | X | | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | X | | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | X | | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | X | | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | X | | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | X | | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | X | | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | X | | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | | X | |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | X | | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | X | | |
| 22 | IPS - Did IPS audit the MCV counts and validate the counts and oldest dates on the floor? | X | | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | X | | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from AFCSs and communicating findings to the district | | | X |

22

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



FAY PDC

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Mid-Carolina  **Name:** E. Caine  SAT 10/31/20  T2

**Title:** 204B / Lead Clerk     **Phone #:** 910-486-2347

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | ALL AREAS CHECKED |
| ✓ | BMEU & BMEU Plant Staging | |
| ✓ | Opening units | |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | |
| ✓ | Site MTESC | |
| ✓ | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| ✓ | CFS (if applicable) | |
| ✓ | BRM/Postage Due | |

23



# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order

## Political and Election Mail Audit Checklist

  

Facility NAME/Auditor's NAME: plant-T2/Velez  10/30/2020

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 41 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | X | | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | X | | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | X | | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | X | | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | X | | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | X | | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | X | | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | X | | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | X | | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | X | | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | X | | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | X | | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | X | | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | X | | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | X | | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | X | | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | X | | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | X | | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | | | X |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | ✓ | | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | X | | |
| 22 | IPS - Did IPS audit the MCV counts and validate the counts and oldest dates on the floor? | X | | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | X | | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from AFCSs and communicating findings to the district | | | X |

22


**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

FRI, 10-30-20

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Mid-Carolina   **Name:** R. Ivette Velez

**Title:** MDO   **Phone #:** 910 486-2347

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| [X] | Incoming dock | All Areas checked |
| [X] | BMEU & BMEU Plant Staging | |
| [X] | Opening units | |
| [X] | AO / Station dispatch area | |
| [X] | Outbound dock | |
| [X] | Outgoing Dispatch Area | |
| [X] | Trailers in yard (Yard Check) | |
| [X] | MTE Plant Staging Area | |
| [X] | MTE trailers | |
| [X] | Site MTESC | |
| [X] | PARS Staging and Operations | |
| [X] | Rewrap Operations | |
| [X] | CFS (if applicable) | |
| [X] | BRM/Postage Due | |

23

# PROCESSING OPERATIONS
# HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Political and Election Mail Audit Checklist

  

Facility NAME/Auditor's NAME: **plant-T2/Velez**  
10/29/2020

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 41 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | X | | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | X | | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | X | | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | X | | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | X | | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | X | | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | X | | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | X | | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | X | | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | X | | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | X | | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | X | | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | X | | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | X | | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | X | | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | X | | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | X | | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | X | | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | | | X |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | X | | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | X | | |
| 22 | IPS - Did IPS audit the MCV counts and validate the counts and oldest dates on the floor? | X | | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | X | | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from AFCSs and communicating findings to the district | | | X |

22

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Mid-Carolina  **Name:** R. Ivette Velez

**Title:** MDO  **Phone #:** 910 486-2347

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| [X] | Incoming dock | All Areas checked |
| [X] | BMEU & BMEU Plant Staging | |
| [X] | Opening units | |
| [X] | AO / Station dispatch area | |
| [X] | Outbound dock | |
| [X] | Outgoing Dispatch Area | |
| [X] | Trailers in yard (Yard Check) | No Trailers |
| [X] | MTE Plant Staging Area | |
| [X] | MTE trailers | |
| [X] | Site MTESC | |
| [X] | PARS Staging and Operations | |
| [X] | Rewrap Operations | All Clear |
| [X] | CFS (if applicable) | |
| [X] | BRM/Postage Due | |

23

**PROCESSING OPERATIONS HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Political and Election Mail Audit Checklist

  

Facility NAME/Auditor's NAME: **plant-T2/Velez**  10/28/2020

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 41 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | X | | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | X | | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | X | | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | X | | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | X | | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | X | | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | X | | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | X | | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | X | | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | X | | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | X | | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | X | | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | X | | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | X | | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | X | | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | X | | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | X | | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | X | | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | | | X |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | X | | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | X | | |
| 22 | IPS - Did IPS audit the MCV counts and validate the counts and oldest dates on the floor? | X | | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | X | | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from AFCSs and communicating findings to the district | | | X |

22

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _Mid-Carolina_  **Name:** _R. Ivette Velez_

**Title:** _MDO_   **Phone #:** _910 486-2347_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| [X] | Incoming dock | All Areas checked |
| [X] | BMEU & BMEU Plant Staging | |
| [X] | Opening units | |
| [X] | AO / Station dispatch area | |
| [X] | Outbound dock | |
| [X] | Outgoing Dispatch Area | |
| [X] | Trailers in yard (Yard Check) | |
| [X] | MTE Plant Staging Area | |
| [X] | MTE trailers | ALL CLEAR |
| [X] | Site MTESC | |
| [X] | PARS Staging and Operations | |
| [X] | Rewrap Operations | |
| [X] | CFS (if applicable) | |
| [X] | BRM/Postage Due | |

23