# Political and Election Mail Audit Checklist




| | Facility NAME/Auditor's NAME: | Downing Road Annex | | |
|---|---|---|---|---|
| | Date / Tour: | 11/1/2020 Tour 3 | | |

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

**General Information / Communication: (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | Yes | No | N/A |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | Yes | No | N/A |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | Yes | No | x |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | Yes x | No | N/A |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | Yes x | No | N/A |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | Yes x | No | N/A |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | Yes x | No | N/A |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | Yes | No | N/A x |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | Yes | No x | N/A |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | Yes | No x | N/A |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | Yes | No x | N/A |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | Yes | No x | N/A |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | Yes x | No | N/A |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | Yes x | No | N/A |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | Yes x | No | N/A |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | Yes | No x | N/A |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | Yes | No x | N/A |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | Yes | No x | N/A |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | Yes | No | N/A |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | Yes | No | N/A x |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | Yes | No | N/A |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | Yes x | No | N/A |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | Yes x | No | N/A |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district P/ | Yes x | No | N/A |
| 25 | COORD - Does the site have a local Political and Election mail plan? | Yes | No | N/A |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the custom | Yes | No | N/A x |
| 27 | COORD - Does the Local Political and Election team all meet regularly? | Yes | No | N/A |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | Yes | No | N/A |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | Yes | No | N/A |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | Yes | No | N/A |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** MID ATLANTIC   **Name:** Paula S. Coutts

**Title:** SDO   **Phone #:** 910-223-3606

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | Political Mail in all Containers for processing |
| ☐ | BMEU & BMEU Plant Staging | N/A |
| ☐ | Opening units | Political Mail in all Containers for processing in AMS |
| ✓ | AO / Station dispatch area | Political Mail/Ballots in all dispatch Containers |
| ✓ | Outbound dock | Political Mail/Ballots in all dispatch Containers |
| ✓ | Outgoing Dispatch Area | Political Mail/Ballots in all dispatch Containers |
| ✓ | Trailers in yard (Yard Check) | No mail in trailers |
| ☐ | MTE Plant Staging Area | N/A |
| ✓ | MTE trailers | No mail in trailers |
| ☐ | Site MTESC | N/A |
| ✓ | PARS Staging and Operations | N/A |
| ✓ | Rewrap Operations | No Political Ballots found |
| ✓ | CFS (if applicable) | Political Mail in CFS Containers |
| ☐ | BRM/Postage Due | N/A |

23

# Political and Election Mail Audit Checklist





Facility NAME/Auditor's NAME: **Downing Road Annex**

Date / Tour: **10/31/2020 Tour 3**

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

General Information / Communication: **(TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)**

| # | Question | Yes | | No | N/A |
|---|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | Yes | | No | N/A |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | Yes | | No | N/A |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | Yes | x | No | N/A |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | Yes | x | No | N/A |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | Yes | x | No | N/A |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | Yes | x | No | N/A |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | Yes | | No | N/A |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | Yes | | No | x N/A |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | Yes | x | No | N/A |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | Yes | x | No | N/A |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | Yes | x | No | N/A |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | Yes | x | No | N/A |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | Yes | x | No | N/A |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | Yes | x | No | N/A |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | Yes | x | No | N/A |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | Yes | x | No | N/A |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | Yes | x | No | N/A |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | Yes | x | No | N/A |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | Yes | | No | x N/A |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | Yes | | No | N/A |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | Yes | | No | N/A |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | Yes | x | No | N/A |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | Yes | x | No | N/A |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district P/E | Yes | x | No | N/A |
| 25 | COORD - Does the site have a local Political and Election mail plan? | Yes | | No | N/A |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the custom | Yes | | No | x N/A |
| 27 | COORD - Does the Local Political and Election team all meet regularly? | Yes | | No | N/A |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | Yes | | No | N/A |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | Yes | | No | N/A |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | Yes | | No | N/A |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** MID-ATLANTIC  **Name:** Paula S. Counts

**Title:** SDO  **Phone #:** 910-223-3606

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | Political Ballots in Containers for processing |
| ☐ | BMEU & BMEU Plant Staging | N/A |
| ✓ | Opening units | Political Ballots in containers for APBS for processing |
| ✓ | AO / Station dispatch area | Political Ballots in all containers for despatch |
| ✓ | Outbound dock | Political Ballots in all containers for despatch |
| ✓ | Outgoing Dispatch Area | Political Ballots in all despatch containers |
| ✓ | Trailers in yard (Yard Check) | No political mail/Ballots found |
| ☐ | MTE Plant Staging Area | N/A |
| ✓ | MTE trailers | No political mail/Ballots found |
| ☐ | Site MTESC | N/A |
| ☐ | PARS Staging and Operations | N/A |
| ✓ | Rewrap Operations | No political mail/Ballots found |
| ✓ | CFS (if applicable) | Political mail found in containers w/incorrect addresses |
| ☐ | BRM/Postage Due | N/A |

23 ☆ Absentee Ballots found for customers in the Whiteville Elections board area. Charles Miller has been informed and he is going to pick up the flat tub in the morning 11/1/20.

