# PROCESSING OPERATIONS HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



## Political and Election Mail Audit Checklist

  

**Date:** 11/2/2020

**Facility NAME/Auditor's NAME:** DRANX TOUR 2 / NICHOLSON

Enter responses in spaces provided. Any Y/N question answered as "No" requires an entry in section 41 below.

**General Information / Communication:** (TO BE COMPLETED SEVERAL TIMES DURING THE PROCESSING WINDOW)

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | MGMT - Has the site certified that ALL Service Talks and POMOs were shared with ALL employees? | X | | |
| 2 | OPS - Was the daily all clear check completed and certified after each tour and end of day on the website? | X | | |
| 3 | OPS - Is there a designated Political and Election Mail Staging area? | X | | |
| 4 | OPS - Is the staging space clearly identified with proper lines and signs? | X | | |
| 5 | OPS - Does the plant have Political and Election mail properly staged in the designated staging area as applicable? | X | | |
| 6 | OPS - Was the Political and Election mail correctly reported on the appropriate MCRS Option line? | X | | |
| 7 | OPS - Is ALL Election mail being cancelled on the AFCSs, AFSMs or hand cancellation? | X | | |
| 8 | OPS - Has operations correctly documented their Political and Election Mail arrivals into the P/E log? | X | | |
| 9 | OPS - Are all P/E mail alerts being shared and documented in the log upon arrival? | X | | |
| 10 | OPS - Are all containers with P/E mail properly identified indicating that there is P/E mail in that container? | X | | |
| 11 | OPS - Have the POMOs and Service talks been posted on the workroom floor? | X | | |
| 12 | OPS - Are the employees knowledgeable about the POMOs and Service Talks for Political and Election Mail? | X | | |
| 13 | OPS - Are the BRM Political and Election Mail procedures being followed? | X | | |
| 14 | OPS - Are the POSTAGE DUE Election Mail procedures being followed - DELIVER THE MAIL/DO NOT RTS? | X | | |
| 15 | OPS - Do the employees know what to do with a container with a Tag 57 or 191? | X | | |
| 16 | OPS - Does the site know how to handle the Military/Overseas/Absentee ballots? | X | | |
| 17 | OPS - Have manual operations including Shortpaid, Damaged mail and PARS been swept for all P/E mail? | X | | |
| 18 | OPS - Have trailer yard checks being completed in each tour including trailers at the dock? | X | | |
| 19 | OPS/BMEU - Do the OPS and BMEU teams meet to compare and validate the Political and Election mail logs? | X | | |
| 20 | BMEU - Is the BMEU Political and Election mail logs up to date and current? | X | | |
| 21 | IPS - Is IV reviewed daily to assess Political and Election Mail Performance? | X | | |
| 22 | IPS - Did IPS audit the MCV counts and validate the counts and oldest dates on the floor? | X | | |
| 23 | IPS - Are mail conditions and All Clear certification being reviewed and discussed at the daily tour turnover meetings? | X | | |
| 24 | IPS - Is IPS reviewing Election Mail ballot envelopes that reject from AFCSs and communicating findings to the district | X | | |

NOTE: STRAPS NEED TO BE MORE SECURE ON MAIL, CAUSE BUNDLES TO COME APART.

22

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail     11/2/2020

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** MID-ATLANTIC   **Name:** SANDRA NICHOLSON

**Title:** SDO   **Phone #:** 910 223-3646

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| [X] | Incoming dock | ALL AREAS ARE CKECKED |
| [X] | BMEU & BMEU Plant Staging | |
| [X] | Opening units | |
| [X] | AO / Station dispatch area | POLITICAL MAIL FOR DISPATCH |
| [X] | Outbound dock | |
| [X] | Outgoing Dispatch Area | |
| [X] | Trailers in yard (Yard Check) | NO MAIL IN TRAILER |
| [X] | MTE Plant Staging Area | APC'S IN TRAILER ON SHORT DOCK |
| [X] | MTE trailers | |
| [X] | Site MTESC | |
| [X] | PARS Staging and Operations | MAIL IN AREA |
| [X] | Rewrap Operations | MAIL IN AREA/DISPOSE OF |
| [X] | CFS (if applicable) | |
| [X] | BRM/Postage Due | |

23