# Operational Clean Sweep Search Checklist – Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within the facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator. Information is for investigating possible missing or delayed Political and/or Election mail.

10-28-2020    District: PHILA METRO

| Office: | PHILA P&DC |
|---|---|
| Auditor: | CATHY NEWBERRY / SAADIYAH PERKINS |
| Title: | OSS |
| Phone: | 215-749-4113 |

| Check Box Once task is completed | Section/Operation: Defines the work area to be searched. | Comments: Specifics: Include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming Dock | |
| ✓ | BMEU and BMEU Plant Staging | |
| ✓ | Opening Units | |
| ✓ | AO/Station dispatch area | |
| ✓ | Outbound Dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE Trailers | |
| N/A | Site MTES | |
| N/A | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| N/A | CFS (if applicable) | |

# Operational Clean Sweep Search Checklist – Political and Election Mail

Purpose: To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within the facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator. Information is for investigating possible missing or delayed Political and/or Election mail.

10-29-2020            District: PHILA METRO

| | |
|---|---|
| Office: | PHILA P&DC |
| Auditor: | CATHY NEWBERRY / SAADIYAH PERKINS |
| Title: | OSS |
| Phone: | 215-749-4113 |

| Check Box Once task is completed | Section/Operation: Defines the work area to be searched. | Comments: Specifics: Include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ☑ | Incoming Dock | |
| ☑ | BMEU and BMEU Plant Staging | |
| ☑ | Opening Units | |
| ☑ | AO/Station dispatch area | |
| ☑ | Outbound Dock | |
| ☑ | Outgoing Dispatch Area | |
| ☑ | Trailers in yard (Yard Check) | |
| ☑ | MTE Plant Staging Area | |
| ☑ | MTE Trailers | |
| ☐ | Site MTES | |
| ☐ N/A | PARS Staging and Operations | |
| ☑ | Rewrap Operations | |
| ☐ N/A | CFS (if applicable) | |

# Operational Clean Sweep Search Checklist – Political and Election Mail

Purpose: To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within the facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator. Information is for investigating possible missing or delayed Political and/or Election mail.

10-30-2020            District: PHILA METRO

| Office: | PHILA PDC |
|---|---|
| Auditor: | CATHY NEWBERRY / SAADIYAH PERKINS |
| Title: | OSS |
| Phone: | 215-749-4113 |

| Check Box Once task is completed | Section/Operation: Defines the work area to be searched. | Comments: Specifics: Include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming Dock | |
| ✓ | BMEU and BMEU Plant Staging | |
| ✓ | Opening Units | |
| ✓ | AO/Station dispatch area | |
| ✓ | Outbound Dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE Trailers | |
| N/A | Site MTES | |
| N/A | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| N/A | CFS (if applicable) | |

# Operational Clean Sweep Search Checklist – Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within the facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator. Information is for investigating possible missing or delayed Political and/or Election mail.

11-1-2020          District: PHILA METRO

| | |
|---|---|
| Office: | PHILA P&DC |
| Auditor: | CATHY NEWBERRY / COREY LEWIS |
| Title: | OSS |
| Phone: | 215-749-4113 |

| Check Box Once task is completed | Section/Operation: Defines the work area to be searched. | Comments: Specifics: Include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ☑ | **Incoming Dock** | |
| ☑ | **BMEU and BMEU Plant Staging** | |
| ☑ | **Opening Units** | |
| ☑ | **AO/Station dispatch area** | |
| ☑ | **Outbound Dock** | |
| ☑ | **Outgoing Dispatch Area** | |
| ☑ | **Trailers in yard (Yard Check)** | |
| ☑ | **MTE Plant Staging Area** | |
| ☑ | **MTE Trailers** | |
| ☑ N/A | **Site MTES** | |
| ☐ N/A | **PARS Staging and Operations** | |
| ☑ | **Rewrap Operations** | |
| ☐ N/A | **CFS (if applicable)** | |

# Operational Clean Sweep Search Checklist – Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within the facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator. Information is for investigating possible missing or delayed Political and/or Election mail.

11-2-2020  **District:** PHILA METRO

| Office: | PHILA PDC |
|---|---|
| Auditor: | CATHY NEWBERRY / KRISTEN DANTZLER |
| Title: | OSS |
| Phone: | 215-749-4113 |

| Check Box Once task is completed | Section/Operation: Defines the work area to be searched. | Comments: Specifics: Include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ☑ | Incoming Dock | |
| ☑ | BMEU and BMEU Plant Staging | |
| ☑ | Opening Units | |
| ☑ | AO/Station dispatch area | |
| ☑ | Outbound Dock | |
| ☑ | Outgoing Dispatch Area | |
| ☑ | Trailers in yard (Yard Check) | |
| ☑ | MTE Plant Staging Area | |
| ☑ | MTE Trailers | |
| (CN) ☑ N/A | Site MTES | |
| ☐ N/A | PARS Staging and Operations | |
| ☑ | Rewrap Operations | |
| ☐ N/A | CFS (if applicable) | |

# Operational Clean Sweep Search Checklist – Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within the facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator. Information is for investigating possible missing or delayed Political and/or Election mail.

