

**PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



UNITED STATES
POSTAL SERVICE®

10/27/20 Tues.

## Operational Clean Sweep Search Checklist- Political and Election Mail

*Purpose:* To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _Central PA_   **Name:** _Jane DiCola_

**Title:** _Clerk – In Plant_   **Phone #:** _717-396-6963_

| Check box when checked | Section/Operation:<br><br>Defines the work area to be searched. | Comments:<br><br>Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ☒ | *Incoming dock* | |
| ☒ | *BMEU & BMEU Plant Staging* | |
| ☒ | *Opening units* APBS #1 + SPSS staging area | |
| ☒ | *AO / Station dispatch area* | |
| ☒ | *Outbound dock* | |
| ☒ | *Outgoing Dispatch Area* | |
| ☒ | *Trailers in yard (Yard Check)* ~~N/A~~ | *4 trailers of standard bundles could potentially contain political mail* |
| ☐ | *MTE Plant Staging Area* N/A | |
| ☐ | *MTE trailers* N/A | |
| ☐ | *Site MTESC* N/A | |
| ☒ | *PARS Staging and Operations* | continuous IB PARS mail from HBG; PARS return to sender/forward mail could potentially contain political/election mail |
| ☒ | *Rewrap Operations* | |
| ☐ | *CFS (if applicable)* N/A | |
| ☒ | *BRM/Postage Due* | |

23 ☒  Manual flats

☒  mini-breakdown

☒  APBS #2



**PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

10/28/20   Wednesday

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _Central PA District_ **Name:** _Jane DiCola_

**Title:** _Clerk- In Plant_   **Phone #:** _717-396-6963_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ☒ | **Incoming dock** | |
| ☒ | **BMEU & BMEU Plant Staging** | |
| ☒ | **Opening units** APBS #1 & SPSS staging area | |
| ☒ | **AO / Station dispatch area** | |
| ☒ | **Outbound dock** | |
| ☒ | **Outgoing Dispatch Area** | |
| ☒ | **Trailers in yard (Yard Check)** | 3 trailers of standard bundles could potentially contain political mail |
| ☐ | **MTE Plant Staging Area** N/A | |
| ☐ | **MTE trailers** N/A | |
| ☐ | **Site MTESC** N/A | |
| ☒ | **PARS Staging and Operations** | continuous IB PARS mail from Hbg., PARS RTS/Forward mail could potentially contain political/election mail |
| ☒ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** N/A | |
| ☒ | **BRM/Postage Due** | |

23  ☒   Manual flats

☒   mini- breakdown

☒   APBS #2



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

UNITED STATES
POSTAL SERVICE ®

*10/29/20 Thurs.*

## Operational Clean Sweep Search Checklist- Political and Election Mail

***Purpose:*** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** ___*Central PA*___   **Name:** *Jane DiCola*

**Title:** *Clerk In Plant*       **Phone #:** _*717-396-6963*_

| Check box when checked | Section/Operation: <br> *Defines the work area to be searched.* | Comments: <br> *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** *APBS #1 & SPSS staging area* | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☐ | ***Trailers in yard (Yard Check)*** *N/A* | |
| ☐ | ***MTE Plant Staging Area*** *N/A* | |
| ☐ | ***MTE trailers*** *N/A* | |
| ☐ | ***Site MTESC*** *N/A* | |
| ☒ | ***PARS Staging and Operations*** | *Continuous IB PARS mail from HPG~PARS RTS/Forward mail could potentially contain political/election mail* |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** *N/A* | |
| ☒ | ***BRM/Postage Due*** | |

23 ☒   *Manual flats*
   ☒   *mini-breakdown*
   ☒   *APBS #2*



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

UNITED STATES
POSTAL SERVICE ®

10/30/20   Friday

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** ___Central PA___ **Name:** Jane DiCola

**Title:** Clerk - In Plant     **Phone #:** 717-396-6963

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | **Incoming dock** | |
| ☒ | **BMEU & BMEU Plant Staging** | |
| ☒ | **Opening units** APBS # 1 + SPSS staging area | |
| ☒ | **AO / Station dispatch area** | |
| ☒ | **Outbound dock** | |
| ☒ | **Outgoing Dispatch Area** | |
| ☐ | **Trailers in yard (Yard Check)** N/A | |
| ☐ | **MTE Plant Staging Area** N/A | |
| ☐ | **MTE trailers** N/A | |
| ☐ | **Site MTESC** N/A | |
| ☒ | **PARS Staging and Operations** | continuous JB PARS mail from Hbg - RTS/Forward mail could potentially contain political/election mail |
| ☒ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** N/A | |
| ☒ | **BRM/Postage Due** | |

23   ☒   Manual flats
     ☒   mini-breakdown
     ☒   APBS #2



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



UNITED STATES
POSTAL SERVICE ®

10/31/20

## Operational Clean Sweep Search Checklist- Political and Election Mail

*Purpose:* To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Central PA          **Name:**

