PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** _CPA / LHV / PFDC_ **Name:** _KELSO_

**Title:** _OSS_ **Phone #:** _610 882-3281_

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | |
| ✓ | BMEU & BMEU Plant Staging | |
| ✓ | Opening units | 41 pellets/trs, 23 pellets bundles, 7 boxes, 3 boxes, sacks, 1 pellet, 2 pellets, sacks, NOT CLEAN |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | |
| ☐ | Site MTESC | N/A |
| ☐ | PARS Staging and Operations | N/A |
| ✓ | Rewrap Operations | |
| ☐ | CFS (if applicable) | N/A |
| ✓ | BRM/Postage Due | |

23