PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

11/4

## Operational Clean Sweep Search Checklist- Political and Election Mail

***Purpose:*** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* ***District:*** CPA **Name:** Angie Watts

***Title:*** OSS ***Phone #:*** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☒ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

11/3

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wertz

**Title:** OSS ***Phone #:*** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

11/2

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wirtz

**Title:** OSS *Phone #:* 717-2572203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☒ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |



PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

11/1

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Weltz

**Title:** OSS **Phone #:** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☒ | ***MTE trailers*** | Too many to unload |
| ☒ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☒ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

10/31

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Peter DeAngelo

**Title:** OSS ***Phone #:*** 717-257-4889

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** ✓ | got w/ transportation ~~too many with 3/~~ on MTE |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

10|30

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wertz

***Title:*** OSS ***Phone #:*** 717-257-2003

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

10/29

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** ANGIE WERTZ

***Title:*** OSS ***Phone #:*** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☒ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

10/28

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** ANGIE WERTZ

*Title:* OSS *Phone #:* 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

10/27

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wertz

**Title:** OSS **Phone #:** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☒ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

10/26

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wentz

***Title:*** OSS ***Phone #:*** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | ***Incoming dock*** | |
| ☑ | ***BMEU & BMEU Plant Staging*** | |
| ☑ | ***Opening units*** | |
| ☑ | ***AO / Station dispatch area*** | |
| ☑ | ***Outbound dock*** | |
| ☑ | ***Outgoing Dispatch Area*** | |
| ☑ | ***Trailers in yard (Yard Check)*** | |
| ☑ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☑ | ***PARS Staging and Operations*** | |
| ☑ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☑ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

10/25

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Chase Kosling

**Title:** DCT **Phone #:** 717-257-2124

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | ***Incoming dock*** | |
| ☑ | ***BMEU & BMEU Plant Staging*** | |
| ☑ | ***Opening units*** | |
| ☑ | ***AO / Station dispatch area*** | |
| ☑ | ***Outbound dock*** | |
| ☑ | ***Outgoing Dispatch Area*** | |
| ☑ | ***Trailers in yard (Yard Check)*** | |
| ☑ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | |
| ☐ | ***Site MTESC*** | |
| ☑ | ***PARS Staging and Operations*** | |
| ☑ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | |
| ☑ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

10/24

***Purpose:*** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Chase Kirsling

***Title:*** DCT ***Phone #:*** 717-257-1214

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | ***Incoming dock*** | |
| ☑ | ***BMEU & BMEU Plant Staging*** | |
| ☑ | ***Opening units*** | |
| ☑ | ***AO / Station dispatch area*** | |
| ☑ | ***Outbound dock*** | |
| ☑ | ***Outgoing Dispatch Area*** | |
| ☑ | ***Trailers in yard (Yard Check)*** | |
| ☑ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | |
| ☐ | ***Site MTESC*** | N/A |
| ☑ | ***PARS Staging and Operations*** | |
| ☑ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☑ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

10/23

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wertz

***Title:*** OSS ***Phone #:*** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

10/22

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** ______________________ **Name:** ______________________

**Title:** ______________________ **Phone #:** ______________________

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | ***Incoming dock*** | |
| ☑ | ***BMEU & BMEU Plant Staging*** | |
| ☑ | ***Opening units*** | |
| ☑ | ***AO / Station dispatch area*** | |
| ☑ | ***Outbound dock*** | |
| ☑ | ***Outgoing Dispatch Area*** | |
| ☑ | ***Trailers in yard (Yard Check)*** | |
| ☑ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | |
| ☐ | ***Site MTESC*** | N/A |
| ☑ | ***PARS Staging and Operations*** | |
| ☑ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☑ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

UNITED STATES
POSTAL SERVICE

10/21

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** ____________ **Name:** Don Fullerton

**Title:** OSS **Phone #:** (717) 257-2210

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | ***Incoming dock*** | |
| ☑ | ***BMEU & BMEU Plant Staging*** | |
| ☑ | ***Opening units*** ATU on 2ND Floor - | 24 skis by Staging Area next clerk #1 |
| ☐ | ~~AO / Station dispatch area~~ - | |
| ☑ | ***Outbound dock*** | |
| ☑ | ***Outgoing Dispatch Area*** | |
| ☐ | ***Trailers in yard (Yard Check)*** | |
| ☑ | ***MTE Plant Staging Area*** | |
| ☑ | ***MTE trailers*** | |
| ☐ | ~~Site MTESC~~ Hot walk off - | three skids |
| ☑ | ***PARS Staging and Operations*** | |
| ☑ | ***Rewrap Operations*** | |
| ☑ | ~~CFS (if applicable)~~ Side Two of Apps - | Several bundles - will be transported to Lancaster for processing. |
| ☑ | ***BRM/Postage Due*** | Political Staging Area |

1-Inbound Primary

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wertz 10/21

**Title:** OSS *Phone #:* 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☒ | ***MTE trailers*** | Too many to unload |
| ☐ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wertz 10/20

**Title:** OSS *Phone #:* 717-257-2263

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | ***Incoming dock*** | |
| ☑ | ***BMEU & BMEU Plant Staging*** | |
| ☑ | ***Opening units*** | |
| ☑ | ***AO / Station dispatch area*** | |
| ☑ | ***Outbound dock*** | |
| ☑ | ***Outgoing Dispatch Area*** | |
| ☑ | ***Trailers in yard (Yard Check)*** | No trailers in yard according to T1 MDO |
| ☑ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | |
| ☐ | ***Site MTESC*** | N/A |
| ☑ | ***PARS Staging and Operations*** | |
| ☑ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☑ | ***BRM/Postage Due*** | |

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** CPA **Name:** Angie Wertz 10/19

**Title:** OSS **Phone #:** 717-257-2203

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☒ | ***Incoming dock*** | |
| ☒ | ***BMEU & BMEU Plant Staging*** | |
| ☒ | ***Opening units*** | |
| ☒ | ***AO / Station dispatch area*** | |
| ☒ | ***Outbound dock*** | |
| ☒ | ***Outgoing Dispatch Area*** | |
| ☒ | ***Trailers in yard (Yard Check)*** | |
| ☒ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | |
| ☒ | ***Site MTESC*** | N/A |
| ☒ | ***PARS Staging and Operations*** | |
| ☒ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | N/A |
| ☒ | ***BRM/Postage Due*** | |