| Area Name | District Name | Site Name |
|---|---|---|
| CAPITAL METRO | ATLANTA | ATLANTA GA P&DC |
| CAPITAL METRO | ATLANTA | NORTH METRO GA P&DC |
| CAPITAL METRO | ATLANTA | PEACHTREE GA P&DC |
| CAPITAL METRO | BALTIMORE | BALTIMORE MD IMF |
| CAPITAL METRO | BALTIMORE | BALTIMORE MD P&DC |
| CAPITAL METRO | BALTIMORE | EASTERN SHORE MD P&DF |
| CAPITAL METRO | CAPITAL | CURSEEN/MORRIS P&DC |
| CAPITAL METRO | CAPITAL | GOVERNMENT MAILS D.C. |
| CAPITAL METRO | CAPITAL | SOUTHERN MD P&DC |
| CAPITAL METRO | CAPITAL | SUBURBAN MD P&DC |
| CAPITAL METRO | GREATER S CAROLINA | CHARLESTON SC P&DF |
| CAPITAL METRO | GREATER S CAROLINA | COLUMBIA SC P&DC |
| CAPITAL METRO | GREATER S CAROLINA | GREENVILLE SC P&DC |
| CAPITAL METRO | GREENSBORO | GREENSBORO NC P&DC |
| CAPITAL METRO | GREENSBORO | RALEIGH NC P&DC |
| CAPITAL METRO | GREENSBORO | ROCKY MOUNT NC P&DF |
| CAPITAL METRO | MID-CAROLINAS | CHARLOTTE NC P&DC |
| CAPITAL METRO | MID-CAROLINAS | FAYETTEVILLE NC ANNEX |
| CAPITAL METRO | MID-CAROLINAS | FAYETTEVILLE NC P&DC |
| CAPITAL METRO | MID-CAROLINAS | MID-CAROLINA NC P&DC |
| CAPITAL METRO | NORTHERN VIRGINIA | DULLES VA P&DC |
| CAPITAL METRO | NORTHERN VIRGINIA | MERRIFIELD VA P&DC |
| CAPITAL METRO | RICHMOND | NORFOLK VA P&DC |
| CAPITAL METRO | RICHMOND | RICHMOND VA P&DC_1 |
| EASTERN | APPALACHIAN | CHARLESTON WV P&DC |
| EASTERN | APPALACHIAN | ROANOKE VA P&DC |
| EASTERN | CENTRAL PENNSYLVANIA | HARRISBURG PA P&DC |
| EASTERN | CENTRAL PENNSYLVANIA | LANCASTER PA P&DC |
| EASTERN | CENTRAL PENNSYLVANIA | LEHIGH VALLEY PA P&DF |
| EASTERN | CENTRAL PENNSYLVANIA | SCRANTON PA P&DF |
| EASTERN | EASTERN AREACLUS | PHILADELPHIA PA NDC |
| EASTERN | KENTUCKIANA | EVANSVILLE IN MPA |
| EASTERN | KENTUCKIANA | EVANSVILLE IN P&DF |
| EASTERN | KENTUCKIANA | LEXINGTON KY P&DC |
| EASTERN | KENTUCKIANA | LOUISVILLE ANNEX |
| EASTERN | KENTUCKIANA | LOUISVILLE KY P&DC |
| EASTERN | KENTUCKIANA | PADUCAH KY P&DF |
| EASTERN | NORTHERN OHIO | AKRON OH P&DC |
| EASTERN | NORTHERN OHIO | CLEVELAND OH FSS ANNEX |
| EASTERN | NORTHERN OHIO | CLEVELAND OH P&DC |
| EASTERN | NORTHERN OHIO | TOLEDO OH P&DC |
| EASTERN | NORTHERN OHIO | YOUNGSTOWN OH P&DF |
| EASTERN | OHIO VALLEY | CINCINNATI OH P&DC |
| EASTERN | OHIO VALLEY | COLUMBUS OH FSS ANNEX |
| EASTERN | OHIO VALLEY | COLUMBUS OH P&DC |
| EASTERN | OHIO VALLEY | DAYTON OH P&DC |
