IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2405 (EGS) |

## NOTICE PURSUANT TO THE PARTIES' JOINT PROPOSED ORDER

Pursuant to paragraph 3 of the parties' joint proposed order (ECF No. 91), Defendants provide the attached details of arrangements adopted pursuant to paragraph 2 of the parties' joint proposed order. *See* Exhibit 1.

Dated: November 5, 2020

                                       Respectfully submitted,

                                       JEFFREY BOSSERT CLARK
                                       Acting Assistant Attorney General

                                       ERIC R. WOMACK
                                       Assistant Director, Federal Programs Branch

                                       <u>/s/ John Robinson</u>
                                       JOSEPH E. BORSON
                                       KUNTAL CHOLERA
                                       ALEXIS ECHOLS
                                       DENA M. ROTH
                                       JOHN ROBINSON (D.C. Bar No. 1044072)
                                       Trial Attorneys
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L. Street, NW
                                       Washington D.C. 20005
                                       (202) 616-8489
                                       john.j.robinson@usdoj.gov

                                       *Attorneys for Defendants*