**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**Vote Forward, *et al.*,**

Plaintiffs,

**v.**

Case No. 20-cv-2405

**Louis DeJoy, *et al.*,**

Defendants

## DEFENDANTS' CORRECTED SUMMARY OF INFORMATION LEARNED FROM PLANT MANAGERS ON NOVEMBER 5, 2020

Pursuant to the Court's November 5, 2020, Order, Defendants provide the following corrected summary of information learned from plant managers on November 5, 2020 for the following USPS districts: Greensboro, Mid-Carolinas, Central Pennsylvania, Western Pennsylvania, and Philadelphia Metropolitan. Additionally, attached hereto as Exhibit 1 is a corrected report showing the total number of ballots identified on November 5, 2020 through daily sweeps of processing facilities in states with extended ballot deadlines.

| Plant | 1st Sweep of Ballots | 2nd Sweep of Ballots | Steps Taken to Deliver to Local BOE by 5:00 PM |
|---|---|---|---|
| Pittsburgh PDC | 160 | 137 | Customer Service picked up ballots from plant and hand delivered to BOE. |
| Erie PDC | 0 | 0 | No ballots found. |
| Johnstown PDC | 17 | 6 | Hand delivery to each respective BOE Post Office. |
| Altoona PDC | 2 | 0 | Dispatched to Delivery Unit who took to BOE. |
| Pennwood Place | 0 | 0 | No ballots found. |
| Raleigh P&DC | 0 | 27 | Customer Service picked up ballots from the Plant and delivered to the BOEs. |
| Rocky Mount P&DF | 12 | 70 | Customer Service picked up the ballots from the Plant and delivered to the BOEs. |

| | | | |
|---|---|---|---|
| Greensboro P&DC | 48 | 29 | Customer Service picked up the ballots from the Plant and delivered to the BOEs. |
| Philadelphia P&DC | 288 | 120 | Hand delivery to each respective BOE Post Office. |
| Harrisburg | 17 | 28 | Morning delivered from the plant via Express Mail run to Post Office who, in turn, hand delivered to BOE. Afternoon hand delivered District Employees. |
| Lehigh Valley | 206 | 60 | First sweep sent ballots from plant via Express Mail run, and all were delivered timely by respective Post Office. On the second sweep we delivered all ballots to the respective BOE Delivery Units via Postal Employees. |
| Scranton | 1 | 4 | Hand delivered to the BOE by each local Postmaster. |
| Fayetteville P&DC | 1 | 37 | Plant runners hand delivered ballots to the BOEs. |
| Fayetteville DRANX | 0 | 4 | Plant runners hand delivered ballots to the BOEs. |
| Mid C P&DC | 0 | 1 | Plant delivered to the hub and from there Customer Service hand delivered to the BOEs. |
| Charlotte P&DC | 261 | 50 | Plant delivered to the hub and from there Customer Service hand delivered to the BOEs. |
| Greenville P&DC | 0 | 0 | No ballots found. |

Dated: November 7, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

/s/ John Robinson
JOSEPH BORSON
KUNTAL V. CHOLERA
ALEXIS ECHOLS
DENA ROTH
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*