| DIVISION | Facility Name | 1st Sweep Count | 2nd Sweep Count |
|---|---|---|---|
| NEW ENGLAND | Albany NY P&DC | 1 | 48 |
| NEW ENGLAND | Syracuse NY P&DC | 10 | 135 |
| NEW ENGLAND | Hartford CT P&DC | 3 | 10 |
| NEW ENGLAND | Boston MA P&DC | 7 | 28 |
| NEW ENGLAND | Brockton MA P&DC | 3 | 40 |
| NEW ENGLAND | Middlesex-Essex MA P&DC | 13 | 29 |
| NEW ENGLAND | Central MA P&DC | 0 | 2 |
| NEW ENGLAND | Providence RI P&DC | 106 | 15 |
| NEW ENGLAND | Mid-Hudson NY P&DC | 172 | 18 |
| NEW ENGLAND | Westchester NY P&DC | 70 | 193 |
| NEW ENGLAND | Buffalo NY P&DC | 66 | 69 |
| NEW ENGLAND | Northwest Rochester NY P&DC | 0 | 0 |
| NEW ENGLAND | Rochester NY P&DC | 171 | 0 |
| NEW YORK METRO | Bethpage NY P&DC | 0 | 0 |
| NEW YORK METRO | Mid Island NY P&DC | 138 | 67 |
| NEW YORK METRO | Western Nassau NY P&DC | 112 | 36 |
| NEW YORK METRO | Morgan NY P&DC | 298 | 134 |
| NEW YORK METRO | Northern NJ Metro P&DC | 305 | 46 |
| NEW YORK METRO | Greater Newark NJ P&DC | 52 | 2 |
| NEW YORK METRO | DVD NJ P&DC | 18 | 75 |
| NEW YORK METRO | Brooklyn NY P&DC | 173 | 99 |
| NEW YORK METRO | Queens NY P&DC | 0 | 2 |
| CHESAPEAKE | Baltimore MD P&DC | 7 | 4 |
| CHESAPEAKE | Baltimore MD INC MAIL P&DC | 21 | 22 |
| CHESAPEAKE | Eastern Shore MD P&DC | 2 | 11 |
| CHESAPEAKE | Curseen/Morris DC P&DC | 4 | 0 |
| CHESAPEAKE | Southern MD P&DC | 1 | 3 |
| CHESAPEAKE | Suburban MD P&DC | 25 | 66 |
| CHESAPEAKE | Harrisburg PA P&DC | 17 | 28 |
| CHESAPEAKE | Lancaster PA P&DC | 1 | 0 |
| CHESAPEAKE | Lehigh Valley PA P&DC | 206 | 60 |
| CHESAPEAKE | Scranton PA P&DC | 1 | 4 |
| CHESAPEAKE | Dulles VA P&DC | 24 | 36 |
| CHESAPEAKE | Northern VA P&DC (Merrifield) | 245 | 7 |
| CHESAPEAKE | Philadelphia PA P&DC | 288 | 120 |
| CHESAPEAKE | Delaware DE P&DC | 0 | 2 |
| CHESAPEAKE | South Jersey P&DC | 0 | 0 |

| | | | |
|---|---|---|---|
| CHESAPEAKE | Trenton NJ P&DC | 0 | 0 |
| LAKESHORES | Akron OH Annex | 0 | 2 |
| LAKESHORES | Cleveland OH P&DC | 163 | 37 |
| LAKESHORES | Toledo OH P&DC | 0 | 18 |
| LAKESHORES | Youngstown OH P&DF | 0 | 0 |
| LAKESHORES | Cincinnati OH P&DC | 24 | 10 |
| LAKESHORES | Cincinnati OH NDC | 6 | 0 |
| LAKESHORES | Columbus OH P&DC | 183 | 106 |
| LAKESHORES | Dayton OH P&DC | 6 | 21 |
| LAKESHORES | Altoona PA P&DC | 2 | 0 |
| LAKESHORES | Erie PA P&DC | 0 | 0 |
| LAKESHORES | Johnstown PA P&DC-INSHD | 17 | 6 |
| LAKESHORES | Pennwood Place PA P&DC | 0 | 0 |
| LAKESHORES | Pittsburgh PA P&DC | 160 | 137 |
| MID-ATLANTIC | Roanoke VA P&DC | 34 | 0 |
| MID-ATLANTIC | Charleston WV P&DC | 38 | 8 |
| MID-ATLANTIC | Greenville SC P&DC | 0 | 0 |
| MID-ATLANTIC | Greensboro NC P&DC | 48 | 29 |
| MID-ATLANTIC | Raleigh NC P&DC | 0 | 27 |
| MID-ATLANTIC | Rocky Mount NC P&DF | 12 | 70 |
| MID-ATLANTIC | Evansville IN P&DC | 0 | 0 |
| MID-ATLANTIC | Lexington KY P&DC | 35 | 0 |
| MID-ATLANTIC | Louisville KY P&DC | 75 | 24 |
