UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Vote Forward,** *et al.*,

Plaintiffs,

v.

**Louis DeJoy,** *et al.*,

Defendants

Case No. 20-cv-2405

### DEFENDANTS' SUMMARY OF INFORMATION LEARNED FROM PLANT MANAGERS ON NOVEMBER 6, 2020

Pursuant to the Court's November 5, 2020, Order, Defendants provide the following summary of information learned from plant managers on November 6, 2020 for the following USPS districts: Greensboro, Mid-Carolinas, Central Pennsylvania, Western Pennsylvania, and Philadelphia Metropolitan. Additionally, attached as Exhibits 1 and 2 are reports showing the total number of ballots identified on November 6, 2020 through daily sweeps of processing facilities in states with extended ballot deadlines.

| Plant | 1st Sweep of Ballots | 2nd Sweep of Ballots | Steps Taken to Deliver to Local BOE by 5:00 PM |
|---|---|---|---|
| Pittsburgh PDC | 27 | 39 | AM delivered by Express / PM delivered by postal transportation (customer service) / Allegheny County scheduled pick up at 1630 |
| Erie PDC | 0 | 0 | All ballots delivered thru normal dispatch |
| Johnstown PDC | 14 | 2 | 12 total ballots 1 for Blair, 3 for Huntingdon, 7 for Centre all taken by a runner departing Johnstown at 13:30. 1 For Indiana taken by a runner at 13:45 |
| Altoona PDC | 4 | 0 | Morning transportation to the office |
| Pennwood Place | 0 | 0 | NA |
| Raleigh P&DC | 97 | 11 | Express - AM ballots. |

|  |  |  | Ballots handed over to the District for delivery to BOEs – PM ballots. |
|---|---|---|---|
| Rocky Mount P&DF | 41 | 10 | Express - AM ballots. Ballots handed over to the District for delivery to BOEs – PM ballots. |
| Greensboro P&DC | 20 | 24 | Express / District transport |
| Philadelphia P&DC | 59 | 83 | Hand delivery to each respective BOE Post Office |
| Harrisburg | 43 | 52 | AM dispatched via Express/ PM dispatched hand to hand via Car (MOPS, Marketing). |
| Lehigh Valley | 126 | 61 | All local pieces were dispatched thru local AM Express to Post offices for delivery today/PM dispatched hand to hand via POOMS/PM |
| Lancaster | 0 | 37 | Delivered to Lancaster BOE by Supervisor Customer Service |
| Scranton | 4 | 16 | AM dispatched via Express/ PM dispatched hand to hand via POOMS. |
| Fayetteville P&DC | 37 | 11 | AM - Dispatched through Express Operation. PM - Delivered using runner. |
| Fayetteville DRANX | 4 | 4 | AM - Dispatched through Express Operation. PM - Delivered using runner. |
| Mid C P&DC | 1 | 0 | Via Express through CLT Plant |
| Charlotte P&DC | 62 | 14 | AM - Express network, PM - EOC. |
| Greenville P&DC | 11 | 0 | Hub Transport to Asheville |

2

Dated: November 7, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

/s/ John Robinson
JOSEPH BORSON
KUNTAL V. CHOLERA
ALEXIS ECHOLS
DENA ROTH
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*