| DIVISION | STATE | Origin plant | 1st Sweep Count | 2nd Sweep Count |
|---|---|---|---|---|
| CHESAPEAKE | MD | Baltimore INC MAIL MD | 19 | 5 |
| CHESAPEAKE | MD | Baltimore | 12 | 4 |
| CHESAPEAKE | DC | Curseen/Mo | 20 | 18 |
| CHESAPEAKE | DE | Delaware | 0 | 3 |
| CHESAPEAKE | MD | Eastern | 5 | 5 |
| CHESAPEAKE | NJ | South Jersey | 9 | 23 |
| CHESAPEAKE | MD | Southern | 2 | 3 |
| CHESAPEAKE | MD | Suburban | 20 | 4 |
| CHESAPEAKE | NJ | Trenton NJ | 26 | 12 |
| LAKESHORE | OH | Akron OH | 0 | 20 |
| LAKESHORES | OH | Cincinnati | 23 | 6 |
| LAKESHORES | OH | Cleveland | 0 | 0 |
| LAKESHORES | OH | Cleveland | 102 | 48 |
| LAKESHORES | OH | Columbus | 0 | 0 |
| LAKESHORES | OH | Columbus | 62 | 78 |
| LAKESHORES | OH | Dayton OH | 23 | 6 |
| LAKESHORES | MI | Lansing MI | 0 | 0 |
| LAKESHORES | OH | Toledo OH | 12 | 1 |
| LAKESHORES | OH | Youngstown | 0 | 5 |
| MID-ATLANTIC | WV | Charleston | 13 | 8 |
| MID-ATLANTIC | NC | Charlotte | 62 | 14 |
| MID-ATLANTIC | IN | Evansville | 0 | 0 |
| MID-ATLANTIC | IN | Evansville IN | 0 | 0 |
| MID-ATLANTIC | NC | Fayetteville | 4 | 4 |
| MID-ATLANTIC | NC | Fayetteville | 37 | 11 |
| MID-ATLANTIC | NC | Greensboro | 20 | 24 |
| MID-ATLANTIC | SC | Greenville | 11 | 0 |
| MID-ATLANTIC | NC | Mid- | 1 | 0 |
| MID-ATLANTIC | NC | Raleigh NC | 97 | 11 |
| MID-ATLANTIC | NC | Rocky | 41 | 10 |
| MID-SOUTH | MO | Cape Girardeau | 0 | 0 |
| MID-SOUTH | IA | Cedar | 0 | 0 |
| MID-SOUTH | IL | Champaign | 2 | 2 |
| MID-SOUTH | MO | Columbia | 0 | 0 |
| MID-SOUTH | IA | Des Moines | 1 | 0 |
| MID-SOUTH | MS | Gulfport MS | 0 | 0 |
| MID-SOUTH | MS | Jackson MS | 3 | 1 |
| MID-SOUTH | IL | Quad Cities | 0 | 4 |
| MID-SOUTH | MO | Saint Louis | 4 | 9 |

| | | | | |
|---|---|---|---|---|
| MID-SOUTH | IL | Springfield | 0 | 0 |
| MID-SOUTH | MO | Springfield | 0 | 0 |
| MID-SOUTH | IA | Waterloo IA | 1 | 1 |
| MIDWEST | ND | Bismarck | 2 | 0 |
| MIDWEST | MN | Duluth MN | 1 | 0 |
| MIDWEST | ND | FARGO ASF | 0 | 0 |
| MIDWEST | ND | Fargo ND | 0 | 0 |
| MIDWEST | ND | Grand Forks | 0 | 1 |
| MIDWEST | NV | Las Vegas | 32 | 4 |
| MIDWEST | NV | Las Vegas | 0 | 0 |
| MIDWEST | MN | Mankato | 0 | 0 |
| MIDWEST | MN | Minneapolis | 27 | 0 |
| MIDWEST | NE | Omaha NE | 0 | 0 |
