| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 155 | 83.87% | 87.74% | 96.13% | 98.06% |
| 11/4/2020 | ALASKA | 554 | 83.21% | 84.30% | 86.64% | 86.64% |
| 11/4/2020 | ALBANY | 1024 | 96.39% | 97.07% | 98.24% | 98.24% |
| 11/4/2020 | APPALACHIAN | 21 | 66.67% | 66.67% | 71.43% | 76.19% |
| 11/4/2020 | ARIZONA | 463 | 85.31% | 93.09% | 95.25% | 95.90% |
| 11/4/2020 | ARKANSAS | 52 | 80.77% | 82.69% | 96.15% | 96.15% |
| 11/4/2020 | ATLANTA | 321 | 66.04% | 80.69% | 82.87% | 86.60% |
| 11/4/2020 | BALTIMORE | 2122 | 95.52% | 95.52% | 97.93% | 98.40% |
| 11/4/2020 | BAY-VALLEY | 15377 | 99.62% | 99.68% | 99.81% | 99.82% |
| 11/4/2020 | CAPITAL | 1056 | 94.41% | 95.83% | 99.34% | 99.62% |
| 11/4/2020 | CARIBBEAN | 57 | 89.47% | 92.98% | 96.49% | 96.49% |
| 11/4/2020 | CENTRAL ILLINOIS | 4936 | 96.41% | 96.94% | 98.58% | 98.80% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1332 | 84.91% | 85.81% | 94.07% | 95.87% |
| 11/4/2020 | CENTRAL PLAINS | 271 | 94.10% | 95.94% | 98.89% | 99.63% |
| 11/4/2020 | CHICAGO | 3471 | 0.06% | 0.06% | 0.12% | 0.12% |
| 11/4/2020 | COLORADO/WYOMING | 435 | 63.45% | 68.05% | 87.13% | 88.97% |
| 11/4/2020 | CONNECTICUT VALLEY | 286 | 95.80% | 96.85% | 98.60% | 98.60% |
| 11/4/2020 | DAKOTAS | 134 | 61.94% | 70.15% | 79.10% | 85.07% |
| 11/4/2020 | DALLAS | 313 | 84.03% | 91.05% | 95.85% | 96.17% |
| 11/4/2020 | DETROIT | 143 | 74.13% | 80.42% | 93.71% | 93.71% |
| 11/4/2020 | FT WORTH | 28 | 82.14% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | GATEWAY | 221 | 77.83% | 87.33% | 91.86% | 94.57% |
| 11/4/2020 | GREATER BOSTON | 1503 | 91.88% | 93.01% | 98.20% | 98.74% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | GREATER INDIANA | 63 | 77.78% | 88.89% | 95.24% | 95.24% |
| 11/4/2020 | GREATER MICHIGAN | 75 | 74.67% | 85.33% | 94.67% | 94.67% |
| 11/4/2020 | GREATER S CAROLINA | 319 | 65.20% | 74.92% | 90.91% | 97.18% |
| 11/4/2020 | GREENSBORO | 1982 | 89.25% | 90.97% | 96.62% | 97.98% |
| 11/4/2020 | GULF ATLANTIC | 367 | 73.57% | 79.02% | 91.83% | 93.19% |
| 11/4/2020 | HAWKEYE | 213 | 92.49% | 93.90% | 96.71% | 96.71% |
| 11/4/2020 | HONOLULU | 133 | 82.71% | 96.24% | 97.74% | 97.74% |
| 11/4/2020 | HOUSTON | 152 | 80.92% | 88.16% | 92.11% | 95.39% |
| 11/4/2020 | KENTUCKIANA | 102 | 64.71% | 65.69% | 83.33% | 87.25% |
| 11/4/2020 | LAKELAND | 81 | 65.43% | 69.14% | 82.72% | 82.72% |
| 11/4/2020 | LONG ISLAND | 2225 | 98.65% | 98.88% | 99.01% | 99.06% |
