| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |
| 11/4/2020 | ALASKA | 632 | 89.87% | 90.35% | 90.51% | 90.51% |
| 11/4/2020 | ALBANY | 806 | 93.80% | 96.28% | 98.76% | 98.76% |
| 11/4/2020 | APPALACHIAN | 166 | 82.53% | 84.94% | 94.58% | 95.78% |
| 11/4/2020 | ARIZONA | 246 | 91.87% | 93.90% | 95.12% | 95.12% |
| 11/4/2020 | ARKANSAS | 27 | 81.48% | 92.59% | 96.30% | 96.30% |
| 11/4/2020 | ATLANTA | 107 | 78.50% | 78.50% | 84.11% | 85.05% |
| 11/4/2020 | BALTIMORE | 1977 | 92.31% | 93.98% | 97.77% | 99.34% |
| 11/4/2020 | BAY-VALLEY | 16652 | 99.35% | 99.44% | 99.81% | 99.83% |
| 11/4/2020 | CAPITAL | 1032 | 96.90% | 97.19% | 98.64% | 99.52% |
| 11/4/2020 | CARIBBEAN | 123 | 97.56% | 98.37% | 99.19% | 99.19% |
| 11/4/2020 | CENTRAL ILLINOIS | 681 | 95.30% | 96.33% | 97.65% | 97.94% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1887 | 64.65% | 71.12% | 89.45% | 94.17% |
| 11/4/2020 | CENTRAL PLAINS | 238 | 95.38% | 97.06% | 98.32% | 98.32% |
| 11/4/2020 | CHICAGO | 7528 | 51.43% | 52.72% | 53.35% | 53.43% |
| 11/4/2020 | COLORADO/WYOMING | 550 | 28.36% | 44.73% | 75.82% | 84.55% |
| 11/4/2020 | CONNECTICUT VALLEY | 474 | 89.24% | 91.35% | 98.10% | 98.73% |
| 11/4/2020 | DAKOTAS | 48 | 87.50% | 93.75% | 97.92% | 97.92% |
| 11/4/2020 | DALLAS | 36 | 80.56% | 86.11% | 91.67% | 91.67% |
| 11/4/2020 | DETROIT | 178 | 80.34% | 85.39% | 93.82% | 94.38% |
| 11/4/2020 | FT WORTH | 78 | 84.62% | 87.18% | 96.15% | 97.44% |
| 11/4/2020 | GATEWAY | 123 | 82.93% | 86.18% | 93.50% | 95.12% |
| 11/4/2020 | GREATER BOSTON | 1192 | 94.04% | 96.22% | 97.90% | 98.57% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | GREATER INDIANA | 14 | 92.86% | 92.86% | 92.86% | 92.86% |
| 11/4/2020 | GREATER MICHIGAN | 83 | 86.75% | 91.57% | 92.77% | 93.98% |
| 11/4/2020 | GREATER S CAROLINA | 79 | 83.54% | 89.87% | 91.14% | 92.41% |
| 11/4/2020 | GREENSBORO | 1971 | 88.69% | 89.65% | 95.99% | 96.96% |
| 11/4/2020 | GULF ATLANTIC | 190 | 85.26% | 92.63% | 96.32% | 97.37% |
| 11/4/2020 | HAWKEYE | 252 | 91.67% | 92.86% | 96.83% | 96.83% |
| 11/4/2020 | HONOLULU | 101 | 94.06% | 96.04% | 98.02% | 98.02% |
| 11/4/2020 | HOUSTON | 126 | 88.10% | 89.68% | 90.48% | 92.06% |
| 11/4/2020 | KENTUCKIANA | 15 | 53.33% | 60.00% | 60.00% | 60.00% |
| 11/4/2020 | LAKELAND | 276 | 96.01% | 97.10% | 98.91% | 99.28% |
| 11/4/2020 | LONG ISLAND | 2477 | 97.05% | 97.90% | 98.75% | 98.79% |
| 11/4/2020 | LOS ANGELES | 14630 | 99.07% | 99.34% | 99.48% | 99.49% |
| 11/4/2020 | LOUISIANA | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | MID-AMERICA | 151 | 91.39% | 92.05% | 96.69% | 96.69% |
| 11/4/2020 | MID-CAROLINAS | 911 | 89.79% | 91.11% | 95.61% | 95.83% |
| 11/4/2020 | MISSISSIPPI | 92 | 94.57% | 94.57% | 95.65% | 95.65% |
| 11/4/2020 | NEVADA SIERRA | 4468 | 99.37% | 99.57% | 99.78% | 99.80% |
