| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 152 | 84.21% | 88.16% | 96.71% | 98.68% |
| 11/4/2020 | ALASKA | 553 | 83.36% | 84.45% | 86.80% | 86.80% |
| 11/4/2020 | ALBANY | 1021 | 96.47% | 97.16% | 98.33% | 98.33% |
| 11/4/2020 | APPALACHIAN | 21 | 66.67% | 66.67% | 71.43% | 76.19% |
| 11/4/2020 | ARIZONA | 460 | 85.00% | 92.83% | 95.00% | 95.65% |
| 11/4/2020 | ARKANSAS | 51 | 80.39% | 82.35% | 96.08% | 96.08% |
| 11/4/2020 | ATLANTA | 313 | 65.18% | 80.19% | 82.43% | 86.26% |
| 11/4/2020 | BALTIMORE | 2114 | 95.51% | 95.51% | 97.92% | 98.39% |
| 11/4/2020 | BAY-VALLEY | 15377 | 99.62% | 99.68% | 99.81% | 99.82% |
| 11/4/2020 | CAPITAL | 1056 | 94.41% | 95.83% | 99.34% | 99.62% |
| 11/4/2020 | CARIBBEAN | 57 | 89.47% | 92.98% | 96.49% | 96.49% |
| 11/4/2020 | CENTRAL ILLINOIS | 4917 | 96.44% | 96.97% | 98.60% | 98.82% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1306 | 86.52% | 87.44% | 95.87% | 97.70% |
| 11/4/2020 | CENTRAL PLAINS | 270 | 94.07% | 95.93% | 98.89% | 99.63% |
| 11/4/2020 | CHICAGO | 3471 | 0.06% | 0.06% | 0.12% | 0.12% |
| 11/4/2020 | COLORADO/ WYOMING | 422 | 62.32% | 67.06% | 86.73% | 88.63% |
| 11/4/2020 | CONNECTICUT VALLEY | 286 | 95.80% | 96.85% | 98.60% | 98.60% |
| 11/4/2020 | DAKOTAS | 134 | 61.94% | 70.15% | 79.10% | 85.07% |
| 11/4/2020 | DALLAS | 313 | 84.03% | 91.05% | 95.85% | 96.17% |
| 11/4/2020 | DETROIT | 141 | 73.76% | 80.14% | 93.62% | 93.62% |
| 11/4/2020 | FT WORTH | 28 | 82.14% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | GATEWAY | 220 | 77.73% | 87.27% | 91.82% | 94.55% |
| 11/4/2020 | GREATER BOSTON | 1500 | 91.93% | 93.07% | 98.27% | 98.80% |
| 11/4/2020 | GREATER INDIANA | 61 | 77.05% | 88.52% | 95.08% | 95.08% |
| 11/4/2020 | GREATER MICHIGAN | 75 | 74.67% | 85.33% | 94.67% | 94.67% |
| 11/4/2020 | GREATER S CAROLINA | 318 | 65.09% | 74.84% | 90.88% | 97.17% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | GREENSBORO | 1977 | 89.23% | 90.95% | 96.61% | 97.98% |
| 11/4/2020 | GULF ATLANTIC | 362 | 73.48% | 79.01% | 91.71% | 93.09% |
| 11/4/2020 | HAWKEYE | 213 | 92.49% | 93.90% | 96.71% | 96.71% |
| 11/4/2020 | HONOLULU | 132 | 82.58% | 96.21% | 97.73% | 97.73% |
| 11/4/2020 | HOUSTON | 152 | 80.92% | 88.16% | 92.11% | 95.39% |
| 11/4/2020 | KENTUCKIANA | 102 | 64.71% | 65.69% | 83.33% | 87.25% |
| 11/4/2020 | LAKELAND | 79 | 64.56% | 68.35% | 82.28% | 82.28% |
