| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |
| 11/4/2020 | ALASKA | 631 | 89.86% | 90.33% | 90.49% | 90.49% |
| 11/4/2020 | ALBANY | 806 | 93.80% | 96.28% | 98.76% | 98.76% |
| 11/4/2020 | APPALACHIAN | 166 | 82.53% | 84.94% | 94.58% | 95.78% |
| 11/4/2020 | ARIZONA | 243 | 91.36% | 93.42% | 94.65% | 94.65% |
| 11/4/2020 | ARKANSAS | 27 | 81.48% | 92.59% | 96.30% | 96.30% |
| 11/4/2020 | ATLANTA | 106 | 78.30% | 78.30% | 83.96% | 84.91% |
| 11/4/2020 | BALTIMORE | 1975 | 92.35% | 94.03% | 97.82% | 99.39% |
| 11/4/2020 | BAY-VALLEY | 16652 | 99.35% | 99.44% | 99.81% | 99.83% |
| 11/4/2020 | CAPITAL | 1029 | 96.89% | 97.18% | 98.64% | 99.51% |
| 11/4/2020 | CARIBBEAN | 122 | 97.54% | 98.36% | 99.18% | 99.18% |
| 11/4/2020 | CENTRAL ILLINOIS | 680 | 95.29% | 96.32% | 97.65% | 97.94% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1847 | 65.19% | 71.79% | 90.53% | 95.34% |
| 11/4/2020 | CENTRAL PLAINS | 238 | 95.38% | 97.06% | 98.32% | 98.32% |
| 11/4/2020 | CHICAGO | 7519 | 51.39% | 52.68% | 53.29% | 53.37% |
| 11/4/2020 | COLORADO/WYOMING | 546 | 28.02% | 44.51% | 75.82% | 84.62% |
| 11/4/2020 | CONNECTICUT VALLEY | 472 | 89.19% | 91.31% | 98.09% | 98.73% |
| 11/4/2020 | DAKOTAS | 48 | 87.50% | 93.75% | 97.92% | 97.92% |
| 11/4/2020 | DALLAS | 35 | 80.00% | 85.71% | 91.43% | 91.43% |
| 11/4/2020 | DETROIT | 177 | 80.23% | 85.31% | 93.79% | 94.35% |
| 11/4/2020 | FT WORTH | 77 | 84.42% | 87.01% | 96.10% | 97.40% |
| 11/4/2020 | GATEWAY | 122 | 82.79% | 86.07% | 93.44% | 95.08% |
| 11/4/2020 | GREATER BOSTON | 1189 | 94.11% | 96.30% | 97.98% | 98.65% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | GREATER INDIANA | 14 | 92.86% | 92.86% | 92.86% | 92.86% |
| 11/4/2020 | GREATER MICHIGAN | 83 | 86.75% | 91.57% | 92.77% | 93.98% |
| 11/4/2020 | GREATER S CAROLINA | 79 | 83.54% | 89.87% | 91.14% | 92.41% |
| 11/4/2020 | GREENSBORO | 1967 | 88.66% | 89.63% | 95.98% | 96.95% |
| 11/4/2020 | GULF ATLANTIC | 187 | 85.03% | 92.51% | 96.26% | 97.33% |
| 11/4/2020 | HAWKEYE | 252 | 91.67% | 92.86% | 96.83% | 96.83% |
| 11/4/2020 | HONOLULU | 93 | 93.55% | 95.70% | 97.85% | 97.85% |
| 11/4/2020 | HOUSTON | 126 | 88.10% | 89.68% | 90.48% | 92.06% |
| 11/4/2020 | KENTUCKIANA | 14 | 57.14% | 64.29% | 64.29% | 64.29% |
| 11/4/2020 | LAKELAND | 276 | 96.01% | 97.10% | 98.91% | 99.28% |
| 11/4/2020 | LONG ISLAND | 2471 | 97.09% | 97.94% | 98.79% | 98.83% |
| 11/4/2020 | LOS ANGELES | 14620 | 99.07% | 99.34% | 99.48% | 99.49% |
| 11/4/2020 | LOUISIANA | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | MID-AMERICA | 150 | 91.33% | 92.00% | 96.67% | 96.67% |
| 11/4/2020 | MID-CAROLINAS | 897 | 89.63% | 90.97% | 95.54% | 95.76% |
| 11/4/2020 | MISSISSIPPI | 91 | 94.51% | 94.51% | 95.60% | 95.60% |
