| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 150 | 84.00% | 88.00% | 96.67% | 98.67% |
| 11/4/2020 | ALASKA | 553 | 83.36% | 84.45% | 86.80% | 86.80% |
| 11/4/2020 | ALBANY | 1021 | 96.47% | 97.16% | 98.33% | 98.33% |
| 11/4/2020 | APPALACHIAN | 21 | 66.67% | 66.67% | 71.43% | 76.19% |
| 11/4/2020 | ARIZONA | 460 | 85.00% | 92.83% | 95.00% | 95.65% |
| 11/4/2020 | ARKANSAS | 51 | 80.39% | 82.35% | 96.08% | 96.08% |
| 11/4/2020 | ATLANTA | 313 | 65.18% | 80.19% | 82.43% | 86.26% |
| 11/4/2020 | BALTIMORE | 2111 | 95.50% | 95.50% | 97.92% | 98.39% |
| 11/4/2020 | BAY-VALLEY | 15376 | 99.62% | 99.68% | 99.81% | 99.82% |
| 11/4/2020 | CAPITAL | 1056 | 94.41% | 95.83% | 99.34% | 99.62% |
| 11/4/2020 | CARIBBEAN | 57 | 89.47% | 92.98% | 96.49% | 96.49% |
| 11/4/2020 | CENTRAL ILLINOIS | 4911 | 96.44% | 96.97% | 98.59% | 98.82% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1304 | 86.50% | 87.42% | 95.86% | 97.70% |
| 11/4/2020 | CENTRAL PLAINS | 269 | 94.05% | 95.91% | 98.88% | 99.63% |
| 11/4/2020 | CHICAGO | 3471 | 0.06% | 0.06% | 0.12% | 0.12% |
| 11/4/2020 | COLORADO/WYOMING | 398 | 60.05% | 65.08% | 85.93% | 87.94% |
| 11/4/2020 | CONNECTICUT VALLEY | 286 | 95.80% | 96.85% | 98.60% | 98.60% |
| 11/4/2020 | DAKOTAS | 134 | 61.94% | 70.15% | 79.10% | 85.07% |
| 11/4/2020 | DALLAS | 313 | 84.03% | 91.05% | 95.85% | 96.17% |
| 11/4/2020 | DETROIT | 141 | 73.76% | 80.14% | 93.62% | 93.62% |
| 11/4/2020 | FT WORTH | 28 | 82.14% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | GATEWAY | 218 | 77.52% | 87.16% | 91.74% | 94.50% |
| 11/4/2020 | GREATER BOSTON | 1500 | 91.93% | 93.07% | 98.27% | 98.80% |

| Date | District | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/4/2020 | GREATER INDIANA | 61 | 77.05% | 88.52% | 95.08% | 95.08% |
| 11/4/2020 | GREATER MICHIGAN | 75 | 74.67% | 85.33% | 94.67% | 94.67% |
| 11/4/2020 | GREATER S CAROLINA | 318 | 65.09% | 74.84% | 90.88% | 97.17% |
| 11/4/2020 | GREENSBORO | 1976 | 89.22% | 90.94% | 96.61% | 97.98% |
| 11/4/2020 | GULF ATLANTIC | 362 | 73.48% | 79.01% | 91.71% | 93.09% |
| 11/4/2020 | HAWKEYE | 213 | 92.49% | 93.90% | 96.71% | 96.71% |
| 11/4/2020 | HONOLULU | 132 | 82.58% | 96.21% | 97.73% | 97.73% |
| 11/4/2020 | HOUSTON | 150 | 80.67% | 88.00% | 92.00% | 95.33% |
| 11/4/2020 | KENTUCKIANA | 101 | 64.36% | 65.35% | 83.17% | 87.13% |
| 11/4/2020 | LAKELAND | 79 | 64.56% | 68.35% | 82.28% | 82.28% |
| 11/4/2020 | LONG ISLAND | 2221 | 98.65% | 98.87% | 99.01% | 99.05% |
