| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |
| 11/4/2020 | ALASKA | 631 | 89.86% | 90.33% | 90.49% | 90.49% |
| 11/4/2020 | ALBANY | 806 | 93.80% | 96.28% | 98.76% | 98.76% |
| 11/4/2020 | APPALACHIAN | 166 | 82.53% | 84.94% | 94.58% | 95.78% |
| 11/4/2020 | ARIZONA | 243 | 91.36% | 93.42% | 94.65% | 94.65% |
| 11/4/2020 | ARKANSAS | 27 | 81.48% | 92.59% | 96.30% | 96.30% |
| 11/4/2020 | ATLANTA | 106 | 78.30% | 78.30% | 83.96% | 84.91% |
| 11/4/2020 | BALTIMORE | 1970 | 92.34% | 94.01% | 97.82% | 99.39% |
| 11/4/2020 | BAY-VALLEY | 16651 | 99.35% | 99.44% | 99.81% | 99.83% |
| 11/4/2020 | CAPITAL | 1026 | 96.88% | 97.17% | 98.64% | 99.51% |
| 11/4/2020 | CARIBBEAN | 122 | 97.54% | 98.36% | 99.18% | 99.18% |
| 11/4/2020 | CENTRAL ILLINOIS | 680 | 95.29% | 96.32% | 97.65% | 97.94% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1846 | 65.17% | 71.78% | 90.52% | 95.34% |
| 11/4/2020 | CENTRAL PLAINS | 238 | 95.38% | 97.06% | 98.32% | 98.32% |
| 11/4/2020 | CHICAGO | 7517 | 51.38% | 52.67% | 53.28% | 53.36% |
| 11/4/2020 | COLORADO/WYOMING | 543 | 27.62% | 44.20% | 75.69% | 84.53% |
| 11/4/2020 | CONNECTICUT VALLEY | 470 | 89.15% | 91.28% | 98.09% | 98.72% |
| 11/4/2020 | DAKOTAS | 47 | 87.23% | 93.62% | 97.87% | 97.87% |
| 11/4/2020 | DALLAS | 35 | 80.00% | 85.71% | 91.43% | 91.43% |
| 11/4/2020 | DETROIT | 177 | 80.23% | 85.31% | 93.79% | 94.35% |
| 11/4/2020 | FT WORTH | 77 | 84.42% | 87.01% | 96.10% | 97.40% |
| 11/4/2020 | GATEWAY | 122 | 82.79% | 86.07% | 93.44% | 95.08% |
| 11/4/2020 | GREATER BOSTON | 1186 | 94.10% | 96.29% | 97.98% | 98.65% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | GREATER INDIANA | 14 | 92.86% | 92.86% | 92.86% | 92.86% |
| 11/4/2020 | GREATER MICHIGAN | 83 | 86.75% | 91.57% | 92.77% | 93.98% |
| 11/4/2020 | GREATER S CAROLINA | 79 | 83.54% | 89.87% | 91.14% | 92.41% |
| 11/4/2020 | GREENSBORO | 1965 | 88.65% | 89.62% | 95.98% | 96.95% |
| 11/4/2020 | GULF ATLANTIC | 187 | 85.03% | 92.51% | 96.26% | 97.33% |
| 11/4/2020 | HAWKEYE | 252 | 91.67% | 92.86% | 96.83% | 96.83% |
| 11/4/2020 | HONOLULU | 90 | 93.33% | 95.56% | 97.78% | 97.78% |
| 11/4/2020 | HOUSTON | 126 | 88.10% | 89.68% | 90.48% | 92.06% |
| 11/4/2020 | KENTUCKIANA | 14 | 57.14% | 64.29% | 64.29% | 64.29% |
| 11/4/2020 | LAKELAND | 276 | 96.01% | 97.10% | 98.91% | 99.28% |
| 11/4/2020 | LONG ISLAND | 2470 | 97.09% | 97.94% | 98.79% | 98.83% |
| 11/4/2020 | LOS ANGELES | 14620 | 99.07% | 99.34% | 99.48% | 99.49% |
| 11/4/2020 | LOUISIANA | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | MID-AMERICA | 150 | 91.33% | 92.00% | 96.67% | 96.67% |
| 11/4/2020 | MID-CAROLINAS | 897 | 89.63% | 90.97% | 95.54% | 95.76% |
| 11/4/2020 | MISSISSIPPI | 91 | 94.51% | 94.51% | 95.60% | 95.60% |
