| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 150 | 83.33% | 87.33% | 96.00% | 98.00% |
| 11/4/2020 | ALASKA | 553 | 83.36% | 84.45% | 86.80% | 86.80% |
| 11/4/2020 | ALBANY | 1021 | 96.47% | 97.16% | 98.33% | 98.33% |
| 11/4/2020 | APPALACHIAN | 21 | 66.67% | 66.67% | 71.43% | 76.19% |
| 11/4/2020 | ARIZONA | 459 | 84.97% | 92.81% | 94.99% | 95.64% |
| 11/4/2020 | ARKANSAS | 51 | 80.39% | 82.35% | 96.08% | 96.08% |
| 11/4/2020 | ATLANTA | 313 | 65.18% | 80.19% | 82.43% | 86.26% |
| 11/4/2020 | BALTIMORE | 2111 | 95.50% | 95.50% | 97.92% | 98.39% |
| 11/4/2020 | BAY-VALLEY | 15376 | 99.62% | 99.68% | 99.81% | 99.82% |
| 11/4/2020 | CAPITAL | 1055 | 94.41% | 95.83% | 99.34% | 99.62% |
| 11/4/2020 | CARIBBEAN | 57 | 89.47% | 92.98% | 96.49% | 96.49% |
| 11/4/2020 | CENTRAL ILLINOIS | 4906 | 96.43% | 96.96% | 98.59% | 98.82% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1304 | 86.50% | 87.42% | 95.86% | 97.70% |
| 11/4/2020 | CENTRAL PLAINS | 269 | 94.05% | 95.91% | 98.88% | 99.63% |
| 11/4/2020 | CHICAGO | 3471 | 0.06% | 0.06% | 0.12% | 0.12% |
| 11/4/2020 | COLORADO/WYOMING | 387 | 59.17% | 64.34% | 85.79% | 87.86% |
| 11/4/2020 | CONNECTICUT VALLEY | 286 | 95.80% | 96.85% | 98.60% | 98.60% |
| 11/4/2020 | DAKOTAS | 134 | 61.94% | 70.15% | 79.10% | 85.07% |
| 11/4/2020 | DALLAS | 313 | 84.03% | 91.05% | 95.85% | 96.17% |
| 11/4/2020 | DETROIT | 140 | 73.57% | 80.00% | 93.57% | 93.57% |
| 11/4/2020 | FT WORTH | 28 | 82.14% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | GATEWAY | 218 | 77.52% | 87.16% | 91.74% | 94.50% |
| 11/4/2020 | GREATER BOSTON | 1500 | 91.93% | 93.07% | 98.27% | 98.80% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | GREATER INDIANA | 59 | 76.27% | 88.14% | 94.92% | 94.92% |
| 11/4/2020 | GREATER MICHIGAN | 75 | 74.67% | 85.33% | 94.67% | 94.67% |
| 11/4/2020 | GREATER S CAROLINA | 318 | 65.09% | 74.84% | 90.88% | 97.17% |
| 11/4/2020 | GREENSBORO | 1975 | 89.22% | 90.94% | 96.61% | 97.97% |
| 11/4/2020 | GULF ATLANTIC | 362 | 73.48% | 79.01% | 91.71% | 93.09% |
| 11/4/2020 | HAWKEYE | 213 | 92.49% | 93.90% | 96.71% | 96.71% |
| 11/4/2020 | HONOLULU | 132 | 82.58% | 96.21% | 97.73% | 97.73% |
| 11/4/2020 | HOUSTON | 150 | 80.67% | 88.00% | 92.00% | 95.33% |
| 11/4/2020 | KENTUCKIANA | 101 | 64.36% | 65.35% | 83.17% | 87.13% |
| 11/4/2020 | LAKELAND | 79 | 64.56% | 68.35% | 82.28% | 82.28% |
| 11/4/2020 | LONG ISLAND | 2221 | 98.65% | 98.87% | 99.01% | 99.05% |
| 11/4/2020 | LOS ANGELES | 9836 | 99.33% | 99.43% | 99.60% | 99.64% |
| 11/4/2020 | LOUISIANA | 128 | 85.16% | 91.41% | 96.09% | 100.00% |
| 11/4/2020 | MID-AMERICA | 200 | 74.50% | 84.50% | 94.50% | 96.50% |
| 11/4/2020 | MID-CAROLINAS | 729 | 89.57% | 93.28% | 94.79% | 95.34% |
| 11/4/2020 | MISSISSIPPI | 113 | 83.19% | 91.15% | 96.46% | 98.23% |
| 11/4/2020 | NEVADA SIERRA | 4440 | 99.37% | 99.59% | 99.82% | 99.86% |
| 11/4/2020 | NEW YORK | 5547 | 96.50% | 97.40% | 99.42% | 99.51% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | NORTHERN NEW ENGLAND | 77 | 87.01% | 87.01% | 94.81% | 96.10% |
