| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | ALABAMA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |
| 11/4/2020 | ALASKA | 631 | 89.86% | 90.33% | 90.49% | 90.49% |
| 11/4/2020 | ALBANY | 806 | 93.80% | 96.28% | 98.76% | 98.76% |
| 11/4/2020 | APPALACHIAN | 165 | 82.42% | 84.85% | 94.55% | 95.76% |
| 11/4/2020 | ARIZONA | 243 | 91.36% | 93.42% | 94.65% | 94.65% |
| 11/4/2020 | ARKANSAS | 27 | 81.48% | 92.59% | 96.30% | 96.30% |
| 11/4/2020 | ATLANTA | 106 | 78.30% | 78.30% | 83.96% | 84.91% |
| 11/4/2020 | BALTIMORE | 1970 | 92.34% | 94.01% | 97.82% | 99.39% |
| 11/4/2020 | BAY-VALLEY | 16651 | 99.35% | 99.44% | 99.81% | 99.83% |
| 11/4/2020 | CAPITAL | 1025 | 96.88% | 97.17% | 98.63% | 99.51% |
| 11/4/2020 | CARIBBEAN | 122 | 97.54% | 98.36% | 99.18% | 99.18% |
| 11/4/2020 | CENTRAL ILLINOIS | 678 | 95.28% | 96.31% | 97.64% | 97.94% |
| 11/4/2020 | CENTRAL PENNSYLVANIA | 1846 | 65.17% | 71.78% | 90.52% | 95.34% |
| 11/4/2020 | CENTRAL PLAINS | 238 | 95.38% | 97.06% | 98.32% | 98.32% |
| 11/4/2020 | CHICAGO | 7515 | 51.35% | 52.64% | 53.25% | 53.33% |
| 11/4/2020 | COLORADO/WYOMING | 542 | 27.49% | 44.10% | 75.65% | 84.50% |
| 11/4/2020 | CONNECTICUT VALLEY | 470 | 89.15% | 91.28% | 98.09% | 98.72% |
| 11/4/2020 | DAKOTAS | 47 | 87.23% | 93.62% | 97.87% | 97.87% |
| 11/4/2020 | DALLAS | 35 | 80.00% | 85.71% | 91.43% | 91.43% |
| 11/4/2020 | DETROIT | 177 | 80.23% | 85.31% | 93.79% | 94.35% |
| 11/4/2020 | FT WORTH | 77 | 84.42% | 87.01% | 96.10% | 97.40% |
| 11/4/2020 | GATEWAY | 122 | 82.79% | 86.07% | 93.44% | 95.08% |
| 11/4/2020 | GREATER BOSTON | 1182 | 94.16% | 96.36% | 98.05% | 98.73% |
| 11/4/2020 | GREATER INDIANA | 14 | 92.86% | 92.86% | 92.86% | 92.86% |
| 11/4/2020 | GREATER MICHIGAN | 82 | 86.59% | 91.46% | 92.68% | 93.90% |
| 11/4/2020 | GREATER S CAROLINA | 77 | 83.12% | 89.61% | 90.91% | 92.21% |
| 11/4/2020 | GREENSBORO | 1964 | 88.65% | 89.61% | 95.98% | 96.95% |
| 11/4/2020 | GULF ATLANTIC | 187 | 85.03% | 92.51% | 96.26% | 97.33% |
| 11/4/2020 | HAWKEYE | 252 | 91.67% | 92.86% | 96.83% | 96.83% |
| 11/4/2020 | HONOLULU | 90 | 93.33% | 95.56% | 97.78% | 97.78% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | HOUSTON | 126 | 88.10% | 89.68% | 90.48% | 92.06% |
| 11/4/2020 | KENTUCKIANA | 14 | 57.14% | 64.29% | 64.29% | 64.29% |
| 11/4/2020 | LAKELAND | 276 | 96.01% | 97.10% | 98.91% | 99.28% |
| 11/4/2020 | LONG ISLAND | 2470 | 97.09% | 97.94% | 98.79% | 98.83% |
| 11/4/2020 | LOS ANGELES | 14620 | 99.07% | 99.34% | 99.48% | 99.49% |
| 11/4/2020 | LOUISIANA | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/4/2020 | MID-AMERICA | 150 | 91.33% | 92.00% | 96.67% | 96.67% |
| 11/4/2020 | MID-CAROLINAS | 895 | 89.61% | 90.95% | 95.53% | 95.75% |
| 11/4/2020 | MISSISSIPPI | 91 | 94.51% | 94.51% | 95.60% | 95.60% |
| 11/4/2020 | NEVADA SIERRA | 4468 | 99.37% | 99.57% | 99.78% | 99.80% |
| 11/4/2020 | NEW YORK | 2106 | 97.72% | 98.20% | 99.15% | 99.19% |
