UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vote Forward**, *et al*,<br><br>Plaintiffs,<br><br>**v.**<br><br>**DeJoy**, *et al.*,<br><br>Defendants | Civil Action No. 20-cv-2405-EGS |

UNOPPOSED MOTION TO SUSPEND
ORDERS REQUIRING DATA AND REPORTING
PRODUCTIONS FOR NOVEMBER 11, 2020

November 11, 2020 is Veterans Day, a federal holiday. Defendants respectfully request that the Court suspend the United States Postal Service's ("USPS's") outstanding data and reporting production obligations for November 11, 2020. USPS's report for November 12, 2020 will factor in data that would have otherwise been reported on November 11, 2020. Additionally, the required postal facility sweeps will still occur on November 11, 2020, and USPS will produce relevant sweeps reports for November 11, 2020 on November 12, 2020. USPS has conferred with Plaintiffs, who do not object to this request.

Dated:     November 10, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director, Federal Programs Branch

/s/ Kuntal Cholera
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov

*Attorneys for Defendants*