UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>        *Plaintiffs*,<br><br> v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>        *Defendants*. | Civil Case No. 1:20-cv-02405 |

**[PLAINTIFFS' PROPOSED] ORDER**

It is hereby **ORDERED** that:

1. Plaintiffs are granted leave to serve discovery requests consistent with the topics outlined in Plaintiffs' Outline of Discovery Topics, which is attached to this motion as Exhibit 1, and the discovery schedule in Paragraph 2 of this Order.

2. The following schedule shall apply to the discovery requests covered by Paragraph 1 and further proceedings related to the Georgia runoff elections.

| DATE | EVENT |
|---|---|
| November 18, 2020 | Deadline for Plaintiffs to formally serve specific discovery requests on Defendants. |
| November 20, 2020 | Deadline for Defendants to serve objections to Plaintiffs' discovery requests. |
| November 23, 2020 | Hearing to resolve Defendants' objections to Plaintiffs' discovery requests, if necessary. |
| December 1, 2020 | Deadline for Defendants to produce documents and interrogatory responses to Plaintiffs' discovery requests. |

| | |
|---|---|
| December 6, 2020 | Deadline for completion of depositions. |
| December 9, 2020 | Deadline for Plaintiffs to file motion(s) for relief relating to the Georgia Run-Off Elections. |
| December 12, 2020 | Deadline for Defendants to file a response to Plaintiffs' motion(s) for relief. |
| December 16, 2020 | Hearing on Plaintiffs' motion(s) for relief relating to the Georgia Run-Off Elections. |

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____