# Extra Trips

## Extra Trips (Network & Local - HCR & PVS):

- ## No. of Extra Trips by Division (October)

| Division | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 59 | 64 | 42 | 26 | 66 | 52 | 67 | 60 | 71 | 86 | 200 | 144 | 86 | 78 | 68 | 70 | 67 | 52 | 74 | 70 | 68 | 87 | 81 | 91 | 49 | 105 | 76 | 91 | 83 | 100 | 90 |
| COASTAL SOUTHEAST | 131 | 117 | 101 | 120 | 139 | 123 | 111 | 134 | 133 | 211 | 310 | 269 | 173 | 149 | 170 | 177 | 162 | 127 | 177 | 142 | 163 | 184 | 174 | 154 | 115 | 165 | 175 | 159 | 162 | 156 | 290 |
| ISC | 7 | 4 | 3 | 2 | 3 | 11 | 8 | 12 | 8 | 3 | 5 | 5 | 5 | 9 | 5 | 4 | 2 | 3 | 1 | 2 | 4 | 4 | 5 | 4 | 1 | | 3 | 4 | 4 | 4 | 3 |
| LAKESHORES | 35 | 31 | 24 | 32 | 47 | 54 | 42 | 56 | 53 | 34 | 62 | 141 | 82 | 91 | 71 | 75 | 72 | 38 | 74 | 71 | 76 | 85 | 92 | 50 | 65 | 96 | 91 | 95 | 87 | 86 | 73 |
| MID-ATLANTIC | 20 | 29 | 38 | 42 | 45 | 30 | 28 | 30 | 39 | 49 | 198 | 119 | 66 | 59 | 70 | 44 | 37 | 54 | 61 | 48 | 50 | 46 | 60 | 52 | 66 | 94 | 67 | 84 | 95 | 64 | 179 |
| MID-SOUTH | 38 | 38 | 16 | 36 | 46 | 44 | 34 | 50 | 40 | 21 | 74 | 100 | 49 | 48 | 43 | 31 | 21 | 39 | 48 | 56 | 50 | 47 | 48 | 32 | 39 | 66 | 44 | 62 | 58 | 46 | 198 |
| MIDWEST | 30 | 34 | 29 | 53 | 44 | 39 | 49 | 53 | 47 | 25 | 121 | 88 | 68 | 54 | 32 | 37 | 33 | 41 | 45 | 36 | 61 | 48 | 43 | 28 | 43 | 51 | 44 | 52 | 56 | 45 | 44 |
| NEW ENGLAND | 30 | 25 | 24 | 49 | 46 | 26 | 34 | 36 | 42 | 41 | 49 | 95 | 62 | 49 | 39 | 54 | 63 | 65 | 71 | 35 | 46 | 39 | 40 | 70 | 64 | 72 | 42 | 60 | 44 | 68 | 80 |
| NEW YORK METRO | 22 | 28 | 20 | 16 | 21 | 30 | 31 | 33 | 33 | 18 | 46 | 94 | 80 | 52 | 41 | 44 | 44 | 50 | 40 | 38 | 41 | 37 | 43 | 38 | 29 | 38 | 35 | 48 | 43 | 43 | 39 |
| PACIFIC NORTHWEST | 35 | 32 | 50 | 22 | 48 | 28 | 36 | 40 | 45 | 68 | 174 | 211 | 75 | 50 | 48 | 38 | 45 | 39 | 64 | 26 | 24 | 32 | 36 | 47 | 46 | 40 | 24 | 32 | 35 | 46 | 74 |
| SOUTHERN CALIFORNIA | 23 | 28 | 30 | 21 | 68 | 35 | 34 | 29 | 32 | 35 | 117 | 247 | 62 | 36 | 63 | 53 | 55 | 33 | 57 | 44 | 54 | 38 | 29 | 33 | 24 | 35 | 26 | 30 | 24 | 33 | 59 |
| SOUTHWEST | 32 | 35 | 12 | 27 | 18 | 15 | 26 | 28 | 37 | 32 | 114 | 141 | 45 | 26 | 32 | 30 | 33 | 54 | 39 | 24 | 34 | 26 | 37 | 40 | 66 | 56 | 28 | 38 | 46 | 37 | 121 |
| STC | 44 | 54 | 53 | 39 | 59 | 47 | 51 | 46 | 43 | 48 | 80 | 49 | 58 | 67 | 59 | 36 | 65 | 43 | 48 | 58 | 47 | 59 | 53 | 58 | 47 | 47 | 48 | 48 | 53 | 46 | 44 |
| WESTSHORE | 20 | 15 | 21 | 22 | 31 | 23 | 22 | 22 | 17 | 18 | 44 | 46 | 24 | 15 | 9 | 36 | 28 | 17 | 40 | 13 | 19 | 19 | 21 | 31 | 18 | 26 | 21 | 32 | 27 | 32 | 29 |
| **Grand Total** | **526** | **534** | **463** | **507** | **681** | **557** | **573** | **629** | **640** | **689** | **1594** | **1749** | **935** | **783** | **750** | **729** | **727** | **655** | **839** | **663** | **737** | **751** | **762** | **728** | **672** | **891** | **724** | **835** | **817** | **806** | **1323** |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
11/19/2020



