IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DEJOY, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2405 (EGS) |

**NOTICE OF DATA AND OTHER INFORMATION PRODUCED TO PLAINTIFFS**

Pursuant to the Court's November 4, 2020 Order, Defendants provide the Court with the following data and other information produced to Plaintiffs:

1.  A list of ZIP codes where USPS has carrier or PO Box delivery service. *See* Exhibit 1.

2.  A chart showing the number of inbound ballots that have received an initial processing scan within the Postal Service's processing network, but had not received a destination or finalization scan as of November 5, 2020. *See* Exhibit 2. As Defendants have explained, the lack of a finalization scan does not mean that the ballots were not delivered. *See* Declaration of Kevin Bray ¶ 24, ECF No. 80-2. There are many reasons why a ballot may not have received a finalization scan. For example, as part of the Postal Service's extraordinary efforts, mailpieces identified as ballots can be pulled from processing to be delivered directly to a Board of Elections. Such ballots would not receive a finalization scan. *Id.*

Additionally, as a normal part of mail processing, mailpieces sometimes will be rejected through automation. *Id.* ¶ 26. Mailpieces may land in a "reject" bin on a machine during processing, meaning that the machine was unable to sort it. *Id.* For example, two mailpieces may

stick together, resulting in the machine being unable to independently read their addresses. *Id.* There are also circumstances where a barcode will be unreadable because of a smudge. *Id.* These mailpieces can be manually sorted and would not necessarily receive a finalization scan. *Id.*

As the Court is aware, the Postal Service uses a process referred to as daily "all clears" to ensure that all Election Mail is accounted for within the system. *Id.* ¶ 6. In the all clear process, in-plant support personnel in processing or delivery units use a checklist to confirm that mail scheduled or "committed" to go out that day has gone out, and anything committed for the next day is at the front of the line. Personnel conducting all clears consult Election Mail logs and also check all locations within the facility to ensure that all pieces of Election Mail in the facility's possession are in the right location. *Id.*

All Clear reports help the Postal Service identify facilities that require additional follow-up to enforce their compliance with the daily "all clear" policy. Each Postal Service processing plant, delivery unit, and reporting retail unit is required to certify, through an online system, its all-clear performance every day. *Id.* If a facility submits no "all clear" response on a given day, Postal Service Headquarters alerts the relevant District Manager or Division Director to follow up. *Id.* If a particular facility exhibits a pattern of non-responses, USPS may take corrective action. In addition to the "all clears," the United States Postal Inspection Service conducts onsite observations of Election Mail processing. *See* Declaration of Daniel B. Brubaker ¶ 6, ECF No. 80-1. Inspectors have observed conditions of mail within the operations at all letters and flats processing centers to identify delayed volumes, if any. *Id.* They report their findings to the local management team and to Postal Service Headquarters. *Id.*

Additionally, the United States Postal Service Office of Inspector General (OIG) was on site at 27 processing centers validating conditions as well. *See* Defendants' Response to the

Court's November 3, 2020 Order, ECF No. 75. Similar to the Inspection Service process, OIG auditors check operations for delays and processes for compliance. They also report findings to the local team and Postal Service Headquarters.

3. A "holdout analysis" for the following four districts: (i) Central Pennsylvania, (ii) Greensboro, (iii) Mid-Carolinas, and (iv) Philadelphia Metropo. *See* Exhibit 3.

4. A chart showing the number of inbound ballots that received a last processing scan after 8:00 PM local time on Election Day through 6:59 AM on November 5, 2020. *See* Exhibit 4. With respect to this data, Defendants note, first, that the fact that an inbound ballot received a last processing scan after 8:00 PM on Election Day does not mean that the ballot was untimely for purposes of the ballot being counted pursuant to state election law. USPS has indicated that most of the ballots identified in Exhibit 4 were destined for states in which the applicable ballot-receipt deadline had not passed. Moreover, the fact that there were ballots in the USPS network after Election Day does not mean that such ballots were entered into the mailstream prior to Election Day. Defendants reiterate that the Postal Service engaged in regular sweeps of plants throughout Election Day to identify any remaining ballots and has continued regular sweeps in states that allowed ballots to be received after Election Day.

5. A report from Kevin Bray, the Postal Service's lead for mail processing for the 2020 elections, regarding Mr. Bray's conversations with plant managers in Pennsylvania and North Carolina on November 5, 2020. *See* Exhibit 5.

6. A chart showing the number of inbound ballots that have received an initial processing scan within the Postal Service's processing network, but had not received a destination or finalization scan as of November 6, 2020. *See* Exhibit 6. The same limitations discussed above with respect to Exhibit 2 apply to this data.

7. The following reports identifying the total number of ballots swept on the identified days:

- November 6, 2020 for Virginia (Exhibit 7)
- November 7, 2020 for all states with extended deadlines (Exhibit 8)
- November 8, 2020 for all states with extended deadlines (Exhibit 9)
- November 9, 2020 for West Virginia (Exhibit 10)
- November 9, 2020 for Iowa (Exhibit 11)
- November 9, 2020 for North Dakota (Exhibit 12)
- November 9, 2020 for all other states with extended deadlines (Exhibit 13)
- November 10, 2020 for New York (Exhibit 14)
- November 10 for Nevada (Exhibit 15
- November 10 for Minnesota (Exhibit 16)
- November 10 for Mississippi (Exhibit 17)
- November 10 for New Jersey (Exhibit 18)
- November 10 for all other states with extended deadlines (Exhibit 19)
- November 10 for Utah (Exhibit 20)
- November 11 for all states with extended deadlines (Exhibit 21)
- November 12, 2020 for North Carolina (Exhibit 22)
- November 12, 2020 for all other states with extended deadlines (Exhibit 23)
- November 13, 2020 for Ohio (Exhibit 24)
- November 13, 2020 for the District of Columbia (Exhibit 25)
- November 13, 2020 for Maryland (Exhibit 26)
- November 13, 2020 for Alaska (Exhibit 27)

- November 13, 2020 for all other states with extended deadlines (Exhibit 28)
- November 14, 2020 for all states with extended deadlines (Exhibit 29)
- November 15, 2020 for all states with extended deadlines (Exhibit 30)
- November 16, 2020 for all states with extended deadlines (Exhibit 31)
- November 17, 2020 for Illinois (Exhibit 32)
- November 17, 2020 for Utah (Exhibit 33)
- November 17, 2020 for all other states with extended deadlines (Exhibit 34)
- November 18, 2020 for all states with extended deadlines (Exhibit 35)
- November 19, 2020 for all states with extended deadlines (Exhibit 36)
- November 20, 2020 for California (Exhibit 37)
- November 20, 2020 for Washington (Exhibit 38)
- November 21, 2020 for Washington (Exhibit 39)
- November 22, 2020 for Washington (Exhibit 40)
- November 23, 2020 for Washington (Exhibit 41)

Dated:  November 24, 2020	Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

<u>/s/ John Robinson</u>
JOSEPH E. BORSON
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*