IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOTE FORWARD, *et al.*,

    Plaintiffs,

v.

LOUIS DEJOY, *et al.*,

    Defendants.

Civil Docket No. 20-cv-2405 (EGS)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants, Louis DeJoy, in his official capacity as the Postmaster General, and the United States Postal Service, appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 28, 2020 Order and Memorandum Opinion (Docket Nos. 31 and 32).

Dated: November 27, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ John Robinson
JOSEPH E. BORSON
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*