IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>                *Plaintiffs*,<br><br>  v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>                *Defendants*. | Civil Case No. 1:20-cv-02405 |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Joseph E. Borson, Civil Division, United States Department of Justice, enters his appearance in this case on behalf of the government defendants. The undersigned counsel herby certifies pursuant to Local Rule 82.3(j) that he is personally familiar with the Local Rules of this Court.

Dated:  December 23, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-1944 / Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov