IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DEJOY, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2405 (EGS) |

## UNOPPOSED MOTION TO MODIFY
## DEFENDANTS' DATA REPORTING OBLIGATIONS

Pursuant to Federal Rule of Civil Procedure 54(b) and the Court's inherent authority to modify its orders, Defendants respectfully request that the Court modify its December 22, 2020 order concerning the United States Postal Service's data reporting obligations. Defendants have conferred with Plaintiffs, who do not oppose this motion.

As the Court is aware, prior to the November 3 general election, the Court issued a series of orders directing USPS to produce to Plaintiffs various data related to its processing of election mail. *See* ECF No. 160 (describing orders). After the general election, the parties met and conferred and reached agreement on a joint proposed order governing Defendants' data reporting obligations in advance of the Georgia runoff election. *Id.* The Court entered the joint proposed order. *See* 12/22/2020 Minute Order.

Since the Georgia runoff election has now passed, the parties met and conferred to discuss USPS's ongoing data reporting obligations. The parties agree that USPS need not continue to produce the data identified in the Court's December 22, 2020 Minute Order, provided that USPS continues to produce updated data on the number of extra and late trips

performed at the Nation, Area, and District level on a weekly basis. A proposed order reflecting this agreement is attached.

Dated:  January 15, 2021

Respectfully submitted,

JENNIFER B. DICKEY
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

<u>/s/ John Robinson</u>
JOSEPH E. BORSON
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*