# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5353**  **September Term, 2020**

**1:20-cv-02405-EGS**

**Filed On: February 10, 2021** [1884729]

Vote Forward, et al.,

    Appellees

    v.

Louis DeJoy, in his official capacity as the Postmaster General and United States Postal Service,

    Appellants

## M A N D A T E

In accordance with the order of February 10, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk

Link to the order filed February 10, 2021