# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5353**　　　　　　　　　　　　　　　**September Term, 2020**

　　　　　　　　　　　　　　　　　　　　　　　**1:20-cv-02405-EGS**

　　　　　　　　　　　　　　　　　　　　**Filed On:** February 10, 2021

Vote Forward, et al.,

　　　Appellees

　　v.

Louis DeJoy, in his official capacity as the
Postmaster General and United States Postal
Service,

　　　Appellants

**O R D E R**

Upon consideration of the unopposed motion to voluntarily dismiss appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk