*Vote Forward et al. v. Louis Dejoy et al.*

Civil Action No. 20-2405 (EGS)

## INDEX OF EXHIBITS

| Exhibit | Document Title |
|---|---|
| 1 | *Mandatory Stand-Up Talk: All Employees*, USPS (July 10, 2020), https://www.washingtonpost.com/context/internal-usps-document-tells-employees-to-leave-mail-at-distributioncenters/175dd1ae-e202-4777-877c-33442338d1cc/ |
| 2 | Letter from Thomas J. Marshall, USPS, to Sec'y Kathy Boockvar, Pa. (July 29, 2020) |
| 3 | Transcript of the Deposition of Robert Justin Glass, Vote Forward v. Dejoy, 20-cv-02405 (EGS) (D.D.C.) (December 15, 2020) (excerpts) |
| 4 | USPS Memorandum (Oct. 13, 2020) |
| 5 | USPS Memorandum (Oct. 20, 2020) |
| 6 | USPS Memorandum (Oct. 28, 2020) |
| 7 | *Richardson v. Trump* (20-2262), *Vote Forward v. Dejoy* (20-2405), *NAACP v. United Postal Service* (20-2295), Hearing Transcript (Oct. 30, 2020) (excerpts) |
| 8 | *Richardson v. Trump* (20-2262), *Vote Forward v. Dejoy* (20-2405), *NAACP v. United Postal Service* (20-2295), Hearing Transcript (Oct. 31, 2020, 3pm) (excerpts) |
| 9 | *Richardson v. Trump* (20-2262), *Vote Forward v. Dejoy* (20-2405), *NAACP v. United Postal Service* (20-2295), Hearing Transcript (Nov. 4, 2020) (excerpts) |
| 10 | USPS Variance Data Sorted by District (Nov. 6, 2020) |
| 11 | USPS Memorandum (Dec. 8, 2020) |
| 12 | USPS Election Mail Service Scores by Origin District (Dec. 22, 2020) |
| 13 | USPS Inbound Election Mail Service Scores - Destined to GA (Jan. 12, 2021) |
| 14 | USPS Memorandum (Dec. 14, 2020) |
| 15 | Letter from Shankar Duraiswamy, Counsel for Plaintiffs, to Joseph E. Borson, Counsel for Defendants (Feb. 15, 2021) |

| 16 | Email from Kuntal Cholera, Counsel for Defendants, to Shankar Duraiswamy, Counsel for Plaintiffs (Feb. 19, 2021) |
|----|---|
| 17 | Redline from Amended Complaint |