# Exhibit 16

| | |
|---|---|
| **From:** | Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov> |
| **Sent:** | Friday, February 19, 2021 5:28 PM |
| **To:** | Duraiswamy, Shankar; Borson, Joseph (CIV) |
| **Cc:** | Robinson, John J. (CIV); Roth, Dena M. (CIV); Echols, Alexis (CIV); Fram, Robert |
| **Subject:** | RE: Vote Forward v. DeJoy |

**[EXTERNAL]**
Shankar,

We received your letter February 15, 2021, requesting a response by February 19, 2021. Your letter demands that USPS "explicitly and publicly commit that, in *all* future elections: (1) it will not re-impose its Late/Extra Trips policy, and (2) it will implement the extraordinary measures required by the December 23, 2020 agreement for the Georgia runoff elections—including those detailed in the December 8 and 14 memoranda and the memoranda incorporated therein." (emphasis added). Your letter identifies these actions as mandatory, legal requirements and expressly disclaims any interest in settlement or a negotiated resolution of the litigation on the basis of these commitments. We find that unfortunate, as we have always been open to discussing ways to resolve this case in good faith.

As to the substance of your request, and as you are aware, Defendants have moved to dismiss your lawsuit on jurisdictional grounds. Your complaint challenges a policy based on alleged injuries that were specific to the 2020 election, and asserts Constitutional claims predicated on the unique circumstances surrounding that election. Those circumstances have materially changed already, and are likely to continue to change in the run-up to any future elections. Accordingly, we believe that this case no longer presents a live case or controversy.

Additionally, as you should now be aware, the Postal Service is committed to the efficient delivery of the mail, and has placed particular importance on election mail. There is no reason to believe that this approach will change for future elections. However, if a specific action is later taken that you believe is contrary to law, or if during the next election cycle Plaintiffs believe that the prevailing circumstances necessitate remedies akin to those adopted for the 2020 and January 2021 elections, such claims would be independent of those that are the subject of your current Complaint.

Best,
Kuntal

**From:** Duraiswamy, Shankar <sduraiswamy@cov.com>
**Sent:** Monday, February 15, 2021 6:11 PM
**To:** Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Cc:** Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>; Roth, Dena M. (CIV) <Dena.M.Roth@usdoj.gov>; Echols, Alexis (CIV) <Alexis.J.Echols@usdoj.gov>; Fram, Robert <rfram@cov.com>
**Subject:** Vote Forward v. DeJoy

Joey,

Please see the attached correspondence. Thanks.

**Shankar Duraiswamy**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5273 | sduraiswamy@cov.com
www.cov.com

COVINGTON

2