UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>             *Plaintiffs*,<br><br>v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>             *Defendants*. | Civil Case No. 1:20-cv-02405 |

### PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs hereby move the Court for an order requiring Defendants Louis DeJoy, Postmaster General of the United States, and the United States Postal Service, together with any officers, agents, and employees thereof, to process and deliver mail ballots for the Pennsylvania election taking place May 18, 2021; the Texas election taking place May 1, 2021; and the New Mexico election taking place June 1, 2021, consistent with the measures identified in the parties' December 23 Agreement and the December 8 and 14 USPS memoranda incorporated therein (together, the "Agreed-To Measures"), including the following:

- Beginning five days before a relevant election and continuing through the ballot-receipt deadline, all post offices in Districts servicing a board of elections ("BOE") collecting ballots for that election shall postmark and deliver ballots directly to the relevant BOE, rather than placing them into the automation flow.

- Beginning three days before a relevant election and continuing through the ballot-receipt deadline, all post offices and local delivery units in close proximity to a BOE collecting ballots for that election shall implement a hub-and-spoke process to deliver ballots to the local board. Beginning the day before a relevant election, post offices and local delivery units in Districts servicing ZIP codes participating in that election shall implement a hub-

1

and-spoke process to transport ballots to non-local BOEs collecting ballots for that election, when delivery is possible before the board closing.

- Beginning four days before a relevant election, processing plants shall identify ballots early in the sorting process and pull them out of the processing system, allowing them to skip additional rounds of sorting and processing and instead be placed in a bin for delivery to a BOE the next day.

- Beginning three days before a relevant election, USPS shall place all ballots identified in any processing plant that are subject to a three-day service standard directly into the Express Mail Network.

- Beginning eight days before a relevant election, processing facilities serving ZIP codes participating in that election shall perform morning sweeps to ensure all Inbound Ballots are expedited for delivery. On the day before the election and Election Day, these processing facilities shall also perform an afternoon sweep. Following these sweeps, facilities shall report to Headquarters the number of ballots identified and confirm that they were expedited for delivery. Beginning seven days before the election, these processing facilities shall certify that they are all clear of Election Mail by 10 a.m. daily.

- USPS shall coordinate with the relevant BOEs for each election to make logistical arrangements for the delivery of Inbound Ballots by the applicable ballot-receipt deadline, including for after-hours deliveries as necessary.

- USPS shall investigate reports of delayed ballots and make best efforts to ensure the reported ballots are delivered on time.

Plaintiffs submit a memorandum in support of their motion, the exhibits attached thereto, and a proposed order.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel discussed this motion in good faith with Defendants' counsel to determine whether there is any opposition to the relief sought and to narrow any areas of disagreement. Defendants oppose Plaintiffs' motion and the relief sought therein.

Respectfully submitted,

|  |  |
|---|---|
| Robert D. Fram<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>(415) 591-6000<br>rfram@cov.com | */s Shankar Duraiswamy*<br>Shankar Duraiswamy<br>Daniel Auten<br>Brady Bender<br>Sarah Suwanda<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br>sduraiswamy@cov.com<br>dauten@cov.com<br>bbender@cov.com<br>ssuwanda@cov.com<br><br>*Counsel for Plaintiffs* |

Date: March 26, 2021