*Vote Forward, et al. v. Louis DeJoy, et al.*

Civil Action No. 20-2405 (EGS)

**INDEX OF EXHIBITS**

| Exhibit | Document Title |
| --- | --- |
| 1 | Transcript of Status Conference (Nov. 4, 2020) (excerpts) |
| 2 | USPS Memorandum (Oct. 28, 2020) |
| 3 | Transcript of the Deposition of Robert Justin Glass, *Vote Forward v. DeJoy*, 20-cv-02405 (EGS) (D.D.C.) (Dec. 15, 2020) (excerpts) |
| 4 | USPS Memorandum (Oct. 20, 2020) |
| 5 | USPS Memorandum (Oct. 13, 2020) |
| 6 | *Richardson v. Trump* (20-2262), *Vote Forward v. DeJoy* (20-2405), *NAACP v. United Postal Service* (20-2295), Hearing Transcript (Oct. 30, 2020, 5pm) (excerpts) |
| 7 | *Richardson v. Trump* (20-2262), *Vote Forward v. DeJoy* (20-2405), *NAACP v. United Postal Service* (20-2295), Hearing Transcript (Oct. 31, 2020, 3pm) (excerpts) |
| 8 | Declaration of Professor Justin Grimmer |
| 9 | USPS Memorandum (Dec. 8, 2020) |
| 10 | USPS Memorandum (Dec. 14, 2020) |
| 11 | USPS Inbound Election Mail Service Scores, Destined to GA (Jan 12, 2021) |
| 12 | Letter from Shankar Duraiswamy, Counsel for Plaintiffs, to Joseph E. Borson, Counsel for Defendants (Feb. 15, 2021) |
| 13 | Email from Kuntal Cholera, Counsel for Defendants, to Shankar Duraiswamy, Counsel for Plaintiffs (Feb. 19, 2021) |
| 14 | Letter from Shankar Duraiswamy, Counsel for Plaintiffs, to Joseph E. Borson, Counsel for Defendants (March 12, 2021) |
| 15 | Email from Joseph Borson, Counsel for Defendants, to Shankar Duraiswamy, Counsel for Plaintiffs (March 19, 2021) |
| 16 | Declaration of Kelley Ewing, Jr. |

| 17 | Declaration of Robert P. Gasparro |
|----|-----------------------------------|
| 18 | Declaration of Sebastian Immonen |
| 19 | Declaration of James Joseph McKay |
| 20 | Declaration of Ashley Misner |
| 21 | Declaration of Mary Walton |
| 22 | Declaration of LaDonna Hopkins |
| 23 | Declaration of Scott J. Forman on behalf of Vote Forward |