IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DEJOY, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2405 (EGS) |

**DEFENDANTS' CONSENT MOTION TO STAY THE TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT PENDING THIS COURT'S RULING ON PLAINTIFFS' SECOND MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move the Court to stay Defendants' deadline for answering or moving to dismiss Plaintiffs' Second Amended Complaint pending this Court's resolution of Plaintiffs' Second Motion for a Preliminary Injunction. A proposed order is attached. This request is made in good faith and for good cause, as set out below:

1. On March 9, 2021, Plaintiffs amended their Complaint for the second time, adding, *inter alia*, new claims regarding the Postal Service's obligations to take specific actions in the run-up to future elections. *See, e.g.*, 2d Am. Compl. ¶¶ 208-11, ECF No. 173. Plaintiffs allege that the Postal Service's actions violate the U.S. Constitution. *Id.*

2. Pursuant to this Court's March 16, 2021 Minute Order, Defendants must Answer or otherwise respond to Plaintiffs' Second Amended Complaint by April 13, 2021.

3. On March 26, 2021, Plaintiffs filed their Second Motion for a Preliminary Injunction. *See* ECF No. 175. Defendants timely opposed on April 9, 2021. *See* ECF No. 177. Plaintiffs' Reply Brief is due on April 16, 2021. *See* Minute Order (Apr. 2, 2021).

4. Defendants respectfully move, with the consent of Plaintiffs, to stay their obligation to respond to Plaintiffs' Second Amended Complaint until after this Court rules on Plaintiffs' Second Motion for a Preliminary Injunction. This extension is not for purposes of delay, but rather is to conserve party and judicial resources. In their opposition to the Plaintiffs' Second Motion for a Preliminary Injunction, Defendants challenge Plaintiffs' Article III standing, and also argue that Plaintiffs have failed to demonstrate a substantial likelihood of success on the merits of their constitutional claim. Accordingly, this Court's resolution of the Motion may inform any subsequent responsive pleading filed by Defendants. Furthermore, this Court's resolution of the Motion will also inform the nature and propriety of future proceedings more generally. *See, e.g.*, Joint Status Rpt. (Mar. 31, 2021) (parties' divergent suggestions on future proceedings); Minute Order (Apr. 2, 2021) (declining to schedule future proceedings at this time). The parties propose that they file a joint status report with a suggested schedule for future proceedings, including a date for Defendants to respond to Plaintiffs' Second Amended Complaint, within one week of this Court's ruling on Plaintiffs' Motion.

5. Pursuant to LCvR 7(m), Defendants have consulted with Plaintiffs, who consent to this motion.

Dated:  April 12, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ *Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*