UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>*Defendants*. | Civil Case No. 1:20-cv-02405 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Supplemental Declarations in Support of Their Second Motion for Preliminary Injunction, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____