UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, *in his official capacity as the Postmaster General*, *et al.*,<br><br>   Defendants. | No. 20-cv-2405(EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Plaintiffs' Second Motion for Preliminary Injunction is **DENIED**; and it is further

**ORDERED** that the Plaintiffs' Motion for Leave to File Supplemental Declarations is **GRANTED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          May 18, 2021**