*Vote Forward, et al. v. Louis DeJoy, et al.*

Civil Action No. 20-2405 (EGS)

## INDEX OF EXHIBITS

| Exhibit | Document Title |
|---|---|
| 1 | Supplemental Declaration of Ashley Misner |
| 2 | Supplemental Declaration of Kelley Ewing Jr. |
| 3 | Supplemental Declaration of LaDonna Hopkins |

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>*Defendants*. | Civil Case No. 1:20-cv-02405 |

## SUPPLEMENTAL DECLARATION OF ASHLEY MISNER

I, Ashley Misner, declare as follows:

1. The matters set forth herein are true and correct of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

2. On March 17, 2021, I submitted a declaration in support of Plaintiffs' Second Motion for a Preliminary Injunction in the above-captioned matter. I now submit this supplemental declaration to clarify my plans to vote in the upcoming 2021 Pennsylvania Elections.

3. As of the date of signing, I am not yet vaccinated, and I do not want to increase my family's exposure to COVID-19 by voting through a drop box. The designated drop box in my county is inside the lobby of the County Office building in downtown Pittsburgh, and I am not comfortable traveling to the building to drop off my ballot indoors.

4. As the wife of an ICU doctor, I understand that spending time indoors with others increases the risk of contracting COVID-19, and I am not comfortable with that risk.

1

2

5. Additionally, as the primary provider of childcare in our family, I will need to bring my daughter with me when I return my ballot, and because she is young and unvaccinated, I try to avoid bringing her to places where crowds can gather. I would not be comfortable bringing my daughter to the County Office building to return my ballot at this indoor drop box.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2021 in Pittsburgh, Pennsylvania.

*Ashley Misner*
Ashley Misner

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VOTE FORWARD, et al.,

                Plaintiffs,

v.

LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,

                Defendants.

Civil Case No. 1:20-cv-02405

## SUPPLEMENTAL DECLARATION OF KELLEY EWING JR.

I, Kelley Ewing Jr., declare as follows:

1. The matters set forth herein are true and correct of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

2. On March 17, 2021, I submitted a declaration in support of Plaintiffs' Second Motion for a Preliminary Injunction in the above-captioned matter. I now submit this supplemental declaration to clarify my plans to vote in the upcoming 2021 Pennsylvania Elections.

3. I intend to vote by USPS mail in the upcoming elections. I live in a senior citizen housing complex with a USPS mailbox located in my building.

4. As I stated in my first declaration, my health conditions put me at risk of illness and make it difficult to travel. I would not need to leave my senior citizen complex in order to place my ballot in a USPS mailbox. By contrast, the closest drop box during the 2020 general election was 15–20 minutes away from my senior citizen complex.

5. Voting by USPS mail is a safer and more convenient option for me.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2021 in Norristown, Pennsylvania.

_____
Kelley Ewing Jr.

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOTE FORWARD, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>LOUIS DEJOY, in his official capacity as the Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　　　　*Defendants*. | Civil Case No. 1:20-cv-02405 |

## SUPPLEMENTAL DECLARATION OF LADONNA HOPKINS

I, LaDonna Hopkins, declare as follows:

1. The matters set forth herein are true and correct of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

2. On March 17, 2021, I submitted a declaration in support of Plaintiffs' Second Motion for a Preliminary Injunction in the above-captioned matter. I now submit this supplemental declaration to clarify my plans to vote in the upcoming 2021 special election in New Mexico's First Congressional District.

3. I still intend to visit my daughter and granddaughter in St. Louis, Missouri next month, and I will be there until June 2021. Because I will be out of state during the election, I do not intend to use a county drop box.

4. I intend to cast my ballot by mail from St. Louis, Missouri.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2021 in Albuquerque, New Mexico.

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　LaDonna Hopkins

1