# Political and Election Mail Audit Checklist




Facility NAME/Auditor's NAME: Downing Road Annex
Date / Tour: 10/30/2020 Tour 3

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

| # | General Information / Communication: (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW) | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | Yes | No | N/A |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | Yes | No x | N/A |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | Yes | No | N/A |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | Yes x | No | N/A |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | Yes x | No | N/A |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | Yes x | No | N/A |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | Yes x | No | N/A |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | Yes | No | N/A x |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | Yes x | No | N/A |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | Yes x | No | N/A |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | Yes x | No | N/A |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | Yes x | No | N/A |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | Yes x | No | N/A |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | Yes x | No | N/A |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | Yes x | No | N/A |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | Yes x | No | N/A |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | Yes x | No | N/A |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | Yes x | No | N/A |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | Yes | No x | N/A |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | Yes | No | N/A |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | Yes | No | N/A |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | Yes X | No | N/A |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | Yes XX | No | N/A |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district P/E | Yes | No | N/A |
| 25 | COORD - Does the site have a local Political and Election mail plan? | Yes | No | N/A X |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the customer | Yes | No | N/A |
| 27 | COORD - Does the Local Political and Election team aii meet regularly? | Yes | No | N/A |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | Yes | No | N/A |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | Yes | No | N/A |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | Yes | No | N/A |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** MID ATLANTIC     **Name:** Paula S. Coats

**Title:** SDO     **Phone #:** 910-223-3606

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | Political Campaign mail found ready for processing |
| ✓ | BMEU & BMEU Plant Staging | N/A |
| ✓ | Opening units | Political Campaign mail found ready for processing |
| ✓ | AO / Station dispatch area | Political/Ballots staged in all dispatch containers |
| ✓ | Outbound dock | Political/Ballots in all dispatch containers |
| ✓ | Outgoing Dispatch Area | Political/Ballots in all dispatch containers |
| ✓ | Trailers in yard (Yard Check) | No Political/Ballots in the trailer |
| ✓ | MTE Plant Staging Area | N/A |
| ✓ | MTE trailers | No political/Ballots in the trailers |
| ✓ | Site MTESC | N/A |
| ✓ | PARS Staging and Operations | N/A |
| ✓ | Rewrap Operations | No political/Ballots found |
| ✓ | CFS (if applicable) | Political Campaign mail found in containers |
| ✓ | BRM/Postage Due | N/A |

23

Case 1:20-cv-02405-EGS   Document 90-6   Filed 11/05/20   Page 7 of 8

# Political and Election Mail Audit Checklist




| Facility NAME/Auditor's NAME: | Downing Road Annex |
|---|---|
| Date / Tour: | 10/29/2020 Tour 3 |

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 30 below.

General Information / Communication: (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Question | Yes | | No | | N/A |
|---|---|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | Yes | | No | | N/A |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | Yes | | No | x | N/A |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | Yes | x | No | | N/A |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | Yes | x | No | | N/A |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | Yes | x | No | | N/A |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | Yes | x | No | | N/A |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | Yes | x | No | | N/A |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | Yes | | No | | N/A |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | Yes | | No | | N/A x |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | Yes | x | No | | N/A |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | Yes | x | No | | N/A |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | Yes | x | No | | N/A |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | Yes | x | No | | N/A |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed? | Yes | | No | | N/A |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? DELIVER THE MAIL/DO NOT RTS? | Yes | x | No | | N/A |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | Yes | x | No | | N/A |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | Yes | x | No | | N/A |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | Yes | x | No | | N/A |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | Yes | x | No | | N/A |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | Yes | | No | | N/A |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | Yes | | No | x | N/A |
| 22 | IPS - Did IPS audit the mail counts and validate the counts and oldest dates on the floor? | Yes | | No | | N/A |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | Yes | xx | No | | N/A |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from the AFCSs and communicating findings to the district P/E | Yes | x | No | | N/A |
| 25 | COORD - Does the site have a local Political and Election mail plan? | Yes | | No | | N/A |
| 26 | COORD - Does the local P/E mail plan include a contingency plan to get LAMM and delayed P/E mail delivered to the custom | Yes | | No | | N/A X |
| 27 | COORD - Does the Local Political and Election team all meet regularly? | Yes | | No | | N/A |
| 28 | COORD - Has the Local Political and Election team met with the local Election officials with final Outreach effort? | Yes | | No | | N/A |
| 29 | COORD - Area all issues being entered with detailed documentation in the HQ Issue Log? | Yes | | No | | N/A |
| 30 | COORD - Are the issues/problems from Electionmail.org being resolved within 24 hrs (where applicable)? | Yes | | No | | N/A |

For any "No" response in the Y/N items, provide the changes necessary to abate the issue below and when that action will be completed:

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** MID-ATLANTIC      **Name:** Paula S. Conats

**Title:** SDO      **Phone #:** 910-223-3606

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | Political Mail in working containers for operations |
| ☐ | BMEU & BMEU Plant Staging | N/A |
| ✓ | Opening units | Political Campaign mail in working containers for APBS. |
| ✓ | AO / Station dispatch area | Political Campaign/Ballots in all despatch containers |
| ✓ | Outbound dock | Political Ballots in all despatch containers |
| ✓ | Outgoing Dispatch Area | Political Ballots in all despatch containers |
| ✓ | Trailers in yard (Yard Check) | No mail found in the trailers |
| ☐ | MTE Plant Staging Area | N/A |
| ✓ | MTE trailers | No mail found in the trailers |
| ☐ | Site MTESC | N/A |
| ☐ | PARS Staging and Operations | N/A |
| ✓ | Rewrap Operations | No Political Ballots found |
| ✓ | CFS (if applicable) | No Political Ballots found |
| ☐ | BRM/Postage Due | N/A |

23