11-3-2020       District: PHILA METRO

| | |
|---|---|
| Office: | PHILA P&DC |
| Auditor: | CATHY NEWBERRY / SAADIYAH PERKINS |
| Title: | OSS |
| Phone: | 215-749-4113 |

| Check Box Once task is completed | Section/Operation: Defines the work area to be searched. | Comments: Specifics: Include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | **Incoming Dock** | |
| ✓ | **BMEU and BMEU Plant Staging** | |
| ✓ | **Opening Units** | |
| ✓ | **AO/Station dispatch area** | |
| ✓ | **Outbound Dock** | |
| ✓ | **Outgoing Dispatch Area** | |
| ✓ | **Trailers in yard (Yard Check)** | |
| ✓ | **MTE Plant Staging Area** | |
| ☐ | **MTE Trailers** | |
| ☐ | **Site MTES** | |
| ☐ N/A | **PARS Staging and Operations** | |
| ✓ | **Rewrap Operations** | |
| ☐ N/A | **CFS (if applicable)** | |

# Operational Clean Sweep Search Checklist – Political and Election Mail

Purpose: To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within the facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator. Information is for investigating possible missing or delayed Political and/or Election mail.

11-4-2020          District: PHILA METRO

| Field | Value |
|---|---|
| Office: | PHILA P&DC |
| Auditor: | SANDIYAH PERKINS / CATHY NEWBERRY |
| Title: | OSS |
| Phone: | 215-749-4113 |

| Check Box Once task is completed | Section/Operation: Defines the work area to be searched. | Comments: Specifics: Include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming Dock | |
| ✓ | BMEU and BMEU Plant Staging | |
| ✓ | Opening Units | |
| ✓ | AO/Station dispatch area | |
| ✓ | Outbound Dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE Trailers | |
| N/A | Site MTES | |
| N/A | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| N/A | CFS (if applicable) | |

# View Facility Certificates

≡ FC *Facility Certification* — The spot to manage facility certifications.   *Enterprise Analytics*

Search for a facility by finance number or location and view the current certificate list.

**Start Date:** 2020-10-28
**End Date:** 2020-11-04

[ Certify Mode ]

### Step #1 – Select Facility Type:
- ○ Delivery/Retail
- ● Processing Operations
- ○ Other Facility Types
- ☐ COVID-19 Cleaning Sites

### Step #2 – Search by Finance No., FDB, or ZIP Code:
4179650000    [ Go ]

### Step #3 – Drill Down to Facility:
**Region:** EASTERN
**Division:** CHESAPEAKE
**ZIP Code:** 19176
**Plant:** Philadelphia

**Certificates:** All Certificates

**Status:** All     Show 7 entries

| # | Status | Region | Division | ZIP Code | Plant Name | Due Date | Frequency | Certificate Name |
|---|---|---|---|---|---|---|---|---|
| 8 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-10-31 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 9 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-10-30 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 10 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-10-29 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 11 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-10-28 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |

Showing 8 to 11 of 11 entries

© 2020 USPS Enterprise Analytics

# View Facility Certificates

Search for a facility by finance number or location and view the current certificate list.

**Start Date:** 2020-10-28

**End Date:** 2020-11-04

Step #2 – Search by Finance No., FDB, or ZIP Code:

4179650000

- Other Facility Types
- COVID-19 Cleaning Sites

**Division:** CHESAPEAKE
**ZIP Code:** 19176
**Plant:** Philadelphia

**Certificates:** All Certificates

**Status:** All     Show 7 entries

| | Status | Region | Division | ZIP Code | Plant Name | Due Date | Frequency | Certificate Name |
|---|---|---|---|---|---|---|---|---|
| 1 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-04 | DAILY | Late Arriving Political or Official Election Mail Certification |
| 2 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-04 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 3 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-03 | ONCE | Election Mail Ballot Delivery Certification (Please respond by 10am local time, Tuesday 11/3) |
| 4 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-03 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 5 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-02 | ONCE | Election Mail Ballot Delivery Certification (Please respond by 10am local time, Monday 11/2) |
| 6 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-02 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 7 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-01 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |

Showing 1 to 7 of 11 entries

© 2020 USPS Enterprise Analytics

Case 1:20-cv-02405-EGS   Document 90-12   Filed 11/05/20   Page 10 of 10

# View Facility Certificates

*Facility Certification — The spot to manage facility certifications.*

*Enterprise Analytics*

Search for a facility by finance number or location and view the current certificate list.

**Start Date:** 2020-10-28

**End Date:** 2020-11-04

- Processing Operations
- Other Facility Types
- COVID-19 Cleaning Sites

**Step #2 – Search by Finance No., FDB, or ZIP Code:**

4179650000

Go

**Plant:** Philadelphia  **ZIP Code:** 19176  **Division:** CHESAPEAKE

**Certificates:** All Certificates

**Status:** All   Show 7 entries

| | Status | Region | Division | ZIP Code | Plant Name | Due Date | Frequency | Certificate Name |
|---|---|---|---|---|---|---|---|---|
| 1 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-04 | DAILY | Late Arriving Political or Official Election Mail Certification |
| 2 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-04 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 3 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-03 | ONCE | Election Mail Ballot Delivery Certification (Please respond by 10am local time, Tuesday 11/3) |
| 4 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-03 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 5 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-02 | ONCE | Election Mail Ballot Delivery Certification (Please respond by 10am local time, Monday 11/2) |
| 6 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-02 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |
| 7 | Certified | EASTERN | CHESAPEAKE | MPOO P | Philadelphia | 2020-11-01 | DAILY | Plant All Clear Political/Election/Yard Mail Certification |

Showing 1 to 7 of 11 entries

© 2020 USPS Enterprise Analytics