**Title:** GSI          **Phone #:** 717 256-6871

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | *Incoming dock* | |
| ☑ | *BMEU & BMEU Plant Staging* | |
| ☑ | *Opening units* | |
| ☑ | *AO / Station dispatch area* | |
| ☑ | *Outbound dock* | |
| ☑ | *Outgoing Dispatch Area* | |
| ☐ | *Trailers in yard (Yard Check)*    N/A | |
| ☐ | *MTE Plant Staging Area*    N/A | |
| ☐ | *MTE trailers*    N/A | |
| ☐ | *Site MTESC*    N/A | |
| ☑ | *PARS Staging and Operations* | |
| ☑ | *Rewrap Operations* | |
| ☑ | *CFS (if applicable)*    N/A | |
| ☑ | *BRM/Postage Due*    N/A | |

23  ☑  Manual flats
    ☑  mini- breakdown
    ☑  APBS #2



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

*11/1/20 Sunday*

## Operational Clean Sweep Search Checklist- Political and Election Mail

***Purpose:*** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** _____Central PA_____ **Name:** *Nathan Himenkamp*

**Title:** *Operations Support Specialist (A)* **Phone #:** _717-396-2028_

| Check box when checked | Section/Operation: <br><br> *Defines the work area to be searched.* | Comments: <br><br> *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☐ | ***Trailers in yard (Yard Check)***   *N/A* | |
| ☐ | ***MTE Plant Staging Area***   *N/A* | |
| ☐ | ***MTE trailers***   *N/A* | |
| ☐ | ***Site MTESC***   *N/A* | |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)***   *N/A* | |
| ☐ | ***BRM/Postage Due***   *N/A* | |

23 ☒   *Manual flats*
☒   *mini-breakdown*
☒   *APBS #2*



**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

UNITED STATES
POSTAL SERVICE®

11-02-20 @ 11:45 a.m.

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _Central PA_    **Name:** _Jane DiCola_

**Title:** _Clerk- In Plant_    **Phone #:** _717-396-6963_

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | **Incoming dock** | |
| ☑ | **BMEU & BMEU Plant Staging** | |
| ☑ | **Opening units** APBS #1 + SPSS staging areas | |
| ☑ | **AO / Station dispatch area** | |
| ☑ | **Outbound dock** | |
| ☑ | **Outgoing Dispatch Area** | |
| ☑ | **Trailers in yard (Yard Check)** | |
| ☐ | **MTE Plant Staging Area** N/A | |
| ☐ | **MTE trailers** N/A | |
| ☐ | **Site MTESC** N/A | |
| ☑ | **PARS Staging and Operations** | still checking -the prepper PARS |
| ☑ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** N/A | |
| ☑ | **BRM/Postage Due** | All Ballots dispatched at 1100 on 11/2/20 |
| 23 ☑ | Manual flats (checked through all the flat tubs - dispatched the political mail to the 175 AOs) | |
| ☑ | mini-breakdown | |
| ☑ | APBS #2 | |




**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

*11-3-20 Tuesday*

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** *Central PA*   **Name:** *Jane DiCola*

**Title:** *Clerk   In Plant Support*   **Phone #:** *717-396-6963*

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | **Incoming dock** | 1- York Ballot - matt Delivered<br>1- PHL Ballot - Patch/catch to PHLNDC |
| ☒ | **BMEU & BMEU Plant Staging** | 1 - Norristown Ballot - sent via Express thru Hbg.<br>1 - Pottsville Ballot - sent via Express sack |
| ☒ | **Opening units** APBS#1 + SPSS Staging areas | |
| ☒ | **AO / Station dispatch area** | |
| ☒ | **Outbound dock** | |
| ☒ | **Outgoing Dispatch Area** | |
| ☒ | **Trailers in yard (Yard Check)** | Reading truck contained Ballots |
| ☐ | **MTE Plant Staging Area** N/A | |
| ☐ | **MTE trailers** N/A | |
| ☐ | **Site MTESC** N/A | |
| ☒ | **PARS Staging and Operations** | |
| ☒ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** N/A | |
| ☒ | **BRM/Postage Due** | |

23 ☒   *Manual flats* — 2 tubs of misc. political mail for 179/195/196 (missent flats) found after searching through 2-3 APCs for ballots

☒   *mini- breakdown*   Dispatched to appropriate offices

☒   *APBS #2*   (0) no ballots found in manual flats

| | PROCESSING OPERATIONS HEADQUARTERS UNITED STATES POSTAL SERVICE **Processing Operations Management Order** |  UNITED STATES POSTAL SERVICE® |
|---|---|---|

11/4/20   Wed.

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _Central PA_   **Name:** _Jane DiCola_

**Title:** _Clerk - In Plant_   **Phone #:** _717-396-6963_

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | **Incoming dock** | 4-York Ballots - missent to Lanc from HBG. All were hand del. by CWeisel 0830 |
| ☒ | **BMEU & BMEU Plant Staging** | |
| ☐ | **Opening units** APBS #1 + SPSS staging area | |
| ☐ | **AO / Station dispatch area** | |
| ☐ | **Outbound dock** | |
| ☐ | **Outgoing Dispatch Area** | |
| ☐ | **Trailers in yard (Yard Check)** N/A | |
| ☐ | **MTE Plant Staging Area** N/A | |
| ☐ | **MTE trailers** N/A | |
| ☐ | **Site MTESC** N/A | |
| ☐ | **PARS Staging and Operations** | |
| ☐ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** N/A | |
| ☐ | **BRM/Postage Due** | |

23   ☒   Manual flats → found 16 pcs. of political mail at manual flat case
      ☐   mini-breakdown
      ☐   APBS #2