| EASTERN | PHILADELPHIA | PHILADELPHIA PA P&DC |
| EASTERN | SOUTH JERSEY | DELAWARE DE P&DC |
| EASTERN | SOUTH JERSEY | SOUTH JERSEY P&DC |
| EASTERN | SOUTH JERSEY | TRENTON NJ P&DC |
| EASTERN | TENNESSEE | CHATTANOOGA TN P&DC |

| | | |
|---|---|---|
| EASTERN | TENNESSEE | JOHNSON CITY TN P&DF |
| EASTERN | TENNESSEE | KNOXVILLE TN P&DC |
| EASTERN | TENNESSEE | MEMPHIS TN P&DC |
| EASTERN | TENNESSEE | MUSIC CITY ANNEX |
| EASTERN | TENNESSEE | NASHVILLE TN P&DC |
| EASTERN | WESTERN NEW YORK | BUFFALO NY P&DC |
| EASTERN | WESTERN NEW YORK | NORTHWEST ROCHESTER NY P&DC |
| EASTERN | WESTERN NEW YORK | ROCHESTER NY P&DC |
| EASTERN | WESTERN PENNSYLVANIA | ALTOONA PA P&DF |
| EASTERN | WESTERN PENNSYLVANIA | ERIE PA P&DC |
| EASTERN | WESTERN PENNSYLVANIA | JOHNSTOWN PA P&DF |
| EASTERN | WESTERN PENNSYLVANIA | PENNWOOD PLACE PA P&DC |
| EASTERN | WESTERN PENNSYLVANIA | PITTSBURGH PA P&DC |
| GREAT LAKES | CENTRAL ILLINOIS | CAROL STREAM IL P&DC |
| GREAT LAKES | CENTRAL ILLINOIS | FOX VALLEY IL P&DC |
| GREAT LAKES | CENTRAL ILLINOIS | PEORIA IL P&DF |
| GREAT LAKES | CENTRAL ILLINOIS | SOUTH SUBURBAN IL P&DC |
| GREAT LAKES | CHICAGO | CARDISS COLLINS IL P&DC |
| GREAT LAKES | CHICAGO | CHICAGO IL INTL SVC CTR |
| GREAT LAKES | DETROIT | DETROIT MI P&DC |
| GREAT LAKES | DETROIT | MICHIGAN METROPLEX P&DC |
| GREAT LAKES | GATEWAY | CHAMPAIGN IL P&DF |
| GREAT LAKES | GATEWAY | MID MISSOURI MO P&DF |
| GREAT LAKES | GATEWAY | SAINT LOUIS MO P&DC |
| GREAT LAKES | GATEWAY | SPRINGFIELD IL P&DC |
| GREAT LAKES | GREATER INDIANA | FORT WAYNE IN P&DC |
| GREAT LAKES | GREATER INDIANA | GARY IN P&DC |
| GREAT LAKES | GREATER INDIANA | INDIANAPOLIS IN MPA |
| GREAT LAKES | GREATER INDIANA | INDIANAPOLIS IN P&DC |
| GREAT LAKES | GREATER INDIANA | MUNCIE IN P&DF |
| GREAT LAKES | GREATER INDIANA | SOUTH BEND IN P&DF |
| GREAT LAKES | GREATER MICHIGAN | GRAND RAPIDS MI ANNEX |
| GREAT LAKES | GREATER MICHIGAN | GRAND RAPIDS MI P&DC |
| GREAT LAKES | GREATER MICHIGAN | IRON MOUNTAIN MI P&DF |
| GREAT LAKES | GREATER MICHIGAN | LANSING MI P&DC |
| GREAT LAKES | GREATER MICHIGAN | TRAVERSE CITY MI P&DF |
| GREAT LAKES | LAKELAND | GREEN BAY WI P&DC |
| GREAT LAKES | LAKELAND | MADISON WI P&DC |
| GREAT LAKES | LAKELAND | MILWAUKEE WI P&DC |
| GREAT LAKES | LAKELAND | PALATINE IL P&DC |
| GREAT LAKES | LAKELAND | WAUSAU WI P&DF |
| NORTHEAST | ALBANY | ALBANY NY P&DC |