| MID-ATLANTIC | Paducah KY P&DF | 3 | 0 |
| MID-ATLANTIC | Charlotte NC P&DC | 261 | 50 |
| MID-ATLANTIC | Mid-Carolina NC P&DC | 0 | 1 |
| MID-ATLANTIC | Fayetteville NC P&DC | 1 | 37 |
| MID-ATLANTIC | Fayetteville NC Annex | 0 | 4 |
| MID-ATLANTIC | Norfolk VA P&DC | 117 | 192 |
| MID-ATLANTIC | Richmond VA P&DC | 56 | 72 |
| WESTSHORE | Carol Stream IL P&DC | 138 | 25 |
| WESTSHORE | Chicago ISC | 2 | 119 |
| WESTSHORE | South Suburban IL P&DC | 0 | 6 |
| WESTSHORE | Fox Valley IL P&DC | 0 | 0 |
| WESTSHORE | Peoria IL P&DC | 0 | 15 |
| WESTSHORE | Chicago IL P&DC | 0 | 0 |
| WESTSHORE | Palatine IL P&DC | 67 | 18 |
| MID-SOUTH | Champaign IL P&DC | 9 | 5 |
| MID-SOUTH | Springfield IL P&DC | 0 | 1 |
| MID-SOUTH | Columbia MO P&DC | 0 | 0 |
| MID-SOUTH | Saint Louis MO P&DC | 61 | 14 |
| MID-SOUTH | Quad Cities IL P&DF | 0 | 0 |
| MID-SOUTH | Cedar Rapids IA P&DC | 4 | 0 |
| MID-SOUTH | Des Moines IA P&DC | 7 | 0 |
| MID-SOUTH | Waterloo IA P&DF | 1 | 0 |
| MID-SOUTH | Cape Girardeau MO P&DF | 0 | 0 |

| | | | |
|---|---|---|---|
| MID-SOUTH | Kansas City MO P&DC | 9 | 59 |
| MID-SOUTH | Springfield MO P&DC | 0 | 0 |
| MID-SOUTH | Gulfport MS P&DF | 0 | 2 |
| MID-SOUTH | Jackson MS P&DC | 3 | 2 |
| MIDWEST | Wichita KS P&DC | 19 | 6 |
| MIDWEST | North Platte NE MPF | 3 | 0 |
| MIDWEST | Omaha NE P&DC | 0 | 0 |
| MIDWEST | Bismarck ND P&DF | 2 | 1 |
| MIDWEST | FARGO ASF | 0 | 1 |
| MIDWEST | Fargo ND P&DF | 0 | 2 |
| MIDWEST | Grand Forks ND MPF | 0 | 5 |
| MIDWEST | Las Vegas NV P&DC | 17 | 1 |
| MIDWEST | Reno NV P&DC | 0 | 12 |
| MIDWEST | Duluth MN P&DC | 5 | 5 |
| MIDWEST | Mankato MN P&DC | 0 | 0 |
| MIDWEST | Minneapolis MN P&DC | 58 | 19 |
| MIDWEST | Saint Cloud MN P&DC | 19 | 9 |
| MIDWEST | Saint Paul MN P&DC | 41 | 48 |
| MIDWEST | Provo UT P&DC | 161 | 2 |
| MIDWEST | Salt Lake City UT P&DC | 62 | 22 |
| MIDWEST | Twin Cities CA FSS Annex | 16 | 0 |
| PACIFIC NORTHWEST | Oakland CA P&DC | 0 | 0 |
| PACIFIC NORTHWEST | San Jose CA P&DC | 106 | 7 |
| PACIFIC NORTHWEST | Fresno CA P&DC | 51 | 10 |
| PACIFIC NORTHWEST | Sacramento CA P&DC | 0 | 0 |
| PACIFIC NORTHWEST | North Bay CA P&DC | 0 | 0 |
| PACIFIC NORTHWEST | San Francisco CA P&DC | 0 | 0 |
| SOUTHERN CALIFORNIA | Los Angeles CA P&DC | 54 | 386 |
| SOUTHERN CALIFORNIA | Moreno Valley CA P&DC | 1360 | 129 |
| SOUTHERN CALIFORNIA | San Bernardino CA P&DC | 661 | 89 |
| SOUTHERN CALIFORNIA | Margaret Sellers CA P&DC | 1 | 149 |
| SOUTHERN CALIFORNIA | Industry CA P&DC | 14 | 0 |
| SOUTHERN CALIFORNIA | Anaheim CA P&DF | 8 | 0 |
| SOUTHERN CALIFORNIA | Santa Ana CA P&DC | 412 | 67 |
| SOUTHERN CALIFORNIA | Los Angeles ISC | 472 | 0 |
| SOUTHERN CALIFORNIA | Bakersfield CA P&DC | 399 | 59 |
| SOUTHERN CALIFORNIA | Los Angeles NDC | 0 | 0 |
| SOUTHERN CALIFORNIA | Santa Barbara CA P&DC | 148 | 168 |
| SOUTHERN CALIFORNIA | Santa Clarita CA P&DC | 1 | 2 |