| MIDWEST | UT | Provo UT | 0 | 34 |
| MIDWEST | NV | Reno NV | 19 | 2 |
| MIDWEST | MN | Saint Cloud | 0 | 2 |
| MIDWEST | MN | Saint Paul | 19 | 0 |
| MIDWEST | UT | Salt Lake | 7 | 0 |
| MIDWEST | UT | Salt Lake | 0 | 0 |
| NEW ENGLAND | NY | Albany NY | 1 | 1 |
| NEW ENGLAND | NY | Buffalo NY | 45 | 33 |
| NEW ENGLAND | CT | Hartford CT | 0 | 25 |
| NEW ENGLAND | NY | Mid-Hudson | 107 | 1 |
| NEW ENGLAND | NY | Northwest Rochester | 0 | 25 |
| NEW ENGLAND | RI | Providence | 0 | 25 |
| NEW ENGLAND | NY | Rochester | 13 | 0 |
| NEW ENGLAND | NY | Syracuse NY | 184 | 72 |
| NEW ENGLAND | NY | Westchester | 107 | 1 |
| NEW YORK | NY | Bethpage | 0 | 0 |
| NEW YORK | NY | Brooklyn NY | 21 | 92 |
| NEW YORK | NJ | DVD NJ | 17 | 52 |
| NEW YORK | NJ | Greater | 0 | 0 |
| NEW YORK | NY | Mid Island | 99 | 20 |
| NEW YORK | NY | Morgan NY | 370 | 32 |
| NEW YORK | NJ | Northern NJ | 0 | 42 |
| NEW YORK | NY | Queens NY | 11 | 36 |
| NEW YORK | NY | Western | 35 | 95 |
| PACIFIC | AK | Anchorage | 128 | 44 |
| PACIFIC | AK | Anchorage | 0 | 0 |
| PACIFIC | CA | Fresno CA | 0 | 2 |
| PACIFIC | CA | North Bay | 0 | 2 |
| PACIFIC | CA | Oakland CA | 219 | 216 |
| PACIFIC | CA | Sacramento | 156 | 14 |
| PACIFIC | CA | San | 223 | 89 |
| PACIFIC | CA | San Jose CA | 58 | 11 |

| | | | | |
|---|---|---|---|---|
| SOUTHERN CALIFORNIA | CA | Anaheim CA | 0 | 0 |
| SOUTHERN CALIFORNIA | CA | Bakersfield CA | 12 | 104 |
| SOUTHERN CALIFORNIA | CA | Industry CA | 8 | 0 |
| SOUTHERN CALIFORNIA | CA | Los Angeles CA | 42 | 52 |
| SOUTHERN CALIFORNIA | CA | Los Angeles ISC | 0 | 0 |
| SOUTHERN CALIFORNIA | CA | Los Angeles NDC | 0 | 0 |
| SOUTHERN CALIFORNIA | CA | Margaret Sellers CA | 196 | 22 |
| SOUTHERN CALIFORNIA | CA | Moreno Valley CA | 0 | 12 |
| SOUTHERN CALIFORNIA | CA | San Bernardino | 181 | 75 |
| SOUTHERN CALIFORNIA | CA | Santa Ana CA | 4 | 1 |
| SOUTHERN CALIFORNIA | CA | Santa Barbara CA | 56 | 11 |
| SOUTHERN CALIFORNIA | CA | Santa Clarita CA | 66 | 0 |
| WESTSHORE | IL | Carol | 0 | 0 |
| WESTSHORE | IL | Chicago IL | 341 | 235 |
| WESTSHORE | IL | Chicago ISC | 0 | 19 |
| WESTSHORE | IL | Fox Valley IL | 0 | 0 |
| WESTSHORE | IL | Palatine IL | 58 | 2 |
| WESTSHORE | IL | Peoria IL | 3 | 7 |
| WESTSHORE | IL | South | 1 | 1 |