| 11/4/2020 | LOS ANGELES | 9839 | 99.32% | 99.42% | 99.59% | 99.63% |
| 11/4/2020 | LOUISIANA | 128 | 85.16% | 91.41% | 96.09% | 100.00% |
| 11/4/2020 | MID-AMERICA | 203 | 74.88% | 84.73% | 94.58% | 96.55% |
| 11/4/2020 | MID-CAROLINAS | 733 | 89.63% | 93.32% | 94.82% | 95.36% |
| 11/4/2020 | MISSISSIPPI | 117 | 83.76% | 91.45% | 96.58% | 98.29% |
| 11/4/2020 | NEVADA SIERRA | 4442 | 99.37% | 99.59% | 99.82% | 99.86% |
| 11/4/2020 | NEW YORK | 5552 | 96.51% | 97.41% | 99.42% | 99.51% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | NORTHERN NEW ENGLAND | 77 | 87.01% | 87.01% | 94.81% | 96.10% |
| 11/4/2020 | NORTHERN NEW JERSEY | 1871 | 97.49% | 97.86% | 98.50% | 98.61% |
| 11/4/2020 | NORTHERN OHIO | 1056 | 95.93% | 96.59% | 98.11% | 98.20% |
| 11/4/2020 | NORTHERN VIRGINIA | 1953 | 95.70% | 96.16% | 96.88% | 97.03% |
| 11/4/2020 | NORTHLAND | 100 | 87.00% | 92.00% | 96.00% | 97.00% |
| 11/4/2020 | OHIO VALLEY | 1141 | 91.85% | 93.78% | 98.51% | 99.04% |
| 11/4/2020 | OKLAHOMA | 111 | 76.58% | 81.08% | 97.30% | 99.10% |
| 11/4/2020 | PHILADELPHIA METROPO | 571 | 79.68% | 80.74% | 91.59% | 95.45% |
| 11/4/2020 | PORTLAND | 1446 | 96.54% | 98.27% | 99.45% | 99.59% |
| 11/4/2020 | RICHMOND | 1286 | 91.45% | 93.16% | 97.12% | 97.28% |
| 11/4/2020 | RIO GRANDE | 326 | 88.65% | 92.02% | 98.16% | 98.47% |
| 11/4/2020 | SACRAMENTO | 12653 | 97.78% | 97.86% | 98.23% | 98.25% |
| 11/4/2020 | SALT LAKE CITY | 1915 | 98.49% | 98.69% | 99.53% | 99.63% |
| 11/4/2020 | SAN DIEGO | 22927 | 99.74% | 99.84% | 99.89% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4821 | 98.15% | 98.82% | 99.11% | 99.15% |
| 11/4/2020 | SANTA ANA | 14998 | 99.55% | 99.59% | 99.65% | 99.66% |
| 11/4/2020 | SEATTLE | 13830 | 99.42% | 99.67% | 99.81% | 99.83% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | SIERRA COASTAL | 1463 | 84.42% | 85.30% | 87.22% | 87.22% |
| 11/4/2020 | SOUTH FLORIDA | 241 | 68.88% | 83.40% | 95.44% | 95.85% |
| 11/4/2020 | SOUTH JERSEY | 1039 | 87.97% | 88.64% | 92.01% | 94.03% |
| 11/4/2020 | SUNCOAST | 386 | 63.21% | 73.83% | 88.34% | 95.08% |
| 11/4/2020 | TENNESSEE | 193 | 78.24% | 86.53% | 95.85% | 96.37% |
| 11/4/2020 | TRIBORO | 124 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/4/2020 | WESTCHESTER | 500 | 97.80% | 97.80% | 98.00% | 98.00% |
| 11/4/2020 | WESTERN NEW YORK | 435 | 93.33% | 94.48% | 97.24% | 97.47% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 794 | 79.47% | 84.01% | 97.10% | 98.49% |