| 11/4/2020 | NEW YORK | 2115 | 97.73% | 98.20% | 99.15% | 99.20% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | NORTHERN NEW ENGLAND | 6 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/4/2020 | NORTHERN NEW JERSEY | 2129 | 96.62% | 97.65% | 98.83% | 98.87% |
| 11/4/2020 | NORTHERN OHIO | 1359 | 94.33% | 94.41% | 98.09% | 98.23% |
| 11/4/2020 | NORTHERN VIRGINIA | 1985 | 92.49% | 93.60% | 96.07% | 96.93% |
| 11/4/2020 | NORTHLAND | 69 | 95.65% | 98.55% | 98.55% | 98.55% |
| 11/4/2020 | OHIO VALLEY | 831 | 90.25% | 91.70% | 98.56% | 99.16% |
| 11/4/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/4/2020 | PHILADELPHIA METROPO | 972 | 76.34% | 81.28% | 93.00% | 95.16% |
| 11/4/2020 | PORTLAND | 1276 | 97.73% | 98.90% | 99.37% | 99.69% |
| 11/4/2020 | RICHMOND | 1203 | 95.43% | 96.18% | 97.84% | 98.25% |
| 11/4/2020 | RIO GRANDE | 48 | 87.50% | 89.58% | 93.75% | 93.75% |
| 11/4/2020 | SACRAMENTO | 11989 | 97.96% | 98.06% | 98.16% | 98.16% |
| 11/4/2020 | SALT LAKE CITY | 1324 | 98.64% | 99.02% | 99.55% | 99.55% |
| 11/4/2020 | SAN DIEGO | 26602 | 99.82% | 99.89% | 99.93% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4942 | 98.56% | 98.87% | 99.01% | 99.03% |
| 11/4/2020 | SANTA ANA | 7618 | 99.13% | 99.17% | 99.23% | 99.24% |
| 11/4/2020 | SEATTLE | 14089 | 99.46% | 99.66% | 99.79% | 99.82% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | SIERRA COASTAL | 1429 | 86.14% | 87.12% | 87.19% | 87.19% |
| 11/4/2020 | SOUTH FLORIDA | 66 | 84.85% | 87.88% | 92.42% | 92.42% |
| 11/4/2020 | SOUTH JERSEY | 972 | 92.59% | 94.03% | 95.37% | 95.58% |
| 11/4/2020 | SUNCOAST | 265 | 88.68% | 90.57% | 93.96% | 95.47% |
| 11/4/2020 | TENNESSEE | 129 | 80.62% | 89.92% | 95.35% | 96.90% |
| 11/4/2020 | TRIBORO | 2918 | 94.31% | 94.69% | 95.44% | 95.48% |
| 11/4/2020 | WESTCHESTER | 1099 | 88.99% | 91.54% | 98.54% | 98.73% |
| 11/4/2020 | WESTERN NEW YORK | 487 | 95.48% | 96.10% | 97.33% | 97.54% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 707 | 86.00% | 89.11% | 98.16% | 98.59% |
| 11/5/2020 | ALABAMA | 2 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/5/2020 | ALASKA | 171 | 83.63% | 85.96% | 88.30% | 90.06% |
| 11/5/2020 | ALBANY | 396 | 92.93% | 95.96% | 96.72% | 99.75% |
| 11/5/2020 | APPALACHIAN | 129 | 62.02% | 75.97% | 84.50% | 93.80% |
| 11/5/2020 | ARIZONA | 416 | 93.99% | 93.99% | 94.71% | 96.39% |
| 11/5/2020 | ARKANSAS | 13 | 92.31% | 92.31% | 100.00% | 100.00% |
| 11/5/2020 | ATLANTA | 101 | 93.07% | 93.07% | 94.06% | 95.05% |
| 11/5/2020 | BALTIMORE | 515 | 66.41% | 78.83% | 82.72% | 94.76% |
| 11/5/2020 | BAY-VALLEY | 2476 | 97.78% | 97.90% | 98.79% | 98.99% |
| 11/5/2020 | CAPITAL | 343 | 84.84% | 88.34% | 94.46% | 97.67% |
| 11/5/2020 | CARIBBEAN | 19 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/5/2020 | CENTRAL ILLINOIS | 206 | 83.98% | 88.35% | 90.29% | 91.26% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 638 | 44.51% | 62.54% | 66.61% | 85.74% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | CENTRAL PLAINS | 73 | 76.71% | 86.30% | 86.30% | 87.67% |