| 11/4/2020 | LONG ISLAND | 2222 | 98.65% | 98.87% | 99.01% | 99.05% |
| 11/4/2020 | LOS ANGELES | 9836 | 99.33% | 99.43% | 99.60% | 99.64% |
| 11/4/2020 | LOUISIANA | 128 | 85.16% | 91.41% | 96.09% | 100.00% |
| 11/4/2020 | MID-AMERICA | 200 | 74.50% | 84.50% | 94.50% | 96.50% |
| 11/4/2020 | MID-CAROLINAS | 731 | 89.60% | 93.30% | 94.80% | 95.35% |
| 11/4/2020 | MISSISSIPPI | 113 | 83.19% | 91.15% | 96.46% | 98.23% |
| 11/4/2020 | NEVADA SIERRA | 4440 | 99.37% | 99.59% | 99.82% | 99.86% |
| 11/4/2020 | NEW YORK | 5551 | 96.51% | 97.41% | 99.42% | 99.51% |
| 11/4/2020 | NORTHERN NEW ENGLAND | 77 | 87.01% | 87.01% | 94.81% | 96.10% |
| 11/4/2020 | NORTHERN NEW JERSEY | 1870 | 97.49% | 97.86% | 98.50% | 98.61% |
| 11/4/2020 | NORTHERN OHIO | 1051 | 95.91% | 96.57% | 98.10% | 98.19% |
| 11/4/2020 | NORTHERN VIRGINIA | 1953 | 95.70% | 96.16% | 96.88% | 97.03% |
| 11/4/2020 | NORTHLAND | 98 | 86.73% | 91.84% | 95.92% | 96.94% |
| 11/4/2020 | OHIO VALLEY | 1133 | 91.88% | 93.82% | 98.59% | 99.12% |
| 11/4/2020 | OKLAHOMA | 111 | 76.58% | 81.08% | 97.30% | 99.10% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | PHILADELPHIA METRO | 567 | 79.54% | 80.60% | 91.53% | 95.41% |
| 11/4/2020 | PORTLAND | 1444 | 96.54% | 98.27% | 99.45% | 99.58% |
| 11/4/2020 | RICHMOND | 1285 | 91.44% | 93.15% | 97.12% | 97.28% |
| 11/4/2020 | RIO GRANDE | 321 | 88.47% | 91.90% | 98.13% | 98.44% |
| 11/4/2020 | SACRAMENTO | 12653 | 97.77% | 97.85% | 98.22% | 98.24% |
| 11/4/2020 | SALT LAKE CITY | 1914 | 98.54% | 98.75% | 99.53% | 99.63% |
| 11/4/2020 | SAN DIEGO | 22910 | 99.74% | 99.84% | 99.89% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4818 | 98.22% | 98.88% | 99.13% | 99.17% |
| 11/4/2020 | SANTA ANA | 14998 | 99.55% | 99.58% | 99.65% | 99.66% |
| 11/4/2020 | SEATTLE | 13826 | 99.41% | 99.66% | 99.80% | 99.83% |
| 11/4/2020 | SIERRA COASTAL | 1463 | 84.42% | 85.30% | 87.22% | 87.22% |
| 11/4/2020 | SOUTH FLORIDA | 241 | 68.88% | 83.40% | 95.44% | 95.85% |
| 11/4/2020 | SOUTH JERSEY | 1039 | 87.97% | 88.64% | 92.01% | 94.03% |
| 11/4/2020 | SUNCOAST | 384 | 63.02% | 73.70% | 88.28% | 95.05% |
| 11/4/2020 | TENNESSEE | 191 | 78.01% | 86.39% | 95.81% | 96.34% |
| 11/4/2020 | TRIBORO | 124 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/4/2020 | WESTCHESTER | 500 | 97.80% | 97.80% | 98.00% | 98.00% |
| 11/4/2020 | WESTERN NEW YORK | 434 | 93.55% | 94.70% | 97.47% | 97.70% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 794 | 79.35% | 83.88% | 96.98% | 98.36% |