| 11/4/2020 | NEVADA SIERRA | 4468 | 99.37% | 99.57% | 99.78% | 99.80% |
| 11/4/2020 | NEW YORK | 2109 | 97.72% | 98.20% | 99.15% | 99.19% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | NORTHERN NEW ENGLAND | 6 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/4/2020 | NORTHERN NEW JERSEY | 2129 | 96.62% | 97.65% | 98.83% | 98.87% |
| 11/4/2020 | NORTHERN OHIO | 1357 | 94.33% | 94.40% | 98.08% | 98.23% |
| 11/4/2020 | NORTHERN VIRGINIA | 1977 | 92.46% | 93.58% | 96.05% | 96.91% |
| 11/4/2020 | NORTHLAND | 68 | 95.59% | 98.53% | 98.53% | 98.53% |
| 11/4/2020 | OHIO VALLEY | 828 | 90.34% | 91.79% | 98.67% | 99.28% |
| 11/4/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/4/2020 | PHILADELPHIA METROPO | 968 | 76.24% | 81.20% | 92.98% | 95.14% |
| 11/4/2020 | PORTLAND | 1270 | 97.72% | 98.90% | 99.37% | 99.69% |
| 11/4/2020 | RICHMOND | 1201 | 95.42% | 96.17% | 97.84% | 98.25% |
| 11/4/2020 | RIO GRANDE | 48 | 87.50% | 89.58% | 93.75% | 93.75% |
| 11/4/2020 | SACRAMENTO | 11989 | 97.96% | 98.06% | 98.16% | 98.16% |
| 11/4/2020 | SALT LAKE CITY | 1322 | 98.71% | 99.09% | 99.55% | 99.55% |
| 11/4/2020 | SAN DIEGO | 26602 | 99.81% | 99.89% | 99.93% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4936 | 98.66% | 98.97% | 99.07% | 99.09% |
| 11/4/2020 | SANTA ANA | 7617 | 99.13% | 99.17% | 99.23% | 99.24% |
| 11/4/2020 | SEATTLE | 14080 | 99.45% | 99.65% | 99.79% | 99.81% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | SIERRA COASTAL | 1425 | 86.11% | 87.09% | 87.16% | 87.16% |
| 11/4/2020 | SOUTH FLORIDA | 66 | 84.85% | 87.88% | 92.42% | 92.42% |
| 11/4/2020 | SOUTH JERSEY | 972 | 92.59% | 94.03% | 95.37% | 95.58% |
| 11/4/2020 | SUNCOAST | 265 | 88.68% | 90.57% | 93.96% | 95.47% |
| 11/4/2020 | TENNESSEE | 123 | 80.49% | 90.24% | 95.12% | 96.75% |
| 11/4/2020 | TRIBORO | 2918 | 94.31% | 94.69% | 95.44% | 95.48% |
| 11/4/2020 | WESTCHESTER | 1097 | 88.97% | 91.52% | 98.54% | 98.72% |
| 11/4/2020 | WESTERN NEW YORK | 486 | 95.68% | 96.30% | 97.53% | 97.74% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 708 | 85.88% | 88.98% | 98.02% | 98.45% |
| 11/5/2020 | ALABAMA | 2 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/5/2020 | ALASKA | 170 | 83.53% | 85.88% | 88.24% | 90.00% |
| 11/5/2020 | ALBANY | 391 | 92.84% | 95.91% | 96.68% | 99.74% |
| 11/5/2020 | APPALACHIAN | 128 | 61.72% | 75.78% | 84.38% | 93.75% |
| 11/5/2020 | ARIZONA | 413 | 93.95% | 93.95% | 94.67% | 96.37% |
| 11/5/2020 | ARKANSAS | 13 | 92.31% | 92.31% | 100.00% | 100.00% |
| 11/5/2020 | ATLANTA | 99 | 92.93% | 92.93% | 93.94% | 94.95% |
| 11/5/2020 | BALTIMORE | 512 | 66.21% | 78.71% | 82.62% | 94.73% |
| 11/5/2020 | BAY-VALLEY | 2456 | 97.76% | 97.88% | 98.78% | 98.98% |
| 11/5/2020 | CAPITAL | 338 | 84.62% | 88.17% | 94.38% | 97.63% |