| 11/4/2020 | LOS ANGELES | 9836 | 99.33% | 99.43% | 99.60% | 99.64% |
| 11/4/2020 | LOUISIANA | 128 | 85.16% | 91.41% | 96.09% | 100.00% |
| 11/4/2020 | MID-AMERICA | 200 | 74.50% | 84.50% | 94.50% | 96.50% |
| 11/4/2020 | MID-CAROLINAS | 730 | 89.59% | 93.29% | 94.79% | 95.34% |
| 11/4/2020 | MISSISSIPPI | 113 | 83.19% | 91.15% | 96.46% | 98.23% |
| 11/4/2020 | NEVADA SIERRA | 4440 | 99.37% | 99.59% | 99.82% | 99.86% |
| 11/4/2020 | NEW YORK | 5550 | 96.50% | 97.41% | 99.42% | 99.51% |
| 11/4/2020 | NORTHERN NEW ENGLAND | 77 | 87.01% | 87.01% | 94.81% | 96.10% |

| Date | District | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/4/2020 | NORTHERN NEW JERSEY | 1870 | 97.49% | 97.86% | 98.50% | 98.61% |
| 11/4/2020 | NORTHERN OHIO | 1050 | 95.90% | 96.57% | 98.10% | 98.19% |
| 11/4/2020 | NORTHERN VIRGINIA | 1953 | 95.70% | 96.16% | 96.88% | 97.03% |
| 11/4/2020 | NORTHLAND | 98 | 86.73% | 91.84% | 95.92% | 96.94% |
| 11/4/2020 | OHIO VALLEY | 1130 | 91.86% | 93.81% | 98.58% | 99.12% |
| 11/4/2020 | OKLAHOMA | 110 | 76.36% | 80.91% | 97.27% | 99.09% |
| 11/4/2020 | PHILADELPHIA METROPO | 567 | 79.54% | 80.60% | 91.53% | 95.41% |
| 11/4/2020 | PORTLAND | 1443 | 96.53% | 98.27% | 99.45% | 99.58% |
| 11/4/2020 | RICHMOND | 1285 | 91.44% | 93.15% | 97.12% | 97.28% |
| 11/4/2020 | RIO GRANDE | 321 | 88.47% | 91.90% | 98.13% | 98.44% |
| 11/4/2020 | SACRAMENTO | 12653 | 97.77% | 97.85% | 98.22% | 98.24% |
| 11/4/2020 | SALT LAKE CITY | 1913 | 98.54% | 98.75% | 99.53% | 99.63% |
| 11/4/2020 | SAN DIEGO | 22908 | 99.74% | 99.84% | 99.89% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4818 | 98.22% | 98.88% | 99.13% | 99.17% |
| 11/4/2020 | SANTA ANA | 14998 | 99.55% | 99.58% | 99.65% | 99.66% |
| 11/4/2020 | SEATTLE | 13824 | 99.41% | 99.66% | 99.80% | 99.83% |
| 11/4/2020 | SIERRA COASTAL | 1463 | 84.42% | 85.30% | 87.22% | 87.22% |
| 11/4/2020 | SOUTH FLORIDA | 241 | 68.88% | 83.40% | 95.44% | 95.85% |
| 11/4/2020 | SOUTH JERSEY | 1039 | 87.97% | 88.64% | 92.01% | 94.03% |
| 11/4/2020 | SUNCOAST | 383 | 62.92% | 73.63% | 88.25% | 95.04% |
| 11/4/2020 | TENNESSEE | 190 | 77.89% | 86.32% | 95.79% | 96.32% |

| Date | Location | Count | % | % | % | % |
|---|---|---:|---:|---:|---:|---:|
| 11/4/2020 | TRIBORO | 124 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/4/2020 | WESTCHESTER | 500 | 97.80% | 97.80% | 98.00% | 98.00% |