| 11/4/2020 | NEVADA SIERRA | 4468 | 99.37% | 99.57% | 99.78% | 99.80% |
| 11/4/2020 | NEW YORK | 2106 | 97.72% | 98.20% | 99.15% | 99.19% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | NORTHERN NEW ENGLAND | 6 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/4/2020 | NORTHERN NEW JERSEY | 2129 | 96.62% | 97.65% | 98.83% | 98.87% |
| 11/4/2020 | NORTHERN OHIO | 1356 | 94.32% | 94.40% | 98.08% | 98.23% |
| 11/4/2020 | NORTHERN VIRGINIA | 1975 | 92.46% | 93.57% | 96.05% | 96.91% |
| 11/4/2020 | NORTHLAND | 68 | 95.59% | 98.53% | 98.53% | 98.53% |
| 11/4/2020 | OHIO VALLEY | 828 | 90.34% | 91.79% | 98.67% | 99.28% |
| 11/4/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/4/2020 | PHILADELPHIA METROPO | 968 | 76.24% | 81.20% | 92.98% | 95.14% |
| 11/4/2020 | PORTLAND | 1270 | 97.72% | 98.90% | 99.37% | 99.69% |
| 11/4/2020 | RICHMOND | 1199 | 95.41% | 96.16% | 97.83% | 98.25% |
| 11/4/2020 | RIO GRANDE | 48 | 87.50% | 89.58% | 93.75% | 93.75% |
| 11/4/2020 | SACRAMENTO | 11984 | 97.96% | 98.06% | 98.16% | 98.16% |
| 11/4/2020 | SALT LAKE CITY | 1322 | 98.71% | 99.09% | 99.55% | 99.55% |
| 11/4/2020 | SAN DIEGO | 26601 | 99.81% | 99.89% | 99.93% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4935 | 98.66% | 98.97% | 99.07% | 99.09% |
| 11/4/2020 | SANTA ANA | 7611 | 99.13% | 99.17% | 99.22% | 99.24% |
| 11/4/2020 | SEATTLE | 14073 | 99.45% | 99.65% | 99.79% | 99.81% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | SIERRA COASTAL | 1423 | 86.09% | 87.07% | 87.14% | 87.14% |
| 11/4/2020 | SOUTH FLORIDA | 66 | 84.85% | 87.88% | 92.42% | 92.42% |
| 11/4/2020 | SOUTH JERSEY | 970 | 92.58% | 94.02% | 95.36% | 95.57% |
| 11/4/2020 | SUNCOAST | 265 | 88.68% | 90.57% | 93.96% | 95.47% |
| 11/4/2020 | TENNESSEE | 122 | 80.33% | 90.16% | 95.08% | 96.72% |
| 11/4/2020 | TRIBORO | 2917 | 94.31% | 94.69% | 95.44% | 95.47% |
| 11/4/2020 | WESTCHESTER | 1097 | 88.97% | 91.52% | 98.54% | 98.72% |
| 11/4/2020 | WESTERN NEW YORK | 486 | 95.68% | 96.30% | 97.53% | 97.74% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 708 | 85.88% | 88.98% | 98.02% | 98.45% |
| 11/5/2020 | ALABAMA | 2 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/5/2020 | ALASKA | 169 | 83.43% | 85.80% | 88.17% | 89.94% |
| 11/5/2020 | ALBANY | 391 | 92.84% | 95.91% | 96.68% | 99.74% |
| 11/5/2020 | APPALACHIAN | 127 | 61.42% | 75.59% | 84.25% | 93.70% |
| 11/5/2020 | ARIZONA | 408 | 93.87% | 93.87% | 94.61% | 96.32% |
| 11/5/2020 | ARKANSAS | 13 | 92.31% | 92.31% | 100.00% | 100.00% |
| 11/5/2020 | ATLANTA | 99 | 92.93% | 92.93% | 93.94% | 94.95% |
| 11/5/2020 | BALTIMORE | 511 | 66.34% | 78.86% | 82.78% | 94.91% |
| 11/5/2020 | BAY-VALLEY | 2455 | 97.76% | 97.88% | 98.78% | 98.98% |
| 11/5/2020 | CAPITAL | 336 | 84.82% | 88.39% | 94.64% | 97.92% |