| 11/4/2020 | NORTHERN NEW JERSEY | 1870 | 97.49% | 97.86% | 98.50% | 98.61% |
| 11/4/2020 | NORTHERN OHIO | 1050 | 95.90% | 96.57% | 98.10% | 98.19% |
| 11/4/2020 | NORTHERN VIRGINIA | 1953 | 95.70% | 96.16% | 96.88% | 97.03% |
| 11/4/2020 | NORTHLAND | 98 | 86.73% | 91.84% | 95.92% | 96.94% |
| 11/4/2020 | OHIO VALLEY | 1129 | 91.85% | 93.80% | 98.58% | 99.11% |
| 11/4/2020 | OKLAHOMA | 110 | 76.36% | 80.91% | 97.27% | 99.09% |
| 11/4/2020 | PHILADELPHIA METROPO | 567 | 79.54% | 80.60% | 91.53% | 95.41% |
| 11/4/2020 | PORTLAND | 1443 | 96.53% | 98.27% | 99.45% | 99.58% |
| 11/4/2020 | RICHMOND | 1285 | 91.44% | 93.15% | 97.12% | 97.28% |
| 11/4/2020 | RIO GRANDE | 321 | 88.47% | 91.90% | 98.13% | 98.44% |
| 11/4/2020 | SACRAMENTO | 12652 | 97.77% | 97.85% | 98.22% | 98.24% |
| 11/4/2020 | SALT LAKE CITY | 1911 | 98.53% | 98.74% | 99.53% | 99.63% |
| 11/4/2020 | SAN DIEGO | 22908 | 99.74% | 99.84% | 99.89% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4817 | 98.21% | 98.88% | 99.13% | 99.17% |
| 11/4/2020 | SANTA ANA | 14998 | 99.55% | 99.58% | 99.65% | 99.66% |
| 11/4/2020 | SEATTLE | 13822 | 99.41% | 99.66% | 99.80% | 99.83% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | SIERRA COASTAL | 1463 | 84.42% | 85.30% | 87.22% | 87.22% |
| 11/4/2020 | SOUTH FLORIDA | 240 | 68.75% | 83.33% | 95.42% | 95.83% |
| 11/4/2020 | SOUTH JERSEY | 1037 | 87.95% | 88.62% | 92.00% | 94.02% |
| 11/4/2020 | SUNCOAST | 381 | 62.73% | 73.49% | 88.19% | 95.01% |
| 11/4/2020 | TENNESSEE | 190 | 77.89% | 86.32% | 95.79% | 96.32% |
| 11/4/2020 | TRIBORO | 124 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/4/2020 | WESTCHESTER | 500 | 97.80% | 97.80% | 98.00% | 98.00% |
| 11/4/2020 | WESTERN NEW YORK | 434 | 93.55% | 94.70% | 97.47% | 97.70% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 794 | 79.35% | 83.88% | 96.98% | 98.36% |
| 11/5/2020 | ALABAMA | 125 | 83.20% | 83.20% | 86.40% | 94.40% |
| 11/5/2020 | ALASKA | 82 | 78.05% | 78.05% | 78.05% | 78.05% |
| 11/5/2020 | ALBANY | 552 | 96.01% | 98.91% | 98.91% | 99.82% |
| 11/5/2020 | APPALACHIAN | 14 | 57.14% | 57.14% | 57.14% | 57.14% |
| 11/5/2020 | ARIZONA | 617 | 94.49% | 94.49% | 95.79% | 97.08% |
| 11/5/2020 | ARKANSAS | 43 | 76.74% | 76.74% | 79.07% | 81.40% |
| 11/5/2020 | ATLANTA | 257 | 73.93% | 74.32% | 82.88% | 85.99% |
| 11/5/2020 | BALTIMORE | 563 | 73.89% | 92.18% | 95.91% | 97.87% |
| 11/5/2020 | BAY-VALLEY | 2263 | 98.67% | 98.81% | 98.85% | 98.85% |
| 11/5/2020 | CAPITAL | 338 | 83.14% | 93.79% | 96.75% | 98.52% |
| 11/5/2020 | CARIBBEAN | 20 | 80.00% | 80.00% | 90.00% | 90.00% |
| 11/5/2020 | CENTRAL ILLINOIS | 2549 | 96.67% | 97.25% | 97.76% | 98.71% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 573 | 52.18% | 68.59% | 71.38% | 86.04% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | CENTRAL PLAINS | 117 | 67.52% | 76.07% | 79.49% | 96.58% |
| 11/5/2020 | CHICAGO | 971 | 0.41% | 0.41% | 0.51% | 0.72% |
| 11/5/2020 | COLORADO/WYOMING | 385 | 61.82% | 63.38% | 73.25% | 83.12% |