| 11/4/2020 | NORTHERN NEW ENGLAND | 6 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/4/2020 | NORTHERN NEW JERSEY | 2129 | 96.62% | 97.65% | 98.83% | 98.87% |
| 11/4/2020 | NORTHERN OHIO | 1356 | 94.32% | 94.40% | 98.08% | 98.23% |
| 11/4/2020 | NORTHERN VIRGINIA | 1974 | 92.45% | 93.57% | 96.05% | 96.91% |
| 11/4/2020 | NORTHLAND | 68 | 95.59% | 98.53% | 98.53% | 98.53% |
| 11/4/2020 | OHIO VALLEY | 828 | 90.34% | 91.79% | 98.67% | 99.28% |
| 11/4/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/4/2020 | PHILADELPHIA METROPO | 962 | 76.09% | 81.08% | 92.93% | 95.11% |
| 11/4/2020 | PORTLAND | 1270 | 97.72% | 98.90% | 99.37% | 99.69% |
| 11/4/2020 | RICHMOND | 1199 | 95.41% | 96.16% | 97.83% | 98.25% |
| 11/4/2020 | RIO GRANDE | 48 | 87.50% | 89.58% | 93.75% | 93.75% |
| 11/4/2020 | SACRAMENTO | 11983 | 97.96% | 98.06% | 98.16% | 98.16% |
| 11/4/2020 | SALT LAKE CITY | 1321 | 98.71% | 99.09% | 99.55% | 99.55% |
| 11/4/2020 | SAN DIEGO | 26594 | 99.81% | 99.89% | 99.93% | 99.93% |
| 11/4/2020 | SAN FRANCISCO | 4935 | 98.66% | 98.97% | 99.07% | 99.09% |
| 11/4/2020 | SANTA ANA | 7611 | 99.13% | 99.17% | 99.22% | 99.24% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/4/2020 | SEATTLE | 14072 | 99.45% | 99.65% | 99.79% | 99.81% |
| 11/4/2020 | SIERRA COASTAL | 1423 | 86.09% | 87.07% | 87.14% | 87.14% |
| 11/4/2020 | SOUTH FLORIDA | 66 | 84.85% | 87.88% | 92.42% | 92.42% |
| 11/4/2020 | SOUTH JERSEY | 970 | 92.58% | 94.02% | 95.36% | 95.57% |
| 11/4/2020 | SUNCOAST | 265 | 88.68% | 90.57% | 93.96% | 95.47% |
| 11/4/2020 | TENNESSEE | 122 | 80.33% | 90.16% | 95.08% | 96.72% |
| 11/4/2020 | TRIBORO | 2916 | 94.31% | 94.68% | 95.44% | 95.47% |
| 11/4/2020 | WESTCHESTER | 1096 | 88.96% | 91.51% | 98.54% | 98.72% |
| 11/4/2020 | WESTERN NEW YORK | 486 | 95.68% | 96.30% | 97.53% | 97.74% |
| 11/4/2020 | WESTERN PENNSYLVANIA | 706 | 85.84% | 88.95% | 98.02% | 98.44% |
| 11/5/2020 | ALABAMA | 2 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/5/2020 | ALASKA | 167 | 83.23% | 85.63% | 88.02% | 89.82% |
| 11/5/2020 | ALBANY | 391 | 92.84% | 95.91% | 96.68% | 99.74% |
| 11/5/2020 | APPALACHIAN | 127 | 61.42% | 75.59% | 84.25% | 93.70% |
| 11/5/2020 | ARIZONA | 408 | 93.87% | 93.87% | 94.61% | 96.32% |
| 11/5/2020 | ARKANSAS | 13 | 92.31% | 92.31% | 100.00% | 100.00% |
| 11/5/2020 | ATLANTA | 99 | 92.93% | 92.93% | 93.94% | 94.95% |
| 11/5/2020 | BALTIMORE | 511 | 66.34% | 78.86% | 82.78% | 94.91% |
| 11/5/2020 | BAY-VALLEY | 2452 | 97.76% | 97.88% | 98.78% | 98.98% |
| 11/5/2020 | CAPITAL | 336 | 84.82% | 88.39% | 94.64% | 97.92% |
| 11/5/2020 | CARIBBEAN | 19 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/5/2020 | CENTRAL ILLINOIS | 205 | 83.90% | 88.29% | 90.24% | 91.22% |
| 11/5/2020 | CENTRAL PENNSYLVANIA | 619 | 43.13% | 61.71% | 65.91% | 85.62% |
| 11/5/2020 | CENTRAL PLAINS | 71 | 76.06% | 85.92% | 85.92% | 87.32% |
| 11/5/2020 | CHICAGO | 3621 | 71.25% | 71.75% | 72.36% | 72.99% |
| 11/5/2020 | COLORADO/WYOMING | 229 | 51.09% | 53.71% | 58.52% | 64.63% |
| 11/5/2020 | CONNECTICUT VALLEY | 318 | 90.25% | 93.40% | 94.65% | 95.28% |