# Extra Trips

## Extra Trips (Network & Local - HCR & PVS):

- ## No. of Extra Trips by Division (November)

| Division | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 86 | 88 | 76 | 68 | 70 | 86 | 62 | 32 | 73 | 227 | 154 | 103 | 97 | 73 | 53 | 97 | 96 |
| COASTAL SOUTHEAST | 238 | 184 | 141 | 110 | 144 | 132 | 167 | 144 | 171 | 337 | 309 | 169 | 154 | 171 | 140 | 190 | 165 |
| ISC | 1 | 1 | 3 | 5 | 3 | 4 | 1 | 2 | 2 | 12 | 19 | 3 | 3 | 1 | 1 | 3 | 3 |
| LAKESHORES | 176 | 79 | 88 | 78 | 67 | 82 | 51 | 57 | 63 | 146 | 146 | 104 | 62 | 36 | 84 | 109 | 90 |
| MID-ATLANTIC | 184 | 89 | 76 | 62 | 61 | 70 | 63 | 65 | 72 | 222 | 206 | 130 | 83 | 45 | 90 | 97 | 54 |
| MID-SOUTH | 132 | 44 | 44 | 52 | 58 | 53 | 25 | 54 | 66 | 116 | 111 | 77 | 57 | 42 | 64 | 76 | 65 |
| MIDWEST | 119 | 47 | 46 | 44 | 43 | 44 | 26 | 64 | 54 | 114 | 103 | 62 | 54 | 28 | 119 | 88 | 68 |
| NEW ENGLAND | 88 | 50 | 56 | 41 | 34 | 46 | 78 | 78 | 69 | 78 | 109 | 98 | 55 | 76 | 91 | 69 | 66 |
| NEW YORK METRO | 49 | 62 | 82 | 51 | 51 | 54 | 47 | 37 | 43 | 138 | 163 | 88 | 77 | 43 | 54 | 99 | 49 |
| PACIFIC NORTHWEST | 135 | 29 | 21 | 19 | 14 | 25 | 42 | 34 | 34 | 216 | 244 | 32 | 37 | 28 | 47 | 47 | 20 |
| SOUTHERN CALIFORNIA | 56 | 38 | 29 | 29 | 16 | 21 | 49 | 30 | 39 | 146 | 208 | 40 | 35 | 53 | 28 | 42 | 43 |
| SOUTHWEST | 141 | 43 | 32 | 39 | 35 | 35 | 47 | 55 | 38 | 163 | 94 | 56 | 45 | 54 | 56 | 62 | 40 |
| STC | 20 | 41 | 45 | 43 | 30 | 29 | 36 | 37 | 45 | 53 | 89 | 63 | 55 | 36 | 35 | 45 | 47 |
| WESTSHORE | 36 | 34 | 28 | 32 | 29 | 25 | 24 | 22 | 30 | 112 | 38 | 25 | 15 | 22 | 24 | 45 | 24 |
| Grand Total | 1461 | 829 | 767 | 673 | 655 | 706 | 718 | 711 | 799 | 2080 | 1993 | 1050 | 829 | 708 | 886 | 1069 | 830 |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
11/19/2020