| NORTHEAST | ALBANY | SYRACUSE NY P&DC |
| NORTHEAST | CARIBBEAN | SAN JUAN PR P&DC |
| NORTHEAST | CONNECTICUT VALLEY | HARTFORD CT P&DC |
| NORTHEAST | CONNECTICUT VALLEY | SOUTHERN CT P&DC |
| NORTHEAST | CONNECTICUT VALLEY | SPRINGFIELD MA NDC |
| NORTHEAST | GREATER BOSTON | BOSTON MA P&DC |
| NORTHEAST | GREATER BOSTON | BROCKTON MA P&DC |
| NORTHEAST | GREATER BOSTON | CENTRAL MASSACHUSETTS P&DC |
| NORTHEAST | GREATER BOSTON | MIDDLESEX-ESSEX MA P&DC |
| NORTHEAST | GREATER BOSTON | PROVIDENCE RI P&DC |

| | | |
|---|---|---|
| NORTHEAST | LONG ISLAND | MID ISLAND NY P&DC |
| NORTHEAST | LONG ISLAND | WESTERN NASSAU NY P&DC |
| NORTHEAST | NEW YORK CITY | MORGAN NY P&DC |
| NORTHEAST | NORTHEAST AREACLUS | NEW JERSEY NJ IMF |
| NORTHEAST | NORTHEAST AREACLUS | NY ISC-JFK |
| NORTHEAST | NORTHERN NEW ENGLAND | BURLINGTON VT P&DF |
| NORTHEAST | NORTHERN NEW ENGLAND | EASTERN MAINE ME P&DF |
| NORTHEAST | NORTHERN NEW ENGLAND | MANCHESTER NH |
| NORTHEAST | NORTHERN NEW ENGLAND | SOUTHERN MAINE P&DC |
| NORTHEAST | NORTHERN NEW ENGLAND | WHITE RIVER JUNCTION VT P&DC |
| NORTHEAST | NORTHERN NEW JERSEY | DVD NJ P&DC |
| NORTHEAST | NORTHERN NEW JERSEY | NORTHERN NJ METRO P&DC |
| NORTHEAST | TRIBORO | BROOKLYN NY P&DC |
| NORTHEAST | WESTCHESTER | MID HUDSON NY P&DC |
| NORTHEAST | WESTCHESTER | WESTCHESTER NY P&DC |
| PACIFIC | BAY-VALLEY | OAKLAND CA P&DC |
| PACIFIC | BAY-VALLEY | SAN JOSE CA P&DC |
| PACIFIC | HONOLULU | BARRIGADA GU |
| PACIFIC | HONOLULU | HONOLULU HI P&DC |
| PACIFIC | LOS ANGELES | LOS ANGELES CA ISC |
| PACIFIC | LOS ANGELES | LOS ANGELES CA P&DC |
| PACIFIC | SACRAMENTO | FRESNO CA P&DC |
| PACIFIC | SACRAMENTO | REDDING CA MPF |
| PACIFIC | SACRAMENTO | SACRAMENTO CA P&DC |
| PACIFIC | SAN DIEGO | ML SELLERS CA P&DC |
| PACIFIC | SAN DIEGO | MORENO VALLEY CA DDC |
| PACIFIC | SAN DIEGO | SAN BERNARDINO CA P&DC |
| PACIFIC | SAN FRANCISCO | EUREKA CA |
| PACIFIC | SAN FRANCISCO | NORTH BAY CA P&DC |
| PACIFIC | SAN FRANCISCO | SAN FRANCISCO CA P&DC |
| PACIFIC | SANTA ANA | ANAHEIM CA P&DF |
| PACIFIC | SANTA ANA | NORTH GRAND DDC |
| PACIFIC | SANTA ANA | SANTA ANA CA P&DC |
| PACIFIC | SIERRA COASTAL | BAKERSFIELD CA P&DC |
| PACIFIC | SIERRA COASTAL | PASADENA MPA |
| PACIFIC | SIERRA COASTAL | SANTA BARBARA CA P&DC |
| PACIFIC | SIERRA COASTAL | SANTA CLARITA CA P&DC |
| PACIFIC | SIERRA COASTAL | VAN NUYS CA FSS ANNEX |