| 11/5/2020 | ALABAMA | 132 | 83.33% | 83.33% | 86.36% | 93.94% |
| 11/5/2020 | ALASKA | 90 | 76.67% | 76.67% | 76.67% | 76.67% |
| 11/5/2020 | ALBANY | 555 | 96.04% | 98.92% | 98.92% | 99.82% |
| 11/5/2020 | APPALACHIAN | 14 | 57.14% | 57.14% | 57.14% | 57.14% |
| 11/5/2020 | ARIZONA | 621 | 94.52% | 94.52% | 95.81% | 97.10% |
| 11/5/2020 | ARKANSAS | 43 | 76.74% | 76.74% | 79.07% | 81.40% |
| 11/5/2020 | ATLANTA | 278 | 75.90% | 76.26% | 84.17% | 87.05% |
| 11/5/2020 | BALTIMORE | 570 | 74.21% | 92.28% | 95.96% | 97.89% |
| 11/5/2020 | BAY-VALLEY | 2265 | 98.68% | 98.81% | 98.85% | 98.85% |
| 11/5/2020 | CAPITAL | 339 | 82.89% | 93.51% | 96.46% | 98.23% |
| 11/5/2020 | CARIBBEAN | 22 | 81.82% | 81.82% | 90.91% | 90.91% |
| 11/5/2020 | CENTRAL ILLINOIS | 2578 | 96.66% | 97.25% | 97.75% | 98.68% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 586 | 52.90% | 68.94% | 71.84% | 86.18% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | CENTRAL PLAINS | 120 | 68.33% | 76.67% | 80.00% | 96.67% |
| 11/5/2020 | CHICAGO | 971 | 0.41% | 0.41% | 0.51% | 0.72% |
| 11/5/2020 | COLORADO/WYOMING | 476 | 67.86% | 69.12% | 77.10% | 85.29% |
| 11/5/2020 | CONNECTICUT VALLEY | 190 | 89.47% | 89.47% | 91.58% | 95.79% |
| 11/5/2020 | DAKOTAS | 131 | 79.39% | 84.73% | 89.31% | 93.13% |
| 11/5/2020 | DALLAS | 237 | 85.65% | 85.65% | 95.78% | 97.89% |
| 11/5/2020 | DETROIT | 102 | 74.51% | 83.33% | 88.24% | 92.16% |
| 11/5/2020 | FT WORTH | 32 | 56.25% | 56.25% | 81.25% | 84.38% |
| 11/5/2020 | GATEWAY | 157 | 71.34% | 71.97% | 89.17% | 92.99% |
| 11/5/2020 | GREATER BOSTON | 669 | 93.27% | 96.26% | 96.71% | 97.76% |
| 11/5/2020 | GREATER INDIANA | 68 | 75.00% | 76.47% | 91.18% | 97.06% |
| 11/5/2020 | GREATER MICHIGAN | 95 | 90.53% | 90.53% | 91.58% | 94.74% |
| 11/5/2020 | GREATER S CAROLINA | 172 | 73.26% | 74.42% | 78.49% | 90.70% |
| 11/5/2020 | GREENSBORO | 490 | 71.02% | 74.90% | 76.33% | 90.82% |
| 11/5/2020 | GULF ATLANTIC | 210 | 79.52% | 80.00% | 85.24% | 92.86% |
| 11/5/2020 | HAWKEYE | 135 | 83.70% | 87.41% | 90.37% | 94.07% |
| 11/5/2020 | HONOLULU | 210 | 93.33% | 96.19% | 96.19% | 96.67% |
| 11/5/2020 | HOUSTON | 64 | 76.56% | 76.56% | 79.69% | 87.50% |
| 11/5/2020 | KENTUCKIANA | 67 | 61.19% | 62.69% | 64.18% | 91.04% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | LAKELAND | 55 | 72.73% | 78.18% | 81.82% | 90.91% |