| 11/5/2020 | CHICAGO | 3643 | 71.42% | 71.92% | 72.52% | 73.15% |
| 11/5/2020 | COLORADO/WYOMING | 250 | 52.80% | 55.20% | 60.00% | 65.60% |
| 11/5/2020 | CONNECTICUT VALLEY | 321 | 90.34% | 93.46% | 94.70% | 95.33% |
| 11/5/2020 | DAKOTAS | 47 | 78.72% | 80.85% | 93.62% | 93.62% |
| 11/5/2020 | DALLAS | 20 | 90.00% | 90.00% | 90.00% | 90.00% |
| 11/5/2020 | DETROIT | 130 | 86.15% | 87.69% | 90.00% | 93.85% |
| 11/5/2020 | FT WORTH | 11 | 81.82% | 81.82% | 81.82% | 81.82% |
| 11/5/2020 | GATEWAY | 49 | 77.55% | 81.63% | 81.63% | 87.76% |
| 11/5/2020 | GREATER BOSTON | 628 | 90.92% | 91.88% | 95.06% | 97.29% |
| 11/5/2020 | GREATER INDIANA | 12 | 83.33% | 83.33% | 83.33% | 83.33% |
| 11/5/2020 | GREATER MICHIGAN | 66 | 86.36% | 87.88% | 93.94% | 98.48% |
| 11/5/2020 | GREATER S CAROLINA | 48 | 72.92% | 72.92% | 79.17% | 81.25% |
| 11/5/2020 | GREENSBORO | 476 | 56.30% | 59.66% | 62.18% | 83.40% |
| 11/5/2020 | GULF ATLANTIC | 145 | 72.41% | 73.79% | 82.07% | 92.41% |
| 11/5/2020 | HAWKEYE | 168 | 74.40% | 83.33% | 87.50% | 92.26% |
| 11/5/2020 | HONOLULU | 287 | 86.06% | 89.20% | 95.47% | 98.95% |
| 11/5/2020 | HOUSTON | 52 | 75.00% | 75.00% | 80.77% | 86.54% |
| 11/5/2020 | KENTUCKIANA | 9 | 11.11% | 11.11% | 33.33% | 44.44% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | LAKELAND | 78 | 89.74% | 96.15% | 96.15% | 96.15% |
| 11/5/2020 | LONG ISLAND | 641 | 92.20% | 97.19% | 97.97% | 98.28% |
| 11/5/2020 | LOS ANGELES | 2801 | 98.32% | 98.43% | 98.68% | 99.00% |
| 11/5/2020 | LOUISIANA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | MID-AMERICA | 87 | 74.71% | 81.61% | 83.91% | 88.51% |
| 11/5/2020 | MID-CAROLINAS | 310 | 80.32% | 83.23% | 89.03% | 92.58% |
| 11/5/2020 | MISSISSIPPI | 27 | 85.19% | 85.19% | 88.89% | 96.30% |
| 11/5/2020 | NEVADA SIERRA | 594 | 97.81% | 97.98% | 98.48% | 99.83% |
| 11/5/2020 | NEW YORK | 466 | 96.57% | 97.00% | 97.85% | 98.07% |
| 11/5/2020 | NORTHERN NEW ENGLAND | 4 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1302 | 97.16% | 98.62% | 98.77% | 99.08% |
| 11/5/2020 | NORTHERN OHIO | 360 | 83.61% | 92.50% | 94.17% | 97.22% |
| 11/5/2020 | NORTHERN VIRGINIA | 426 | 86.85% | 90.85% | 92.96% | 93.90% |
| 11/5/2020 | NORTHLAND | 58 | 77.59% | 87.93% | 89.66% | 94.83% |
| 11/5/2020 | OHIO VALLEY | 493 | 91.68% | 92.09% | 94.73% | 97.97% |
| 11/5/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/5/2020 | PHILADELPHIA METROPO | 456 | 51.75% | 65.35% | 69.52% | 92.54% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | PORTLAND | 684 | 95.18% | 95.61% | 97.22% | 98.83% |
| 11/5/2020 | RICHMOND | 564 | 84.40% | 90.25% | 92.73% | 95.39% |
| 11/5/2020 | RIO GRANDE | 18 | 77.78% | 77.78% | 88.89% | 100.00% |
| 11/5/2020 | SACRAMENTO | 2469 | 97.61% | 97.89% | 98.50% | 98.66% |