| 11/5/2020 | ALABAMA | 127 | 82.68% | 82.68% | 85.83% | 93.70% |
| 11/5/2020 | ALASKA | 83 | 78.31% | 78.31% | 78.31% | 78.31% |
| 11/5/2020 | ALBANY | 553 | 96.02% | 98.92% | 98.92% | 99.82% |
| 11/5/2020 | APPALACHIAN | 14 | 57.14% | 57.14% | 57.14% | 57.14% |
| 11/5/2020 | ARIZONA | 617 | 94.49% | 94.49% | 95.79% | 97.08% |
| 11/5/2020 | ARKANSAS | 43 | 76.74% | 76.74% | 79.07% | 81.40% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | ATLANTA | 260 | 74.23% | 74.62% | 83.08% | 86.15% |
| 11/5/2020 | BALTIMORE | 564 | 73.94% | 92.20% | 95.92% | 97.87% |
| 11/5/2020 | BAY-VALLEY | 2264 | 98.67% | 98.81% | 98.85% | 98.85% |
| 11/5/2020 | CAPITAL | 339 | 82.89% | 93.51% | 96.46% | 98.23% |
| 11/5/2020 | CARIBBEAN | 20 | 80.00% | 80.00% | 90.00% | 90.00% |
| 11/5/2020 | CENTRAL ILLINOIS | 2554 | 96.67% | 97.26% | 97.77% | 98.71% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 577 | 52.51% | 68.80% | 71.58% | 86.14% |
| 11/5/2020 | CENTRAL PLAINS | 118 | 67.80% | 76.27% | 79.66% | 96.61% |
| 11/5/2020 | CHICAGO | 971 | 0.41% | 0.41% | 0.51% | 0.72% |
| 11/5/2020 | COLORADO/ WYOMING | 429 | 64.57% | 65.97% | 74.83% | 83.92% |
| 11/5/2020 | CONNECTICUT VALLEY | 190 | 89.47% | 89.47% | 91.58% | 95.79% |
| 11/5/2020 | DAKOTAS | 130 | 80.00% | 85.38% | 90.00% | 93.85% |
| 11/5/2020 | DALLAS | 237 | 85.65% | 85.65% | 95.78% | 97.89% |
| 11/5/2020 | DETROIT | 102 | 74.51% | 83.33% | 88.24% | 92.16% |
| 11/5/2020 | FT WORTH | 30 | 53.33% | 53.33% | 80.00% | 83.33% |
| 11/5/2020 | GATEWAY | 155 | 70.97% | 71.61% | 89.03% | 92.90% |
| 11/5/2020 | GREATER BOSTON | 662 | 93.20% | 96.22% | 96.68% | 97.73% |
| 11/5/2020 | GREATER INDIANA | 66 | 74.24% | 75.76% | 90.91% | 96.97% |
| 11/5/2020 | GREATER MICHIGAN | 94 | 91.49% | 91.49% | 92.55% | 95.74% |
| 11/5/2020 | GREATER S CAROLINA | 166 | 72.29% | 73.49% | 77.71% | 90.36% |
| 11/5/2020 | GREENSBORO | 476 | 70.17% | 74.16% | 75.63% | 90.55% |
| 11/5/2020 | GULF ATLANTIC | 209 | 79.43% | 79.90% | 85.17% | 92.82% |
| 11/5/2020 | HAWKEYE | 133 | 84.21% | 87.97% | 90.98% | 93.98% |
| 11/5/2020 | HONOLULU | 207 | 93.72% | 96.62% | 96.62% | 97.10% |
| 11/5/2020 | HOUSTON | 63 | 76.19% | 76.19% | 79.37% | 87.30% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | KENTUCKIANA | 67 | 61.19% | 62.69% | 64.18% | 91.04% |
| 11/5/2020 | LAKELAND | 53 | 71.70% | 77.36% | 81.13% | 90.57% |