| 11/5/2020 | CARIBBEAN | 19 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/5/2020 | CENTRAL ILLINOIS | 205 | 83.90% | 88.29% | 90.24% | 91.22% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 630 | 43.97% | 62.22% | 66.35% | 85.71% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | CENTRAL PLAINS | 71 | 76.06% | 85.92% | 85.92% | 87.32% |
| 11/5/2020 | CHICAGO | 3623 | 71.27% | 71.76% | 72.37% | 73.01% |
| 11/5/2020 | COLORADO/WYOMING | 237 | 51.90% | 54.43% | 59.07% | 64.98% |
| 11/5/2020 | CONNECTICUT VALLEY | 319 | 90.28% | 93.42% | 94.67% | 95.30% |
| 11/5/2020 | DAKOTAS | 46 | 78.26% | 80.43% | 93.48% | 93.48% |
| 11/5/2020 | DALLAS | 20 | 90.00% | 90.00% | 90.00% | 90.00% |
| 11/5/2020 | DETROIT | 126 | 86.51% | 88.10% | 90.48% | 94.44% |
| 11/5/2020 | FT WORTH | 10 | 80.00% | 80.00% | 80.00% | 80.00% |
| 11/5/2020 | GATEWAY | 48 | 77.08% | 81.25% | 81.25% | 87.50% |
| 11/5/2020 | GREATER BOSTON | 621 | 90.82% | 91.79% | 95.01% | 97.26% |
| 11/5/2020 | GREATER INDIANA | 12 | 83.33% | 83.33% | 83.33% | 83.33% |
| 11/5/2020 | GREATER MICHIGAN | 66 | 86.36% | 87.88% | 93.94% | 98.48% |
| 11/5/2020 | GREATER S CAROLINA | 47 | 72.34% | 72.34% | 78.72% | 80.85% |
| 11/5/2020 | GREENSBORO | 475 | 56.21% | 59.58% | 62.11% | 83.37% |
| 11/5/2020 | GULF ATLANTIC | 139 | 71.22% | 72.66% | 81.29% | 92.09% |
| 11/5/2020 | HAWKEYE | 166 | 74.70% | 83.73% | 87.95% | 92.17% |
| 11/5/2020 | HONOLULU | 285 | 85.96% | 89.12% | 95.44% | 98.95% |
| 11/5/2020 | HOUSTON | 51 | 74.51% | 74.51% | 80.39% | 86.27% |
| 11/5/2020 | KENTUCKIANA | 9 | 11.11% | 11.11% | 33.33% | 44.44% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | LAKELAND | 77 | 89.61% | 96.10% | 96.10% | 96.10% |
| 11/5/2020 | LONG ISLAND | 635 | 92.13% | 97.17% | 97.95% | 98.27% |
| 11/5/2020 | LOS ANGELES | 2783 | 98.42% | 98.53% | 98.78% | 99.10% |
| 11/5/2020 | LOUISIANA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | MID-AMERICA | 86 | 75.58% | 82.56% | 84.88% | 88.37% |
| 11/5/2020 | MID-CAROLINAS | 302 | 80.46% | 83.44% | 89.40% | 92.72% |
| 11/5/2020 | MISSISSIPPI | 27 | 85.19% | 85.19% | 88.89% | 96.30% |
| 11/5/2020 | NEVADA SIERRA | 594 | 97.81% | 97.98% | 98.48% | 99.83% |
| 11/5/2020 | NEW YORK | 459 | 96.51% | 96.95% | 97.82% | 98.04% |
| 11/5/2020 | NORTHERN NEW ENGLAND | 3 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1298 | 97.23% | 98.69% | 98.84% | 99.15% |
| 11/5/2020 | NORTHERN OHIO | 358 | 83.52% | 92.46% | 94.13% | 97.21% |
| 11/5/2020 | NORTHERN VIRGINIA | 422 | 86.73% | 90.76% | 92.89% | 93.84% |
| 11/5/2020 | NORTHLAND | 56 | 76.79% | 87.50% | 89.29% | 94.64% |
| 11/5/2020 | OHIO VALLEY | 488 | 91.80% | 92.21% | 94.88% | 98.16% |