| 11/4/2020 | WESTERN NEW YORK | 434 | 93.55% | 94.70% | 97.47% | 97.70% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 794 | 79.35% | 83.88% | 96.98% | 98.36% |
| 11/5/2020 | ALABAMA | 125 | 83.20% | 83.20% | 86.40% | 94.40% |
| 11/5/2020 | ALASKA | 83 | 78.31% | 78.31% | 78.31% | 78.31% |
| 11/5/2020 | ALBANY | 552 | 96.01% | 98.91% | 98.91% | 99.82% |
| 11/5/2020 | APPALACHIAN | 14 | 57.14% | 57.14% | 57.14% | 57.14% |
| 11/5/2020 | ARIZONA | 617 | 94.49% | 94.49% | 95.79% | 97.08% |
| 11/5/2020 | ARKANSAS | 43 | 76.74% | 76.74% | 79.07% | 81.40% |
| 11/5/2020 | ATLANTA | 257 | 73.93% | 74.32% | 82.88% | 85.99% |
| 11/5/2020 | BALTIMORE | 563 | 73.89% | 92.18% | 95.91% | 97.87% |
| 11/5/2020 | BAY-VALLEY | 2263 | 98.67% | 98.81% | 98.85% | 98.85% |
| 11/5/2020 | CAPITAL | 338 | 83.14% | 93.79% | 96.75% | 98.52% |
| 11/5/2020 | CARIBBEAN | 20 | 80.00% | 80.00% | 90.00% | 90.00% |
| 11/5/2020 | CENTRAL ILLINOIS | 2550 | 96.67% | 97.25% | 97.76% | 98.71% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 573 | 52.18% | 68.59% | 71.38% | 86.04% |
| 11/5/2020 | CENTRAL PLAINS | 117 | 67.52% | 76.07% | 79.49% | 96.58% |
| 11/5/2020 | CHICAGO | 971 | 0.41% | 0.41% | 0.51% | 0.72% |
| 11/5/2020 | COLORADO/WYOMING | 402 | 63.18% | 64.68% | 74.13% | 83.58% |
| 11/5/2020 | CONNECTICUT VALLEY | 190 | 89.47% | 89.47% | 91.58% | 95.79% |
| 11/5/2020 | DAKOTAS | 130 | 80.00% | 85.38% | 90.00% | 93.85% |
| 11/5/2020 | DALLAS | 235 | 85.53% | 85.53% | 95.74% | 97.87% |
| 11/5/2020 | DETROIT | 102 | 74.51% | 83.33% | 88.24% | 92.16% |
| 11/5/2020 | FT WORTH | 30 | 53.33% | 53.33% | 80.00% | 83.33% |

| Date | District | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/5/2020 | GATEWAY | 155 | 70.97% | 71.61% | 89.03% | 92.90% |
| 11/5/2020 | GREATER BOSTON | 661 | 93.19% | 96.22% | 96.67% | 97.73% |
| 11/5/2020 | GREATER INDIANA | 66 | 74.24% | 75.76% | 90.91% | 96.97% |
| 11/5/2020 | GREATER MICHIGAN | 94 | 91.49% | 91.49% | 92.55% | 95.74% |
| 11/5/2020 | GREATER S CAROLINA | 165 | 72.12% | 73.33% | 77.58% | 90.30% |
| 11/5/2020 | GREENSBORO | 473 | 69.98% | 74.00% | 75.48% | 90.49% |
| 11/5/2020 | GULF ATLANTIC | 209 | 79.43% | 79.90% | 85.17% | 92.82% |
| 11/5/2020 | HAWKEYE | 133 | 84.21% | 87.97% | 90.98% | 93.98% |
| 11/5/2020 | HONOLULU | 206 | 94.17% | 97.09% | 97.09% | 97.57% |
| 11/5/2020 | HOUSTON | 63 | 76.19% | 76.19% | 79.37% | 87.30% |
| 11/5/2020 | KENTUCKIANA | 65 | 60.00% | 61.54% | 63.08% | 90.77% |
| 11/5/2020 | LAKELAND | 53 | 71.70% | 77.36% | 81.13% | 90.57% |