| 11/5/2020 | CARIBBEAN | 19 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/5/2020 | CENTRAL ILLINOIS | 205 | 83.90% | 88.29% | 90.24% | 91.22% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 622 | 43.41% | 61.90% | 66.08% | 85.69% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | CENTRAL PLAINS | 71 | 76.06% | 85.92% | 85.92% | 87.32% |
| 11/5/2020 | CHICAGO | 3621 | 71.25% | 71.75% | 72.36% | 72.99% |
| 11/5/2020 | COLORADO/WYOMING | 233 | 51.50% | 54.08% | 58.80% | 64.81% |
| 11/5/2020 | CONNECTICUT VALLEY | 318 | 90.25% | 93.40% | 94.65% | 95.28% |
| 11/5/2020 | DAKOTAS | 46 | 78.26% | 80.43% | 93.48% | 93.48% |
| 11/5/2020 | DALLAS | 18 | 88.89% | 88.89% | 88.89% | 88.89% |
| 11/5/2020 | DETROIT | 126 | 86.51% | 88.10% | 90.48% | 94.44% |
| 11/5/2020 | FT WORTH | 9 | 77.78% | 77.78% | 77.78% | 77.78% |
| 11/5/2020 | GATEWAY | 48 | 77.08% | 81.25% | 81.25% | 87.50% |
| 11/5/2020 | GREATER BOSTON | 620 | 90.81% | 91.77% | 95.00% | 97.26% |
| 11/5/2020 | GREATER INDIANA | 12 | 83.33% | 83.33% | 83.33% | 83.33% |
| 11/5/2020 | GREATER MICHIGAN | 64 | 85.94% | 87.50% | 93.75% | 98.44% |
| 11/5/2020 | GREATER S CAROLINA | 47 | 72.34% | 72.34% | 78.72% | 80.85% |
| 11/5/2020 | GREENSBORO | 475 | 56.21% | 59.58% | 62.11% | 83.37% |
| 11/5/2020 | GULF ATLANTIC | 139 | 71.22% | 72.66% | 81.29% | 92.09% |
| 11/5/2020 | HAWKEYE | 166 | 74.70% | 83.73% | 87.95% | 92.17% |
| 11/5/2020 | HONOLULU | 282 | 85.82% | 89.01% | 95.39% | 98.94% |
| 11/5/2020 | HOUSTON | 49 | 73.47% | 73.47% | 79.59% | 85.71% |
| 11/5/2020 | KENTUCKIANA | 9 | 11.11% | 11.11% | 33.33% | 44.44% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | LAKELAND | 77 | 89.61% | 96.10% | 96.10% | 96.10% |
| 11/5/2020 | LONG ISLAND | 635 | 92.13% | 97.17% | 97.95% | 98.27% |
| 11/5/2020 | LOS ANGELES | 2781 | 98.42% | 98.53% | 98.78% | 99.10% |
| 11/5/2020 | LOUISIANA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | MID-AMERICA | 85 | 75.29% | 82.35% | 84.71% | 88.24% |
| 11/5/2020 | MID-CAROLINAS | 302 | 80.46% | 83.44% | 89.40% | 92.72% |
| 11/5/2020 | MISSISSIPPI | 27 | 85.19% | 85.19% | 88.89% | 96.30% |
| 11/5/2020 | NEVADA SIERRA | 594 | 97.81% | 97.98% | 98.48% | 99.83% |
| 11/5/2020 | NEW YORK | 457 | 96.72% | 96.94% | 97.81% | 98.03% |
| 11/5/2020 | NORTHERN NEW ENGLAND | 3 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1298 | 97.23% | 98.69% | 98.84% | 99.15% |
| 11/5/2020 | NORTHERN OHIO | 357 | 83.47% | 92.44% | 94.12% | 97.20% |
| 11/5/2020 | NORTHERN VIRGINIA | 419 | 86.87% | 90.93% | 93.08% | 94.03% |
| 11/5/2020 | NORTHLAND | 56 | 76.79% | 87.50% | 89.29% | 94.64% |
| 11/5/2020 | OHIO VALLEY | 488 | 91.80% | 92.21% | 94.88% | 98.16% |