| 11/5/2020 | CONNECTICUT VALLEY | 190 | 89.47% | 89.47% | 91.58% | 95.79% |
| 11/5/2020 | DAKOTAS | 130 | 80.00% | 85.38% | 90.00% | 93.85% |
| 11/5/2020 | DALLAS | 235 | 85.53% | 85.53% | 95.74% | 97.87% |
| 11/5/2020 | DETROIT | 102 | 74.51% | 83.33% | 88.24% | 92.16% |
| 11/5/2020 | FT WORTH | 30 | 53.33% | 53.33% | 80.00% | 83.33% |
| 11/5/2020 | GATEWAY | 155 | 70.97% | 71.61% | 89.03% | 92.90% |
| 11/5/2020 | GREATER BOSTON | 661 | 93.19% | 96.22% | 96.67% | 97.73% |
| 11/5/2020 | GREATER INDIANA | 66 | 74.24% | 75.76% | 90.91% | 96.97% |
| 11/5/2020 | GREATER MICHIGAN | 94 | 91.49% | 91.49% | 92.55% | 95.74% |
| 11/5/2020 | GREATER S CAROLINA | 162 | 71.60% | 72.84% | 77.16% | 90.12% |
| 11/5/2020 | GREENSBORO | 469 | 69.72% | 73.77% | 75.27% | 90.41% |
| 11/5/2020 | GULF ATLANTIC | 209 | 79.43% | 79.90% | 85.17% | 92.82% |
| 11/5/2020 | HAWKEYE | 133 | 84.21% | 87.97% | 90.98% | 93.98% |
| 11/5/2020 | HONOLULU | 206 | 94.17% | 97.09% | 97.09% | 97.57% |
| 11/5/2020 | HOUSTON | 63 | 76.19% | 76.19% | 79.37% | 87.30% |
| 11/5/2020 | KENTUCKIANA | 65 | 60.00% | 61.54% | 63.08% | 90.77% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | LAKELAND | 53 | 71.70% | 77.36% | 81.13% | 90.57% |
| 11/5/2020 | LONG ISLAND | 360 | 90.00% | 93.61% | 94.17% | 95.56% |
| 11/5/2020 | LOS ANGELES | 1241 | 96.78% | 96.78% | 97.74% | 98.07% |
| 11/5/2020 | LOUISIANA | 115 | 83.48% | 85.22% | 91.30% | 96.52% |
| 11/5/2020 | MID-AMERICA | 149 | 72.48% | 83.22% | 93.96% | 98.66% |
| 11/5/2020 | MID-CAROLINAS | 281 | 70.11% | 77.22% | 77.22% | 94.66% |
| 11/5/2020 | MISSISSIPPI | 60 | 81.67% | 81.67% | 85.00% | 86.67% |
| 11/5/2020 | NEVADA SIERRA | 638 | 97.65% | 98.43% | 98.75% | 99.53% |
| 11/5/2020 | NEW YORK | 1443 | 96.19% | 97.78% | 98.34% | 99.10% |
| 11/5/2020 | NORTHERN NEW ENGLAND | 33 | 81.82% | 90.91% | 90.91% | 96.97% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1426 | 95.02% | 97.19% | 97.27% | 98.88% |
| 11/5/2020 | NORTHERN OHIO | 341 | 90.91% | 94.13% | 95.01% | 96.77% |
| 11/5/2020 | NORTHERN VIRGINIA | 275 | 82.55% | 89.09% | 89.09% | 89.82% |
| 11/5/2020 | NORTHLAND | 81 | 92.59% | 92.59% | 93.83% | 95.06% |
| 11/5/2020 | OHIO VALLEY | 601 | 83.19% | 89.35% | 98.17% | 99.17% |
| 11/5/2020 | OKLAHOMA | 81 | 65.43% | 65.43% | 66.67% | 98.77% |
| 11/5/2020 | PHILADELPHIA METROPO | 228 | 50.44% | 62.28% | 65.35% | 85.53% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | PORTLAND | 757 | 91.15% | 91.55% | 98.02% | 98.94% |
| 11/5/2020 | RICHMOND | 503 | 90.26% | 91.65% | 93.44% | 95.83% |
| 11/5/2020 | RIO GRANDE | 148 | 87.16% | 87.16% | 87.84% | 97.30% |
| 11/5/2020 | SACRAMENTO | 2438 | 97.74% | 98.24% | 98.52% | 98.77% |
| 11/5/2020 | SALT LAKE CITY | 1110 | 99.01% | 99.01% | 99.01% | 99.64% |
| 11/5/2020 | SAN DIEGO | 3654 | 98.77% | 98.85% | 99.34% | 99.62% |
| 11/5/2020 | SAN FRANCISCO | 895 | 97.54% | 97.88% | 98.55% | 98.88% |
| 11/5/2020 | SANTA ANA | 1596 | 87.09% | 87.28% | 87.91% | 88.03% |
| 11/5/2020 | SEATTLE | 2179 | 97.38% | 97.57% | 98.30% | 98.53% |