| 11/5/2020 | DAKOTAS | 46 | 78.26% | 80.43% | 93.48% | 93.48% |
| 11/5/2020 | DALLAS | 18 | 88.89% | 88.89% | 88.89% | 88.89% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | DETROIT | 126 | 86.51% | 88.10% | 90.48% | 94.44% |
| 11/5/2020 | FT WORTH | 9 | 77.78% | 77.78% | 77.78% | 77.78% |
| 11/5/2020 | GATEWAY | 48 | 77.08% | 81.25% | 81.25% | 87.50% |
| 11/5/2020 | GREATER BOSTON | 617 | 90.76% | 91.73% | 94.98% | 97.24% |
| 11/5/2020 | GREATER INDIANA | 12 | 83.33% | 83.33% | 83.33% | 83.33% |
| 11/5/2020 | GREATER MICHIGAN | 64 | 85.94% | 87.50% | 93.75% | 98.44% |
| 11/5/2020 | GREATER S CAROLINA | 46 | 71.74% | 71.74% | 78.26% | 80.43% |
| 11/5/2020 | GREENSBORO | 475 | 56.21% | 59.58% | 62.11% | 83.37% |
| 11/5/2020 | GULF ATLANTIC | 139 | 71.22% | 72.66% | 81.29% | 92.09% |
| 11/5/2020 | HAWKEYE | 166 | 74.70% | 83.73% | 87.95% | 92.17% |
| 11/5/2020 | HONOLULU | 282 | 85.82% | 89.01% | 95.39% | 98.94% |
| 11/5/2020 | HOUSTON | 49 | 73.47% | 73.47% | 79.59% | 85.71% |
| 11/5/2020 | KENTUCKIANA | 9 | 11.11% | 11.11% | 33.33% | 44.44% |
| 11/5/2020 | LAKELAND | 77 | 89.61% | 96.10% | 96.10% | 96.10% |
| 11/5/2020 | LONG ISLAND | 635 | 92.13% | 97.17% | 97.95% | 98.27% |
| 11/5/2020 | LOS ANGELES | 2781 | 98.42% | 98.53% | 98.78% | 99.10% |
| 11/5/2020 | LOUISIANA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/5/2020 | MID-AMERICA | 85 | 75.29% | 82.35% | 84.71% | 88.24% |
| 11/5/2020 | MID-CAROLINAS | 300 | 80.33% | 83.33% | 89.33% | 92.67% |
| 11/5/2020 | MISSISSIPPI | 27 | 85.19% | 85.19% | 88.89% | 96.30% |
| 11/5/2020 | NEVADA SIERRA | 593 | 97.81% | 97.98% | 98.48% | 99.83% |
| 11/5/2020 | NEW YORK | 457 | 96.72% | 96.94% | 97.81% | 98.03% |
| 11/5/2020 | NORTHERN NEW ENGLAND | 3 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/5/2020 | NORTHERN NEW JERSEY | 1296 | 97.30% | 98.69% | 98.84% | 99.15% |
| 11/5/2020 | NORTHERN OHIO | 357 | 83.47% | 92.44% | 94.12% | 97.20% |
| 11/5/2020 | NORTHERN VIRGINIA | 418 | 86.84% | 90.91% | 93.06% | 94.02% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/5/2020 | NORTHLAND | 56 | 76.79% | 87.50% | 89.29% | 94.64% |
| 11/5/2020 | OHIO VALLEY | 488 | 91.80% | 92.21% | 94.88% | 98.16% |
| 11/5/2020 | OKLAHOMA | 4 | 75.00% | 75.00% | 75.00% | 75.00% |
| 11/5/2020 | PHILADELPHIA METRO | 442 | 50.90% | 64.93% | 69.23% | 92.99% |
| 11/5/2020 | PORTLAND | 669 | 95.07% | 95.52% | 97.16% | 98.80% |
| 11/5/2020 | RICHMOND | 542 | 83.95% | 90.04% | 92.62% | 95.20% |
| 11/5/2020 | RIO GRANDE | 18 | 77.78% | 77.78% | 88.89% | 100.00% |
| 11/5/2020 | SACRAMENTO | 2455 | 97.60% | 97.88% | 98.49% | 98.66% |
| 11/5/2020 | SALT LAKE CITY | 896 | 97.10% | 97.10% | 98.10% | 98.88% |
| 11/5/2020 | SAN DIEGO | 3308 | 98.67% | 98.73% | 99.24% | 99.55% |
| 11/5/2020 | SAN FRANCISCO | 1090 | 98.17% | 98.53% | 98.90% | 99.08% |
| 11/5/2020 | SANTA ANA | 1454 | 83.56% | 84.11% | 85.97% | 86.73% |
| 11/5/2020 | SEATTLE | 2682 | 96.05% | 96.20% | 97.69% | 98.55% |