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips by Division (October)**

| Division | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 154 | 157 | 109 | 92 | 130 | 153 | 156 | 204 | 280 | 171 | 60 | 149 | 305 | 273 | 301 | 392 | 223 | 173 | 316 | 347 | 377 | 394 | 428 | 309 | 236 | 402 | 383 | 421 | 471 | 491 | 269 |
| COASTAL SOUTHEAST | 189 | 157 | 123 | 105 | 178 | 201 | 185 | 215 | 417 | 208 | 88 | 114 | 298 | 351 | 378 | 427 | 233 | 256 | 387 | 377 | 371 | 357 | 420 | 218 | 291 | 317 | 412 | 453 | 419 | 461 | 223 |
| ISC | 11 | 16 | 11 | 7 | 8 | 10 | 19 | 12 | 10 | 13 | 4 | 4 | 6 | 12 | 13 | 13 | 16 | 9 | 10 | 14 | 13 | 14 | 10 | 18 | 8 | 9 | 9 | 12 | 19 | 19 | 18 |
| LAKESHORES | 165 | 197 | 110 | 84 | 197 | 182 | 184 | 172 | 246 | 146 | 63 | 145 | 316 | 264 | 322 | 292 | 165 | 168 | 289 | 279 | 247 | 359 | 314 | 139 | 140 | 288 | 265 | 289 | 323 | 338 | 181 |
| MID-ATLANTIC | 96 | 111 | 67 | 54 | 111 | 130 | 155 | 135 | 174 | 87 | 72 | 67 | 181 | 205 | 154 | 174 | 119 | 102 | 147 | 153 | 129 | 147 | 182 | 120 | 123 | 156 | 143 | 174 | 199 | 202 | 169 |
| MID-SOUTH | 209 | 261 | 82 | 191 | 224 | 191 | 185 | 193 | 260 | 84 | 77 | 190 | 250 | 235 | 279 | 296 | 141 | 207 | 181 | 254 | 190 | 173 | 221 | 65 | 189 | 186 | 230 | 224 | 262 | 297 | 128 |
| MIDWEST | 36 | 35 | 29 | 27 | 34 | 36 | 38 | 24 | 66 | 23 | 20 | 27 | 68 | 77 | 57 | 48 | 23 | 39 | 50 | 44 | 44 | 55 | 74 | 35 | 36 | 58 | 75 | 55 | 104 | 73 | 62 |
| NEW ENGLAND | 78 | 77 | 63 | 80 | 100 | 106 | 86 | 109 | 180 | 94 | 62 | 96 | 186 | 147 | 146 | 188 | 78 | 116 | 128 | 101 | 121 | 141 | 161 | 78 | 123 | 136 | 138 | 139 | 128 | 155 | 117 |
| NEW YORK METRO | 70 | 74 | 68 | 41 | 112 | 121 | 100 | 100 | 110 | 91 | 40 | 51 | 132 | 127 | 128 | 107 | 122 | 61 | 75 | 109 | 100 | 126 | 107 | 90 | 65 | 102 | 109 | 117 | 102 | 146 | 100 |
| PACIFIC NORTHWEST | 37 | 50 | 24 | 19 | 54 | 56 | 53 | 31 | 40 | 21 | 9 | 25 | 63 | 78 | 60 | 76 | 24 | 33 | 52 | 58 | 43 | 34 | 45 | 12 | 20 | 40 | 38 | 41 | 54 | 34 | 29 |
| SOUTHERN CALIFORNIA | 58 | 72 | 27 | 41 | 70 | 81 | 79 | 56 | 106 | 38 | 12 | 34 | 86 | 91 | 80 | 73 | 46 | 26 | 70 | 75 | 76 | 83 | 60 | 35 | 29 | 65 | 52 | 70 | 60 | 74 | 31 |
| SOUTHWEST | 98 | 111 | 39 | 68 | 75 | 115 | 119 | 98 | 159 | 58 | 50 | 80 | 128 | 161 | 150 | 135 | 69 | 84 | 125 | 154 | 143 | 131 | 208 | 97 | 143 | 151 | 181 | 173 | 157 | 245 | 103 |
| STC | 128 | 162 | 134 | 116 | 96 | 210 | 206 | 192 | 214 | 178 | 112 | 63 | 137 | 227 | 236 | 222 | 203 | 135 | 111 | 198 | 202 | 231 | 214 | 183 | 145 | 78 | 231 | 209 | 158 | 174 | 139 |
| WESTSHORE | 91 | 117 | 73 | 65 | 132 | 130 | 100 | 135 | 145 | 85 | 35 | 49 | 144 | 127 | 185 | 163 | 121 | 118 | 177 | 145 | 141 | 215 | 219 | 125 | 71 | 158 | 173 | 117 | 187 | 201 | 142 |
| Grand Total | 1420 | 1597 | 959 | 990 | 1521 | 1722 | 1665 | 1676 | 2407 | 1297 | 704 | 1094 | 2300 | 2375 | 2489 | 2606 | 1583 | 1527 | 2118 | 2308 | 2197 | 2460 | 2663 | 1524 | 1619 | 2146 | 2439 | 2494 | 2643 | 2910 | 1711 |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
11/19/2020