| SOUTHERN | ALABAMA | BIRMINGHAM AL ANNEX |
| SOUTHERN | ALABAMA | BIRMINGHAM AL P&DC |
| SOUTHERN | ALABAMA | HUNTSVILLE AL P&DF |
| SOUTHERN | ALABAMA | MOBILE AL P&DC |
| SOUTHERN | ALABAMA | MONTGOMERY AL P&DC |
| SOUTHERN | ARKANSAS | FAYETTEVILLE AR P&DF |
| SOUTHERN | ARKANSAS | LITTLE ROCK AR P&DC |
| SOUTHERN | DALLAS | DALLAS TX P&DC |
| SOUTHERN | DALLAS | NORTH TEXAS TX P&DC |
| SOUTHERN | FORT WORTH | ABILENE TX P&DF |
| SOUTHERN | FORT WORTH | AMARILLO TX P&DF |
| SOUTHERN | FORT WORTH | FORT WORTH TX P&DC |
| SOUTHERN | FORT WORTH | LUBBOCK TX P&DF |
| SOUTHERN | GULF ATLANTIC | AUGUSTA GA P&DF |

| | | |
|---|---|---|
| SOUTHERN | GULF ATLANTIC | GAINESVILLE FL P&DF |
| SOUTHERN | GULF ATLANTIC | JACKSONVILLE FL P&DC |
| SOUTHERN | GULF ATLANTIC | MACON GA P&DC |
| SOUTHERN | GULF ATLANTIC | MACON SOUTH ANNEX GA |
| SOUTHERN | GULF ATLANTIC | PENSACOLA FL P&DC |
| SOUTHERN | GULF ATLANTIC | TALLAHASSEE FL P&DF |
| SOUTHERN | HOUSTON | BEAUMONT TX P&DF |
| SOUTHERN | HOUSTON | NORTH HOUSTON TX P&DC |
| SOUTHERN | LOUISIANA | BATON ROUGE LA P&DC |
| SOUTHERN | LOUISIANA | LAFAYETTE LA P&DF |
| SOUTHERN | LOUISIANA | NEW ORLEANS LA P&DC |
| SOUTHERN | LOUISIANA | SHREVEPORT LA P&DC |
| SOUTHERN | MISSISSIPPI | GRENADA MS CSF |
| SOUTHERN | MISSISSIPPI | GULFPORT MS P&DC |
| SOUTHERN | MISSISSIPPI | HATTIESBURG MS PO |
| SOUTHERN | MISSISSIPPI | JACKSON MS P&DC |
| SOUTHERN | OKLAHOMA | OKLAHOMA CITY OK P&DC |
| SOUTHERN | OKLAHOMA | TULSA OK P&DC |
| SOUTHERN | RIO GRANDE | AUSTIN TX P&DC |
| SOUTHERN | RIO GRANDE | CORPUS CHRISTI TX P&DC |
| SOUTHERN | RIO GRANDE | EL PASO TX P&DC |
| SOUTHERN | RIO GRANDE | MCALLEN TX PO |
| SOUTHERN | RIO GRANDE | MIDLAND TX P&DF |
| SOUTHERN | RIO GRANDE | SAN ANTONIO TX P&DC |
| SOUTHERN | SOUTH FLORIDA | MIAMI FL P&DC |
| SOUTHERN | SOUTH FLORIDA | ROYAL PALM FL P&DC |
| SOUTHERN | SOUTH FLORIDA | WEST PALM BEACH FL P&DC |
| SOUTHERN | SUNCOAST | FORT MYERS FL P&DC |
| SOUTHERN | SUNCOAST | MANASOTA FL P&DC |
| SOUTHERN | SUNCOAST | MID-FLORIDA P&DC |
| SOUTHERN | SUNCOAST | ORLANDO FL P&DC |
| SOUTHERN | SUNCOAST | SEMINOLE FL P&DC |
| SOUTHERN | SUNCOAST | TAMPA FL P&DC |
| WESTERN | ALASKA | ANCHORAGE AK P&DC |
| WESTERN | ALASKA | JUNEAU AK PO |
| WESTERN | ARIZONA | ALBUQUERQUE NM P&DC |
| WESTERN | ARIZONA | PHOENIX AZ P&DC |
| WESTERN | ARIZONA | TUCSON AZ P&DC |
| WESTERN | ARIZONA | WEST VALLEY AZ P&DC |