| 11/5/2020 | LONG ISLAND | 360 | 90.00% | 93.61% | 94.17% | 95.56% |
| 11/5/2020 | LOS ANGELES | 1244 | 96.78% | 96.78% | 97.75% | 98.07% |
| 11/5/2020 | LOUISIANA | 117 | 83.76% | 85.47% | 91.45% | 96.58% |
| 11/5/2020 | MID-AMERICA | 158 | 73.42% | 83.54% | 93.67% | 98.73% |
| 11/5/2020 | MID-CAROLINAS | 286 | 69.93% | 76.92% | 76.92% | 94.41% |
| 11/5/2020 | MISSISSIPPI | 60 | 81.67% | 81.67% | 85.00% | 86.67% |
| 11/5/2020 | NEVADA SIERRA | 641 | 97.35% | 98.13% | 98.44% | 99.22% |
| 11/5/2020 | NEW YORK | 1455 | 96.22% | 97.80% | 98.35% | 99.11% |
| 11/5/2020 | NORTHERN NEW ENGLAND | 33 | 81.82% | 90.91% | 90.91% | 96.97% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1430 | 94.90% | 97.13% | 97.20% | 98.81% |
| 11/5/2020 | NORTHERN OHIO | 342 | 90.94% | 94.15% | 95.03% | 96.78% |
| 11/5/2020 | NORTHERN VIRGINIA | 275 | 82.55% | 89.09% | 89.09% | 89.82% |
| 11/5/2020 | NORTHLAND | 81 | 92.59% | 92.59% | 93.83% | 95.06% |
| 11/5/2020 | OHIO VALLEY | 616 | 83.44% | 89.45% | 98.05% | 99.03% |
| 11/5/2020 | OKLAHOMA | 85 | 67.06% | 67.06% | 68.24% | 98.82% |
| 11/5/2020 | PHILADELPHIA METROPO | 229 | 50.66% | 62.45% | 65.50% | 85.59% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | PORTLAND | 770 | 91.30% | 91.69% | 98.05% | 98.96% |
| 11/5/2020 | RICHMOND | 519 | 90.56% | 91.91% | 93.64% | 95.95% |
| 11/5/2020 | RIO GRANDE | 148 | 87.16% | 87.16% | 87.84% | 97.30% |
| 11/5/2020 | SACRAMENTO | 2441 | 97.71% | 98.20% | 98.48% | 98.73% |
| 11/5/2020 | SALT LAKE CITY | 1117 | 99.02% | 99.02% | 99.02% | 99.64% |
| 11/5/2020 | SAN DIEGO | 3665 | 98.80% | 98.88% | 99.37% | 99.62% |
| 11/5/2020 | SAN FRANCISCO | 899 | 97.44% | 97.78% | 98.44% | 98.78% |
| 11/5/2020 | SANTA ANA | 1596 | 87.09% | 87.28% | 87.91% | 88.03% |
| 11/5/2020 | SEATTLE | 2188 | 97.35% | 97.53% | 98.26% | 98.49% |
| 11/5/2020 | SIERRA COASTAL | 1639 | 98.41% | 98.60% | 98.84% | 99.08% |
| 11/5/2020 | SOUTH FLORIDA | 186 | 89.25% | 89.25% | 89.25% | 92.47% |
| 11/5/2020 | SOUTH JERSEY | 438 | 73.06% | 80.59% | 82.65% | 92.69% |
| 11/5/2020 | SUNCOAST | 403 | 83.13% | 83.13% | 90.32% | 95.78% |
| 11/5/2020 | TENNESSEE | 205 | 83.41% | 83.41% | 87.80% | 93.17% |
| 11/5/2020 | TRIBORO | 10 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | WESTCHESTER | 172 | 92.44% | 95.93% | 95.93% | 95.93% |
| 11/5/2020 | WESTERN NEW YORK | 178 | 84.83% | 85.39% | 93.82% | 96.07% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 328 | 73.78% | 85.98% | 89.94% | 97.26% |