| 11/5/2020 | SALT LAKE CITY | 901 | 97.11% | 97.11% | 98.11% | 98.89% |
| 11/5/2020 | SAN DIEGO | 3326 | 98.71% | 98.77% | 99.28% | 99.55% |
| 11/5/2020 | SAN FRANCISCO | 1094 | 98.08% | 98.45% | 98.81% | 98.99% |
| 11/5/2020 | SANTA ANA | 1457 | 83.60% | 84.15% | 86.00% | 86.75% |
| 11/5/2020 | SEATTLE | 2714 | 96.02% | 96.17% | 97.64% | 98.49% |
| 11/5/2020 | SIERRA COASTAL | 970 | 97.94% | 97.94% | 98.56% | 98.66% |
| 11/5/2020 | SOUTH FLORIDA | 86 | 61.63% | 61.63% | 75.58% | 84.88% |
| 11/5/2020 | SOUTH JERSEY | 456 | 87.50% | 93.42% | 93.86% | 95.83% |
| 11/5/2020 | SUNCOAST | 298 | 83.22% | 83.22% | 89.26% | 94.63% |
| 11/5/2020 | TENNESSEE | 84 | 83.33% | 85.71% | 86.90% | 96.43% |
| 11/5/2020 | TRIBORO | 721 | 88.90% | 91.68% | 95.28% | 97.09% |
| 11/5/2020 | WESTCHESTER | 556 | 91.19% | 96.04% | 97.48% | 99.10% |
| 11/5/2020 | WESTERN NEW YORK | 247 | 90.69% | 90.69% | 95.55% | 97.98% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 443 | 86.46% | 90.74% | 94.36% | 96.61% |
| 11/6/2020 | ALABAMA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | ALASKA | 88 | 82.95% | 90.91% | 93.18% | 95.45% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | ALBANY | 171 | 83.63% | 98.25% | 98.25% | 98.83% |
| 11/6/2020 | APPALACHIAN | 78 | 43.59% | 83.33% | 88.46% | 91.03% |
| 11/6/2020 | ARIZONA | 133 | 85.71% | 90.98% | 90.98% | 91.73% |
| 11/6/2020 | ARKANSAS | 3 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | ATLANTA | 109 | 74.31% | 91.74% | 91.74% | 91.74% |
| 11/6/2020 | BALTIMORE | 214 | 47.66% | 64.49% | 74.77% | 78.50% |
| 11/6/2020 | BAY-VALLEY | 584 | 89.90% | 96.06% | 96.40% | 97.43% |
| 11/6/2020 | CAPITAL | 157 | 60.51% | 91.08% | 92.36% | 92.36% |
| 11/6/2020 | CARIBBEAN | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | CENTRAL ILLINOIS | 81 | 69.14% | 83.95% | 93.83% | 95.06% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 379 | 48.28% | 77.57% | 85.75% | 87.86% |
| 11/6/2020 | CENTRAL PLAINS | 37 | 72.97% | 89.19% | 89.19% | 89.19% |
| 11/6/2020 | CHICAGO | 1269 | 61.70% | 69.19% | 69.74% | 70.13% |
| 11/6/2020 | COLORADO/WYOMING | 333 | 46.25% | 71.77% | 72.37% | 72.97% |
| 11/6/2020 | CONNECTICUT VALLEY | 137 | 78.83% | 94.16% | 95.62% | 95.62% |
| 11/6/2020 | DAKOTAS | 44 | 68.18% | 84.09% | 84.09% | 90.91% |
| 11/6/2020 | DALLAS | 10 | 40.00% | 50.00% | 50.00% | 50.00% |
| 11/6/2020 | DETROIT | 116 | 55.17% | 78.45% | 78.45% | 79.31% |
| 11/6/2020 | FT WORTH | 20 | 65.00% | 75.00% | 75.00% | 75.00% |
| 11/6/2020 | GATEWAY | 44 | 52.27% | 68.18% | 72.73% | 75.00% |
| 11/6/2020 | GREATER BOSTON | 167 | 90.42% | 96.41% | 96.41% | 96.41% |
| 11/6/2020 | GREATER INDIANA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | GREATER MICHIGAN | 69 | 68.12% | 92.75% | 92.75% | 92.75% |
| 11/6/2020 | GREATER S CAROLINA | 21 | 66.67% | 80.95% | 80.95% | 80.95% |
| 11/6/2020 | GREENSBORO | 129 | 61.24% | 70.54% | 71.32% | 74.42% |