| 11/5/2020 | LONG ISLAND | 360 | 90.00% | 93.61% | 94.17% | 95.56% |
| 11/5/2020 | LOS ANGELES | 1244 | 96.78% | 96.78% | 97.75% | 98.07% |
| 11/5/2020 | LOUISIANA | 115 | 83.48% | 85.22% | 91.30% | 96.52% |
| 11/5/2020 | MID-AMERICA | 150 | 72.67% | 83.33% | 94.00% | 98.67% |
| 11/5/2020 | MID-CAROLINAS | 282 | 70.21% | 77.30% | 77.30% | 94.68% |
| 11/5/2020 | MISSISSIPPI | 60 | 81.67% | 81.67% | 85.00% | 86.67% |
| 11/5/2020 | NEVADA SIERRA | 638 | 97.65% | 98.43% | 98.75% | 99.53% |
| 11/5/2020 | NEW YORK | 1445 | 96.19% | 97.79% | 98.34% | 99.10% |
| 11/5/2020 | NORTHERN NEW ENGLAND | 33 | 81.82% | 90.91% | 90.91% | 96.97% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1427 | 94.95% | 97.20% | 97.27% | 98.88% |
| 11/5/2020 | NORTHERN OHIO | 342 | 90.94% | 94.15% | 95.03% | 96.78% |
| 11/5/2020 | NORTHERN VIRGINIA | 275 | 82.55% | 89.09% | 89.09% | 89.82% |
| 11/5/2020 | NORTHLAND | 81 | 92.59% | 92.59% | 93.83% | 95.06% |
| 11/5/2020 | OHIO VALLEY | 603 | 83.25% | 89.39% | 98.18% | 99.17% |
| 11/5/2020 | OKLAHOMA | 81 | 65.43% | 65.43% | 66.67% | 98.77% |
| 11/5/2020 | PHILADELPHIA METRO | 228 | 50.44% | 62.28% | 65.35% | 85.53% |
| 11/5/2020 | PORTLAND | 757 | 91.15% | 91.55% | 98.02% | 98.94% |
| 11/5/2020 | RICHMOND | 507 | 90.34% | 91.72% | 93.49% | 95.86% |
| 11/5/2020 | RIO GRANDE | 148 | 87.16% | 87.16% | 87.84% | 97.30% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | SACRAMENTO | 2440 | 97.70% | 98.20% | 98.48% | 98.73% |
| 11/5/2020 | SALT LAKE CITY | 1112 | 99.01% | 99.01% | 99.01% | 99.64% |
| 11/5/2020 | SAN DIEGO | 3657 | 98.77% | 98.85% | 99.34% | 99.62% |
| 11/5/2020 | SAN FRANCISCO | 896 | 97.54% | 97.88% | 98.55% | 98.88% |
| 11/5/2020 | SANTA ANA | 1596 | 87.09% | 87.28% | 87.91% | 88.03% |
| 11/5/2020 | SEATTLE | 2181 | 97.34% | 97.52% | 98.26% | 98.49% |
| 11/5/2020 | SIERRA COASTAL | 1637 | 98.41% | 98.59% | 98.84% | 99.08% |
| 11/5/2020 | SOUTH FLORIDA | 184 | 89.13% | 89.13% | 89.13% | 92.39% |
| 11/5/2020 | SOUTH JERSEY | 435 | 73.10% | 80.69% | 82.76% | 92.87% |
| 11/5/2020 | SUNCOAST | 392 | 82.65% | 82.65% | 90.05% | 95.66% |
| 11/5/2020 | TENNESSEE | 200 | 83.50% | 83.50% | 88.00% | 93.50% |
| 11/5/2020 | TRIBORO | 10 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | WESTCHESTER | 173 | 91.91% | 95.38% | 95.38% | 95.95% |