| 11/5/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/5/2020 | PHILADELPHIA METROPO | 449 | 51.22% | 65.03% | 69.27% | 92.65% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | PORTLAND | 673 | 95.10% | 95.54% | 97.18% | 98.81% |
| 11/5/2020 | RICHMOND | 549 | 83.97% | 89.98% | 92.53% | 95.26% |
| 11/5/2020 | RIO GRANDE | 18 | 77.78% | 77.78% | 88.89% | 100.00% |
| 11/5/2020 | SACRAMENTO | 2461 | 97.60% | 97.89% | 98.50% | 98.66% |
| 11/5/2020 | SALT LAKE CITY | 899 | 97.11% | 97.11% | 98.11% | 98.89% |
| 11/5/2020 | SAN DIEGO | 3311 | 98.67% | 98.73% | 99.24% | 99.55% |
| 11/5/2020 | SAN FRANCISCO | 1093 | 98.08% | 98.44% | 98.81% | 98.99% |
| 11/5/2020 | SANTA ANA | 1454 | 83.56% | 84.11% | 85.97% | 86.73% |
| 11/5/2020 | SEATTLE | 2683 | 96.05% | 96.20% | 97.69% | 98.55% |
| 11/5/2020 | SIERRA COASTAL | 968 | 97.93% | 97.93% | 98.55% | 98.66% |
| 11/5/2020 | SOUTH FLORIDA | 86 | 61.63% | 61.63% | 75.58% | 84.88% |
| 11/5/2020 | SOUTH JERSEY | 452 | 87.61% | 93.58% | 94.03% | 96.02% |
| 11/5/2020 | SUNCOAST | 289 | 82.70% | 82.70% | 88.93% | 94.46% |
| 11/5/2020 | TENNESSEE | 83 | 83.13% | 85.54% | 86.75% | 96.39% |
| 11/5/2020 | TRIBORO | 719 | 89.01% | 91.79% | 95.41% | 97.22% |
| 11/5/2020 | WESTCHESTER | 552 | 90.94% | 95.83% | 97.28% | 99.09% |
| 11/5/2020 | WESTERN NEW YORK | 245 | 90.61% | 90.61% | 95.51% | 97.96% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 440 | 86.36% | 90.68% | 94.32% | 96.59% |
| 11/6/2020 | ALABAMA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | ALASKA | 86 | 82.56% | 90.70% | 93.02% | 95.35% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | ALBANY | 165 | 83.03% | 98.18% | 98.18% | 98.18% |
| 11/6/2020 | APPALACHIAN | 75 | 45.33% | 84.00% | 89.33% | 90.67% |
| 11/6/2020 | ARIZONA | 121 | 86.78% | 92.56% | 92.56% | 93.39% |
| 11/6/2020 | ARKANSAS | 2 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | ATLANTA | 91 | 72.53% | 91.21% | 91.21% | 91.21% |
| 11/6/2020 | BALTIMORE | 202 | 45.54% | 62.38% | 73.27% | 77.23% |
| 11/6/2020 | BAY-VALLEY | 556 | 89.75% | 96.22% | 96.58% | 97.66% |
| 11/6/2020 | CAPITAL | 154 | 61.04% | 92.21% | 93.51% | 93.51% |
| 11/6/2020 | CARIBBEAN | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | CENTRAL ILLINOIS | 80 | 68.75% | 83.75% | 93.75% | 95.00% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 365 | 48.22% | 76.99% | 85.48% | 87.67% |
| 11/6/2020 | CENTRAL PLAINS | 34 | 70.59% | 88.24% | 88.24% | 88.24% |
| 11/6/2020 | CHICAGO | 1244 | 61.17% | 68.81% | 69.29% | 69.69% |
| 11/6/2020 | COLORADO/WYOMING | 304 | 48.03% | 73.68% | 74.01% | 74.34% |
| 11/6/2020 | CONNECTICUT VALLEY | 130 | 77.69% | 93.85% | 95.38% | 95.38% |
| 11/6/2020 | DAKOTAS | 43 | 67.44% | 83.72% | 83.72% | 90.70% |
| 11/6/2020 | DALLAS | 10 | 40.00% | 50.00% | 50.00% | 50.00% |