| 11/5/2020 | LONG ISLAND | 360 | 90.00% | 93.61% | 94.17% | 95.56% |
| 11/5/2020 | LOS ANGELES | 1242 | 96.78% | 96.78% | 97.75% | 98.07% |
| 11/5/2020 | LOUISIANA | 115 | 83.48% | 85.22% | 91.30% | 96.52% |
| 11/5/2020 | MID-AMERICA | 149 | 72.48% | 83.22% | 93.96% | 98.66% |
| 11/5/2020 | MID-CAROLINAS | 282 | 70.21% | 77.30% | 77.30% | 94.68% |
| 11/5/2020 | MISSISSIPPI | 60 | 81.67% | 81.67% | 85.00% | 86.67% |
| 11/5/2020 | NEVADA SIERRA | 638 | 97.65% | 98.43% | 98.75% | 99.53% |
| 11/5/2020 | NEW YORK | 1444 | 96.19% | 97.78% | 98.34% | 99.10% |

| Date | Area | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/5/2020 | NORTHERN NEW ENGLAND | 33 | 81.82% | 90.91% | 90.91% | 96.97% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1427 | 94.95% | 97.20% | 97.27% | 98.88% |
| 11/5/2020 | NORTHERN OHIO | 341 | 90.91% | 94.13% | 95.01% | 96.77% |
| 11/5/2020 | NORTHERN VIRGINIA | 275 | 82.55% | 89.09% | 89.09% | 89.82% |
| 11/5/2020 | NORTHLAND | 81 | 92.59% | 92.59% | 93.83% | 95.06% |
| 11/5/2020 | OHIO VALLEY | 601 | 83.19% | 89.35% | 98.17% | 99.17% |
| 11/5/2020 | OKLAHOMA | 81 | 65.43% | 65.43% | 66.67% | 98.77% |
| 11/5/2020 | PHILADELPHIA METROPO | 229 | 50.22% | 62.01% | 65.07% | 85.15% |
| 11/5/2020 | PORTLAND | 757 | 91.15% | 91.55% | 98.02% | 98.94% |
| 11/5/2020 | RICHMOND | 504 | 90.28% | 91.67% | 93.45% | 95.83% |
| 11/5/2020 | RIO GRANDE | 148 | 87.16% | 87.16% | 87.84% | 97.30% |
| 11/5/2020 | SACRAMENTO | 2438 | 97.74% | 98.24% | 98.52% | 98.77% |
| 11/5/2020 | SALT LAKE CITY | 1110 | 99.01% | 99.01% | 99.01% | 99.64% |
| 11/5/2020 | SAN DIEGO | 3655 | 98.77% | 98.85% | 99.34% | 99.62% |
| 11/5/2020 | SAN FRANCISCO | 895 | 97.54% | 97.88% | 98.55% | 98.88% |
| 11/5/2020 | SANTA ANA | 1596 | 87.09% | 87.28% | 87.91% | 88.03% |
| 11/5/2020 | SEATTLE | 2179 | 97.38% | 97.57% | 98.30% | 98.53% |
| 11/5/2020 | SIERRA COASTAL | 1637 | 98.41% | 98.59% | 98.84% | 99.08% |
| 11/5/2020 | SOUTH FLORIDA | 182 | 89.01% | 89.01% | 89.01% | 92.31% |
| 11/5/2020 | SOUTH JERSEY | 435 | 73.10% | 80.69% | 82.76% | 92.87% |

| Date | District | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/5/2020 | SUNCOAST | 392 | 82.65% | 82.65% | 90.05% | 95.66% |
| 11/5/2020 | TENNESSEE | 199 | 83.42% | 83.42% | 87.94% | 93.47% |
| 11/5/2020 | TRIBORO | 10 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | WESTCHESTER | 172 | 92.44% | 95.35% | 95.35% | 95.93% |