| 11/5/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/5/2020 | PHILADELPHIA METROPO | 446 | 51.12% | 65.02% | 69.28% | 92.83% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | PORTLAND | 671 | 95.08% | 95.53% | 97.17% | 98.81% |
| 11/5/2020 | RICHMOND | 543 | 83.98% | 90.06% | 92.63% | 95.21% |
| 11/5/2020 | RIO GRANDE | 18 | 77.78% | 77.78% | 88.89% | 100.00% |
| 11/5/2020 | SACRAMENTO | 2457 | 97.60% | 97.88% | 98.49% | 98.66% |
| 11/5/2020 | SALT LAKE CITY | 899 | 97.11% | 97.11% | 98.11% | 98.89% |
| 11/5/2020 | SAN DIEGO | 3309 | 98.67% | 98.73% | 99.24% | 99.55% |
| 11/5/2020 | SAN FRANCISCO | 1090 | 98.17% | 98.53% | 98.90% | 99.08% |
| 11/5/2020 | SANTA ANA | 1454 | 83.56% | 84.11% | 85.97% | 86.73% |
| 11/5/2020 | SEATTLE | 2682 | 96.05% | 96.20% | 97.69% | 98.55% |
| 11/5/2020 | SIERRA COASTAL | 965 | 97.93% | 97.93% | 98.55% | 98.65% |
| 11/5/2020 | SOUTH FLORIDA | 85 | 61.18% | 61.18% | 75.29% | 84.71% |
| 11/5/2020 | SOUTH JERSEY | 452 | 87.61% | 93.58% | 94.03% | 96.02% |
| 11/5/2020 | SUNCOAST | 286 | 82.52% | 82.52% | 88.81% | 94.41% |
| 11/5/2020 | TENNESSEE | 81 | 83.95% | 86.42% | 87.65% | 97.53% |
| 11/5/2020 | TRIBORO | 719 | 89.01% | 91.79% | 95.41% | 97.22% |
| 11/5/2020 | WESTCHESTER | 552 | 90.94% | 95.83% | 97.28% | 99.09% |
| 11/5/2020 | WESTERN NEW YORK | 244 | 90.16% | 90.16% | 95.08% | 97.54% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 440 | 86.36% | 90.68% | 94.32% | 96.59% |
| 11/6/2020 | ALABAMA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | ALASKA | 84 | 83.33% | 91.67% | 94.05% | 96.43% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | ALBANY | 164 | 82.93% | 98.17% | 98.17% | 98.17% |
| 11/6/2020 | APPALACHIAN | 75 | 45.33% | 84.00% | 89.33% | 90.67% |
| 11/6/2020 | ARIZONA | 118 | 86.44% | 92.37% | 92.37% | 93.22% |
| 11/6/2020 | ARKANSAS | 2 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | ATLANTA | 91 | 72.53% | 91.21% | 91.21% | 91.21% |
| 11/6/2020 | BALTIMORE | 200 | 45.00% | 62.00% | 73.00% | 77.00% |
| 11/6/2020 | BAY-VALLEY | 551 | 89.84% | 96.37% | 96.73% | 97.82% |
| 11/6/2020 | CAPITAL | 153 | 60.78% | 92.16% | 93.46% | 93.46% |
| 11/6/2020 | CARIBBEAN | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | CENTRAL ILLINOIS | 81 | 67.90% | 82.72% | 92.59% | 93.83% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 358 | 47.77% | 76.54% | 85.20% | 87.43% |
| 11/6/2020 | CENTRAL PLAINS | 34 | 70.59% | 88.24% | 88.24% | 88.24% |
| 11/6/2020 | CHICAGO | 1239 | 61.10% | 68.77% | 69.25% | 69.65% |
| 11/6/2020 | COLORADO/WYOMING | 276 | 48.19% | 76.09% | 76.45% | 76.81% |
| 11/6/2020 | CONNECTICUT VALLEY | 130 | 77.69% | 93.85% | 95.38% | 95.38% |
| 11/6/2020 | DAKOTAS | 43 | 67.44% | 83.72% | 83.72% | 90.70% |
| 11/6/2020 | DALLAS | 10 | 40.00% | 50.00% | 50.00% | 50.00% |