| 11/5/2020 | SIERRA COASTAL | 1637 | 98.41% | 98.59% | 98.84% | 99.08% |
| 11/5/2020 | SOUTH FLORIDA | 180 | 88.89% | 88.89% | 88.89% | 92.22% |
| 11/5/2020 | SOUTH JERSEY | 435 | 73.10% | 80.69% | 82.76% | 92.87% |
| 11/5/2020 | SUNCOAST | 392 | 82.65% | 82.65% | 90.05% | 95.66% |
| 11/5/2020 | TENNESSEE | 198 | 83.33% | 83.33% | 87.88% | 93.43% |
| 11/5/2020 | TRIBORO | 10 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | WESTCHESTER | 171 | 92.98% | 95.91% | 95.91% | 95.91% |
| 11/5/2020 | WESTERN NEW YORK | 178 | 84.83% | 85.39% | 93.82% | 96.07% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 326 | 73.62% | 85.89% | 89.88% | 97.24% |
| 11/6/2020 | ALABAMA | 82 | 58.54% | 87.80% | 89.02% | 95.12% |
| 11/6/2020 | ALASKA | 29 | 68.97% | 68.97% | 72.41% | 75.86% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | ALBANY | 183 | 91.26% | 96.72% | 96.72% | 97.81% |
| 11/6/2020 | APPALACHIAN | 16 | 37.50% | 37.50% | 37.50% | 37.50% |
| 11/6/2020 | ARIZONA | 200 | 85.00% | 93.00% | 93.00% | 93.00% |
| 11/6/2020 | ARKANSAS | 10 | 50.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | ATLANTA | 186 | 70.97% | 86.02% | 86.02% | 86.02% |
| 11/6/2020 | BALTIMORE | 184 | 39.67% | 66.30% | 85.87% | 86.96% |
| 11/6/2020 | BAY-VALLEY | 369 | 88.35% | 95.93% | 96.21% | 97.02% |
| 11/6/2020 | CAPITAL | 119 | 60.50% | 87.39% | 89.92% | 94.96% |
| 11/6/2020 | CARIBBEAN | 2 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | CENTRAL ILLINOIS | 750 | 82.13% | 95.73% | 96.67% | 97.07% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 322 | 45.65% | 74.84% | 88.82% | 89.44% |
| 11/6/2020 | CENTRAL PLAINS | 59 | 57.63% | 69.49% | 71.19% | 74.58% |
| 11/6/2020 | CHICAGO | 369 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | COLORADO/WYOMING | 321 | 47.04% | 85.05% | 85.36% | 86.60% |
| 11/6/2020 | CONNECTICUT VALLEY | 63 | 53.97% | 61.90% | 93.65% | 93.65% |
| 11/6/2020 | DAKOTAS | 73 | 69.86% | 78.08% | 78.08% | 79.45% |
| 11/6/2020 | DALLAS | 82 | 63.41% | 73.17% | 74.39% | 86.59% |
| 11/6/2020 | DETROIT | 107 | 59.81% | 92.52% | 92.52% | 92.52% |
| 11/6/2020 | FT WORTH | 13 | 53.85% | 69.23% | 69.23% | 76.92% |
| 11/6/2020 | GATEWAY | 92 | 54.35% | 79.35% | 79.35% | 83.70% |
| 11/6/2020 | GREATER BOSTON | 199 | 87.44% | 95.48% | 95.48% | 95.48% |
| 11/6/2020 | GREATER INDIANA | 29 | 82.76% | 89.66% | 89.66% | 89.66% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | GREATER MICHIGAN | 59 | 64.41% | 81.36% | 81.36% | 81.36% |
| 11/6/2020 | GREATER S CAROLINA | 88 | 61.36% | 79.55% | 79.55% | 82.95% |
| 11/6/2020 | GREENSBORO | 209 | 50.24% | 83.73% | 88.52% | 88.52% |
| 11/6/2020 | GULF ATLANTIC | 100 | 73.00% | 92.00% | 92.00% | 95.00% |
| 11/6/2020 | HAWKEYE | 58 | 72.41% | 87.93% | 87.93% | 87.93% |
| 11/6/2020 | HONOLULU | 70 | 72.86% | 72.86% | 81.43% | 82.86% |
| 11/6/2020 | HOUSTON | 22 | 54.55% | 77.27% | 77.27% | 90.91% |
| 11/6/2020 | KENTUCKIANA | 33 | 72.73% | 90.91% | 90.91% | 90.91% |
| 11/6/2020 | LAKELAND | 39 | 66.67% | 84.62% | 84.62% | 87.18% |