| 11/5/2020 | SIERRA COASTAL | 965 | 97.93% | 97.93% | 98.55% | 98.65% |
| 11/5/2020 | SOUTH FLORIDA | 84 | 60.71% | 60.71% | 75.00% | 84.52% |
| 11/5/2020 | SOUTH JERSEY | 452 | 87.61% | 93.58% | 94.03% | 96.02% |
| 11/5/2020 | SUNCOAST | 286 | 82.52% | 82.52% | 88.81% | 94.41% |
| 11/5/2020 | TENNESSEE | 81 | 83.95% | 86.42% | 87.65% | 97.53% |
| 11/5/2020 | TRIBORO | 719 | 89.01% | 91.79% | 95.41% | 97.22% |
| 11/5/2020 | WESTCHESTER | 551 | 91.11% | 96.01% | 97.46% | 99.09% |
| 11/5/2020 | WESTERN NEW YORK | 244 | 90.16% | 90.16% | 95.08% | 97.54% |
| 11/5/2020 | WESTERN PENNSYLVANIA | 440 | 86.36% | 90.68% | 94.32% | 96.59% |
| 11/6/2020 | ALABAMA | 1 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/6/2020 | ALASKA | 84 | 83.33% | 91.67% | 94.05% | 96.43% |
| 11/6/2020 | ALBANY | 164 | 82.93% | 98.17% | 98.17% | 98.17% |
| 11/6/2020 | APPALACHIAN | 75 | 45.33% | 84.00% | 89.33% | 90.67% |
| 11/6/2020 | ARIZONA | 117 | 87.18% | 93.16% | 93.16% | 94.02% |
| 11/6/2020 | ARKANSAS | 2 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | ATLANTA | 91 | 72.53% | 91.21% | 91.21% | 91.21% |
| 11/6/2020 | BALTIMORE | 199 | 44.72% | 61.81% | 72.86% | 76.88% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | BAY-VALLEY | 550 | 89.82% | 96.36% | 96.73% | 97.82% |
| 11/6/2020 | CAPITAL | 153 | 60.78% | 92.16% | 93.46% | 93.46% |
| 11/6/2020 | CARIBBEAN | 5 | 60.00% | 60.00% | 60.00% | 60.00% |
| 11/6/2020 | CENTRAL ILLINOIS | 81 | 67.90% | 82.72% | 92.59% | 93.83% |
| 11/6/2020 | CENTRAL PENNSYLVANIA | 355 | 47.61% | 76.34% | 85.07% | 87.32% |
| 11/6/2020 | CENTRAL PLAINS | 34 | 70.59% | 88.24% | 88.24% | 88.24% |
| 11/6/2020 | CHICAGO | 1227 | 60.64% | 68.38% | 68.87% | 69.27% |
| 11/6/2020 | COLORADO/WYOMING | 254 | 44.09% | 74.41% | 74.80% | 75.20% |
| 11/6/2020 | CONNECTICUT VALLEY | 130 | 77.69% | 93.85% | 95.38% | 95.38% |
| 11/6/2020 | DAKOTAS | 42 | 66.67% | 83.33% | 83.33% | 90.48% |
| 11/6/2020 | DALLAS | 10 | 40.00% | 50.00% | 50.00% | 50.00% |
| 11/6/2020 | DETROIT | 100 | 50.00% | 76.00% | 76.00% | 77.00% |
| 11/6/2020 | FT WORTH | 20 | 65.00% | 75.00% | 75.00% | 75.00% |
| 11/6/2020 | GATEWAY | 38 | 55.26% | 68.42% | 71.05% | 73.68% |
| 11/6/2020 | GREATER BOSTON | 152 | 89.47% | 96.05% | 96.05% | 96.05% |
| 11/6/2020 | GREATER INDIANA | 3 | 66.67% | 66.67% | 100.00% | 100.00% |
| 11/6/2020 | GREATER MICHIGAN | 59 | 66.10% | 94.92% | 94.92% | 94.92% |
| 11/6/2020 | GREATER S CAROLINA | 19 | 63.16% | 78.95% | 78.95% | 78.95% |
| 11/6/2020 | GREENSBORO | 119 | 60.50% | 70.59% | 71.43% | 74.79% |
| 11/6/2020 | GULF ATLANTIC | 74 | 51.35% | 93.24% | 93.24% | 94.59% |
| 11/6/2020 | HAWKEYE | 51 | 62.75% | 84.31% | 84.31% | 84.31% |
| 11/6/2020 | HONOLULU | 92 | 55.43% | 70.65% | 70.65% | 73.91% |
| 11/6/2020 | HOUSTON | 14 | 71.43% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | KENTUCKIANA | 11 | 72.73% | 72.73% | 72.73% | 72.73% |
| 11/6/2020 | LAKELAND | 28 | 60.71% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | LONG ISLAND | 314 | 65.92% | 84.39% | 96.18% | 97.77% |