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips by Division (November)**

| Division | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESAPEAKE | 246 | 386 | 375 | 402 | 367 | 408 | 218 | 241 | 317 | 275 | 223 | 343 | 439 | 214 | 188 | 307 | 411 |
| COASTAL SOUTHEAST | 200 | 400 | 367 | 388 | 444 | 420 | 257 | 302 | 391 | 311 | 288 | 427 | 473 | 266 | 274 | 370 | 512 |
| ISC | 8 | 14 | 19 | 20 | 16 | 21 | 13 | 14 | 13 | 17 | 16 | 21 | 26 | 27 | 13 | 8 | 27 |
| LAKESHORES | 167 | 320 | 314 | 291 | 271 | 296 | 180 | 164 | 300 | 224 | 216 | 366 | 319 | 193 | 197 | 391 | 421 |
| MID-ATLANTIC | 133 | 259 | 214 | 197 | 164 | 281 | 182 | 155 | 239 | 229 | 232 | 270 | 341 | 186 | 196 | 262 | 302 |
| MID-SOUTH | 186 | 186 | 231 | 216 | 238 | 241 | 85 | 174 | 211 | 181 | 262 | 283 | 304 | 120 | 293 | 274 | 361 |
| MIDWEST | 43 | 59 | 62 | 49 | 57 | 67 | 36 | 43 | 99 | 58 | 48 | 75 | 62 | 39 | 67 | 106 | 78 |
| NEW ENGLAND | 112 | 107 | 140 | 132 | 76 | 125 | 85 | 108 | 109 | 111 | 154 | 149 | 116 | 106 | 137 | 136 | 169 |
| NEW YORK METRO | 45 | 148 | 178 | 135 | 113 | 108 | 89 | 92 | 130 | 121 | 120 | 194 | 150 | 94 | 67 | 144 | 185 |
| PACIFIC NORTHWEST | 16 | 46 | 67 | 40 | 70 | 87 | 23 | 31 | 63 | 52 | 36 | 73 | 67 | 48 | 45 | 69 | 92 |
| SOUTHERN CALIFORNIA | 34 | 57 | 75 | 69 | 45 | 59 | 48 | 34 | 74 | 58 | 49 | 100 | 82 | 37 | 65 | 59 | 90 |
| SOUTHWEST | 119 | 147 | 193 | 155 | 146 | 146 | 82 | 111 | 110 | 119 | 104 | 179 | 154 | 110 | 142 | 173 | 237 |
| STC | 102 | 76 | 217 | 224 | 211 | 234 | 191 | 121 | 93 | 177 | 132 | 117 | 177 | 171 | 110 | 77 | 196 |
| WESTSHORE | 89 | 154 | 125 | 134 | 154 | 188 | 145 | 126 | 161 | 163 | 135 | 208 | 209 | 130 | 102 | 208 | 164 |
| Grand Total | 1500 | 2359 | 2577 | 2452 | 2372 | 2681 | 1634 | 1716 | 2310 | 2096 | 2015 | 2805 | 2919 | 1741 | 1896 | 2584 | 3245 |

Sensitive Commercial Information – Do Not Disclose / Attorney-Client Privileged / Attorney Work Product
11/19/2020