| WESTERN | CENTRAL PLAINS | GRAND ISLAND NE P&DF |
| WESTERN | CENTRAL PLAINS | LINCOLN NE P&DF |
| WESTERN | CENTRAL PLAINS | NORFOLK NE P&DF |
| WESTERN | CENTRAL PLAINS | NORTH PLATTE NE |
| WESTERN | CENTRAL PLAINS | OMAHA NE P&DC |
| WESTERN | CENTRAL PLAINS | WICHITA KS P&DC |
| WESTERN | COLO./WYOMING | CASPER WY PO |
| WESTERN | COLO./WYOMING | CHEYENNE WY P&DC |
| WESTERN | COLO./WYOMING | COLORADO SPRINGS CO P&DC |
| WESTERN | COLO./WYOMING | DENVER CO P&DC |
| WESTERN | COLO./WYOMING | GRAND JUNCTION CO |
| WESTERN | COLO./WYOMING | ROCK SPRINGS WY |
| WESTERN | DAKOTAS | BILLINGS MT P&DC |

| | | |
|---|---|---|
| WESTERN | DAKOTAS | BISMARCK ND |
| WESTERN | DAKOTAS | DAKOTA CENTRAL SD P&DC |
| WESTERN | DAKOTAS | FARGO ND ASF |
| WESTERN | DAKOTAS | FARGO ND P&DC |
| WESTERN | DAKOTAS | GRAND FORKS ND |
| WESTERN | DAKOTAS | GREAT FALLS MT |
| WESTERN | DAKOTAS | MINOT ND P&DF |
| WESTERN | DAKOTAS | MISSOULA MT |
| WESTERN | DAKOTAS | RAPID CITY SD P&DF |
| WESTERN | DAKOTAS | SIOUX FALLS SD |
| WESTERN | HAWKEYE | CEDAR RAPIDS IA P&DC |
| WESTERN | HAWKEYE | DES MOINES IA P&DC |
| WESTERN | HAWKEYE | QUAD CITIES IL P&DF |
| WESTERN | HAWKEYE | WATERLOO PLANT IA |
| WESTERN | MID-AMERICA | CAPE GIRARDEAU MO P&DF |
| WESTERN | MID-AMERICA | KANSAS CITY MO P&DC |
| WESTERN | MID-AMERICA | SPRINGFIELD MO |
| WESTERN | NEVADA-SIERRA | LAS VEGAS NV P&DC |
| WESTERN | NEVADA-SIERRA | RENO NV P&DC |
| WESTERN | NORTHLAND | BEMIDJI MN |
| WESTERN | NORTHLAND | DULUTH MN P&DF |
| WESTERN | NORTHLAND | EAU CLAIRE WI P&DF |
| WESTERN | NORTHLAND | MANKATO MN P&DF |
| WESTERN | NORTHLAND | MINNEAPOLIS MN P&DC |
| WESTERN | NORTHLAND | SAINT CLOUD MN |
| WESTERN | NORTHLAND | SAINT PAUL MN P&DC - NEW |
| WESTERN | PORTLAND | BEND OR P&DF |
| WESTERN | PORTLAND | EUGENE OR P&DF |
| WESTERN | PORTLAND | MEDFORD OR |
| WESTERN | PORTLAND | PORTLAND OR P&DC |
| WESTERN | SALT LAKE CITY | BOISE ID |
| WESTERN | SALT LAKE CITY | POCATELLO ID |
| WESTERN | SALT LAKE CITY | PROVO UT |
| WESTERN | SALT LAKE CITY | SALT LAKE CITY UT ASF |
| WESTERN | SALT LAKE CITY | SALT LAKE CITY UT P&DC |
| WESTERN | SEATTLE | SEATTLE WA DDC-EAST |
| WESTERN | SEATTLE | SEATTLE WA P&DC |
| WESTERN | SEATTLE | SOUTH WA DDC |
| WESTERN | SEATTLE | SPOKANE WA P&DC |
| WESTERN | SEATTLE | TACOMA WA P&DC |
| WESTERN | SEATTLE | WENATCHEE WA |
| WESTERN | SEATTLE | YAKIMA WA MPO |