| 11/6/2020 | ALABAMA | 88 | 61.36% | 88.64% | 89.77% | 95.45% |
| 11/6/2020 | ALASKA | 30 | 70.00% | 70.00% | 73.33% | 76.67% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | ALBANY | 189 | 92.06% | 97.35% | 97.35% | 98.41% |
| 11/6/2020 | APPALACHIAN | 17 | 41.18% | 41.18% | 41.18% | 41.18% |
| 11/6/2020 | ARIZONA | 224 | 85.27% | 92.41% | 92.41% | 92.41% |
| 11/6/2020 | ARKANSAS | 11 | 54.55% | 63.64% | 63.64% | 63.64% |
| 11/6/2020 | ATLANTA | 217 | 70.97% | 83.87% | 83.87% | 83.87% |
| 11/6/2020 | BALTIMORE | 201 | 43.78% | 68.66% | 86.57% | 87.56% |
| 11/6/2020 | BAY-VALLEY | 390 | 87.95% | 95.64% | 95.90% | 96.67% |
| 11/6/2020 | CAPITAL | 129 | 60.47% | 86.05% | 88.37% | 93.02% |
| 11/6/2020 | CARIBBEAN | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | CENTRAL ILLINOIS | 821 | 83.07% | 95.74% | 96.71% | 97.08% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 336 | 46.73% | 75.89% | 89.29% | 89.88% |
| 11/6/2020 | CENTRAL PLAINS | 71 | 57.75% | 70.42% | 71.83% | 74.65% |
| 11/6/2020 | CHICAGO | 371 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | COLORADO/WYOMING | 390 | 51.79% | 84.62% | 85.13% | 86.15% |
| 11/6/2020 | CONNECTICUT VALLEY | 65 | 53.85% | 63.08% | 93.85% | 93.85% |
| 11/6/2020 | DAKOTAS | 87 | 68.97% | 77.01% | 77.01% | 80.46% |
| 11/6/2020 | DALLAS | 100 | 68.00% | 77.00% | 78.00% | 88.00% |
| 11/6/2020 | DETROIT | 121 | 61.98% | 92.56% | 92.56% | 92.56% |
| 11/6/2020 | FT WORTH | 14 | 57.14% | 71.43% | 71.43% | 78.57% |
| 11/6/2020 | GATEWAY | 100 | 55.00% | 80.00% | 81.00% | 85.00% |
| 11/6/2020 | GREATER BOSTON | 214 | 86.45% | 94.39% | 94.39% | 94.39% |
| 11/6/2020 | GREATER INDIANA | 33 | 84.85% | 90.91% | 90.91% | 90.91% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | GREATER MICHIGAN | 63 | 61.90% | 77.78% | 77.78% | 77.78% |
| 11/6/2020 | GREATER S CAROLINA | 94 | 61.70% | 78.72% | 78.72% | 82.98% |
| 11/6/2020 | GREENSBORO | 239 | 50.63% | 85.77% | 89.96% | 89.96% |
| 11/6/2020 | GULF ATLANTIC | 113 | 75.22% | 92.92% | 92.92% | 95.58% |
| 11/6/2020 | HAWKEYE | 60 | 73.33% | 88.33% | 88.33% | 88.33% |
| 11/6/2020 | HONOLULU | 103 | 79.61% | 79.61% | 85.44% | 86.41% |
| 11/6/2020 | HOUSTON | 29 | 62.07% | 82.76% | 82.76% | 93.10% |
| 11/6/2020 | KENTUCKIANA | 38 | 71.05% | 86.84% | 86.84% | 89.47% |
| 11/6/2020 | LAKELAND | 41 | 65.85% | 82.93% | 82.93% | 85.37% |
| 11/6/2020 | LONG ISLAND | 106 | 70.75% | 86.79% | 89.62% | 91.51% |