| 11/6/2020 | GULF ATLANTIC | 79 | 54.43% | 93.67% | 93.67% | 94.94% |
| 11/6/2020 | HAWKEYE | 55 | 58.18% | 80.00% | 80.00% | 81.82% |
| 11/6/2020 | HONOLULU | 103 | 56.31% | 71.84% | 71.84% | 74.76% |
| 11/6/2020 | HOUSTON | 15 | 73.33% | 93.33% | 93.33% | 93.33% |
| 11/6/2020 | KENTUCKIANA | 11 | 72.73% | 72.73% | 72.73% | 72.73% |
| 11/6/2020 | LAKELAND | 32 | 65.63% | 93.75% | 93.75% | 93.75% |
| 11/6/2020 | LONG ISLAND | 323 | 66.56% | 84.52% | 95.98% | 97.52% |
| 11/6/2020 | LOS ANGELES | 593 | 90.05% | 94.44% | 94.44% | 94.77% |
| 11/6/2020 | LOUISIANA | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | MID-AMERICA | 29 | 58.62% | 75.86% | 79.31% | 82.76% |
| 11/6/2020 | MID-CAROLINAS | 105 | 59.05% | 84.76% | 84.76% | 94.29% |
| 11/6/2020 | MISSISSIPPI | 27 | 77.78% | 92.59% | 92.59% | 92.59% |
| 11/6/2020 | NEVADA SIERRA | 144 | 93.75% | 97.22% | 97.22% | 97.22% |
| 11/6/2020 | NEW YORK | 202 | 80.20% | 94.55% | 96.53% | 97.52% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | NORTHERN NEW ENGLAND | 3 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | NORTHERN NEW JERSEY | 345 | 80.29% | 90.72% | 94.78% | 95.36% |
| 11/6/2020 | NORTHERN OHIO | 131 | 53.44% | 83.97% | 90.84% | 92.37% |
| 11/6/2020 | NORTHERN VIRGINIA | 241 | 62.66% | 87.14% | 89.63% | 89.63% |
| 11/6/2020 | NORTHLAND | 40 | 67.50% | 92.50% | 92.50% | 92.50% |
| 11/6/2020 | OHIO VALLEY | 80 | 61.25% | 83.75% | 83.75% | 83.75% |
| 11/6/2020 | OKLAHOMA | 6 | 33.33% | 33.33% | 33.33% | 33.33% |
| 11/6/2020 | PHILADELPHIA METROPO | 272 | 65.07% | 85.29% | 86.76% | 91.18% |
| 11/6/2020 | PORTLAND | 576 | 74.13% | 86.98% | 96.35% | 96.88% |
| 11/6/2020 | RICHMOND | 366 | 69.40% | 87.98% | 92.62% | 94.81% |
| 11/6/2020 | RIO GRANDE | 14 | 78.57% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | SACRAMENTO | 381 | 90.81% | 95.28% | 95.28% | 96.85% |
| 11/6/2020 | SALT LAKE CITY | 182 | 72.53% | 91.21% | 91.21% | 92.86% |
| 11/6/2020 | SAN DIEGO | 641 | 92.51% | 95.32% | 95.94% | 98.13% |
| 11/6/2020 | SAN FRANCISCO | 241 | 89.63% | 95.85% | 96.27% | 97.10% |
| 11/6/2020 | SANTA ANA | 138 | 92.03% | 97.10% | 97.83% | 98.55% |
| 11/6/2020 | SEATTLE | 657 | 73.67% | 92.54% | 93.15% | 94.06% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | SIERRA COASTAL | 235 | 84.26% | 91.91% | 91.91% | 91.91% |
| 11/6/2020 | SOUTH FLORIDA | 53 | 60.38% | 88.68% | 88.68% | 94.34% |
| 11/6/2020 | SOUTH JERSEY | 146 | 73.29% | 87.67% | 89.73% | 92.47% |
| 11/6/2020 | SUNCOAST | 118 | 76.27% | 86.44% | 86.44% | 87.29% |
| 11/6/2020 | TENNESSEE | 67 | 49.25% | 83.58% | 85.07% | 85.07% |
| 11/6/2020 | TRIBORO | 224 | 64.73% | 79.46% | 83.48% | 84.82% |
| 11/6/2020 | WESTCHESTER | 200 | 79.00% | 93.50% | 94.50% | 94.50% |
| 11/6/2020 | WESTERN NEW YORK | 182 | 67.03% | 91.21% | 95.05% | 96.70% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 165 | 74.55% | 92.12% | 92.12% | 93.33% |