| 11/5/2020 | WESTERN NEW YORK | 178 | 84.83% | 85.39% | 93.82% | 96.07% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 326 | 73.62% | 85.89% | 89.88% | 97.24% |
| 11/6/2020 | ALABAMA | 83 | 59.04% | 87.95% | 89.16% | 95.18% |
| 11/6/2020 | ALASKA | 29 | 68.97% | 68.97% | 72.41% | 75.86% |
| 11/6/2020 | ALBANY | 184 | 91.30% | 96.74% | 96.74% | 97.83% |
| 11/6/2020 | APPALACHIAN | 17 | 41.18% | 41.18% | 41.18% | 41.18% |
| 11/6/2020 | ARIZONA | 202 | 84.65% | 92.57% | 92.57% | 92.57% |
| 11/6/2020 | ARKANSAS | 11 | 54.55% | 63.64% | 63.64% | 63.64% |
| 11/6/2020 | ATLANTA | 197 | 69.54% | 83.76% | 83.76% | 83.76% |
| 11/6/2020 | BALTIMORE | 189 | 40.74% | 66.67% | 85.71% | 86.77% |
| 11/6/2020 | BAY-VALLEY | 370 | 88.11% | 95.68% | 95.95% | 96.76% |
| 11/6/2020 | CAPITAL | 121 | 61.16% | 87.60% | 90.08% | 95.04% |
| 11/6/2020 | CARIBBEAN | 3 | 33.33% | 33.33% | 33.33% | 33.33% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | CENTRAL ILLINOIS | 771 | 82.62% | 95.85% | 96.76% | 97.15% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 324 | 45.99% | 75.00% | 88.89% | 89.51% |
| 11/6/2020 | CENTRAL PLAINS | 59 | 57.63% | 69.49% | 71.19% | 74.58% |
| 11/6/2020 | CHICAGO | 370 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | COLORADO/ WYOMING | 354 | 50.85% | 85.88% | 86.16% | 87.29% |
| 11/6/2020 | CONNECTICUT VALLEY | 63 | 53.97% | 61.90% | 93.65% | 93.65% |
| 11/6/2020 | DAKOTAS | 77 | 70.13% | 79.22% | 79.22% | 80.52% |
| 11/6/2020 | DALLAS | 85 | 63.53% | 74.12% | 75.29% | 87.06% |
| 11/6/2020 | DETROIT | 110 | 59.09% | 91.82% | 91.82% | 91.82% |
| 11/6/2020 | FT WORTH | 13 | 53.85% | 69.23% | 69.23% | 76.92% |
| 11/6/2020 | GATEWAY | 94 | 55.32% | 79.79% | 79.79% | 84.04% |
| 11/6/2020 | GREATER BOSTON | 205 | 86.34% | 94.15% | 94.15% | 94.15% |
| 11/6/2020 | GREATER INDIANA | 31 | 83.87% | 90.32% | 90.32% | 90.32% |
| 11/6/2020 | GREATER MICHIGAN | 59 | 64.41% | 81.36% | 81.36% | 81.36% |
| 11/6/2020 | GREATER S CAROLINA | 89 | 61.80% | 79.78% | 79.78% | 83.15% |
| 11/6/2020 | GREENSBORO | 214 | 49.53% | 83.64% | 88.32% | 88.32% |
| 11/6/2020 | GULF ATLANTIC | 101 | 73.27% | 92.08% | 92.08% | 95.05% |
| 11/6/2020 | HAWKEYE | 58 | 72.41% | 87.93% | 87.93% | 87.93% |
| 11/6/2020 | HONOLULU | 91 | 79.12% | 79.12% | 85.71% | 86.81% |
| 11/6/2020 | HOUSTON | 25 | 60.00% | 80.00% | 80.00% | 92.00% |
| 11/6/2020 | KENTUCKIANA | 35 | 74.29% | 91.43% | 91.43% | 91.43% |
| 11/6/2020 | LAKELAND | 40 | 65.00% | 82.50% | 82.50% | 85.00% |