| 11/6/2020 | DETROIT | 104 | 50.96% | 76.92% | 76.92% | 77.88% |
| 11/6/2020 | FT WORTH | 20 | 65.00% | 75.00% | 75.00% | 75.00% |
| 11/6/2020 | GATEWAY | 39 | 56.41% | 69.23% | 71.79% | 74.36% |
| 11/6/2020 | GREATER BOSTON | 153 | 89.54% | 96.08% | 96.08% | 96.08% |
| 11/6/2020 | GREATER INDIANA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | GREATER MICHIGAN | 62 | 66.13% | 93.55% | 93.55% | 93.55% |
| 11/6/2020 | GREATER S CAROLINA | 20 | 65.00% | 80.00% | 80.00% | 80.00% |
| 11/6/2020 | GREENSBORO | 122 | 60.66% | 70.49% | 71.31% | 74.59% |
| 11/6/2020 | GULF ATLANTIC | 76 | 52.63% | 93.42% | 93.42% | 94.74% |
| 11/6/2020 | HAWKEYE | 51 | 62.75% | 84.31% | 84.31% | 84.31% |
| 11/6/2020 | HONOLULU | 95 | 56.84% | 71.58% | 71.58% | 74.74% |
| 11/6/2020 | HOUSTON | 14 | 71.43% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | KENTUCKIANA | 11 | 72.73% | 72.73% | 72.73% | 72.73% |
| 11/6/2020 | LAKELAND | 28 | 60.71% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | LONG ISLAND | 314 | 65.92% | 84.39% | 96.18% | 97.77% |
| 11/6/2020 | LOS ANGELES | 548 | 90.33% | 94.89% | 94.89% | 95.26% |
| 11/6/2020 | LOUISIANA | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | MID-AMERICA | 29 | 58.62% | 75.86% | 79.31% | 82.76% |
| 11/6/2020 | MID-CAROLINAS | 101 | 57.43% | 84.16% | 84.16% | 94.06% |
| 11/6/2020 | MISSISSIPPI | 27 | 77.78% | 92.59% | 92.59% | 92.59% |
| 11/6/2020 | NEVADA SIERRA | 139 | 94.96% | 98.56% | 98.56% | 98.56% |
| 11/6/2020 | NEW YORK | 186 | 78.49% | 94.09% | 96.24% | 97.31% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | NORTHERN NEW ENGLAND | 3 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | NORTHERN NEW JERSEY | 342 | 80.12% | 90.64% | 94.74% | 95.32% |
| 11/6/2020 | NORTHERN OHIO | 122 | 51.64% | 82.79% | 90.16% | 91.80% |
| 11/6/2020 | NORTHERN VIRGINIA | 218 | 63.30% | 85.32% | 88.07% | 88.07% |
| 11/6/2020 | NORTHLAND | 37 | 64.86% | 91.89% | 91.89% | 91.89% |
| 11/6/2020 | OHIO VALLEY | 76 | 60.53% | 82.89% | 82.89% | 82.89% |
| 11/6/2020 | OKLAHOMA | 6 | 33.33% | 33.33% | 33.33% | 33.33% |
| 11/6/2020 | PHILADELPHIA METROPO | 244 | 63.52% | 84.84% | 86.48% | 90.57% |
| 11/6/2020 | PORTLAND | 542 | 73.62% | 86.53% | 96.49% | 97.05% |
| 11/6/2020 | RICHMOND | 346 | 68.50% | 87.86% | 92.77% | 94.80% |
| 11/6/2020 | RIO GRANDE | 14 | 78.57% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | SACRAMENTO | 361 | 91.69% | 95.29% | 95.29% | 96.95% |
| 11/6/2020 | SALT LAKE CITY | 175 | 72.00% | 90.86% | 90.86% | 92.57% |
| 11/6/2020 | SAN DIEGO | 607 | 92.75% | 95.72% | 96.05% | 98.35% |
| 11/6/2020 | SAN FRANCISCO | 221 | 89.14% | 95.48% | 95.93% | 96.83% |
| 11/6/2020 | SANTA ANA | 117 | 92.31% | 96.58% | 97.44% | 98.29% |