| 11/5/2020 | WESTERN NEW YORK | 178 | 84.83% | 85.39% | 93.82% | 96.07% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 326 | 73.62% | 85.89% | 89.88% | 97.24% |
| 11/6/2020 | ALABAMA | 82 | 58.54% | 87.80% | 89.02% | 95.12% |
| 11/6/2020 | ALASKA | 29 | 68.97% | 68.97% | 72.41% | 75.86% |
| 11/6/2020 | ALBANY | 183 | 91.26% | 96.72% | 96.72% | 97.81% |
| 11/6/2020 | APPALACHIAN | 17 | 41.18% | 41.18% | 41.18% | 41.18% |
| 11/6/2020 | ARIZONA | 201 | 84.58% | 92.54% | 92.54% | 92.54% |
| 11/6/2020 | ARKANSAS | 10 | 50.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | ATLANTA | 186 | 70.97% | 86.02% | 86.02% | 86.02% |
| 11/6/2020 | BALTIMORE | 185 | 40.00% | 66.49% | 85.95% | 87.03% |
| 11/6/2020 | BAY-VALLEY | 369 | 88.35% | 95.93% | 96.21% | 97.02% |
| 11/6/2020 | CAPITAL | 121 | 61.16% | 87.60% | 90.08% | 95.04% |
| 11/6/2020 | CARIBBEAN | 2 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | CENTRAL ILLINOIS | 767 | 82.66% | 95.96% | 96.87% | 97.26% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 324 | 45.99% | 75.00% | 88.89% | 89.51% |
| 11/6/2020 | CENTRAL PLAINS | 59 | 57.63% | 69.49% | 71.19% | 74.58% |
| 11/6/2020 | CHICAGO | 370 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | COLORADO/WYOMING | 337 | 49.55% | 85.76% | 86.05% | 87.24% |
| 11/6/2020 | CONNECTICUT VALLEY | 63 | 53.97% | 61.90% | 93.65% | 93.65% |
| 11/6/2020 | DAKOTAS | 74 | 68.92% | 78.38% | 78.38% | 79.73% |

| Date | Location | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/6/2020 | DALLAS | 83 | 63.86% | 73.49% | 74.70% | 86.75% |
| 11/6/2020 | DETROIT | 108 | 60.19% | 92.59% | 92.59% | 92.59% |
| 11/6/2020 | FT WORTH | 13 | 53.85% | 69.23% | 69.23% | 76.92% |
| 11/6/2020 | GATEWAY | 92 | 54.35% | 79.35% | 79.35% | 83.70% |
| 11/6/2020 | GREATER BOSTON | 200 | 87.00% | 95.00% | 95.00% | 95.00% |
| 11/6/2020 | GREATER INDIANA | 29 | 82.76% | 89.66% | 89.66% | 89.66% |
| 11/6/2020 | GREATER MICHIGAN | 59 | 64.41% | 81.36% | 81.36% | 81.36% |
| 11/6/2020 | GREATER S CAROLINA | 88 | 61.36% | 79.55% | 79.55% | 82.95% |
| 11/6/2020 | GREENSBORO | 210 | 50.48% | 83.81% | 88.57% | 88.57% |
| 11/6/2020 | GULF ATLANTIC | 101 | 73.27% | 92.08% | 92.08% | 95.05% |
| 11/6/2020 | HAWKEYE | 58 | 72.41% | 87.93% | 87.93% | 87.93% |
| 11/6/2020 | HONOLULU | 86 | 77.91% | 77.91% | 84.88% | 86.05% |
| 11/6/2020 | HOUSTON | 22 | 54.55% | 77.27% | 77.27% | 90.91% |
| 11/6/2020 | KENTUCKIANA | 33 | 72.73% | 90.91% | 90.91% | 90.91% |
| 11/6/2020 | LAKELAND | 40 | 65.00% | 82.50% | 82.50% | 85.00% |