| 11/6/2020 | DETROIT | 100 | 50.00% | 76.00% | 76.00% | 77.00% |
| 11/6/2020 | FT WORTH | 20 | 65.00% | 75.00% | 75.00% | 75.00% |
| 11/6/2020 | GATEWAY | 38 | 55.26% | 68.42% | 71.05% | 73.68% |
| 11/6/2020 | GREATER BOSTON | 153 | 89.54% | 96.08% | 96.08% | 96.08% |
| 11/6/2020 | GREATER INDIANA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | GREATER MICHIGAN | 60 | 66.67% | 95.00% | 95.00% | 95.00% |
| 11/6/2020 | GREATER S CAROLINA | 19 | 63.16% | 78.95% | 78.95% | 78.95% |
| 11/6/2020 | GREENSBORO | 120 | 60.83% | 70.83% | 71.67% | 75.00% |
| 11/6/2020 | GULF ATLANTIC | 76 | 52.63% | 93.42% | 93.42% | 94.74% |
| 11/6/2020 | HAWKEYE | 51 | 62.75% | 84.31% | 84.31% | 84.31% |
| 11/6/2020 | HONOLULU | 92 | 55.43% | 70.65% | 70.65% | 73.91% |
| 11/6/2020 | HOUSTON | 14 | 71.43% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | KENTUCKIANA | 11 | 72.73% | 72.73% | 72.73% | 72.73% |
| 11/6/2020 | LAKELAND | 28 | 60.71% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | LONG ISLAND | 314 | 65.92% | 84.39% | 96.18% | 97.77% |
| 11/6/2020 | LOS ANGELES | 542 | 90.22% | 94.83% | 94.83% | 95.20% |
| 11/6/2020 | LOUISIANA | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | MID-AMERICA | 29 | 58.62% | 75.86% | 79.31% | 82.76% |
| 11/6/2020 | MID-CAROLINAS | 100 | 57.00% | 84.00% | 84.00% | 94.00% |
| 11/6/2020 | MISSISSIPPI | 27 | 77.78% | 92.59% | 92.59% | 92.59% |
| 11/6/2020 | NEVADA SIERRA | 138 | 94.93% | 98.55% | 98.55% | 98.55% |
| 11/6/2020 | NEW YORK | 185 | 78.38% | 94.05% | 96.22% | 97.30% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | NORTHERN NEW ENGLAND | 2 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | NORTHERN NEW JERSEY | 342 | 80.12% | 90.64% | 94.74% | 95.32% |
| 11/6/2020 | NORTHERN OHIO | 120 | 50.83% | 82.50% | 90.00% | 91.67% |
| 11/6/2020 | NORTHERN VIRGINIA | 212 | 64.15% | 85.38% | 88.21% | 88.21% |
| 11/6/2020 | NORTHLAND | 37 | 64.86% | 91.89% | 91.89% | 91.89% |
| 11/6/2020 | OHIO VALLEY | 74 | 59.46% | 82.43% | 82.43% | 82.43% |
| 11/6/2020 | OKLAHOMA | 6 | 33.33% | 33.33% | 33.33% | 33.33% |
| 11/6/2020 | PHILADELPHIA METROPO | 237 | 62.87% | 84.81% | 86.50% | 90.72% |
| 11/6/2020 | PORTLAND | 540 | 73.52% | 86.48% | 96.48% | 97.04% |
| 11/6/2020 | RICHMOND | 343 | 68.22% | 87.76% | 92.71% | 94.75% |
| 11/6/2020 | RIO GRANDE | 14 | 78.57% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | SACRAMENTO | 353 | 91.78% | 95.47% | 95.47% | 97.17% |
| 11/6/2020 | SALT LAKE CITY | 175 | 72.00% | 90.86% | 90.86% | 92.57% |
| 11/6/2020 | SAN DIEGO | 605 | 92.73% | 95.70% | 96.03% | 98.35% |
| 11/6/2020 | SAN FRANCISCO | 220 | 89.09% | 95.45% | 95.91% | 96.82% |
| 11/6/2020 | SANTA ANA | 114 | 92.11% | 96.49% | 97.37% | 98.25% |