| 11/6/2020 | LONG ISLAND | 102 | 70.59% | 86.27% | 89.22% | 91.18% |
| 11/6/2020 | LOS ANGELES | 300 | 86.33% | 91.33% | 91.33% | 93.33% |
| 11/6/2020 | LOUISIANA | 86 | 79.07% | 90.70% | 90.70% | 94.19% |
| 11/6/2020 | MID-AMERICA | 103 | 38.83% | 89.32% | 90.29% | 92.23% |
| 11/6/2020 | MID-CAROLINAS | 113 | 56.64% | 84.96% | 85.84% | 88.50% |
| 11/6/2020 | MISSISSIPPI | 36 | 80.56% | 91.67% | 91.67% | 97.22% |
| 11/6/2020 | NEVADA SIERRA | 176 | 90.34% | 96.02% | 96.59% | 97.73% |
| 11/6/2020 | NEW YORK | 381 | 83.73% | 89.50% | 91.08% | 95.80% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | NORTHERN NEW ENGLAND | 21 | 61.90% | 85.71% | 90.48% | 90.48% |
| 11/6/2020 | NORTHERN NEW JERSEY | 283 | 85.16% | 94.35% | 94.70% | 95.76% |
| 11/6/2020 | NORTHERN OHIO | 168 | 67.26% | 94.64% | 94.64% | 95.24% |
| 11/6/2020 | NORTHERN VIRGINIA | 77 | 62.34% | 79.22% | 84.42% | 84.42% |
| 11/6/2020 | NORTHLAND | 47 | 70.21% | 95.74% | 95.74% | 95.74% |
| 11/6/2020 | OHIO VALLEY | 297 | 50.51% | 91.25% | 95.96% | 96.30% |
| 11/6/2020 | OKLAHOMA | 53 | 71.70% | 86.79% | 86.79% | 86.79% |
| 11/6/2020 | PHILADELPHIA METROPO | 203 | 66.01% | 77.34% | 79.80% | 80.30% |
| 11/6/2020 | PORTLAND | 400 | 76.75% | 82.75% | 96.25% | 97.50% |
| 11/6/2020 | RICHMOND | 223 | 82.06% | 92.83% | 94.62% | 94.62% |
| 11/6/2020 | RIO GRANDE | 50 | 78.00% | 92.00% | 92.00% | 94.00% |
| 11/6/2020 | SACRAMENTO | 371 | 88.95% | 96.50% | 96.50% | 96.77% |
| 11/6/2020 | SALT LAKE CITY | 182 | 81.32% | 96.15% | 96.15% | 96.15% |
| 11/6/2020 | SAN DIEGO | 683 | 79.21% | 97.95% | 97.95% | 98.39% |
| 11/6/2020 | SAN FRANCISCO | 163 | 92.64% | 95.71% | 96.32% | 96.93% |
| 11/6/2020 | SANTA ANA | 308 | 95.13% | 98.05% | 98.70% | 99.03% |
| 11/6/2020 | SEATTLE | 438 | 86.99% | 91.55% | 91.78% | 92.69% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | SIERRA COASTAL | 368 | 88.32% | 94.02% | 94.02% | 94.57% |
| 11/6/2020 | SOUTH FLORIDA | 98 | 65.31% | 95.92% | 95.92% | 95.92% |
| 11/6/2020 | SOUTH JERSEY | 185 | 71.89% | 82.16% | 85.95% | 87.57% |
| 11/6/2020 | SUNCOAST | 163 | 80.98% | 92.64% | 92.64% | 94.48% |
| 11/6/2020 | TENNESSEE | 103 | 76.70% | 90.29% | 90.29% | 90.29% |
| 11/6/2020 | TRIBORO | 14 | 7.14% | 7.14% | 7.14% | 7.14% |
| 11/6/2020 | WESTCHESTER | 64 | 67.19% | 84.38% | 85.94% | 85.94% |
| 11/6/2020 | WESTERN NEW YORK | 36 | 66.67% | 80.56% | 80.56% | 97.22% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 110 | 56.36% | 71.82% | 88.18% | 94.55% |
| 11/7/2020 | ALABAMA | 37 | 35.14% | 89.19% | 97.30% | 97.30% |
| 11/7/2020 | ALASKA | 28 | 64.29% | 67.86% | 67.86% | 67.86% |
| 11/7/2020 | ALBANY | 59 | 79.66% | 86.44% | 89.83% | 89.83% |
| 11/7/2020 | APPALACHIAN | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | ARIZONA | 231 | 87.45% | 90.91% | 93.94% | 94.37% |
| 11/7/2020 | ARKANSAS | 13 | 30.77% | 53.85% | 53.85% | 53.85% |
| 11/7/2020 | ATLANTA | 104 | 43.27% | 82.69% | 83.65% | 83.65% |
| 11/7/2020 | BALTIMORE | 94 | 60.64% | 74.47% | 90.43% | 94.68% |