| 11/6/2020 | LOS ANGELES | 542 | 90.22% | 94.83% | 94.83% | 95.20% |
| 11/6/2020 | LOUISIANA | 5 | 60.00% | 60.00% | 60.00% | 60.00% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | MID-AMERICA | 29 | 58.62% | 75.86% | 79.31% | 82.76% |
| 11/6/2020 | MID-CAROLINAS | 100 | 57.00% | 84.00% | 84.00% | 94.00% |
| 11/6/2020 | MISSISSIPPI | 27 | 77.78% | 92.59% | 92.59% | 92.59% |
| 11/6/2020 | NEVADA SIERRA | 136 | 94.85% | 98.53% | 98.53% | 98.53% |
| 11/6/2020 | NEW YORK | 185 | 78.38% | 94.05% | 96.22% | 97.30% |
| 11/6/2020 | NORTHERN NEW ENGLAND | 2 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/6/2020 | NORTHERN NEW JERSEY | 341 | 80.06% | 90.62% | 94.72% | 95.31% |
| 11/6/2020 | NORTHERN OHIO | 120 | 50.83% | 82.50% | 90.00% | 91.67% |
| 11/6/2020 | NORTHERN VIRGINIA | 209 | 64.59% | 85.65% | 88.52% | 88.52% |
| 11/6/2020 | NORTHLAND | 36 | 63.89% | 91.67% | 91.67% | 91.67% |
| 11/6/2020 | OHIO VALLEY | 74 | 59.46% | 82.43% | 82.43% | 82.43% |
| 11/6/2020 | OKLAHOMA | 6 | 33.33% | 33.33% | 33.33% | 33.33% |
| 11/6/2020 | PHILADELPHIA METROPO | 234 | 62.39% | 84.62% | 86.32% | 90.60% |
| 11/6/2020 | PORTLAND | 538 | 73.42% | 86.43% | 96.47% | 97.03% |
| 11/6/2020 | RICHMOND | 343 | 68.22% | 87.76% | 92.71% | 94.75% |
| 11/6/2020 | RIO GRANDE | 14 | 78.57% | 92.86% | 92.86% | 92.86% |
| 11/6/2020 | SACRAMENTO | 350 | 91.71% | 95.43% | 95.43% | 97.14% |
| 11/6/2020 | SALT LAKE CITY | 175 | 72.00% | 90.86% | 90.86% | 92.57% |
| 11/6/2020 | SAN DIEGO | 602 | 92.69% | 95.68% | 96.01% | 98.34% |
| 11/6/2020 | SAN FRANCISCO | 219 | 89.04% | 95.43% | 95.89% | 96.80% |
| 11/6/2020 | SANTA ANA | 114 | 92.11% | 96.49% | 97.37% | 98.25% |
| 11/6/2020 | SEATTLE | 587 | 72.23% | 92.33% | 93.02% | 94.04% |
| 11/6/2020 | SIERRA COASTAL | 220 | 82.73% | 90.91% | 90.91% | 90.91% |
| 11/6/2020 | SOUTH FLORIDA | 51 | 58.82% | 88.24% | 88.24% | 94.12% |
| 11/6/2020 | SOUTH JERSEY | 139 | 72.66% | 87.05% | 89.21% | 92.09% |
| 11/6/2020 | SUNCOAST | 107 | 75.70% | 86.92% | 86.92% | 87.85% |
| 11/6/2020 | TENNESSEE | 57 | 40.35% | 80.70% | 82.46% | 82.46% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/6/2020 | TRIBORO | 209 | 64.59% | 79.90% | 83.73% | 85.17% |
| 11/6/2020 | WESTCHESTER | 183 | 78.14% | 93.44% | 94.54% | 94.54% |
| 11/6/2020 | WESTERN NEW YORK | 161 | 64.60% | 90.06% | 94.41% | 96.27% |
| 11/6/2020 | WESTERN PENNSYLVANIA | 155 | 74.19% | 92.90% | 92.90% | 94.19% |
| 11/7/2020 | ALABAMA | 4 | 50.00% | 75.00% | 100.00% | 100.00% |
| 11/7/2020 | ALASKA | 43 | 65.12% | 74.42% | 76.74% | 81.40% |
| 11/7/2020 | ALBANY | 68 | 61.76% | 83.82% | 95.59% | 95.59% |
| 11/7/2020 | APPALACHIAN | 39 | 20.51% | 56.41% | 94.87% | 94.87% |
| 11/7/2020 | ARIZONA | 78 | 75.64% | 83.33% | 84.62% | 85.90% |
| 11/7/2020 | ARKANSAS | 3 | 33.33% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | ATLANTA | 58 | 39.66% | 77.59% | 91.38% | 91.38% |
| 11/7/2020 | BALTIMORE | 95 | 60.00% | 78.95% | 90.53% | 92.63% |
| 11/7/2020 | BAY-VALLEY | 169 | 78.70% | 87.57% | 94.67% | 96.45% |