| 11/6/2020 | LOS ANGELES | 309 | 85.11% | 90.94% | 90.94% | 92.88% |
| 11/6/2020 | LOUISIANA | 102 | 81.37% | 92.16% | 92.16% | 95.10% |
| 11/6/2020 | MID-AMERICA | 119 | 40.34% | 89.92% | 90.76% | 92.44% |
| 11/6/2020 | MID-CAROLINAS | 130 | 61.54% | 86.92% | 87.69% | 90.00% |
| 11/6/2020 | MISSISSIPPI | 39 | 79.49% | 92.31% | 92.31% | 97.44% |
| 11/6/2020 | NEVADA SIERRA | 196 | 90.82% | 95.92% | 96.43% | 97.45% |
| 11/6/2020 | NEW YORK | 414 | 84.06% | 89.37% | 90.82% | 95.17% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | NORTHERN NEW ENGLAND | 21 | 61.90% | 85.71% | 90.48% | 90.48% |
| 11/6/2020 | NORTHERN NEW JERSEY | 299 | 85.95% | 94.65% | 94.98% | 95.99% |
| 11/6/2020 | NORTHERN OHIO | 177 | 67.23% | 94.92% | 94.92% | 95.48% |
| 11/6/2020 | NORTHERN VIRGINIA | 82 | 63.41% | 79.27% | 85.37% | 85.37% |
| 11/6/2020 | NORTHLAND | 50 | 70.00% | 94.00% | 94.00% | 94.00% |
| 11/6/2020 | OHIO VALLEY | 315 | 52.38% | 91.75% | 96.19% | 96.51% |
| 11/6/2020 | OKLAHOMA | 59 | 74.58% | 88.14% | 88.14% | 88.14% |
| 11/6/2020 | PHILADELPHIA METROPO | 225 | 68.44% | 78.67% | 80.89% | 81.33% |
| 11/6/2020 | PORTLAND | 434 | 77.88% | 83.41% | 95.85% | 97.00% |
| 11/6/2020 | RICHMOND | 256 | 83.98% | 93.75% | 95.31% | 95.31% |
| 11/6/2020 | RIO GRANDE | 61 | 75.41% | 86.89% | 86.89% | 90.16% |
| 11/6/2020 | SACRAMENTO | 380 | 88.95% | 96.84% | 96.84% | 97.11% |
| 11/6/2020 | SALT LAKE CITY | 209 | 81.82% | 94.74% | 94.74% | 94.74% |
| 11/6/2020 | SAN DIEGO | 697 | 78.77% | 97.70% | 97.99% | 98.42% |
| 11/6/2020 | SAN FRANCISCO | 170 | 92.94% | 95.88% | 96.47% | 97.06% |
| 11/6/2020 | SANTA ANA | 311 | 94.86% | 98.07% | 98.71% | 99.04% |
| 11/6/2020 | SEATTLE | 448 | 86.83% | 91.29% | 91.52% | 92.41% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | SIERRA COASTAL | 386 | 88.08% | 93.78% | 93.78% | 94.30% |
| 11/6/2020 | SOUTH FLORIDA | 117 | 69.23% | 95.73% | 95.73% | 96.58% |
| 11/6/2020 | SOUTH JERSEY | 192 | 70.31% | 82.29% | 85.94% | 88.02% |
| 11/6/2020 | SUNCOAST | 174 | 81.61% | 92.53% | 92.53% | 94.25% |
| 11/6/2020 | TENNESSEE | 116 | 77.59% | 89.66% | 89.66% | 89.66% |
| 11/6/2020 | TRIBORO | 14 | 7.14% | 7.14% | 7.14% | 7.14% |
| 11/6/2020 | WESTCHESTER | 70 | 68.57% | 84.29% | 85.71% | 85.71% |
| 11/6/2020 | WESTERN NEW YORK | 39 | 66.67% | 79.49% | 79.49% | 94.87% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 112 | 57.14% | 72.32% | 88.39% | 94.64% |