| 11/6/2020 | LONG ISLAND | 102 | 70.59% | 86.27% | 89.22% | 91.18% |
| 11/6/2020 | LOS ANGELES | 301 | 86.05% | 91.36% | 91.36% | 93.36% |
| 11/6/2020 | LOUISIANA | 87 | 79.31% | 90.80% | 90.80% | 94.25% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | MID-AMERICA | 107 | 41.12% | 89.72% | 90.65% | 92.52% |
| 11/6/2020 | MID-CAROLINAS | 117 | 58.12% | 85.47% | 86.32% | 88.89% |
| 11/6/2020 | MISSISSIPPI | 37 | 81.08% | 91.89% | 91.89% | 97.30% |
| 11/6/2020 | NEVADA SIERRA | 178 | 90.45% | 96.07% | 96.63% | 97.75% |
| 11/6/2020 | NEW YORK | 385 | 83.38% | 89.09% | 90.65% | 95.32% |
| 11/6/2020 | NORTHERN NEW ENGLAND | 21 | 61.90% | 85.71% | 90.48% | 90.48% |
| 11/6/2020 | NORTHERN NEW JERSEY | 283 | 85.16% | 94.35% | 94.70% | 95.76% |
| 11/6/2020 | NORTHERN OHIO | 169 | 67.46% | 94.67% | 94.67% | 95.27% |
| 11/6/2020 | NORTHERN VIRGINIA | 77 | 62.34% | 79.22% | 84.42% | 84.42% |
| 11/6/2020 | NORTHLAND | 47 | 70.21% | 95.74% | 95.74% | 95.74% |
| 11/6/2020 | OHIO VALLEY | 298 | 50.67% | 91.28% | 95.97% | 96.31% |
| 11/6/2020 | OKLAHOMA | 52 | 71.15% | 86.54% | 86.54% | 86.54% |
| 11/6/2020 | PHILADELPHIA METRO | 206 | 66.02% | 77.18% | 79.61% | 80.10% |
| 11/6/2020 | PORTLAND | 405 | 77.04% | 82.96% | 96.30% | 97.53% |
| 11/6/2020 | RICHMOND | 238 | 82.77% | 93.28% | 94.96% | 94.96% |
| 11/6/2020 | RIO GRANDE | 51 | 76.47% | 90.20% | 90.20% | 92.16% |
| 11/6/2020 | SACRAMENTO | 372 | 88.71% | 96.24% | 96.24% | 96.51% |
| 11/6/2020 | SALT LAKE CITY | 187 | 80.75% | 95.19% | 95.19% | 95.19% |
| 11/6/2020 | SAN DIEGO | 684 | 79.24% | 97.95% | 97.95% | 98.39% |
| 11/6/2020 | SAN FRANCISCO | 164 | 92.68% | 95.73% | 96.34% | 96.95% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | SANTA ANA | 308 | 95.13% | 98.05% | 98.70% | 99.03% |
| 11/6/2020 | SEATTLE | 438 | 86.99% | 91.55% | 91.78% | 92.69% |
| 11/6/2020 | SIERRA COASTAL | 370 | 88.11% | 93.78% | 93.78% | 94.32% |
| 11/6/2020 | SOUTH FLORIDA | 101 | 66.34% | 96.04% | 96.04% | 96.04% |
| 11/6/2020 | SOUTH JERSEY | 186 | 72.04% | 82.26% | 86.02% | 87.63% |
| 11/6/2020 | SUNCOAST | 165 | 81.21% | 92.73% | 92.73% | 94.55% |
| 11/6/2020 | TENNESSEE | 106 | 77.36% | 90.57% | 90.57% | 90.57% |
| 11/6/2020 | TRIBORO | 14 | 7.14% | 7.14% | 7.14% | 7.14% |
| 11/6/2020 | WESTCHESTER | 66 | 68.18% | 84.85% | 86.36% | 86.36% |
| 11/6/2020 | WESTERN NEW YORK | 37 | 64.86% | 78.38% | 78.38% | 94.59% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 111 | 56.76% | 72.07% | 88.29% | 94.59% |