| 11/6/2020 | SEATTLE | 593 | 72.18% | 92.24% | 92.92% | 93.93% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | SIERRA COASTAL | 222 | 82.88% | 90.99% | 90.99% | 90.99% |
| 11/6/2020 | SOUTH FLORIDA | 51 | 58.82% | 88.24% | 88.24% | 94.12% |
| 11/6/2020 | SOUTH JERSEY | 140 | 72.86% | 87.14% | 89.29% | 92.14% |
| 11/6/2020 | SUNCOAST | 110 | 75.45% | 86.36% | 86.36% | 87.27% |
| 11/6/2020 | TENNESSEE | 59 | 42.37% | 81.36% | 83.05% | 83.05% |
| 11/6/2020 | TRIBORO | 213 | 64.32% | 79.34% | 83.10% | 84.51% |
| 11/6/2020 | WESTCHESTER | 187 | 78.61% | 93.58% | 94.65% | 94.65% |
| 11/6/2020 | WESTERN NEW YORK | 163 | 65.03% | 90.18% | 94.48% | 96.32% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 156 | 74.36% | 92.95% | 92.95% | 94.23% |
| 11/7/2020 | ALABAMA | 5 | 60.00% | 80.00% | 100.00% | 100.00% |
| 11/7/2020 | ALASKA | 44 | 65.91% | 75.00% | 77.27% | 81.82% |
| 11/7/2020 | ALBANY | 75 | 62.67% | 85.33% | 96.00% | 96.00% |
| 11/7/2020 | APPALACHIAN | 40 | 22.50% | 57.50% | 95.00% | 95.00% |
| 11/7/2020 | ARIZONA | 79 | 77.22% | 84.81% | 86.08% | 87.34% |
| 11/7/2020 | ARKANSAS | 3 | 33.33% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | ATLANTA | 61 | 42.62% | 78.69% | 91.80% | 91.80% |
| 11/7/2020 | BALTIMORE | 115 | 62.61% | 80.87% | 90.43% | 92.17% |
| 11/7/2020 | BAY-VALLEY | 184 | 79.35% | 87.50% | 95.11% | 96.74% |
| 11/7/2020 | CAPITAL | 77 | 76.62% | 92.21% | 94.81% | 97.40% |
| 11/7/2020 | CARIBBEAN | 3 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | CENTRAL ILLINOIS | 35 | 62.86% | 88.57% | 91.43% | 94.29% |
| 11/7/2020 | CENTRAL PENNSYLVANIA | 310 | 14.19% | 30.32% | 43.23% | 45.16% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | CENTRAL PLAINS | 13 | 69.23% | 69.23% | 69.23% | 69.23% |
| 11/7/2020 | CHICAGO | 265 | 45.28% | 64.53% | 75.09% | 75.09% |
| 11/7/2020 | COLORADO /WYOMING | 403 | 22.83% | 34.99% | 53.35% | 53.85% |
| 11/7/2020 | CONNECTICUT VALLEY | 47 | 89.36% | 95.74% | 97.87% | 97.87% |
| 11/7/2020 | DAKOTAS | 22 | 50.00% | 72.73% | 81.82% | 81.82% |
| 11/7/2020 | DALLAS | 7 | 71.43% | 85.71% | 85.71% | 85.71% |
| 11/7/2020 | DETROIT | 52 | 59.62% | 67.31% | 69.23% | 69.23% |
| 11/7/2020 | FT WORTH | 14 | 85.71% | 85.71% | 100.00% | 100.00% |
| 11/7/2020 | GATEWAY | 20 | 65.00% | 75.00% | 80.00% | 80.00% |
| 11/7/2020 | GREATER BOSTON | 68 | 77.94% | 89.71% | 94.12% | 94.12% |
| 11/7/2020 | GREATER INDIANA | 4 | 75.00% | 75.00% | 100.00% | 100.00% |
| 11/7/2020 | GREATER MICHIGAN | 33 | 27.27% | 69.70% | 78.79% | 78.79% |
| 11/7/2020 | GREATER S CAROLINA | 16 | 56.25% | 75.00% | 93.75% | 93.75% |
| 11/7/2020 | GREENSBORO | 53 | 49.06% | 58.49% | 75.47% | 75.47% |
| 11/7/2020 | GULF ATLANTIC | 48 | 43.75% | 75.00% | 81.25% | 81.25% |