| 11/6/2020 | LONG ISLAND | 102 | 70.59% | 86.27% | 89.22% | 91.18% |
| 11/6/2020 | LOS ANGELES | 301 | 86.05% | 91.36% | 91.36% | 93.36% |
| 11/6/2020 | LOUISIANA | 86 | 79.07% | 90.70% | 90.70% | 94.19% |
| 11/6/2020 | MID-AMERICA | 103 | 38.83% | 89.32% | 90.29% | 92.23% |
| 11/6/2020 | MID-CAROLINAS | 113 | 56.64% | 84.96% | 85.84% | 88.50% |
| 11/6/2020 | MISSISSIPPI | 36 | 80.56% | 91.67% | 91.67% | 97.22% |
| 11/6/2020 | NEVADA SIERRA | 177 | 90.40% | 96.05% | 96.61% | 97.74% |

| Date | Region | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/6/2020 | NEW YORK | 381 | 83.73% | 89.50% | 91.08% | 95.80% |
| 11/6/2020 | NORTHERN NEW ENGLAND | 21 | 61.90% | 85.71% | 90.48% | 90.48% |
| 11/6/2020 | NORTHERN NEW JERSEY | 283 | 85.16% | 94.35% | 94.70% | 95.76% |
| 11/6/2020 | NORTHERN OHIO | 168 | 67.26% | 94.64% | 94.64% | 95.24% |
| 11/6/2020 | NORTHERN VIRGINIA | 77 | 62.34% | 79.22% | 84.42% | 84.42% |
| 11/6/2020 | NORTHLAND | 47 | 70.21% | 95.74% | 95.74% | 95.74% |
| 11/6/2020 | OHIO VALLEY | 297 | 50.51% | 91.25% | 95.96% | 96.30% |
| 11/6/2020 | OKLAHOMA | 53 | 71.70% | 86.79% | 86.79% | 86.79% |
| 11/6/2020 | PHILADELPHIA METROPO | 204 | 66.18% | 77.45% | 79.90% | 80.39% |
| 11/6/2020 | PORTLAND | 402 | 76.87% | 82.84% | 96.27% | 97.51% |
| 11/6/2020 | RICHMOND | 225 | 81.78% | 92.89% | 94.67% | 94.67% |
| 11/6/2020 | RIO GRANDE | 51 | 76.47% | 90.20% | 90.20% | 92.16% |
| 11/6/2020 | SACRAMENTO | 371 | 88.95% | 96.50% | 96.50% | 96.77% |
| 11/6/2020 | SALT LAKE CITY | 182 | 81.32% | 96.15% | 96.15% | 96.15% |
| 11/6/2020 | SAN DIEGO | 683 | 79.21% | 97.95% | 97.95% | 98.39% |
| 11/6/2020 | SAN FRANCISCO | 163 | 92.64% | 95.71% | 96.32% | 96.93% |
| 11/6/2020 | SANTA ANA | 308 | 95.13% | 98.05% | 98.70% | 99.03% |
| 11/6/2020 | SEATTLE | 438 | 86.99% | 91.55% | 91.78% | 92.69% |
| 11/6/2020 | SIERRA COASTAL | 368 | 88.32% | 94.02% | 94.02% | 94.57% |
| 11/6/2020 | SOUTH FLORIDA | 99 | 65.66% | 95.96% | 95.96% | 95.96% |

| Date | Area | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/6/2020 | SOUTH JERSEY | 185 | 71.89% | 82.16% | 85.95% | 87.57% |
| 11/6/2020 | SUNCOAST | 163 | 80.98% | 92.64% | 92.64% | 94.48% |
| 11/6/2020 | TENNESSEE | 104 | 76.92% | 90.38% | 90.38% | 90.38% |
| 11/6/2020 | TRIBORO | 14 | 7.14% | 7.14% | 7.14% | 7.14% |
| 11/6/2020 | WESTCHESTER | 64 | 67.19% | 84.38% | 85.94% | 85.94% |
| 11/6/2020 | WESTERN NEW YORK | 36 | 66.67% | 80.56% | 80.56% | 97.22% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 110 | 56.36% | 71.82% | 88.18% | 94.55% |