| 11/6/2020 | SEATTLE | 591 | 72.08% | 92.22% | 92.89% | 93.91% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | SIERRA COASTAL | 220 | 82.73% | 90.91% | 90.91% | 90.91% |
| 11/6/2020 | SOUTH FLORIDA | 51 | 58.82% | 88.24% | 88.24% | 94.12% |
| 11/6/2020 | SOUTH JERSEY | 139 | 72.66% | 87.05% | 89.21% | 92.09% |
| 11/6/2020 | SUNCOAST | 107 | 75.70% | 86.92% | 86.92% | 87.85% |
| 11/6/2020 | TENNESSEE | 58 | 41.38% | 81.03% | 82.76% | 82.76% |
| 11/6/2020 | TRIBORO | 211 | 64.45% | 79.62% | 83.41% | 84.83% |
| 11/6/2020 | WESTCHESTER | 185 | 78.38% | 93.51% | 94.59% | 94.59% |
| 11/6/2020 | WESTERN NEW YORK | 161 | 64.60% | 90.06% | 94.41% | 96.27% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 155 | 74.19% | 92.90% | 92.90% | 94.19% |
| 11/7/2020 | ALABAMA | 4 | 50.00% | 75.00% | 100.00% | 100.00% |
| 11/7/2020 | ALASKA | 43 | 65.12% | 74.42% | 76.74% | 81.40% |
| 11/7/2020 | ALBANY | 69 | 62.32% | 84.06% | 95.65% | 95.65% |
| 11/7/2020 | APPALACHIAN | 40 | 22.50% | 57.50% | 95.00% | 95.00% |
| 11/7/2020 | ARIZONA | 79 | 75.95% | 83.54% | 84.81% | 86.08% |
| 11/7/2020 | ARKANSAS | 3 | 33.33% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | ATLANTA | 58 | 39.66% | 77.59% | 91.38% | 91.38% |
| 11/7/2020 | BALTIMORE | 97 | 59.79% | 78.35% | 89.69% | 91.75% |
| 11/7/2020 | BAY-VALLEY | 172 | 78.49% | 87.21% | 94.77% | 96.51% |
| 11/7/2020 | CAPITAL | 71 | 74.65% | 91.55% | 94.37% | 97.18% |
| 11/7/2020 | CARIBBEAN | 3 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | CENTRAL ILLINOIS | 32 | 62.50% | 87.50% | 90.63% | 93.75% |
| 11/7/2020 | CENTRAL PENNSYLVANIA | 287 | 13.24% | 27.18% | 39.72% | 41.81% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | CENTRAL PLAINS | 12 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | CHICAGO | 257 | 45.91% | 65.76% | 74.71% | 74.71% |
| 11/7/2020 | COLORADO/WYOMING | 325 | 19.08% | 31.08% | 48.92% | 49.23% |
| 11/7/2020 | CONNECTICUT VALLEY | 46 | 89.13% | 95.65% | 97.83% | 97.83% |
| 11/7/2020 | DAKOTAS | 19 | 42.11% | 68.42% | 78.95% | 78.95% |
| 11/7/2020 | DALLAS | 6 | 66.67% | 83.33% | 83.33% | 83.33% |
| 11/7/2020 | DETROIT | 44 | 54.55% | 63.64% | 63.64% | 63.64% |
| 11/7/2020 | FT WORTH | 13 | 92.31% | 92.31% | 100.00% | 100.00% |
| 11/7/2020 | GATEWAY | 15 | 73.33% | 80.00% | 86.67% | 86.67% |
| 11/7/2020 | GREATER BOSTON | 63 | 77.78% | 90.48% | 95.24% | 95.24% |
| 11/7/2020 | GREATER INDIANA | 2 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | GREATER MICHIGAN | 32 | 25.00% | 68.75% | 78.13% | 78.13% |
| 11/7/2020 | GREATER S CAROLINA | 16 | 56.25% | 75.00% | 93.75% | 93.75% |
| 11/7/2020 | GREENSBORO | 46 | 47.83% | 56.52% | 76.09% | 76.09% |
| 11/7/2020 | GULF ATLANTIC | 44 | 43.18% | 75.00% | 81.82% | 81.82% |
| 11/7/2020 | HAWKEYE | 18 | 61.11% | 77.78% | 94.44% | 94.44% |