| 11/7/2020 | BAY-VALLEY | 99 | 73.74% | 82.83% | 92.93% | 95.96% |
| 11/7/2020 | CAPITAL | 65 | 60.00% | 67.69% | 86.15% | 89.23% |
| 11/7/2020 | CARIBBEAN | 5 | 20.00% | 40.00% | 80.00% | 80.00% |
| 11/7/2020 | CENTRAL ILLINOIS | 197 | 50.76% | 75.13% | 87.82% | 88.32% |
| 11/7/2020 | CENTRAL PENNSYLVANIA | 159 | 20.13% | 28.93% | 38.36% | 38.99% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | CENTRAL PLAINS | 26 | 50.00% | 69.23% | 80.77% | 80.77% |
| 11/7/2020 | CHICAGO | 56 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/7/2020 | COLORADO/WYOMING | 232 | 31.03% | 64.66% | 80.60% | 81.03% |
| 11/7/2020 | CONNECTICUT VALLEY | 20 | 75.00% | 90.00% | 95.00% | 95.00% |
| 11/7/2020 | DAKOTAS | 38 | 44.74% | 52.63% | 63.16% | 63.16% |
| 11/7/2020 | DALLAS | 59 | 71.19% | 76.27% | 81.36% | 81.36% |
| 11/7/2020 | DETROIT | 41 | 51.22% | 68.29% | 82.93% | 82.93% |
| 11/7/2020 | FT WORTH | 9 | 33.33% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | GATEWAY | 57 | 43.86% | 77.19% | 84.21% | 84.21% |
| 11/7/2020 | GREATER BOSTON | 75 | 74.67% | 86.67% | 88.00% | 88.00% |
| 11/7/2020 | GREATER INDIANA | 15 | 40.00% | 80.00% | 80.00% | 80.00% |
| 11/7/2020 | GREATER MICHIGAN | 33 | 24.24% | 72.73% | 78.79% | 78.79% |
| 11/7/2020 | GREATER S CAROLINA | 62 | 70.97% | 80.65% | 90.32% | 90.32% |
| 11/7/2020 | GREENSBORO | 105 | 36.19% | 56.19% | 85.71% | 86.67% |
| 11/7/2020 | GULF ATLANTIC | 49 | 63.27% | 89.80% | 93.88% | 93.88% |
| 11/7/2020 | HAWKEYE | 26 | 50.00% | 84.62% | 96.15% | 96.15% |
| 11/7/2020 | HONOLULU | 17 | 70.59% | 70.59% | 70.59% | 76.47% |
| 11/7/2020 | HOUSTON | 23 | 56.52% | 78.26% | 91.30% | 91.30% |
| 11/7/2020 | KENTUCKIANA | 8 | 25.00% | 50.00% | 50.00% | 50.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | LAKELAND | 36 | 8.33% | 33.33% | 72.22% | 72.22% |
| 11/7/2020 | LONG ISLAND | 26 | 38.46% | 53.85% | 76.92% | 76.92% |
| 11/7/2020 | LOS ANGELES | 109 | 88.07% | 93.58% | 94.50% | 94.50% |
| 11/7/2020 | LOUISIANA | 35 | 60.00% | 80.00% | 94.29% | 94.29% |
| 11/7/2020 | MID-AMERICA | 48 | 35.42% | 62.50% | 93.75% | 93.75% |
| 11/7/2020 | MID-CAROLINAS | 64 | 37.50% | 82.81% | 92.19% | 92.19% |
| 11/7/2020 | MISSISSIPPI | 15 | 46.67% | 60.00% | 80.00% | 80.00% |
| 11/7/2020 | NEVADA SIERRA | 66 | 78.79% | 86.36% | 92.42% | 92.42% |
| 11/7/2020 | NEW YORK | 152 | 88.82% | 91.45% | 92.76% | 93.42% |
| 11/7/2020 | NORTHERN NEW ENGLAND | 7 | 42.86% | 71.43% | 85.71% | 85.71% |
| 11/7/2020 | NORTHERN NEW JERSEY | 71 | 77.46% | 83.10% | 84.51% | 84.51% |
| 11/7/2020 | NORTHERN OHIO | 63 | 58.73% | 85.71% | 88.89% | 88.89% |
| 11/7/2020 | NORTHERN VIRGINIA | 28 | 57.14% | 71.43% | 82.14% | 85.71% |
| 11/7/2020 | NORTHLAND | 24 | 50.00% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | OHIO VALLEY | 68 | 48.53% | 70.59% | 88.24% | 88.24% |
| 11/7/2020 | OKLAHOMA | 17 | 52.94% | 76.47% | 94.12% | 94.12% |
| 11/7/2020 | PHILADELPHIA METROPO | 41 | 24.39% | 46.34% | 51.22% | 53.66% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | PORTLAND | 214 | 59.35% | 80.84% | 83.18% | 84.58% |