| 11/7/2020 | CAPITAL | 68 | 73.53% | 91.18% | 94.12% | 97.06% |
| 11/7/2020 | CARIBBEAN | 3 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | CENTRAL ILLINOIS | 30 | 60.00% | 86.67% | 90.00% | 93.33% |
| 11/7/2020 | CENTRAL PENNSYLVANIA | 284 | 12.68% | 26.41% | 39.08% | 41.20% |
| 11/7/2020 | CENTRAL PLAINS | 12 | 66.67% | 66.67% | 66.67% | 66.67% |
| 11/7/2020 | CHICAGO | 248 | 44.76% | 64.52% | 73.79% | 73.79% |
| 11/7/2020 | COLORADO/WYOMING | 321 | 18.69% | 30.84% | 48.29% | 48.60% |
| 11/7/2020 | CONNECTICUT VALLEY | 46 | 89.13% | 95.65% | 97.83% | 97.83% |
| 11/7/2020 | DAKOTAS | 18 | 38.89% | 66.67% | 77.78% | 77.78% |
| 11/7/2020 | DALLAS | 6 | 66.67% | 83.33% | 83.33% | 83.33% |
| 11/7/2020 | DETROIT | 42 | 52.38% | 61.90% | 61.90% | 61.90% |
| 11/7/2020 | FT WORTH | 13 | 92.31% | 92.31% | 100.00% | 100.00% |
| 11/7/2020 | GATEWAY | 15 | 73.33% | 80.00% | 86.67% | 86.67% |
| 11/7/2020 | GREATER BOSTON | 59 | 76.27% | 89.83% | 94.92% | 94.92% |
| 11/7/2020 | GREATER INDIANA | 2 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | GREATER MICHIGAN | 31 | 22.58% | 67.74% | 77.42% | 77.42% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | GREATER S CAROLINA | 16 | 56.25% | 75.00% | 93.75% | 93.75% |
| 11/7/2020 | GREENSBORO | 44 | 47.73% | 56.82% | 75.00% | 75.00% |
| 11/7/2020 | GULF ATLANTIC | 41 | 41.46% | 73.17% | 80.49% | 80.49% |
| 11/7/2020 | HAWKEYE | 18 | 61.11% | 77.78% | 94.44% | 94.44% |
| 11/7/2020 | HONOLULU | 30 | 50.00% | 73.33% | 86.67% | 86.67% |
| 11/7/2020 | HOUSTON | 7 | 57.14% | 71.43% | 71.43% | 71.43% |
| 11/7/2020 | KENTUCKIANA | 3 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | LAKELAND | 23 | 65.22% | 78.26% | 82.61% | 82.61% |
| 11/7/2020 | LONG ISLAND | 79 | 72.15% | 83.54% | 93.67% | 96.20% |
| 11/7/2020 | LOS ANGELES | 201 | 90.55% | 95.02% | 96.02% | 96.02% |
| 11/7/2020 | LOUISIANA | 1 | 100.00% | 100.00% | 100.00% | 100.00% |
| 11/7/2020 | MID-AMERICA | 19 | 47.37% | 73.68% | 78.95% | 78.95% |
| 11/7/2020 | MID-CAROLINAS | 39 | 58.97% | 69.23% | 76.92% | 76.92% |
| 11/7/2020 | MISSISSIPPI | 8 | 50.00% | 75.00% | 75.00% | 75.00% |
| 11/7/2020 | NEVADA SIERRA | 52 | 88.46% | 90.38% | 94.23% | 94.23% |
| 11/7/2020 | NEW YORK | 2 | 0.00% | 0.00% | 0.00% | 0.00% |
| 11/7/2020 | NORTHERN NEW ENGLAND | 7 | 57.14% | 57.14% | 57.14% | 57.14% |
| 11/7/2020 | NORTHERN NEW JERSEY | 97 | 72.16% | 87.63% | 91.75% | 91.75% |
| 11/7/2020 | NORTHERN OHIO | 65 | 46.15% | 70.77% | 95.38% | 95.38% |
| 11/7/2020 | NORTHERN VIRGINIA | 86 | 45.35% | 77.91% | 95.35% | 95.35% |
| 11/7/2020 | NORTHLAND | 11 | 72.73% | 90.91% | 90.91% | 90.91% |
| 11/7/2020 | OHIO VALLEY | 43 | 48.84% | 81.40% | 90.70% | 90.70% |
| 11/7/2020 | OKLAHOMA | 2 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/7/2020 | PHILADELPHIA METROPO | 117 | 24.79% | 69.23% | 82.05% | 82.91% |
| 11/7/2020 | PORTLAND | 229 | 55.02% | 82.53% | 93.89% | 95.20% |
| 11/7/2020 | RICHMOND | 85 | 47.06% | 74.12% | 91.76% | 92.94% |