| 11/7/2020 | ALABAMA | 41 | 39.02% | 87.80% | 97.56% | 97.56% |
| 11/7/2020 | ALASKA | 32 | 65.63% | 68.75% | 68.75% | 71.88% |
| 11/7/2020 | ALBANY | 67 | 76.12% | 86.57% | 89.55% | 89.55% |
| 11/7/2020 | APPALACHIAN | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | ARIZONA | 268 | 87.31% | 91.04% | 94.78% | 95.15% |
| 11/7/2020 | ARKANSAS | 13 | 30.77% | 53.85% | 53.85% | 53.85% |
| 11/7/2020 | ATLANTA | 123 | 51.22% | 85.37% | 86.18% | 86.18% |
| 11/7/2020 | BALTIMORE | 109 | 66.06% | 77.98% | 91.74% | 95.41% |
| 11/7/2020 | BAY-VALLEY | 107 | 70.09% | 82.24% | 93.46% | 96.26% |
| 11/7/2020 | CAPITAL | 68 | 60.29% | 69.12% | 86.76% | 89.71% |
| 11/7/2020 | CARIBBEAN | 5 | 20.00% | 40.00% | 80.00% | 80.00% |
| 11/7/2020 | CENTRAL ILLINOIS | 223 | 52.47% | 74.89% | 87.89% | 88.34% |
| 11/7/2020 | CENTRAL PENNSYLVANIA | 172 | 22.09% | 30.81% | 40.12% | 40.70% |
| 11/7/2020 | CENTRAL PLAINS | 32 | 56.25% | 75.00% | 84.38% | 84.38% |
| 11/7/2020 | CHICAGO | 56 | 0.00% | 0.00% | 0.00% | 0.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | COLORADO/ WYOMING | 288 | 37.15% | 67.01% | 82.29% | 82.99% |
| 11/7/2020 | CONNECTICUT VALLEY | 21 | 76.19% | 90.48% | 95.24% | 95.24% |
| 11/7/2020 | DAKOTAS | 51 | 50.98% | 60.78% | 68.63% | 68.63% |
| 11/7/2020 | DALLAS | 64 | 68.75% | 76.56% | 81.25% | 81.25% |
| 11/7/2020 | DETROIT | 50 | 56.00% | 70.00% | 82.00% | 82.00% |
| 11/7/2020 | FT WORTH | 10 | 30.00% | 60.00% | 70.00% | 70.00% |
| 11/7/2020 | GATEWAY | 62 | 45.16% | 75.81% | 82.26% | 82.26% |
| 11/7/2020 | GREATER BOSTON | 83 | 73.49% | 85.54% | 86.75% | 86.75% |
| 11/7/2020 | GREATER INDIANA | 20 | 55.00% | 85.00% | 85.00% | 85.00% |
| 11/7/2020 | GREATER MICHIGAN | 35 | 28.57% | 74.29% | 80.00% | 80.00% |
| 11/7/2020 | GREATER S CAROLINA | 70 | 71.43% | 81.43% | 90.00% | 90.00% |
| 11/7/2020 | GREENSBORO | 113 | 40.71% | 59.29% | 86.73% | 87.61% |
| 11/7/2020 | GULF ATLANTIC | 56 | 62.50% | 87.50% | 92.86% | 92.86% |
| 11/7/2020 | HAWKEYE | 27 | 51.85% | 85.19% | 96.30% | 96.30% |
| 11/7/2020 | HONOLULU | 22 | 77.27% | 77.27% | 77.27% | 81.82% |
| 11/7/2020 | HOUSTON | 24 | 58.33% | 79.17% | 91.67% | 91.67% |
| 11/7/2020 | KENTUCKIANA | 12 | 25.00% | 50.00% | 50.00% | 50.00% |
| 11/7/2020 | LAKELAND | 39 | 7.69% | 33.33% | 69.23% | 69.23% |
| 11/7/2020 | LONG ISLAND | 29 | 37.93% | 55.17% | 79.31% | 79.31% |