| 11/7/2020 | HAWKEYE | 21 | 57.14% | 76.19% | 90.48% | 90.48% |
| 11/7/2020 | HONOLULU | 33 | 54.55% | 75.76% | 87.88% | 87.88% |
| 11/7/2020 | HOUSTON | 7 | 57.14% | 71.43% | 71.43% | 71.43% |
| 11/7/2020 | KENTUCKIANA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | LAKELAND | 23 | 65.22% | 78.26% | 82.61% | 82.61% |
| 11/7/2020 | LONG ISLAND | 88 | 71.59% | 85.23% | 94.32% | 96.59% |
| 11/7/2020 | LOS ANGELES | 259 | 91.89% | 96.14% | 96.91% | 96.91% |
| 11/7/2020 | LOUISIANA | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | MID-AMERICA | 19 | 47.37% | 73.68% | 78.95% | 78.95% |
| 11/7/2020 | MID-CAROLINAS | 45 | 60.00% | 68.89% | 77.78% | 77.78% |
| 11/7/2020 | MISSISSIPPI | 9 | 55.56% | 77.78% | 77.78% | 77.78% |
| 11/7/2020 | NEVADA SIERRA | 57 | 85.96% | 87.72% | 91.23% | 92.98% |
| 11/7/2020 | NEW YORK | 2 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/7/2020 | NORTHERN NEW ENGLAND | 7 | 57.14% | 57.14% | 57.14% | 57.14% |
| 11/7/2020 | NORTHERN NEW JERSEY | 103 | 71.84% | 88.35% | 92.23% | 92.23% |
| 11/7/2020 | NORTHERN OHIO | 73 | 52.05% | 73.97% | 95.89% | 95.89% |
| 11/7/2020 | NORTHERN VIRGINIA | 90 | 47.78% | 78.89% | 95.56% | 95.56% |
| 11/7/2020 | NORTHLAND | 13 | 69.23% | 84.62% | 92.31% | 92.31% |
| 11/7/2020 | OHIO VALLEY | 49 | 55.10% | 83.67% | 91.84% | 91.84% |
| 11/7/2020 | OKLAHOMA | 2 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/7/2020 | PHILADELPHIA METROPO | 141 | 28.37% | 71.63% | 82.98% | 84.40% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | PORTLAND | 259 | 55.60% | 83.78% | 94.21% | 95.37% |
| 11/7/2020 | RICHMOND | 99 | 52.53% | 76.77% | 91.92% | 92.93% |
| 11/7/2020 | RIO GRANDE | 14 | 64.29% | 64.29% | 85.71% | 85.71% |
| 11/7/2020 | SACRAMENTO | 390 | 85.64% | 86.92% | 88.46% | 88.46% |
| 11/7/2020 | SALT LAKE CITY | 41 | 70.73% | 75.61% | 78.05% | 80.49% |
| 11/7/2020 | SAN DIEGO | 210 | 88.10% | 91.90% | 95.71% | 96.19% |
| 11/7/2020 | SAN FRANCISCO | 65 | 80.00% | 89.23% | 90.77% | 90.77% |
| 11/7/2020 | SANTA ANA | 77 | 89.61% | 93.51% | 96.10% | 96.10% |
| 11/7/2020 | SEATTLE | 323 | 76.78% | 91.64% | 95.36% | 95.67% |
| 11/7/2020 | SIERRA COASTAL | 97 | 86.60% | 93.81% | 93.81% | 93.81% |
| 11/7/2020 | SOUTH FLORIDA | 33 | 60.61% | 81.82% | 90.91% | 90.91% |
| 11/7/2020 | SOUTH JERSEY | 44 | 59.09% | 79.55% | 81.82% | 81.82% |
| 11/7/2020 | SUNCOAST | 65 | 73.85% | 81.54% | 87.69% | 87.69% |
| 11/7/2020 | TENNESSEE | 12 | 58.33% | 83.33% | 83.33% | 83.33% |
| 11/7/2020 | TRIBORO | 126 | 65.87% | 83.33% | 89.68% | 91.27% |
| 11/7/2020 | WESTCHESTER | 42 | 88.10% | 92.86% | 95.24% | 95.24% |
| 11/7/2020 | WESTERN NEW YORK | 60 | 48.33% | 83.33% | 98.33% | 98.33% |
| 11/7/2020 | WESTERN PENNSYLVANIA | 57 | 70.18% | 82.46% | 82.46% | 82.46% |