| 11/7/2020 | ALABAMA | 37 | 35.14% | 89.19% | 97.30% | 97.30% |
| 11/7/2020 | ALASKA | 31 | 67.74% | 70.97% | 70.97% | 70.97% |
| 11/7/2020 | ALBANY | 60 | 78.33% | 86.67% | 90.00% | 90.00% |
| 11/7/2020 | APPALACHIAN | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | ARIZONA | 235 | 87.66% | 91.06% | 94.04% | 94.47% |
| 11/7/2020 | ARKANSAS | 13 | 30.77% | 53.85% | 53.85% | 53.85% |
| 11/7/2020 | ATLANTA | 109 | 45.87% | 83.49% | 84.40% | 84.40% |
| 11/7/2020 | BALTIMORE | 95 | 61.05% | 74.74% | 90.53% | 94.74% |
| 11/7/2020 | BAY-VALLEY | 99 | 73.74% | 82.83% | 92.93% | 95.96% |
| 11/7/2020 | CAPITAL | 65 | 60.00% | 67.69% | 86.15% | 89.23% |
| 11/7/2020 | CARIBBEAN | 5 | 20.00% | 40.00% | 80.00% | 80.00% |
| 11/7/2020 | CENTRAL ILLINOIS | 198 | 51.01% | 75.25% | 87.88% | 88.38% |
| 11/7/2020 | CENTRAL PENNSYLVANIA | 162 | 20.37% | 29.01% | 38.89% | 39.51% |
| 11/7/2020 | CENTRAL PLAINS | 28 | 53.57% | 71.43% | 82.14% | 82.14% |
| 11/7/2020 | CHICAGO | 56 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/7/2020 | COLORADO/WYOMING | 241 | 33.20% | 65.56% | 81.33% | 81.74% |
| 11/7/2020 | CONNECTICUT VALLEY | 20 | 75.00% | 90.00% | 95.00% | 95.00% |

| Date | District | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/7/2020 | DAKOTAS | 39 | 46.15% | 53.85% | 64.10% | 64.10% |
| 11/7/2020 | DALLAS | 59 | 71.19% | 76.27% | 81.36% | 81.36% |
| 11/7/2020 | DETROIT | 42 | 52.38% | 69.05% | 83.33% | 83.33% |
| 11/7/2020 | FT WORTH | 9 | 33.33% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | GATEWAY | 58 | 44.83% | 77.59% | 84.48% | 84.48% |
| 11/7/2020 | GREATER BOSTON | 77 | 75.32% | 87.01% | 88.31% | 88.31% |
| 11/7/2020 | GREATER INDIANA | 16 | 43.75% | 81.25% | 81.25% | 81.25% |
| 11/7/2020 | GREATER MICHIGAN | 35 | 28.57% | 74.29% | 80.00% | 80.00% |
| 11/7/2020 | GREATER S CAROLINA | 63 | 71.43% | 80.95% | 90.48% | 90.48% |
| 11/7/2020 | GREENSBORO | 108 | 37.96% | 57.41% | 86.11% | 87.04% |
| 11/7/2020 | GULF ATLANTIC | 51 | 62.75% | 88.24% | 94.12% | 94.12% |
| 11/7/2020 | HAWKEYE | 26 | 50.00% | 84.62% | 96.15% | 96.15% |
| 11/7/2020 | HONOLULU | 19 | 73.68% | 73.68% | 73.68% | 78.95% |
| 11/7/2020 | HOUSTON | 23 | 56.52% | 78.26% | 91.30% | 91.30% |
| 11/7/2020 | KENTUCKIANA | 8 | 25.00% | 50.00% | 50.00% | 50.00% |
| 11/7/2020 | LAKELAND | 36 | 8.33% | 33.33% | 72.22% | 72.22% |
| 11/7/2020 | LONG ISLAND | 27 | 37.04% | 51.85% | 77.78% | 77.78% |