| 11/7/2020 | HONOLULU | 32 | 53.13% | 75.00% | 87.50% | 87.50% |
| 11/7/2020 | HOUSTON | 7 | 57.14% | 71.43% | 71.43% | 71.43% |
| 11/7/2020 | KENTUCKIANA | 3 | 100.00% | 100.00% | 100.00% | 100.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | LAKELAND | 23 | 65.22% | 78.26% | 82.61% | 82.61% |
| 11/7/2020 | LONG ISLAND | 80 | 72.50% | 83.75% | 93.75% | 96.25% |
| 11/7/2020 | LOS ANGELES | 236 | 91.53% | 95.76% | 96.61% | 96.61% |
| 11/7/2020 | LOUISIANA | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | MID-AMERICA | 19 | 47.37% | 73.68% | 78.95% | 78.95% |
| 11/7/2020 | MID-CAROLINAS | 41 | 58.54% | 68.29% | 78.05% | 78.05% |
| 11/7/2020 | MISSISSIPPI | 9 | 55.56% | 77.78% | 77.78% | 77.78% |
| 11/7/2020 | NEVADA SIERRA | 52 | 88.46% | 90.38% | 94.23% | 94.23% |
| 11/7/2020 | NEW YORK | 2 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/7/2020 | NORTHERN NEW ENGLAND | 7 | 57.14% | 57.14% | 57.14% | 57.14% |
| 11/7/2020 | NORTHERN NEW JERSEY | 98 | 71.43% | 87.76% | 91.84% | 91.84% |
| 11/7/2020 | NORTHERN OHIO | 68 | 48.53% | 72.06% | 95.59% | 95.59% |
| 11/7/2020 | NORTHERN VIRGINIA | 88 | 46.59% | 78.41% | 95.45% | 95.45% |
| 11/7/2020 | NORTHLAND | 11 | 72.73% | 90.91% | 90.91% | 90.91% |
| 11/7/2020 | OHIO VALLEY | 46 | 52.17% | 82.61% | 91.30% | 91.30% |
| 11/7/2020 | OKLAHOMA | 2 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/7/2020 | PHILADELPHIA METROPO | 119 | 26.05% | 69.75% | 82.35% | 83.19% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | PORTLAND | 231 | 54.98% | 82.25% | 93.94% | 95.24% |
| 11/7/2020 | RICHMOND | 86 | 47.67% | 74.42% | 91.86% | 93.02% |
| 11/7/2020 | RIO GRANDE | 13 | 69.23% | 69.23% | 92.31% | 92.31% |
| 11/7/2020 | SACRAMENTO | 376 | 85.64% | 86.70% | 88.30% | 88.30% |
| 11/7/2020 | SALT LAKE CITY | 35 | 65.71% | 71.43% | 74.29% | 77.14% |
| 11/7/2020 | SAN DIEGO | 206 | 88.35% | 92.23% | 96.12% | 96.60% |
| 11/7/2020 | SAN FRANCISCO | 53 | 79.25% | 90.57% | 92.45% | 92.45% |
| 11/7/2020 | SANTA ANA | 73 | 89.04% | 93.15% | 95.89% | 95.89% |
| 11/7/2020 | SEATTLE | 292 | 76.03% | 91.44% | 94.86% | 95.21% |
| 11/7/2020 | SIERRA COASTAL | 87 | 86.21% | 94.25% | 94.25% | 94.25% |
| 11/7/2020 | SOUTH FLORIDA | 30 | 60.00% | 80.00% | 90.00% | 90.00% |
| 11/7/2020 | SOUTH JERSEY | 42 | 59.52% | 80.95% | 80.95% | 80.95% |
| 11/7/2020 | SUNCOAST | 60 | 73.33% | 80.00% | 86.67% | 86.67% |
| 11/7/2020 | TENNESSEE | 9 | 66.67% | 88.89% | 88.89% | 88.89% |
| 11/7/2020 | TRIBORO | 122 | 64.75% | 82.79% | 89.34% | 90.98% |
| 11/7/2020 | WESTCHESTER | 39 | 87.18% | 92.31% | 94.87% | 94.87% |
| 11/7/2020 | WESTERN NEW YORK | 59 | 49.15% | 84.75% | 98.31% | 98.31% |
| 11/7/2020 | WESTERN PENNSYLVANIA | 51 | 70.59% | 84.31% | 84.31% | 84.31% |