| 11/7/2020 | RICHMOND | 61 | 70.49% | 83.61% | 91.80% | 95.08% |
| 11/7/2020 | RIO GRANDE | 20 | 45.00% | 75.00% | 85.00% | 85.00% |
| 11/7/2020 | SACRAMENTO | 165 | 86.67% | 87.88% | 91.52% | 92.73% |
| 11/7/2020 | SALT LAKE CITY | 141 | 36.88% | 54.61% | 61.70% | 62.41% |
| 11/7/2020 | SAN DIEGO | 183 | 64.48% | 84.70% | 95.08% | 95.63% |
| 11/7/2020 | SAN FRANCISCO | 48 | 77.08% | 81.25% | 91.67% | 91.67% |
| 11/7/2020 | SANTA ANA | 85 | 90.59% | 92.94% | 97.65% | 97.65% |
| 11/7/2020 | SEATTLE | 173 | 73.99% | 85.55% | 90.17% | 90.75% |
| 11/7/2020 | SIERRA COASTAL | 87 | 79.31% | 86.21% | 87.36% | 87.36% |
| 11/7/2020 | SOUTH FLORIDA | 49 | 38.78% | 69.39% | 93.88% | 93.88% |
| 11/7/2020 | SOUTH JERSEY | 59 | 54.24% | 61.02% | 79.66% | 83.05% |
| 11/7/2020 | SUNCOAST | 89 | 49.44% | 55.06% | 56.18% | 56.18% |
| 11/7/2020 | TENNESSEE | 45 | 66.67% | 82.22% | 84.44% | 84.44% |
| 11/7/2020 | TRIBORO | 18 | 16.67% | 16.67% | 16.67% | 16.67% |
| 11/7/2020 | WESTCHESTER | 22 | 86.36% | 90.91% | 90.91% | 90.91% |
| 11/7/2020 | WESTERN NEW YORK | 22 | 86.36% | 90.91% | 90.91% | 90.91% |
| 11/7/2020 | WESTERN PENNSYLVANIA | 40 | 57.50% | 65.00% | 77.50% | 77.50% |
| 11/9/2020 | ALABAMA | 31 | 41.94% | 51.61% | 77.42% | 83.87% |
| 11/9/2020 | ALASKA | 29 | 62.07% | 65.52% | 68.97% | 68.97% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/9/2020 | ALBANY | 55 | 81.82% | 83.64% | 89.09% | 92.73% |
| 11/9/2020 | APPALACHIAN | 6 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/9/2020 | ARIZONA | 115 | 78.26% | 86.09% | 93.04% | 95.65% |
| 11/9/2020 | ARKANSAS | 3 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/9/2020 | ATLANTA | 96 | 53.13% | 63.54% | 77.08% | 80.21% |
| 11/9/2020 | BALTIMORE | 79 | 49.37% | 56.96% | 72.15% | 79.75% |
| 11/9/2020 | BAY-VALLEY | 77 | 68.83% | 74.03% | 83.12% | 87.01% |
| 11/9/2020 | CAPITAL | 102 | 85.29% | 87.25% | 88.24% | 88.24% |
| 11/9/2020 | CARIBBEAN | 5 | 40.00% | 80.00% | 80.00% | 80.00% |
| 11/9/2020 | CENTRAL ILLINOIS | 211 | 40.28% | 63.98% | 78.20% | 90.05% |
| 11/9/2020 | CENTRAL PENNSYLVANIA | 109 | 22.94% | 33.94% | 44.04% | 50.46% |
| 11/9/2020 | CENTRAL PLAINS | 26 | 46.15% | 69.23% | 84.62% | 84.62% |
| 11/9/2020 | CHICAGO | 38 | 2.63% | 2.63% | 2.63% | 2.63% |
| 11/9/2020 | COLORADO/WYOMING | 303 | 21.12% | 56.77% | 73.93% | 82.18% |
| 11/9/2020 | CONNECTICUT VALLEY | 31 | 87.10% | 87.10% | 87.10% | 90.32% |
| 11/9/2020 | DAKOTAS | 29 | 58.62% | 68.97% | 82.76% | 86.21% |
| 11/9/2020 | DALLAS | 46 | 67.39% | 78.26% | 86.96% | 93.48% |
| 11/9/2020 | DETROIT | 32 | 53.13% | 59.38% | 65.63% | 71.88% |
| 11/9/2020 | FT WORTH | 4 | 0.00% | 25.00% | 25.00% | 25.00% |
| 11/9/2020 | GATEWAY | 29 | 20.69% | 41.38% | 51.72% | 58.62% |
| 11/9/2020 | GREATER BOSTON | 56 | 46.43% | 62.50% | 80.36% | 80.36% |
| 11/9/2020 | GREATER INDIANA | 12 | 41.67% | 50.00% | 66.67% | 66.67% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/9/2020 | GREATER MICHIGAN | 15 | 40.00% | 53.33% | 53.33% | 53.33% |