| 11/7/2020 | RIO GRANDE | 11 | 81.82% | 81.82% | 90.91% | 90.91% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/7/2020 | SACRAMENTO | 204 | 73.53% | 75.49% | 78.43% | 78.43% |
| 11/7/2020 | SALT LAKE CITY | 34 | 64.71% | 70.59% | 73.53% | 76.47% |
| 11/7/2020 | SAN DIEGO | 202 | 88.12% | 92.08% | 96.04% | 96.53% |
| 11/7/2020 | SAN FRANCISCO | 51 | 78.43% | 90.20% | 92.16% | 92.16% |
| 11/7/2020 | SANTA ANA | 71 | 90.14% | 94.37% | 97.18% | 97.18% |
| 11/7/2020 | SEATTLE | 284 | 75.70% | 91.55% | 95.07% | 95.42% |
| 11/7/2020 | SIERRA COASTAL | 87 | 86.21% | 94.25% | 94.25% | 94.25% |
| 11/7/2020 | SOUTH FLORIDA | 29 | 58.62% | 79.31% | 89.66% | 89.66% |
| 11/7/2020 | SOUTH JERSEY | 41 | 58.54% | 80.49% | 80.49% | 80.49% |
| 11/7/2020 | SUNCOAST | 60 | 73.33% | 80.00% | 86.67% | 86.67% |
| 11/7/2020 | TENNESSEE | 8 | 62.50% | 87.50% | 87.50% | 87.50% |
| 11/7/2020 | TRIBORO | 121 | 65.29% | 82.64% | 89.26% | 90.91% |
| 11/7/2020 | WESTCHESTER | 40 | 85.00% | 90.00% | 92.50% | 92.50% |
| 11/7/2020 | WESTERN NEW YORK | 59 | 49.15% | 84.75% | 98.31% | 98.31% |
| 11/7/2020 | WESTERN PENNSYLVANIA | 51 | 70.59% | 84.31% | 84.31% | 84.31% |
| 11/9/2020 | ALABAMA | 7 | 71.43% | 71.43% | 71.43% | 71.43% |
| 11/9/2020 | ALASKA | 15 | 60.00% | 66.67% | 73.33% | 80.00% |
| 11/9/2020 | ALBANY | 47 | 72.34% | 91.49% | 97.87% | 97.87% |
| 11/9/2020 | APPALACHIAN | 17 | 5.88% | 64.71% | 64.71% | 64.71% |
| 11/9/2020 | ARIZONA | 63 | 74.60% | 85.71% | 92.06% | 92.06% |
| 11/9/2020 | ARKANSAS | 3 | 66.67% | 100.00% | 100.00% | 100.00% |
| 11/9/2020 | ATLANTA | 25 | 76.00% | 84.00% | 88.00% | 88.00% |
| 11/9/2020 | BALTIMORE | 68 | 69.12% | 72.06% | 85.29% | 88.24% |
| 11/9/2020 | BAY-VALLEY | 107 | 75.70% | 87.85% | 90.65% | 91.59% |
| 11/9/2020 | CAPITAL | 66 | 77.27% | 83.33% | 90.91% | 92.42% |
| 11/9/2020 | CARIBBEAN | 3 | 33.33% | 33.33% | 66.67% | 66.67% |
| 11/9/2020 | CENTRAL ILLINOIS | 14 | 42.86% | 57.14% | 78.57% | 78.57% |
| 11/9/2020 | CENTRAL PENNSYLVANIA | 157 | 19.75% | 28.66% | 55.41% | 64.97% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/9/2020 | CENTRAL PLAINS | 13 | 69.23% | 84.62% | 84.62% | 84.62% |
| 11/9/2020 | CHICAGO | 150 | 30.67% | 54.00% | 58.67% | 70.67% |
| 11/9/2020 | COLORADO/WYOMING | 324 | 12.35% | 35.19% | 50.62% | 67.90% |
| 11/9/2020 | CONNECTICUT VALLEY | 59 | 69.49% | 77.97% | 84.75% | 86.44% |
| 11/9/2020 | DAKOTAS | 10 | 80.00% | 90.00% | 100.00% | 100.00% |
| 11/9/2020 | DALLAS | 4 | 75.00% | 75.00% | 100.00% | 100.00% |
| 11/9/2020 | DETROIT | 51 | 58.82% | 62.75% | 66.67% | 72.55% |
| 11/9/2020 | FT WORTH | 9 | 22.22% | 33.33% | 44.44% | 44.44% |
| 11/9/2020 | GATEWAY | 21 | 23.81% | 33.33% | 42.86% | 61.90% |
| 11/9/2020 | GREATER BOSTON | 73 | 60.27% | 75.34% | 84.93% | 86.30% |
| 11/9/2020 | GREATER INDIANA | 7 | 14.29% | 14.29% | 14.29% | 28.57% |
| 11/9/2020 | GREATER MICHIGAN | 34 | 64.71% | 82.35% | 85.29% | 85.29% |
| 11/9/2020 | GREATER S CAROLINA | 12 | 58.33% | 66.67% | 83.33% | 83.33% |
| 11/9/2020 | GREENSBORO | 57 | 28.07% | 33.33% | 42.11% | 47.37% |