| 11/7/2020 | LOS ANGELES | 113 | 86.73% | 92.04% | 93.81% | 93.81% |
| 11/7/2020 | LOUISIANA | 39 | 61.54% | 82.05% | 94.87% | 94.87% |
| 11/7/2020 | MID-AMERICA | 54 | 38.89% | 66.67% | 94.44% | 94.44% |
| 11/7/2020 | MID-CAROLINAS | 73 | 39.73% | 79.45% | 91.78% | 91.78% |
| 11/7/2020 | MISSISSIPPI | 16 | 50.00% | 62.50% | 81.25% | 81.25% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | NEVADA SIERRA | 69 | 78.26% | 85.51% | 91.30% | 92.75% |
| 11/7/2020 | NEW YORK | 167 | 87.43% | 89.82% | 91.02% | 91.62% |
| 11/7/2020 | NORTHERN NEW ENGLAND | 8 | 37.50% | 62.50% | 87.50% | 87.50% |
| 11/7/2020 | NORTHERN NEW JERSEY | 80 | 71.25% | 85.00% | 86.25% | 86.25% |
| 11/7/2020 | NORTHERN OHIO | 66 | 57.58% | 83.33% | 89.39% | 89.39% |
| 11/7/2020 | NORTHERN VIRGINIA | 29 | 58.62% | 72.41% | 82.76% | 86.21% |
| 11/7/2020 | NORTHLAND | 25 | 48.00% | 68.00% | 68.00% | 68.00% |
| 11/7/2020 | OHIO VALLEY | 82 | 46.34% | 71.95% | 91.46% | 91.46% |
| 11/7/2020 | OKLAHOMA | 22 | 50.00% | 68.18% | 81.82% | 81.82% |
| 11/7/2020 | PHILADELPHIA METRO | 45 | 31.11% | 51.11% | 55.56% | 57.78% |
| 11/7/2020 | PORTLAND | 240 | 60.42% | 80.83% | 84.17% | 85.42% |
| 11/7/2020 | RICHMOND | 82 | 76.83% | 86.59% | 93.90% | 96.34% |
| 11/7/2020 | RIO GRANDE | 22 | 50.00% | 77.27% | 86.36% | 86.36% |
| 11/7/2020 | SACRAMENTO | 342 | 93.57% | 94.15% | 95.91% | 96.49% |
| 11/7/2020 | SALT LAKE CITY | 148 | 37.84% | 54.73% | 62.16% | 62.84% |
| 11/7/2020 | SAN DIEGO | 195 | 64.10% | 85.13% | 94.87% | 95.38% |
| 11/7/2020 | SAN FRANCISCO | 59 | 77.97% | 81.36% | 89.83% | 89.83% |
| 11/7/2020 | SANTA ANA | 90 | 87.78% | 93.33% | 97.78% | 97.78% |
| 11/7/2020 | SEATTLE | 181 | 73.48% | 85.08% | 89.50% | 90.06% |
| 11/7/2020 | SIERRA COASTAL | 131 | 84.73% | 90.08% | 90.84% | 90.84% |
| 11/7/2020 | SOUTH FLORIDA | 56 | 39.29% | 69.64% | 92.86% | 92.86% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | SOUTH JERSEY | 65 | 52.31% | 63.08% | 80.00% | 83.08% |
| 11/7/2020 | SUNCOAST | 98 | 53.06% | 58.16% | 59.18% | 59.18% |
| 11/7/2020 | TENNESSEE | 54 | 70.37% | 85.19% | 87.04% | 87.04% |
| 11/7/2020 | TRIBORO | 18 | 16.67% | 16.67% | 16.67% | 16.67% |
| 11/7/2020 | WESTCHESTER | 22 | 86.36% | 95.45% | 95.45% | 95.45% |
| 11/7/2020 | WESTERN NEW YORK | 27 | 74.07% | 77.78% | 92.59% | 92.59% |
| 11/7/2020 | WESTERN PENNSYLVANIA | 46 | 58.70% | 65.22% | 78.26% | 78.26% |