| 11/7/2020 | LOS ANGELES | 109 | 88.07% | 93.58% | 94.50% | 94.50% |
| 11/7/2020 | LOUISIANA | 36 | 61.11% | 80.56% | 94.44% | 94.44% |
| 11/7/2020 | MID-AMERICA | 51 | 39.22% | 64.71% | 94.12% | 94.12% |
| 11/7/2020 | MID-CAROLINAS | 65 | 38.46% | 83.08% | 92.31% | 92.31% |
| 11/7/2020 | MISSISSIPPI | 16 | 50.00% | 62.50% | 81.25% | 81.25% |

| Date | District | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/7/2020 | NEVADA SIERRA | 66 | 78.79% | 86.36% | 92.42% | 92.42% |
| 11/7/2020 | NEW YORK | 157 | 89.17% | 91.72% | 92.99% | 93.63% |
| 11/7/2020 | NORTHERN NEW ENGLAND | 7 | 42.86% | 71.43% | 85.71% | 85.71% |
| 11/7/2020 | NORTHERN NEW JERSEY | 74 | 75.68% | 83.78% | 85.14% | 85.14% |
| 11/7/2020 | NORTHERN OHIO | 63 | 58.73% | 85.71% | 88.89% | 88.89% |
| 11/7/2020 | NORTHERN VIRGINIA | 28 | 57.14% | 71.43% | 82.14% | 85.71% |
| 11/7/2020 | NORTHLAND | 24 | 50.00% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | OHIO VALLEY | 70 | 47.14% | 68.57% | 88.57% | 88.57% |
| 11/7/2020 | OKLAHOMA | 18 | 50.00% | 72.22% | 88.89% | 88.89% |
| 11/7/2020 | PHILADELPHIA METROPO | 41 | 24.39% | 46.34% | 51.22% | 53.66% |
| 11/7/2020 | PORTLAND | 217 | 59.45% | 80.65% | 83.41% | 84.79% |
| 11/7/2020 | RICHMOND | 63 | 71.43% | 84.13% | 92.06% | 95.24% |
| 11/7/2020 | RIO GRANDE | 20 | 45.00% | 75.00% | 85.00% | 85.00% |
| 11/7/2020 | SACRAMENTO | 338 | 93.49% | 94.08% | 95.86% | 96.45% |
| 11/7/2020 | SALT LAKE CITY | 143 | 37.76% | 55.24% | 62.24% | 62.94% |
| 11/7/2020 | SAN DIEGO | 186 | 64.52% | 84.41% | 94.62% | 95.16% |
| 11/7/2020 | SAN FRANCISCO | 54 | 79.63% | 83.33% | 92.59% | 92.59% |
| 11/7/2020 | SANTA ANA | 85 | 90.59% | 92.94% | 97.65% | 97.65% |
| 11/7/2020 | SEATTLE | 173 | 73.99% | 85.55% | 90.17% | 90.75% |
| 11/7/2020 | SIERRA COASTAL | 116 | 83.62% | 89.66% | 90.52% | 90.52% |

| Date | Region | Count | % | % | % | % |
|---|---|---|---|---|---|---|
| 11/7/2020 | SOUTH FLORIDA | 54 | 38.89% | 70.37% | 94.44% | 94.44% |
| 11/7/2020 | SOUTH JERSEY | 61 | 54.10% | 62.30% | 80.33% | 83.61% |
| 11/7/2020 | SUNCOAST | 91 | 50.55% | 56.04% | 57.14% | 57.14% |
| 11/7/2020 | TENNESSEE | 47 | 68.09% | 82.98% | 85.11% | 85.11% |
| 11/7/2020 | TRIBORO | 18 | 16.67% | 16.67% | 16.67% | 16.67% |
| 11/7/2020 | WESTCHESTER | 21 | 90.48% | 95.24% | 95.24% | 95.24% |
| 11/7/2020 | WESTERN NEW YORK | 22 | 86.36% | 90.91% | 90.91% | 90.91% |
| 11/7/2020 | WESTERN PENNSYLVANIA | 40 | 57.50% | 65.00% | 77.50% | 77.50% |