| 11/9/2020 | GREATER S CAROLINA | 42 | 33.33% | 54.76% | 59.52% | 59.52% |
| 11/9/2020 | GREENSBORO | 96 | 30.21% | 60.42% | 72.92% | 92.71% |
| 11/9/2020 | GULF ATLANTIC | 55 | 52.73% | 60.00% | 72.73% | 80.00% |
| 11/9/2020 | HAWKEYE | 14 | 64.29% | 71.43% | 71.43% | 85.71% |
| 11/9/2020 | HONOLULU | 42 | 83.33% | 85.71% | 85.71% | 85.71% |
| 11/9/2020 | HOUSTON | 20 | 55.00% | 60.00% | 70.00% | 70.00% |
| 11/9/2020 | KENTUCKIANA | 14 | 35.71% | 57.14% | 78.57% | 78.57% |
| 11/9/2020 | LAKELAND | 14 | 21.43% | 50.00% | 64.29% | 78.57% |
| 11/9/2020 | LONG ISLAND | 17 | 47.06% | 52.94% | 58.82% | 64.71% |
| 11/9/2020 | LOS ANGELES | 56 | 73.21% | 78.57% | 83.93% | 87.50% |
| 11/9/2020 | LOUISIANA | 23 | 60.87% | 78.26% | 86.96% | 86.96% |
| 11/9/2020 | MID-AMERICA | 44 | 45.45% | 50.00% | 81.82% | 93.18% |
| 11/9/2020 | MID-CAROLINAS | 53 | 47.17% | 69.81% | 75.47% | 84.91% |
| 11/9/2020 | MISSISSIPPI | 13 | 15.38% | 46.15% | 61.54% | 100.00% |
| 11/9/2020 | NEVADA SIERRA | 45 | 80.00% | 86.67% | 91.11% | 95.56% |
| 11/9/2020 | NEW YORK | 163 | 76.07% | 82.82% | 85.28% | 87.12% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/9/2020 | NORTHERN NEW ENGLAND | 6 | 50.00% | 50.00% | 50.00% | 66.67% |
| 11/9/2020 | NORTHERN NEW JERSEY | 88 | 75.00% | 79.55% | 86.36% | 87.50% |
| 11/9/2020 | NORTHERN OHIO | 45 | 51.11% | 62.22% | 80.00% | 86.67% |
| 11/9/2020 | NORTHERN VIRGINIA | 25 | 60.00% | 64.00% | 64.00% | 72.00% |
| 11/9/2020 | NORTHLAND | 14 | 42.86% | 64.29% | 92.86% | 92.86% |
| 11/9/2020 | OHIO VALLEY | 66 | 37.88% | 66.67% | 84.85% | 92.42% |
| 11/9/2020 | OKLAHOMA | 16 | 43.75% | 81.25% | 81.25% | 81.25% |
| 11/9/2020 | PHILADELPHIA METROPO | 128 | 57.81% | 71.88% | 73.44% | 75.78% |
| 11/9/2020 | PORTLAND | 84 | 82.14% | 83.33% | 91.67% | 94.05% |
| 11/9/2020 | RICHMOND | 110 | 60.91% | 81.82% | 89.09% | 94.55% |
| 11/9/2020 | RIO GRANDE | 30 | 40.00% | 40.00% | 60.00% | 60.00% |
| 11/9/2020 | SACRAMENTO | 200 | 90.50% | 92.00% | 93.50% | 95.00% |
| 11/9/2020 | SALT LAKE CITY | 75 | 66.67% | 77.33% | 81.33% | 86.67% |
| 11/9/2020 | SAN DIEGO | 101 | 50.50% | 61.39% | 88.12% | 89.11% |
| 11/9/2020 | SAN FRANCISCO | 71 | 83.10% | 90.14% | 90.14% | 90.14% |
| 11/9/2020 | SANTA ANA | 40 | 82.50% | 85.00% | 95.00% | 95.00% |
| 11/9/2020 | SEATTLE | 105 | 62.86% | 69.52% | 77.14% | 80.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/9/2020 | SIERRA COASTAL | 95 | 80.00% | 87.37% | 89.47% | 89.47% |
| 11/9/2020 | SOUTH FLORIDA | 33 | 63.64% | 78.79% | 81.82% | 81.82% |
| 11/9/2020 | SOUTH JERSEY | 62 | 53.23% | 62.90% | 72.58% | 77.42% |
| 11/9/2020 | SUNCOAST | 64 | 57.81% | 71.88% | 75.00% | 79.69% |
| 11/9/2020 | TENNESSEE | 35 | 54.29% | 71.43% | 82.86% | 85.71% |
| 11/9/2020 | TRIBORO | 7 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/9/2020 | WESTCHESTER | 18 | 44.44% | 66.67% | 77.78% | 83.33% |
| 11/9/2020 | WESTERN NEW YORK | 15 | 53.33% | 53.33% | 53.33% | 80.00% |
| 11/9/2020 | WESTERN PENNSYLVANIA | 36 | 61.11% | 69.44% | 69.44% | 75.00% |