| 11/9/2020 | GULF ATLANTIC | 38 | 55.26% | 76.32% | 81.58% | 86.84% |
| 11/9/2020 | HAWKEYE | 28 | 53.57% | 57.14% | 67.86% | 67.86% |
| 11/9/2020 | HONOLULU | 38 | 42.11% | 55.26% | 86.84% | 89.47% |
| 11/9/2020 | HOUSTON | 13 | 30.77% | 53.85% | 53.85% | 69.23% |
| 11/9/2020 | KENTUCKIANA | 9 | 44.44% | 44.44% | 55.56% | 55.56% |
| 11/9/2020 | LAKELAND | 10 | 60.00% | 60.00% | 80.00% | 90.00% |
| 11/9/2020 | LONG ISLAND | 67 | 49.25% | 58.21% | 73.13% | 73.13% |
| 11/9/2020 | LOS ANGELES | 177 | 87.01% | 92.09% | 93.79% | 94.92% |
| 11/9/2020 | LOUISIANA | 4 | 25.00% | 25.00% | 25.00% | 25.00% |
| 11/9/2020 | MID-AMERICA | 11 | 63.64% | 63.64% | 72.73% | 72.73% |
| 11/9/2020 | MID-CAROLINAS | 46 | 36.96% | 52.17% | 82.61% | 89.13% |
| 11/9/2020 | MISSISSIPPI | 7 | 28.57% | 71.43% | 71.43% | 71.43% |
| 11/9/2020 | NEVADA SIERRA | 38 | 84.21% | 86.84% | 86.84% | 89.47% |
| 11/9/2020 | NEW YORK | 122 | 69.67% | 89.34% | 93.44% | 95.08% |

| Date | District | Measured Volume: Inbound Ballots | Processing Score: Inbound Ballots | 1 Extra Day: Inbound Ballots | 2 Extra Days: Inbound Ballots | 3 Extra Days: Inbound Ballots |
|---|---|---|---|---|---|---|
| 11/9/2020 | NORTHERN NEW ENGLAND | 6 | 50.00% | 66.67% | 66.67% | 66.67% |
| 11/9/2020 | NORTHERN NEW JERSEY | 65 | 61.54% | 75.38% | 80.00% | 80.00% |
| 11/9/2020 | NORTHERN OHIO | 50 | 62.00% | 76.00% | 88.00% | 92.00% |
| 11/9/2020 | NORTHERN VIRGINIA | 80 | 36.25% | 50.00% | 70.00% | 87.50% |
| 11/9/2020 | NORTHLAND | 14 | 42.86% | 71.43% | 78.57% | 85.71% |
| 11/9/2020 | OHIO VALLEY | 47 | 63.83% | 74.47% | 82.98% | 85.11% |
| 11/9/2020 | OKLAHOMA | 4 | 50.00% | 50.00% | 50.00% | 50.00% |
| 11/9/2020 | PHILADELPHIA METROPO | 165 | 56.36% | 73.94% | 84.24% | 87.88% |
| 11/9/2020 | PORTLAND | 121 | 64.46% | 76.86% | 94.21% | 95.04% |
| 11/9/2020 | RICHMOND | 74 | 47.30% | 67.57% | 83.78% | 86.49% |
| 11/9/2020 | RIO GRANDE | 12 | 25.00% | 41.67% | 50.00% | 50.00% |
| 11/9/2020 | SACRAMENTO | 252 | 87.30% | 91.67% | 94.84% | 96.03% |
| 11/9/2020 | SALT LAKE CITY | 53 | 79.25% | 86.79% | 86.79% | 86.79% |
| 11/9/2020 | SAN DIEGO | 107 | 71.03% | 83.18% | 85.05% | 85.98% |
| 11/9/2020 | SAN FRANCISCO | 83 | 79.52% | 89.16% | 92.77% | 93.98% |
| 11/9/2020 | SANTA ANA | 38 | 71.05% | 78.95% | 94.74% | 97.37% |
| 11/9/2020 | SEATTLE | 200 | 54.50% | 69.00% | 79.50% | 85.00% |
| 11/9/2020 | SIERRA COASTAL | 71 | 74.65% | 83.10% | 85.92% | 85.92% |
| 11/9/2020 | SOUTH FLORIDA | 16 | 37.50% | 43.75% | 56.25% | 56.25% |
| 11/9/2020 | SOUTH JERSEY | 47 | 65.96% | 72.34% | 76.60% | 80.85% |
| 11/9/2020 | SUNCOAST | 45 | 37.78% | 53.33% | 57.78% | 73.33% |
| 11/9/2020 | TENNESSEE | 30 | 50.00% | 70.00% | 83.33% | 90.00% |
| 11/9/2020 | TRIBORO | 59 | 66.10% | 76.27% | 79.66% | 81.36% |
| 11/9/2020 | WESTCHESTER | 74 | 67.57% | 85.14% | 89.19% | 91.89% |
| 11/9/2020 | WESTERN NEW YORK | 30 | 73.33% | 83.33% | 83.33% | 90.00% |
| 11/9/2020 | WESTERN PENNSYLVANIA | 49 | 63.27% | 71.43% | 77.55% | 81.63% |